UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (GLG) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendants. | : | NOVEMBER 17, 2003 |

**JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES**

The plaintiff Executive Airlines ("Plaintiff") and the defendant Electric Boat Corporation ("Electric Boat") jointly move for an extension of certain of the deadlines originally set forth in the Rule 26(f) Report of Parties' Planning Meeting which was entered by the Court in this action on July 9, 2002. Pursuant to an agreement among the parties, on February 12, 2003, Magistrate Judge Garfinkel entered a Scheduling Order, setting forth a deadline for Electric Boat to file a partial summary judgment motion and staying discovery "pending the ruling on the motion for partial summary judgment." On July 17, 2003, the Court issued its ruling on Electric Boat's summary judgment motion. Accordingly, from mid-February, 2003, until July 17, 2003, neither party engaged in any discovery. Additionally, due to plaintiff's counsel's trial schedule, the depositions of the president of Executive Airlines and employees of Electric Boat previously scheduled for the week of November 17, 2003, had to be postponed.

For these reasons, and in an effort to efficiently prepare this case for trial, the parties request the following extensions:

1. The fact discovery deadline shall be extended to January 15, 2004.

-2-

2. The deadline for Electric Boat to disclose its expert witness(es) and to produce any reports from retained experts shall be extended to February 16, 2004.

3. The deadline for Plaintiff to complete the deposition of such expert(s) shall be extended to March 1, 2004.

4. The deadline for Plaintiff to disclose any rebuttal expert(s) and to produce any rebuttal expert reports shall be extended to March 15, 2004.

5. The deadline for Electric Boat to complete the depositions of Plaintiff's expert(s) shall be extended to April 15, 2004.

6. The deadline to file dispositive motions shall be extended to May 14, 2004.

7. The deadline to file the joint trial memorandum shall be extended to June 1, 2004, unless there is a pending motion for summary judgment, in which case the joint trial memorandum will be due 30 days after an order is entered with respect to such pending motion for summary judgment.

The parties request these extensions because discovery had been stayed for over 5 months while Electric Boat's summary judgment motion was pending. Additionally, certain scheduling disputes arose among the parties which were resolved in a status conference with Magistrate Judge Garfinkel's chambers on September 18, 2003. Lastly, as mentioned above, due to plaintiff's counsel's trial schedule, the depositions of the president of Executive Airlines and employees of Electric Boat previously scheduled for the week of November 17, 2003, had to be postponed. Accordingly, Electric Boat and Plaintiff need this additional time to complete fact and expert discovery and to prepare their respective cases for trial. This is the fifth motion for an extension of these deadlines.

DEFENDANT,
ELECTRIC BOAT CORPORATION


By_____
       Francis H. Morrison (ct04200)
       William H. Erickson (ct18117)
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, Connecticut 06103-3499
       Tel. (860) 275-0100
       Fax  (860) 275-0343
       fhmorrison@dbh.com
       wherickson@dbh.com
       Its Attorneys

PLAINTIFF,
EXECUTIVE AIRLINES


By_____
       Stephen R. Mahler, Esq.
       Mahler, Miller, Harris & Engel, P.C.
       125-10 Queens Boulevard
       Suite 311
       Kew Gardens, NY  11415
       Tel: (718) 268-6000
       Fax: (718) 263-0134
       Email: mmhe311@aol.com
       Its Attorney