UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (GLG) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendants. | : | DECEMBER 3, 2003 |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The defendant Electric Boat Corporation ("Electric Boat") pursuant to Federal Rule of Civil Procedure 37(d) and Rules 7 and 37 of Local Civil Rules of the United States District Court for the District of Connecticut (the "Local Rules"), moves to compel the plaintiff Executive Airlines ("Plaintiff") to produce documents relevant to this case that Plaintiff has failed to produce despite repeated requests by Electric Boat. As set forth in the Memorandum of Law and Affidavit submitted with this Motion, the documents sought by Electric Boat are relevant to this case, Electric Boat has repeatedly requested that these documents be produced, and Plaintiff has not once objected to the production of these documents.

Additionally, pursuant to Federal Rule of Civil Procedure 37(b)(2) and (d) and Local Rule 37(a)(4) Electric Boat respectfully requests that this Court award to Electric Boat the reasonable expenses, including attorneys' fees, caused by Plaintiff's failure to produce the requested documents.

-2-

                    DEFENDANT,
                    ELECTRIC BOAT CORPORATION

By_____
    Francis H. Morrison (ct04200)
    William H. Erickson (ct18117)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    Tel. (860) 275-0100
    Fax (860) 275-0343
    fhmorrison@dbh.com
    wherickson@dbh.com
    Its Attorneys

## **CERTIFICATION**

    THIS IS TO CERTIFY that a copy of the foregoing was mailed this 3rd day of December, 2003, postage prepaid, to:

Stephen R. Mahler, Esq.
Mahler, Miller, Harris & Engel, P.C.
125-10 Queens Boulevard
Suite 311
Kew Gardens, NY  11415

_____
        William H. Erickson