**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
EXECUTIVE AIRLINES                  :
                                    :
        Plaintiff,                  :
                                    :   3: 02 CV 194 (GLG)
    -against-                       :        ORDER
                                    :
ELECTRIC BOAT CORPORATION           :
                                    :
        Defendant.                  :
------------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___   All purposes except trial, unless the parties consent to trial before the Magistrate Judge.

___   A ruling on all pretrial motions except dispositive motions.

_X_   To supervise discovery and resolve discovery disputes.

___   A ruling on the following motion which is currently pending:

___   Settlement conference.

___   A conference to discuss the following:

___   Other:

**SO ORDERED.**

**December 9, 2003**
**Waterbury, Connecticut.**

_____/s/_____
**Gerard L. Goettel**
**United States District Judge**