UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES | : CIVIL ACTION NO. |
| | : 02-CV-194 (GLG) |
| Plaintiff, | : |
| VS. | : |
| | : |
| ELECTRIC BOAT CORPORATION | : |
| | : |
| Defendants. | : NOVEMBER 17, 2003 |

**JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES**

The plaintiff Executive Airlines ("Plaintiff") and the defendant Electric Boat Corporation ("Electric Boat") jointly move for an extension of certain of the deadlines originally set forth in the Rule 26(f) Report of Parties' Planning Meeting which was entered by the Court in this action on July 9, 2002. Pursuant to an agreement among the parties, on February 12, 2003, Magistrate Judge Garfinkel entered a Scheduling Order, setting forth a deadline for Electric Boat to file a partial summary judgment motion and staying discovery "pending the ruling on the motion for partial summary judgment." On July 17, 2003, the Court issued its ruling on Electric Boat's summary judgment motion. Accordingly, from mid-February, 2003, until July 17, 2003, neither party engaged in any discovery. Additionally, due to plaintiff's counsel's trial schedule, the depositions of the president of Executive Airlines and employees of Electric Boat previously scheduled for the week of November 17, 2003, had to be postponed.

For these reasons, and in an effort to efficiently prepare this case for trial, the parties request the following extensions:

1.  The fact discovery deadline shall be extended to January 15, 2004.