UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (GLG) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendants. | : | JANUARY 12, 2004 |

## JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

The plaintiff Executive Airlines ("Plaintiff") and the defendant Electric Boat Corporation ("Electric Boat") jointly move for an extension of certain of the deadlines set forth in the scheduling order applicable in this case. This requested extension is necessary due to plaintiff's unavailability during the month of January, thus preventing the parties from conducting previously scheduled depositions during this month.

For this reason, and in an effort to efficiently prepare this case for trial, the parties request the following extensions:

1. The fact discovery deadline shall be extended to March 30, 2004.

2. The deadline for Electric Boat to disclose its expert witness(es) and to produce any reports from retained experts shall be extended to April 16, 2004.

3. The deadline for Plaintiff to complete the deposition of such expert(s) shall be extended to May 3, 2004.

4. The deadline for Plaintiff to disclose any rebuttal expert(s) and to produce any rebuttal expert reports shall be extended to May 21, 2004.

-2-

5.  The deadline for Electric Boat to complete the depositions of Plaintiff's expert(s) shall be extended to June 11, 2004.

6.  The deadline to file dispositive motions shall be extended to July 9, 2004.

7.  The deadline to file the joint trial memorandum shall be extended to August 13, 2004, unless there is a pending motion for summary judgment, in which case the joint trial memorandum will be due 30 days after an order is entered with respect to such pending motion for summary judgment.

The parties request these extensions because discovery had been stayed for over 5 months while Electric Boat's summary judgment motion was pending. Additionally, certain scheduling disputes arose among the parties which were resolved in a status conference with Magistrate Judge Garfinkel's chambers on September 18, 2003. Also, due to Plaintiff's counsel's trial schedule, the depositions of the president of Executive Airlines and employees of Electric Boat previously scheduled for the week of November 17, 2003, had to be postponed. Lastly, due to plaintiff's unavailability in January, Plaintiff has requested that depositions previously scheduled for January be postponed. Accordingly, Electric Boat and Plaintiff need this additional time to complete fact and expert discovery and to prepare their respective cases for trial. This is the sixth motion for an extension of these deadlines.

-3-

DEFENDANT,
ELECTRIC BOAT CORPORATION


By_____
      Francis H. Morrison (ct04200)
      William H. Erickson (ct18117)
      Day, Berry & Howard LLP
      CityPlace I
      Hartford, Connecticut 06103-3499
      Tel. (860) 275-0100
      Fax (860) 275-0343
      fhmorrison@dbh.com
      wherickson@dbh.com
      Its Attorneys

PLAINTIFF,
EXECUTIVE AIRLINES


By_____
      Stephen R. Mahler, Esq.
      Mahler, Miller, Harris & Engel, P.C.
      125-10 Queens Boulevard
      Suite 311
      Kew Gardens, NY  11415
      Tel: (718) 268-6000
      Fax: (718) 263-0134
      Email: mmhe311@aol.com
      Its Attorney