

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 13   2 13 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (GLG) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendants. | : | JANUARY 12, 2004 |

**JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES**

The plaintiff Executive Airlines ("Plaintiff") and the defendant Electric Boat Corporation ("Electric Boat") jointly move for an extension of certain of the deadlines set forth in the scheduling order applicable in this case. This requested extension is necessary due to plaintiff's unavailability during the month of January, thus preventing the parties from conducting previously scheduled depositions during this month.

For this reason, and in an effort to efficiently prepare this case for trial, the parties request the following extensions:

1. The fact discovery deadline shall be extended to March 30, 2004.

2. The deadline for Electric Boat to disclose its expert witness(es) and to produce any reports from retained experts shall be extended to April 16, 2004.

3. The deadline for Plaintiff to complete the deposition of such expert(s) shall be extended to May 3, 2004.

4. The deadline for Plaintiff to disclose any rebuttal expert(s) and to produce any rebuttal expert reports shall be extended to May 21, 2004.