UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 26  P 3: 19

```
------------------------------------------------x
EXECUTIVE AIRLINES,                             :
                                                :
          Plaintiff                             :       CIVIL ACTION NO.
                                                :       3:02 CV 194 (WIG)
v.                                              :
                                                :
ELECTRIC BOAT CORPORATION,                      :
                                                :
          Defendant                             :
------------------------------------------------x
```

### RULING ON DEFENDANT'S MOTION TO COMPEL

Defendant's motion to compel (Doc. # 55) is GRANTED in the absence of opposition.

SO ORDERED, this the 26th day of February, 2004 at Bridgeport, Connecticut.

_____
William I. Garfinkel
United States Magistrate Judge

1