UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EXECUTIVE AIRLINES

VS. : NO. 3:02CV194 (GLG)

GENERAL DYNAMICS : MARCH 16, 2004

### MOTION FOR PERMISSION TO PROCEED PRO HAC VICE

Pursuant to Local Civil Rule 2(d), the undersigned hereby requests permission for Attorney I. Leonard Feigenbaum of Plainview, New York, to represent the plaintiff, Executive Airlines, in the above-captioned case.

In support thereof, the undersigned counsel states as follows:

1. Attorney Feigenbaum's office address is located at 1670 Old County Road, Suite 224, Plainview, New York 11803.

2. He is a member of the bar of the State of New York; United States District Court for the Southern District of New York, and the Second Circuit.

3. Upon information and belief, he has not been denied admission or disciplined by this court or any other court.

Respectfully submitted,

By: _____
Richard S. Cramer
449 Silas Deane Highway
Wethersfield, CT 06109
Tel. (860) 257-3500
Federal Bar No. ct00016
Email: cramer @ snet.net

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 16th day of March 2004 to:

Stephen Mahler, Esq.
125-10 Queens Boulevard
Kew Gardens, NY 11415

John Ryan, Esq.
131 Tulip Avenue
Floral Park, NY 10001

Ernest J. Mattei, Esq.
Day Berry & Howard
185 Asylum Street
Hartford, CT 06103

_____
Richard S. Cramer