UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (GLG) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendant | : | MARCH 25, 2004 |

## **APPEARANCE**

Please enter my appearance as counsel for the defendant, Electric Boat Corporation, in this matter.

                                                                       DEFENDANT,
                                                                       ELECTRIC BOAT CORPORATION

_____
        Francis H. Morrison (ct04200)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        Tel. (860) 275-0100
        Fax  (860) 275-0343
        fhmorrison@dbh.com
        Its Attorney

-2-

## CERTIFICATION

      I hereby certify that a copy of the foregoing has been mailed, postage prepaid, this date to:

Leonard Feigenbaum, Esq.
1670 Old County Road
Suite 224
Plainview, NY  11803

                                                    _____
                                                    Francis H. Morrison III