UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (GLG) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendants. | : | MARCH 26, 2004 |

### JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

The plaintiff Executive Airlines ("Plaintiff") and the defendant Electric Boat Corporation ("Electric Boat") jointly move for an extension of certain of the deadlines set forth in the scheduling order applicable in this case. On March 16, 2004, a Motion for Permission to Proceed Pro Hac Vice was filed for Attorney I. Leonard Feigenbaum to represent Plaintiff in this matter. Attorney Feigenbaum has replaced Plaintiff's previous counsel in this matter.

For this reason, and in an effort to efficiently prepare this case for trial, the parties request an extension of an additional 60 days of the deadlines as follows:

1. The fact discovery deadline shall be extended to May 31, 2004.

2. The deadline for Electric Boat to disclose its expert witness(es) and to produce any reports from retained experts shall be extended to June 15, 2004.

3. The deadline for Plaintiff to complete the deposition of such expert(s) shall be extended to July 2, 2004.

4. The deadline for Plaintiff to disclose any rebuttal expert(s) and to produce any rebuttal expert reports shall be extended to July 20, 2004.

-2-

5. The deadline for Electric Boat to complete the depositions of Plaintiff's expert(s) shall be extended to August 10, 2004.

6. The deadline to file dispositive motions shall be extended to September 7, 2004.

7. The deadline to file the joint trial memorandum shall be extended to October 12, 2004, unless there is a pending motion for summary judgment, in which case the joint trial memorandum will be due 30 days after an order is entered with respect to such pending motion for summary judgment.

The parties request these extensions because discovery had been stayed for over 5 months while Electric Boat's summary judgment motion was pending. Additionally, certain scheduling disputes arose among the parties which were resolved in a status conference with Magistrate Judge Garfinkel's chambers on September 18, 2003. Also, due to Plaintiff's counsel's trial schedule, the depositions of the president of Executive Airlines and employees of Electric Boat previously scheduled for the week of November 17, 2003, had to be postponed. Further, due to plaintiff's unavailability in January, Plaintiff had requested that depositions previously scheduled for January be postponed. Lastly, Plaintiff's new counsel, Attorney Feigenbaum, has just recently been engaged on this matter. Accordingly, Electric Boat and Plaintiff need this additional time to complete fact and expert discovery and to prepare their respective cases for trial. This is the seventh motion for an extension of these deadlines.

-3-

PLAINTIFF,
EXECUTIVE AIRLINES


By_____
    I. Leonard Feigenbaum, Esq.
    1670 Old County Road
    Suite 224
    Plainview, NY  11803
    Business: (516) 420-6900
    Fax: (516) 420-8444
    Email: leefeig@aol.com
    Its Attorney

DEFENDANT,
ELECTRIC BOAT CORPORATION


By_____
    Francis H. Morrison (ct04200)
    William H. Erickson (ct18117)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    Tel. (860) 275-0100
    Fax  (860) 275-0343
    fhmorrison@dbh.com
    wherickson@dbh.com
    Its Attorneys

-4-

**CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

| | |
|---|---|
| Stephen R. Mahler, Esq. | Leonard Feigenbaum, Esq. |
| Mahler, Miller, Harris & Engel, P.C. | 1670 Old County Road |
| 125-10 Queens Boulevard | Suite 224 |
| Suite 311 | Plainview, NY  11803 |
| Kew Gardens, NY  11415 | |

                                                                                                                    _____

                                                    William H. Erickson