**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
------------------------------------X
EXECUTIVE AIRLINES,                 :
                                    :
        Plaintiff,                  :           ORDER
                                    :
    -against-                       :
                                    :       3: 02 CV 194 (GLG)
GENERAL DYNAMICS,                   :
                                    :
        Defendant.                  :
------------------------------------X
```

Attorney I. Leonard Feigenbaum's motion for Permission to Proceed Pro Hac Vice [Doc. #63] is **granted.**

**SO ORDERED.**

**Dated:   March 31, 2004**
**         Waterbury, CT**                       /s/
                                          **Gerard L. Goettel**
                                               **U.S.D.J.**