UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES | : CIVIL ACTION NO. |
| | : 02-CV-194 (GLG) |
| Plaintiff, | : |
| VS. | : |
| | : |
| ELECTRIC BOAT CORPORATION | : |
| | : |
| Defendants. | : MARCH 26, 2004 |

### JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

The plaintiff Executive Airlines ("Plaintiff") and the defendant Electric Boat Corporation ("Electric Boat") jointly move for an extension of certain of the deadlines set forth in the scheduling order applicable in this case. On March 16, 2004, a Motion for Permission to Proceed Pro Hac Vice was filed for Attorney I. Leonard Feigenbaum to represent Plaintiff in this matter. Attorney Feigenbaum has replaced Plaintiff's previous counsel in this matter.

For this reason, and in an effort to efficiently prepare this case for trial, the parties request an extension of an additional 60 days of the deadlines as follows:

1. The fact discovery deadline shall be extended to May 31, 2004.

2. The deadline for Electric Boat to disclose its expert witness(es) and to produce any reports from retained experts shall be extended to June 15, 2004.

3. The deadline for Plaintiff to complete the deposition of such expert(s) shall be extended to July 2, 2004.

4. The deadline for Plaintiff to disclose any rebuttal expert(s) and to produce any rebuttal expert reports shall be extended to July 20, 2004.

[Handwritten margin note: Granted. The clerk's office is requested to docket the dates referred to in ¶s 1-4. So ordered. 4/8/04 [signature] 65]

[Stamp: FILED 2004 APR -8 P 2:28 U.S. DISTRICT COURT BRIDGEPORT, CONN]