UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (GLG) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendants. | : | APRIL 21, 2004 |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The defendant Electric Boat Corporation ("Electric Boat") pursuant to Federal Rule of Civil Procedure 37(d) and Rules 7 and 37 of Local Civil Rules of the United States District Court for the District of Connecticut (the "Local Rules"), moves to compel the plaintiff Executive Airlines ("Plaintiff") to produce documents relevant to this case that Plaintiff has failed to produce despite repeated requests by Electric Boat. As set forth in the Memorandum of Law and Affidavit submitted with this Motion, the documents sought by Electric Boat are relevant to this case, Electric Boat has repeatedly requested that these documents be produced and Plaintiff and its counsel previously agreed to produce them.

Additionally, pursuant to Federal Rule of Civil Procedure 37(b)(2) and (d) and Local Rule 37(a)(4), Electric Boat respectfully requests that this Court award to Electric Boat the reasonable expenses, including attorneys' fees, caused by Plaintiff's failure to produce the requested documents.

**ORAL ARGUMENT IS REQUESTED**

-2-

                        DEFENDANT,
                        ELECTRIC BOAT CORPORATION

                        By_____
                        Francis H. Morrison (ct04200)
                        William H. Erickson (ct18117)
                        Day, Berry & Howard LLP
                        CityPlace I
                        Hartford, Connecticut 06103-3499
                        Tel. (860) 275-0100
                        Fax  (860) 275-0343
                        fhmorrison@dbh.com
                        wherickson@dbh.com
                        Its Attorneys

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 21st day of April, 2004, postage prepaid, to:

Leonard Feigenbaum, Esq.
1670 Old County Road
Suite 224
Plainview, NY  11803

                        _____
                               William H. Erickson