UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES, | APPEARANCE |
| Plaintiff, | |
| — against — | |
| ELECTRIC BOAT CORPORATION, | Docket #02-CV-1 94(GLG) |
| Defendant. | |

Please enter my appearance as counsel for the plaintiff, Executive Airlines, in this matter.

I. LEONARD FEIGENBAUM
Visiting Attorney for Plaintiff
1670 Old Country Road
Plainview, New York 11803
Phone: (516) 420-6900
Fax:    (516) 420-8444
leefeig@aol.com