# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---

EXECUTIVE AIRLINES,                          APPEARANCE

          Plaintiff,

— against —

ELECTRIC BOAT CORPORATION,                   CASE NUMBER: 02-CV-194(GLG)

          Defendant.

---

To the Clerk of this court and all paries of record:

    Enter my appearance as counsel in this case for the plaintiff, Executive Airlines.

19 May 2004                                  *[signature]*
Date                                         Signature

ct25807                                      I. LEONARD FEIGENBAUM
Connecticut Federal Bar Number               Print Clearly or Type Name

(516) 420-6900                               1670 Old Country Road - Suite 224
Telephone Number                             Address

(516) 420-8444                               Plainview, New York 11803
Fax Number

Leefeig@aol.com
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Day, Berry & Howard LLP
CityPlace I
Hartford CT 06103-3499

                                          *[signature]*
                                    I. LEONARD FEIGENBAUM