UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

EXECUTIVE AIRLINES,

            Plaintiff,

— against —

ELECTRIC BOAT CORPORATION,

           Defendant.

---

STIPULATION AND CONSENT

Docket #02-CV-1 94(JCH)

15 June 2004

    IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant herein by their respective attorneys that, pursuant to Federal Rules of Civil Procedure 15(a), Defendant Electric Boat hereby consents to the amendment of the Amended Complaint dated August 28, 2002, as set forth in the attached copy of Plaintiff's Second Amended Complaint dated 14 June 2004 and hereby acknowledges service thereof. By entering into this Stipulation, Electric Boat is making no agreement with respect to the effect, if any, of this Stipulation on the discoverability or admissibility of any fact or evidence.

| PLAINTIFF | DEFENDANT |
|---|---|
| EXECUTIVE AIRLINES | ELECTRIC BOAT CORPORATION |
| | |
| By:_____ | By:_____ |
| I. Leonard Feigenbaum (ct25807) | Francis H. Morrison (ct04200) |
| 1670 Old Country Road - Suite 224 | Day, Berry & Howard LLP |
| Plainview, New York 11803 | CityPlace I |
| Tel. (516) 420-6900 | Hartford, Connecticut 06103- |
| Fax (516) 420-8444 | Tel. (860) 275-0100 |
| leefeig@aol.com | Fax (860) 275-0343 |
| Its Attorney | fhmorrison@dbh.com |
| | Its Attorneys |