UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (JCH) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendant | : | SEPTEMBER 2, 2004 |

**MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES**

The defendant Electric Boat Corporation ("Electric Boat"), with the consent and agreement of the plaintiff, Executive Airlines ("Plaintiff"), moves for an extension of certain of the deadlines set forth in the scheduling order applicable in this case. In an effort to efficiently prepare this case for trial, the parties request:

1. The deadline to file dispositive motions shall be extended to October 29, 2004.

2. The deadline to file the joint trial memorandum shall be extended to November 30, 2004, unless there is a pending motion for summary judgment, in which case the joint trial memorandum will be due 30 days after an order is entered with respect to such pending motion for summary judgment.

The parties request these extensions because certain discovery disputes arose among the parties which were resolved through the Court's recent order on Electric Boat's motion to compel. Electric Boat needs this additional time, however, to assess and review the documents produced in accordance with that order on August 25, 2004. Additionally, Plaintiff has not yet deposed Mr. Olmsted, one of Electric Boat's expert witnesses. Accordingly, Electric Boat and

-2-

Plaintiff need this additional time to prepare their respective cases for trial. This is the eighth motion for an extension of these deadlines. The undersigned counsel for Electric Boat has spoken with counsel for Plaintiff and Plaintiff's counsel consents to and is in agreement with the need for this extension.

                                                DEFENDANT,
                                                ELECTRIC BOAT CORPORATION

By_____
       Francis H. Morrison (ct04200)
       William H. Erickson (ct18117)
       Day, Berry & Howard LLP
       CityPlace I
       Hartford, Connecticut 06103-3499
       Tel. (860) 275-0100
       Fax (860) 275-0343
       fhmorrison@dbh.com
       wherickson@dbh.com
       Its Attorneys

-3-

## CERTIFICATION

    THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

> I. Leonard Feigenbaum, Esq.
> 1670 Old County Road
> Suite 224
> Plainview, NY  11803

                                                      _____
                                                          William H. Erickson