UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (JCH) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendant | : | SEPTEMBER 27, 2004 |

State of Connecticut  )
                     )  ss:
County of Hartford    )

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ORDER OF COMPLIANCE

I, William H. Erickson, depose and say as follows:

1. I am over the age of eighteen years old and believe in the obligation of an oath.

2. I am counsel of record for the defendant Electric Boat Corporation ("Electric Boat").

3. On August 31, 2004, I sent a letter to counsel for the Plaintiff requesting that the documents regarding the settlement of the litigation between Executive Airlines and Mr. Michael Leeds be produced in that it is our view that such documents were ordered to be produced in the Court's Order regarding our Motion to Compel. **(Exhibit A)**.

4. On September 9, 2004, I spoke with Attorney Feigenbaum regarding the production of the settlement documents. He informed me that he did not believe they were relevant and, therefore, he would not produce such documents.

5.   On September 14, 2004, I again sent a letter to Plaintiff's counsel requesting that Plaintiff produce the documents related to the settlement of the litigation between Executive Airlines and Mr. Michael Leeds. **(Exhibit B)**

6.   After receiving my September 14, 2004 letter, counsel for Plaintiff has maintained his position that he and his client will not produce the documents related to the settlement of the Leeds litigation.

_____
William H. Erickson

Subscribed and sworn to before me this
27th _____ day of September, 2004.


_____
Notary Public
My commission expires:   8/31/09

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

> I. Leonard Feigenbaum, Esq.
> 1670 Old County Road
> Suite 224
> Plainview, NY 11803

_____
William H. Erickson

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

William H. Erickson
Direct Dial: (860) 275-0688
E-mail: wherickson@dbh.com

August 31, 2003

**VIA FACSIMILE**

Leonard Feigenbaum, Esq.
1670 Old County Road
Suite 224
Plainview, NY  11803

    Re:    Executive Airlines v. Electric Boat
            Civil Action No. 02-CV-194 (JCH)

Dear Lee:

    We have received and reviewed the documents sent to us by your client pursuant to the Court's order on our Motion to Compel. We note a number of documents that were not provided to us that we believe were requested and ordered by the Court to be produced. Specifically, there are no documents regarding the settlement of the Leeds litigation. Mr. Peragine has taken the position that he is seeking to recover from Electric Boat the costs listed as "actual damages" on his November 20, 2002 damages analysis. Some of those costs appear to also be encompassed in the counterclaims filed by Mr. Peragine and his various corporate entities in the Leeds litigation. For that reason, and perhaps others, we believe we are entitled to see the settlement documents because they may reveal that Mr. Peragine and/or his corporate entities already received payment for those "actual damages." We also believe that the Court's order encompassed those documents. These should be produced to us immediately. We stand ready to accommodate in a reasonable way your client's confidentiality concerns, if any.

    We also note in Mr. Leeds' deposition testimony that the Leeds litigation was bifurcated at some point. I see no documents or deposition transcripts, if any, associated with the bifurcated joint venture portion of the Leeds litigation. Please provide those to us at your earliest convenience.

    I also note that your client has still not responded to our discovery requests dated June 2, 2004. Please call me so that we can engage in a good faith attempt to resolve any of our differences with respect to those requests. I am required to have such a conference with you before filing a motion to compel that discovery.

    Lastly, in reviewing the production that your client originally provided to us, I noticed that he has not produced any of the materials regarding the resolution of the various lawsuits and

Day, Berry & Howard LLP

Leonard Feigenbaum, Esq.
August 31, 2004
Page 2

proceedings that were commenced against Executive Airlines regarding the crash of the aircraft which took place on May 21, 2000. In our discovery requests directed to Executive Airlines dated September 24, 2002, we specifically asked your client to identify any such lawsuits and to produce "each and every pleading or other document filed with the court or tribunal and a transcript of each and every deposition conducted in each lawsuit or proceeding identified in response to interrogatories 14 and 15." (See Defendant Electric Boat Corporation's First Set of Interrogatories and Requests for Production Directed to Plaintiff Executive Airlines dated September 24, 2002, document request 10.) No objection was ever filed to this document request and we believe that we are entitled to such documents. As we understand it, the cases that had been pending which were consolidated with United States District Court Judge A. Richard Caputo were settled for approximately $32.25 million in December 2003.

                                      Very truly yours,

                                      William H. Erickson

WHE/gz

EXH B

# Day, Berry & Howard LLP
COUNSELLORS AT LAW

William H. Erickson
Direct Dial: (860) 275-0688
E-mail: wherickson@dbh.com

September 14, 2004

**VIA FACSIMILE**

Leonard Feigenbaum, Esq.
1670 Old County Road
Suite 224
Plainview, NY 11803

    Re:    Executive Airlines v. Electric Boat
              Civil Action No. 02-CV-194 (JCH)

Dear Lee:

      After reviewing the documents you produced in response to our Motion to Compel, I note that your client produced no documents related to the settlement of the litigation between him and Mr. Michael S. Leeds. In our Motion to Compel, we sought production from your client of "all documents concerning the litigation between Executive Airlines and Mr. Michael Leeds." (See Memorandum of Law in Support of Motion to Compel Production of Documents dated April 21, 2004, at page 8.) The documents concerning settlement of the Leeds litigation are encompassed by this request and encompassed by the Court's order granting our Motion to Compel.

      Please let me know by the close of business on Friday, September 17, 2004, whether your client will produce such settlement documents as ordered by the Court. If your client will not produce these documents, we will again seek Court intervention, including costs associated with our efforts to obtain such documents.

      On a separate note, Mr. Olmsted is available for deposition during the week of October 11, 2004. Please contact me so that we can agree on a date convenient to everyone.

                                Very truly yours,

                                  William H. Erickson

WHE/cpj