# EXHIBIT C

```
D R A F T   C O P Y        PO NUMBER:BNL022-096        D R A F T   C O P Y


CAROL JONES                              PO DATE: 02/09/00
EXECUTIVE AVIATION SERVICES              PO NUMBER: BNL022-096
DBA EXECUTIVE AIRLINES                   AUTHORIZATION: M.W. TONER
REPUBLIC AIRPORT                                  TITLE: PRESIDENT
1300 NEW HIGHWAY                         PRINT DATE: 02/10/00
FARMINGDALE      NY 11735


                ADDRESS COMMUNICATIONS TO: R. MULCAHY
                                   PHONE: (860)433-6644
                                     FAX: (860) 433-5033

       FOB: NOT APPLICA
METHOD OF SHIPMENT: N/A      TERMS OF PAYMENT: NET 30


CONDITIONS OF PURCHASE FORMING PART OF THIS ORDER ARE:
GDC 410 (REV 3/87) AND ATTACHMENT (7/86) AND EB S.C. 17-235
RE: Y2K WARRANTY (IN YOUR POSSESSION)
*****************************************************************

                       **** SERVICE PO ****


SELLERS CONTRACT DELIVERY COMMITMENT:
THE SELLERS CONTRACT DELIVERY DATE IS THE DATE BY WHICH THE MATERIAL
MUST BE RECEIVED AT THE SHIPPING DESTINATION SPECIFIED IN THIS
PURCHASE ORDER.


INSPECTION:
MATERIAL AND/OR SERVICES DELIVERED UNDER THIS ORDER ARE SUBJECT TO EB CORP.
INSPECTION AT DESTINATION.
GOVERNMENT SOURCE INSP:   NOT REQD
EB SOURCE INSPECTION:     NOT REQD

CONFIRMATION ORDER

NOT TO EXCEED VALUE OF THIS AGREEMENT

                    PAGE    2
                 *** CONTINUED ***
```

DRAFT COPY          PO NUMBER: SNL022-096          DRAFT COPY

$ ******1,500,000.00

PAGE   3
*** CONTINUED ***

```
D R A F T   C O P Y        PO NUMBER:SNL022-096        D R A F T   C O P Y
```

INVOICE INSTRUCTIONS

INVOICES MUST INCLUDE PO NUMBER, ITEM NUMBER AND PART NUMBER WHEN
DESIGNATED ON THE ORDER.
      MAIL ALL INVOICES IN DUPLICATE TO:
                              ELECTRIC BOAT CORPORATION
                              D613 ACCOUNTS PAYABLE
                              P.O. BOX 949
                              GROTON CT  06340-0949

      STATE SALES AND USE TAX:
      SEE PART NUMBER FOR TAXABLE STATUS.  OUR RESALE CERTIFICATE
      0564953-001 (X2251 FOR RI) IS ON FILE WITH YOU.

MERCURY CONTAMINATION PROHIBITED:

FUNCTIONAL MERCURY AND MERCURY CONTAMINATION PROHIBITED NOTWITHSTANDING ANY
OTHER PROVISIONS OF THIS ORDER OR SPECIFICATIONS REFERENCED HEREIN, MATERIAL
FURNISHED BY SELLER UNDER THIS ORDER SHALL NOT CONTAIN FUNCTIONAL MERCURY
UNLESS SPECIFIC WRITTEN APPROVAL HAS BEEN OBTAINED FROM ELECTRIC BOAT CORPORATION.

PRIORITY RATING:

THIS ORDER IS CERTIFIED FOR NATIONAL DEFENSE USE UNDER DPAS.  THE PRIORITY
RATING IS NOTED AT THE LINE ITEM LEVEL.  IF A PRIORITY RATING IS INDICATED;
YOU ARE REQUIRED TO FOLLOW THE PROVISIONS UNDER THE DEFENSE PRIORITIES AND
ALLOCATION SYSTEM (DPAS), AND ALL OTHER APPLICABLE REGULATIONS AND ORDERS
OF THE BUREAU OF DOMESTIC COMMERCE (BDC) IN OBTAINING PRODUCTS, MATERIAL,
AND SERVICES NEEDED TO FILL THIS ORDER.

