# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (JCH) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | |
| Defendant. | : | OCTOBER 28, 2004 |

**AFFIDAVIT OF DOROTHY A. STILLMAN**

I, Dorothy A. Stillman, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and understand the obligations of an oath.

2. I am a Purchasing Agent at Electric Boat Corporation ("EB").

3. On February 9, 2000, EB issued a Purchase Order to Executive Airlines ("Plaintiff"), number SNL022-096 (the "February Purchase Order"). A copy of the February Purchase Order is attached to EB's Answer, Affirmative Defenses and Counterclaim dated October 8 2004, as Exhibit C.

4. On March 14, 2000, EB reissued purchase order number SNL022-096 to Plaintiff along with a "Purchase Order Supplement Number 1" which incorporated certain changes to the February Purchase Order (collectively, the "March Purchase Order"). A copy of the March Purchase Order is attached to EB's Answer, Affirmative Defenses and Counterclaim dated October 8 2004, as Exhibit D.

5. Both the February Purchase Order and the March Purchase Order incorporate a document entitled "Purchase Order Terms and Conditions" also known as GDC 410 (Rev. 3/87) and Attachment (7/86) to GDC 410 3/87 (the "Terms and Conditions"). A copy of the Terms and Conditions is attached to EB's Answer, Affirmative Defenses and Counterclaim dated October 8 2004, as Exhibit A.

6. The February Purchase Order, the March Purchase Order, and the Terms and Conditions constitute the entire agreement between EB and Plaintiff regarding the charter air service, and are collectively referred to as the "Contract."

7. EB issued the February Purchase Order, the March Purchase Order, and the Terms and Conditions from its facility in Groton, Connecticut.

8. On April 10, 2000, Plaintiff commenced its flights for EB using a BAE Systems Jet Stream 3101, registration number N16EJ (the "Aircraft").

9 On May 21, 2000, six weeks after its first flight for EB, Plaintiff was operating the Aircraft on a charter flight from Atlantic City, New Jersey to Wilkes-Barre/Scranton International Airport when the Aircraft crashed, killing all passengers and crew on board.

10. EB suspended further flights with Plaintiff pending the investigation into the crash because the safety of its employees is of paramount importance.

11. EB then learned that the investigations conducted by the Federal Aviation Administration (the "FAA") and the National Transportation Safety Board (the "NTSB") probably would not be completed during the term of the Contract.

12. On or about June 7, 2000, in a letter dated June 7, 2000, EB notified Plaintiff that because the safety of its employees "is of paramount importance" and because the findings of the FAA and the NTSB likely would not be available for some time, EB terminated the Contract.

13. I further declare under the penalty of perjury that the foregoing is true and correct.

_____
Dorothy A. Stillman
Purchasing Agent

Subscribed and sworn to before me
this 28th day of October, 2004

_____
Notary Public
My Commission Expires June 30, 2006