# EXHIBIT C

# Attachment 1

to Operational Factors Group Chairman's Factual Report

# DCA00MA052

Interview Summaries

Interview: Mr. Michael Peragine – East Coast Airways Owner and CEO
Date: May 22, 2000
Location: Atlantic City, New Jersey
Time: 1130

Present: Dave Tew, Malcolm Brenner, James Wohlhueter, and Robert Ference.

During the interview, Mr. Peragine stated the following information:

In 1987, he became president of Montauk Caribbean Airways and changed the name to Long Island Airlines. In 1991, he purchased the company and changed the name to East Coast Airways. He was the owner and chief executive officer of East Coast Airways, which did business as Executive Airlines. His aviation operation was located at Republic airport (FRG) in Farmingdale, New York.

The accident airplane was owned by Millennium Jetstream Holdings, which was owned by Mr. Peragine.

He stated Executive Airlines had ten pilots and operated seven airplanes, four of which were Jetstream 31s. The director of operations (DO) was Paul Woodford who previously been the chief pilot and had worked for the company for about one and one half years. The chief pilot was Tom Neilson and he had worked for the company for a period of about six weeks.

The accident captain, Gregory MacVicar, was a full-time pilot for Atlantic Coast Airlines (ACA) and had worked part-time at Executive Airlines for about two years. He stated that Executive Airlines monitored Captain MacVicar's schedule at ACA and scheduled him to fly accordingly. Captain MacVicar had about 4,000 hours on the Jetstream-31. He had taken his first proficiency check at Executive Airlines in April 1998. He said that Captain MacVicar was gregarious, very professional, and well-liked.

The accident first officer (F/O), Can Basat, had worked at the company for about two years. He had about 1,300 total flight hours and had about 500 flight hours on the J-31.

Executive Airlines did not have a formal contract with Caesar's Palace Hotel. The airline operated charters and ad hoc flights without a written contract. He had once used a company called Nationwide Charter to book seats with the casinos. In 1995, he began to deal directly with Caesars Palace for business. From November 1998 to November 1999, he had a contract with Caesars, but when it expired he continued to fly on an Ad Hoc basis. Additionally, Executive Airlines operated ad hoc flights for all the casinos located in Atlantic City, New Jersey.

He stated that on Sunday, May 21, 2000, at about 0100, he received a call from Captain Jake Fowler. Captain Fowler was scheduled to ferry an airplane from FRG to Atlantic City, New Jersey (ACY) and then depart for Wilkes-Barre/Scranton, Pennsylvania (AVP)

with 17 passengers. Captain Fowler informed Mr. Peragine that the weather at ACY and AVP was marginal for flight and the airplane currently had 1,200 pounds of fuel on board and there was no one available from which to purchase additional fuel.

Mr. Peragine said he decided to cancel the flight and informed Captain Fowler to hangar the airplane. He contacted Caesar's Palace and advised them that the passengers would have to remain overnight. The flight was rescheduled for a morning departure at 1030.

The accident crew was originally scheduled to depart FRG for ACY at 0900 and return from ACY to FRG at 1900. He stated that he contacted this crew and advised them that they would have to operate an additional roundtrip between ACY and AVP to accommodate the passengers that remained overnight in ACY due to the cancellation of their flight.

When the accident crew was in FRG, Mr. Peragine said he originally informed F/O Basat that they should do the airplane weight and balance calculations based on a load of nine passengers from ACY to AVP to determine if the airplane could be topped off with fuel in FRG. F/O Basat informed him that they had stuck the fuel tanks and that there was 1,100 lbs. of fuel on board. Mr. Peragine also said that pilots are trained to stick the tanks if they suspect the fuel may be contaminated with moisture. He said Captain MacVicar would have stuck the tanks if there were a moisture concern. He subsequently found out from Caesar's Palace that there would be 17 passengers on the flight from ACY to AVP and he informed the F/O accordingly. The F/O said they might not be able to top off with fuel in FRG, but it would be close. The F/O later informed him that 90 gallons of fuel would be added to each of the two fuel tanks and said "we are going almost topped off". The pilot would normally stick the tanks and then order the fuel. The meter on the fuel truck was used to verify the fuel load. The fueler was obligated to give the crew a fuel slip, but sometimes didn't.

Later D/O Paul Woodford obtained the accident flight load manifest from fire department personnel in AVP. The manifest confirmed that the accident captain believed he had 2,400 pounds of fuel on board when he left FRG.

He said pilots could determine their current fuel load by subtracting the amount indicated on the fuel burn gauges from the known quantity at departure. His opinion is that the fuel burn gauges are more reliable than the fuel quantity gauges.

His last conversation with the crew occurred when they radioed their departure from FRG with nine passengers. The crew said they would monitor the frequency and Mr. Peragine said that he would let them know if there were any changes.

Million Air was the ground handler in FRG and fueled the airplane prior to its departure. The accident aircraft's tail number was N16EJ.

Midlantic was the ground handler in ACY and was responsible for boarding/deplaning passengers, marshalling airplanes and fueling. Midlantic employed Stacy Kisby, fiancée

INTERVIEW SUMMARIES                                                                3
DCA00MA052
                           Attachment 1

of the accident F/O. He stated Ms. Kisby telephoned him about 1140 and asked the whereabouts of N16EJ. She said the casino had called and said the airplane had not arrived in AVP. Mr. Peragine said he checked Flight Tracker and saw the airplane was not on the screen. He told Ms. Kisby that he would get back to her.

He said he contacted Tech Aviation, the ground handler in AVP, and asked if N16EJ was on the ground. He was advised that the airplane never arrived and the crew did not make their normal call. The crew would normally contact Tech Aviation when they were 15 miles from the airport or if they were going to arrive later than scheduled. He then called Ms. Kisby and she informed him that the airplane departed about 1025.

He said he again called Tech Aviation and requested telephone numbers for the control tower. He contacted the control tower and was told that they were not working the flight at that time. Mr., Peragine contacted the control tower supervisor who advised him that the crew had reported engine trouble and that he should contact public affairs.

NTSB investigator Paul Cox arrived several hours later to collect pertinent records. Mr. Peragine requested that he obtain the fueling records from Million Air and informed him that the crew had ordered 90 gallons of fuel per side for the airplane. Investigator Cox obtained the original fuel truck meter slip. It read 0901, which indicated the airplane was fueled with a total of 90 gallons.