Case 3:02-cv-00194-WWE    Document 88-6    Filed 10/29/2004    Page 1 of 4

# EXHIBIT E

# Attachment 5

to Operational Factors Group Chairman's Factual Report

# DCA00MA052

Fueling Records Of Fuel Added To Accident Airplane



**MILLION AIR**

REPUBLIC AIRPORT
FARMINGDALE, NEW YORK 11735
(516) 752-9022

CUSTOMER

EXECUTIVE AIRLINES-JET                          51989
1300 NEW HIGHWAY, GATE #2
E. FARMINGDALE, NEW YORK 11735

| AIRCRAFT # | TIME | VEHICLE # | DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 16EJ | 9:01:53 | 85 | 5/21/00 | 883031 |

BILLING INFORMATION

| DESCRIPTION | GALLONS | UNIT COST | AMOUNT |
|---|---|---|---|
| FUEL - JET A | 90.0 | .30 | 27.00 |
| AIRPORT FLOWAGE FEE | | | 4.50 |

REMIT TO: P.O. BOX 607
FARMINGDALE, N.Y. 11735

METHOD OF PAYMENT: MLT

27.00
4.50
31.50

31.50

CUSTOMER SIGNATURE

**CUSTOMER COPY**

```
            PHILLIPS 66
            MILLION AIR NO
           NEW HWY, HANGAR B
          FARMINGDALE NY 11735
         *** HAVE A NICE FLIGHT ***
               2456500038A
              *** CHARGE ***
  05/21/00                        09:05 AM
              AIRPLANE ID 16EJ

        90 V    SJET @$0.30000  $   27.00
                STATE            $    4.50
                                 ---------
                TOTAL            $   31.50

  CUSTOMER AGREES TO PAY THE ABOVE TOTAL
  AMOUNT ACCORDING TO THE CARD ISSUER
  AGREEMENT.  PHILLIPS 66 CO.
  MC   700000896715577        01/01
  6701    INVOICE#     8062      M


  X_____
  CARDHOLDER'S SIGNATURE
```