**EXHIBIT F**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  AIR ACCIDENT AT BEAR CREEK,

        PENNSYLVANIA ON MAY 21, 2000

                                    3:02-CV-5000

                                    Caputo, D.J.

-----------------------------------------

Videotape deposition of **STACY LYNN SUAZO** taken by the attorney for Executive Airlines at 116 West Government Street, Pensacola, Florida, on Thursday, March 20, 2003, commencing at 10:23 a.m., before Jo Ann Bryan, Court Reporter and Notary Public.







**COURT REPORTER**
116 West Government St.
Pensacola, FL 32501
(850) 433-6362 ~ FAX (850) 434-0303 ~ TOLL FREE 1-877-855-6362

```
 1   aircraft?
 2       A.    No.
 3       Q.    Did you observe Can inside the
 4   aircraft?
 5       A.    Yes.
 6       Q.    And what did you observe Can doing?
 7       A.    He went to the cockpit and flipped the
 8   switches to check how much fuel was on board.
 9       Q.    Okay.  How do you know he was checking
10   how much fuel was on board?
11       A.    Because after he was up there and
12   flipped the switch, whatever he saw up there, he
13   called me up and said, "Stace, come look at this."
14   He said, "Come look at the fuel gauges."
15       Q.    Okay.
16       A.    And I don't know what I'm looking at
17   because I -- you know, it's not something that I do.
18       Q.    Well, did you proceed up to the
19   cockpit?
20       A.    Yes, yes.
21       Q.    And what did Can say as exactly as you
22   can remember?
23       A.    He said, "This airplane is such a piece
24   of shit . . ."
25             MR. HAYES:  Let's go off the record and
```

1      take a break.

2              (Brief recess.)

3   BY MR. HAYES:

4      Q.   Now, did Can say anything else at the
5   same time after that comment that you just related to
6   us, Stacy?

7      A.   He said -- I hate to say this because
8   it's always taken out of context, but he said, "This
9   airplane is such a piece of shit you can't even tell
10  how much fuel you have on board."

11     Q.   All right.  Did he say anything else to
12  you at that time?

13     A.   He had me look at the fuel gauges and
14  was pointing out to me --

15     Q.   If you can, tell me the words he used
16  to indicate to you to look at the fuel gauges.

17     A.   He said, "Stace, come up here and look
18  at this."

19     Q.   And then he made the comment about --

20     A.   Then he made the comment.

21     Q.   When then -- what words did he then use
22  to describe the fuel gauge, if you can recall?

23     A.   That they were going to have to stick
24  the tanks to see how much fuel they had on board
25  because by looking at the gauges they weren't

JO ANN BRYAN - COURT REPORTER - (850) 433-6362

Case 3:02-cv-00194-WWE     Document 88-7     Filed 10/29/2004     Page 5 of 5
294

# CERTIFICATE OF REPORTER

STATE OF FLORIDA     )

COUNTY OF ESCAMBIA   )

I, Jo Ann Bryan, Court Reporter and Notary Public at Large in and for the State of Florida, hereby certify that pursuant to notice heretofore filed there came before me on the 20th day of March, 2003, commencing at 10:23 a.m., at 116 West Government Street, Pensacola, Florida, the following-named person, to-wit: STACY LYNN SUAZO, who was by me first duly sworn to testify to the truth of her knowledge touching and concerning the matters in controversy in this case; that she was thereupon carefully examined upon her oath and her examination reduced to typewritten form under my supervision; that the deposition is an accurate transcription of my stenotype notes of the testimony given by the witness; that the notice of filing was waived by stipulation of counsel, and that all objections except as to the form of the questions were reserved until the time of trial.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this 10th day of April, 2003.

JO ANN BRYAN
NOTARY PUBLIC, STATE OF FLORIDA
MY COMMISSION EXPIRES NOV. 14, 2005
COMMISSION NO. DD 70425

*JoAnn Bryan*

JO ANN BRYAN
Court Reporter and Notary Public
My commission expires 11/14/2005

JO ANN BRYAN - COURT REPORTER - (850) 433-6362