# EXHIBIT H

**ELECTRIC BOAT CORPORATION**
A GENERAL DYNAMICS COMPANY


PLAINTIFF'S EXHIBIT NO. 1 FOR IDENTIFICATION DATE: 6/5/04 RPTR: KL

*Inter-Office Memo*

05-24-00

To:             Robert Januska

Subject:      Telephone Conversations with Executive Airlines

I contacted Executive Airlines (EA) on Sunday May 21, 2000 in the early afternoon. The phone was answered by Mike Peragine, Junior. I told him that I had an unconfirmed report that EA had an aircraft down in PA. I asked him if he could confirm that it was one of their aircraft. He said that it was. I expressed sympathy and told him I would be available if EA needed anything. He then advised me that EA was prepared to support our charter operations, including the flights for the next day. I told him that as a matter of employee/passenger morale and pending further information, that Electric Boat was suspending charter operations effective immediately. I told him that I would like to speak with Mike Peragine, Sr. when he was available.

Mike Peragine, Sr. called at approximately 7:00pm. Jan Stimac was in the office with me and I asked Peragine if he would mind if she were on the phone with us. He had no objections. Jan and I both expressed our sympathy for the Executive Airlines tragedy. Peragine advised us that "at this time he had no idea how this accident could have happened" and that he had personally spoken with the " 8000+ hour" Captain that morning and had even discussed the trip and the fuel load being carried. Mike Peragine stated that the Captain had physically checked ("stuck") the fuel tanks and then added 90 gallons per side and that this fuel load would be adequate for the planned flight. He also told us that he was concerned that the aircraft fueler may have either misfueled the aircraft or not fueled it at all. He did not know of any other issue that could have contributed to the accident.

Peragine stated that he would "share information as quickly as possible". He stated that perhaps he would have a preliminary report as early as tomorrow (Monday).

He said that he was overwhelmed by the "daunting and agonizing " loss, as he thought of the crew as being like family. He also stated that the captain was very qualified and had been an instructor pilot on the Jetstream 31.

Peragine advised us that he was able to support our charter operation as needed and that his aircraft were available, even for Monday's (the next day) trips. I advised him that I didn't feel comfortable putting passengers on a charter flight immediately after the operator was involved in an accident. Jan and I told him that we needed time to review the circumstances of the accident and an opportunity to reassure our passengers and regain their confidence. I also advised him that I thought his pilots would be operating at a very high stress level and would need time to resolve their own grief and emotions.

Peragine asked if we were going to utilize another operator for trips this week. We advised him that all charter flights for EB would be canceled for the week and that anyone needing to travel would utilize commercial airlines as needed. He then said that the extra time without trips would actually be helpful and that he appreciated our response.

Kevin Hanrahan
Chief Pilot

# EXHIBIT I

# GENERAL DYNAMICS
Electric Boat

RFK/00-145
May 24, 2000

Mr. Michael Peragine
President
Executive Airlines
1300 New Highway
Farmingdale, NY 11735

Dear Mr. Peragine:

Subject:  Charter Aircraft Service between Groton, CT and Newport News, VA in accordance with Electric Boat's Purchase Order SNL022-096

Electric Boat was shocked and saddened to learn of the recent crash and loss of lives involved with one of your aircraft attempting to land at Wilkes-Barre, PA. As this aircraft had most recently been in service between Groton and Newport News, Electric Boat is deeply concerned over the possible cause(s) of the crash as described in the media and follow-up actions being taken by Executive Airlines. The safety of our employees who travel via the Groton/Newport News charter aircraft is naturally of paramount importance to us. Confirming our Kevin Hanrahan's recent phone conversation with you, we feel that suspension of the charter service pending your explanation of facts surrounding the Wilkes-Barre crash is prudent.

Our President, Mr. M. W. Toner, has requested that prior to resumption of charter service, you meet with us at our facility to review the circumstances surrounding the Wilkes-Barre crash and any subsequent actions taken by Executive Airlines.

Sincerely,

R. F. Kiely
Director of Materials Acquisition

xc:   K. P. Hanrahan
      F. J. Harris
      R. C. Januska
      R. H. Nardone
      N. D. Ruenzel
      R. G. Scheel
      M. W. Toner