DRAFT COPY          PO NUMBER 3NL022-09S          DRAFT COPY

```
0001                    QUANTITY            UNIT PRICE            NTE COST
PART NUMBER: AIR CHARTER      1  AS REQD    1,500,000.000        1,500,000.00
 U/M: AR
DESCRIPTION: SERVICE                        PERIOD OF PERFORMANCE
            GROTON / NEWPORT NEWS           04/03/00 THROUGH 04/02/01
```

PROVIDE AIR CHARTER SERVICE BETWEEN GROTON(GON)CT AND NEWPORT NEWS(PHF)VA, AND NEWPORT NEWS(PHF)VA AND GROTON(GON)CT ON A CONTINUING BASIS FOR A TERM OF NOT LESS THAN ONE(1)YEAR COMMENCING 4/03/00(OR SOONER)PER BUYER AND SELLER AGREEMENT. AIRCRAFT WILL, AT A MINIMUM, SEAT 19 PASSENGERS, BE PRESSURIZED AND TURBO-PROP. ALTERNATE AIRCRAFT CONFIGURATION OPTIONS WILL BE CONSIDERED AND EVALUATED BY THE BUYER. CHARTER AIRCRAFT, CHARTER OPERATOR AND CHARTER PILOTS MUST MEET ALL FAA REGULATIONS. EACH ASSIGNED AIRCRAFT AND PILOT IS SUBJECT TO ELECTRIC BOAT (EB) MANAGEMENT AND CHIEF PILOT APPROVAL.

AIRCRAFT WILL DEPART AS SCHEDULED BY BUYER AND MUST BE APPROVED BY SELLER UNLESS SAFETY OR FAA REQUIREMENTS DICTATE OTHERWISE. AIRCRAFT MUST BE MADE AVAILABLE TO BUYER, SUBJECT TO REASONABLE AVAILABILITY, ON OTHER DAYS AT A PER ROUND TRIP RATE NOT TO EXCEED THE RATE CHARGED FOR SCHEDULED ROUND TRIPS.

IN THE EVENT THE SELLER IS UNABLE TO PROVIDE THESE SERVICES, THE SELLER WILL BE RESPONSIBLE TO SUBCONTRACT THE SERVICES, WITHOUT EXCEPTION OF TERMS AND CONDITIONS, OF THIS CONTRACT AT NO ADDITIONAL COST TO THE BUYER.

CREW.

EACH AIRCRAFT WILL FLY WITH ONE(1) CAPTAIN AND ONE(1) FIRST OFFICER.

AIRCRAFT

1. ONE(1) 19 PASSENGER AIRCRAFT, BASED AT GON.
2. ONE(1) 19 PASSENGER AIRCRAFT, BASED AT PHF.
3. OTHER AIRCRAFT OPTIONS WILL BE CONSIDERED AND MAY BE APPROVED BY BUYER'S REPRESENTATIVE (KEVIN HANRAHAN, CHIEF PILOT).
4. THE AIRCRAFT TO BE PROVIDED FOR THIS SERVICE SHALL BE ONE OF THE FOLLOWING: JETSTREAM 3100 OR 3200 SERIES; BEECHCRAFT 1900; METROLINER. ANY OTHER AIRCRAFT MUST BE APPROVED BY ELECTRIC

PAGE  5
*** CONTINUED ***

DRAFT COPY      PO NUMBER: SNL022-096      DRAFT COPY

BOAT PRIOR TO FLIGHT ARRANGEMENTS.

ITINERARY

1. APPROXIMATELY FOUR(4) ROUND TRIPS (R/T'S) PER WEEK FOR A MINIMUM OF FIFTEEN(15) R/T'S PER MONTH USING ANY TRIP COMBINATION.

    1) ROUND TRIP GON PHF GON     4   3   2   1   0
       ROUND TRIP PHF GON PHF   + 0   1   2   3   4
                                 ─   ─   ─   ─   ─
                               = 4   4   4   4   4

2. THE SELLER MUST BE ABLE TO MEET THE CURRENT CHARTER SCHEDULE OUTLINED BELOW:

| DEPARTURE FROM | TIME | ARRIVALS TO | TIME | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| GROTON | 700 | NEWPORT NEWS | 855 | X | | X | | |
| NEWPORT NEWS | 1600 | GROTON | 1740 | X | | X | | |
| NEWPORT NEWS | 700 | GROTON | 840 | X | X | | X | X |
| GROTON | 1600 | NEWPORT NEWS | 1755 | X | X | | X | X |

RATES

ROUND TRIP FLIGHT: $4,875.00 FIXED PRICE.

THIS SERVICE IS BASED ON A MINIMUM MONTHLY BILLING OF FIFTEEN (15) R/TS PER MONTH.

THE FOLLOWING ADDITIONAL PRICING SHALL APPLY IF REQUIRED:

(1) AIRCRAFT FLIES ONE WAY 1ST DAY, STAYS OVERNIGHT AND RETURNS 2ND DAY. PRICING: RT + HOTEL + PER DIEM.

(2) AIRCRAFT FLIES ONE WAY 1ST DAY, RETURNS DAY 3. PRICING: RT + HOTEL(DAY 1 & 2) + PER DIEM(DAY 1, 2 & 3) AND $500.00 FOR DAY 2 IF AIRCRAFT DOES NOT FLY ON DAY 2. BASED ON TEN (10) OR LESS OCCURENCES PER YEAR.

NOTE: NO WAITING FEES FOR CREW OR AIRCRAFT IF AIRCRAFT FLIES THAT DAY, EVEN IF SCHEDULE TIME CHANGES FOR EB'S NEEDS (LEAVE

PAGE   6
*** CONTINUED ***

```
D R A F T   C O P Y        PO NUMBER: GA.022-096        D R A F T   C O P Y
```

EARLY / DEPART LATE WITHIN THE DUTY DAY). NO FEES WILL BE
CHARGED FOR DELAYS CAUSED BY ATC AND/OR WEATHER WITHIN THE
THE DUTY DAY.

(3) ADDITIONAL AIRCRAFT:

   A. FRG-GON-PHF-GON-FRG (LEGS 1 AND 4 BEING POSITIONED FLIGHTS).
      PRICING: RT + PER DIEM + POSITION FEE FRG-GON ($500.00) +
      POSITION FEE GON-FRG ($500.00).

   B. FRG-PHF-GON-PHF-FRG (LEGS 1 AND 4 BEING POSITION FLIGHTS).
      PRICING: 2 ROUND TRIPS + PER DIEM.

   C. FRG-PHF-GON-FRG. PRICING: 1 ROUND TRIP + $500.00 + PER DIEM.

   D. FRG-GON-PHF-FRG.
      PRICING: 1 ROUND TRIP + $500.00 + PER DIEM.

(4) ADDITIONAL DESTINATIONS, OTHER THAN GRN / PHF. PRICING:
    CHARTER RATE: $1,200.00 PER HOUR. NO WAITING FEES,
    LANDING FEES OR RAMP FEES. ELECTRIC BOAT PAYS
    PER DIEM FOR MEALS. SELLER HAS THE OPTION OF REFUSAL
    SUBJECT TO AVAILABILITY OF AIRCRAFT.

PER DIEM RATES:
----------------

GROTON:   JUNE - OCTOBER:   MEALS:  $7.00 BREAKFAST
                                    $7.00 LUNCH
                                    $18.00 DINNER
                                    $2.00 INCIDENTALS
                            HOTEL:  $87.00 PER DAY
          NOVEMBER - MAY:   MEALS:  SAME AS ABOVE
                            HOTEL:  $67.00 PER DAY

NEWPORT NEWS   APRIL - OCTOBER:   MEALS:  SAME AS ABOVE
                                  HOTEL:  $79.00 PER DAY
               NOVEMBER - MARCH:  MEALS:  SAME AS ABOVE
                                  HOTEL:  $69.00 PER DAY

AGREEMENTS
----------

EXECUTIVE AVIATION CAN USE NEWPORT NEWS FIXED BASE OPERATION

                        PAGE   7
                    *** CONTINUED ***

DRAFT COPY            PO NUMBER: SNL022-096            DRAFT COPY

(FBO), FLIGHT INTERNATIONAL FOR DEPARTURES AND ARRIVALS.

EXECUTIVE AVIATION IS PERMITTED TO USE EBC'S FUEL DISCOUNT AT PHF. THE CURRENT COST (FEBRUARY 2000) IS $1.70 PER GALLON.

EXECUTIVE AVIATION IS RESPONSIBLE FOR DIRECT PAYMENT TO FBO FOR ALL FBO SERVICES.

MISCELLANEOUS.
------------------

1. THIS SERVICE DOES NOT INCLUDE HOLIDAYS OR BUYER SCHEDULED SHUTDOWNS.
2. TRIP DAYS AND TIMES ARE SCHEDULED BY THE BUYER.
3. IN THE EVENT THAT SELLER CANNOT COMPLETE SCHEDULED TRIP DUE TO CIRCUMSTANCES BEYOND HIS CONTROL, (I.E. INCLEMENT WEATHER, MECHANICAL DIFFICULTY) BUYER SHALL NOT BE LIABLE FOR SUBSTITUTION OF OTHER TRIPS TO REPLACE THAT WHICH WAS CANCELLED.

INSURANCE
------------

SELLER IS TO MAINTAIN A MINIMUM OF $100,000,000.00 IN AVIATION LIABILITY INSURANCE ON ALL AIRCRAFT USED IN SUPPORT OF THIS CONTRACT. THE FOLLOWING PARTIES SHALL BE NAMED AS ADDITIONAL INSUREDS: GENERAL DYNAMICS CORPORATION, ELECTRIC BOAT, NEWPORT NEWS CORPORATION AND U.S. GOVERNMENT, THEIR RESPECTIVE ASSIGNS, OFFICERS, DIRECTORS, SHAREHOLDERS, EMPLOYEES, AND SERVANTS (HEREAFTER REFERRED TO AS ADDITIONAL INSUREDS) AS AN ADDITIONAL INSURED FOR THE DURATION OF THE AGREEMENT. COVERAGE SHOULD BE PROVIDED BY ONE OR MORE OF THE FOLLOWING:

- ASSOCIATED AVIATION UNDERWRITERS
- UNITED STATES AVIATION INSURANCE GROUP
- AMERICAN INTERNATIONAL GROUP (AIG)
- CIGNA

EACH OF THE ADDITIONAL INSUREDS SHALL HAVE THE SAME PROTECTION AS WOULD HAVE BEEN AVAILABLE HAD THESE POLICIES BEEN ISSUED INDIVIDUALLY TO EACH OF THEM EXCEPT THAT THIS PROTECTION SHALL NOT IN ANY EVENT INCREASE THE INSURER'S TOTAL LIABILITY BEYOND THE LIMITS SET FORTH ELSEWHERE IN THE POLICY.

SUCH INSURANCE AS IS AFFORDED TO THE ADDITIONAL INSUREDS SHALL BE PRIMARY WITHOUT RIGHT OF CONTRIBUTION FROM ANY OTHER INSURANCE

```
DRAFT  COPY           PO NUMBER: SNL022-095          DRAFT  COPY
```

WHICH IS CARRIED BY THE ADDITIONAL INSUREDS.

THIRTY(30)DAYS ADVANCE WIRTTEN NOTICE(SEVEN(7)DAYS ADVANCE NOTICE FOR WAR RISK)OF ANY MATERIAL CHANGE OR CANCELLATION SHALL BE PROVIDED TO THE ADDITIONAL INSURED.

WITH RESPECT TO SUCH INSURANCE AS IS AFFORDED TO THE ADDITIONAL INSUREDS, THE INSURERS AGREE TO WAIVE ANY RIGHTS THEY MAY HAVE AGAINST SAID INSUREDS TO ANY SETOFFS OR COUNTER CLAIMS AGAINST OR REDUCTION OF SUCH AMOUNTS AS MAY BE PAYABLE FOR SELF INSUREDS ARE WITHOUT LIABILITY TO THE INSURERS AS RESPECTS ANY PREMIUM PAYMENTS THEREFORE. A WAIVER OF SUBROGRATION SHALL BE PROVIDED TO THE ADDITIONAL INSUREDS. A CERTIFICATE OF INSURANCE SHALL BE ISSUED IN ACCORDANCE WITH ALL THE PROVISIONS OUTLINED HEREIN.

CONTRACT DURATION
--------------------

PROPOSED CONTRACT TERM IS ONE (1) YEAR.

TERMINATION OF CONTRACT.
------------------------

1. BUYER RESERVES THE RIGHT TO TERMINATE THIS SERVICE WITHOUT PENALTY UPON SEVEN (7) DAY WRITTEN NOTICE TO SELLER THAT THE SERVICE IS NO LONGER REQUIRED.

INVOICING
---------

SELLER SHALL INVOICE FOR R/T SERVICES ON A BIWEEKLY BASIS IN ACCORDANCE WITH BUYER'S INSTRUCTIONS. PRELIMINARY INVOICE SHALL BE TELEFAXED TO ELLIE MAYO @ 860-453-4037 FOR INITIAL REVIEW. FINAL INVOICE SHALL BE MAILED TO THE ATTENTION OF ELLIE MAYO.

EXECUTIVE AVIATION SERVICES EMERGENCY CONTACT LIST
--------------------------------------------------

OPERATIONS:    1-800-393-2084
               24 HOURS A DAY

MICHAEL PERAGINE (PRESIDENT):  HOME: 1-516-922-6103
                               CELL: 1-516-428-4886
                               PAGE: 1-800-984-1416

```
              PAGE    9
          *** CONTINUED ***
```

```
DRAFT  COPY            PO NUMBER:SNL022-096           DRAFT  COPY

JAMES PERAGINE:  HOME: 1-516-942-5538
                 CELL: 1-516-768-3202

CAROLANN JONES:  HOME: 1-516-753-1654
                 CELL: 1-516-967-9057
                 PAGE: 1-800-984-1450

ELECTRIC BOAT REPRESENTATIVES
-----------------------------

DOTTIE STILLMAN, BUYER SPECIALIST:  TEL. 860-433-5054

EB CHARTER SCHEDULERS: ELLIE MAYO (PRIMARY)
                       PAULA ECCLESTON (BACKUP)
                       TEL: 800-760-7678
                            860-433-8149

KEVIN HANRAHAN, CHIEF PILOT: TEL: 860-433-7888
                             PAGE: 800-759-7243 PIN 60018952
                HAZARDOUS MATL N                      SHIP TO: NA
TAX RATE: NT X  0.0
MATL LVL: N
EB REF ONLY: BMC CAT: N
_____BUYER STANDARD MESSAGES_____
17-205      17-211      17-226      17-232      17-46
```

PAGE    10
*** CONTINUED ***