# EXHIBIT J

PLAINTIFF'S EXHIBIT NO. 4 FOR IDENTIFICATION DATE: 6/15/04 RPTR

*[handwritten: Jon Minor comments noted]*

**Robert C Januska/EB/GDYN**

06/01/2000 09:58 AM

To: Ron Kiely/EB/GDYN@GDYN
cc:
Subject: Fw: Meeting with Executive Air on 5/26/00

---------------------- Forwarded by Robert C Januska/EB/GDYN on 06/01/2000 10:07 AM ----------------------

nicholas.stimac@gte.net on 05/30/2000 12:22:02 AM

To: Robert C Januska/EB/GDYN
cc:
Subject: Fw: Meeting with Executive Air on 5/26/00

Bob, I'm going to have Kevin, Ron and Dottie take a look at these notes to clarify a few of the items. I focused only on Mike Peragine's major comments. Please don't pass these on yet -- I just wanted you to get an idea of the meeting highlights.

Jan

-----Original Message-----
From: nicholas "nick" stimac <nicholas.stimac@gte.net>
To: jstimac@ebmail.gdeb.com <jstimac@ebmail.gdeb.com>
Date: Monday, May 29, 2000 9:14 PM
Subject: Meeting with Executive Air on 5/26/00

Following are some notes from the meeting held at Purchasing that R. Kiely, D. Stillman, K. Hanrahan and I attended with Mike Peragine from Executive Air on 5/26/00. Mike Peragine initially read directly from draft reports written by the NTSB investigators. Mike is a participant in the NTSB investigation process. He frequently added his own thoughts/opinions about the reports. The following notes are in the order that he discussed the items. Often the items are a mix of past and present EA events/operations.

The media contacted Mike Jr.. last Monday and Tuesday and wanted statements. Mike told them to just pray for the victims families and let the investigation take place. By Wednesday the media was printing misinformation. His attorneys are going to handle this....

Executive Air has never had a violation -- has been in business 30 years. EA is a standard setter. I asked Mike how long he had been affiliated with EA -- he indicated since 1987 and in 1991 he bought out his business. partners.

He talked about NASIP. I did not catch what it stood for but this agency, according to Mike, shut Raytheon down for 10 days once. Over the years there have been 28 findings against EA, 23 of which were reversed. There has never been a safety finding. EA was the oldest commuter airline with an accident free record -- they are no longer a commuter airline.

Following comments are about the accident in question:
Engines had no internal failure (Mike was reading from a report). Engines will go to a lab to be further analyzed METALLURGICALLY.
No correspondence in FAA files about EA safety violations.
FA management did not push pilots to fly in bad weather.
Pilot quality was good.
Confident with mechanical condition of aircraft.
Peragine cited as a good director, intelligent... (again Mike read this and other admirable comments from a preliminary NTSB report).

[Recommend DELETE THIS] Not long ago there had been an emergency landing of an EA helicopter. The pilot was able to land the helicopter and the tail subsequently fell off. Because the pilot had been able to land the helicopter the problem was determined to be a component problem. This successful landing had contributed to other helicopter accidents industrywide.

Very little really points to the cause -- Peragine speculates the cause was fuel system related. Jetstream's have continuous ignition -- auto relay -- if engines are shut off in flight due to pilot error, the system will turn an engine back on. Field Note: Power Plant - auto relay working - 115V Dual Bus Ac Airplane.

EA trains and operates to higher standards than ____?

There was significant discussion about the cockpit voice recorder, the misinformation in the media about the the CVR being installed incorrectly and the wrong electrical current being used. Model and part # confusion led to the misinformation/misstatement. ~~In fact, 8 weeks ago the~~ overhauled unit was ~~installed; the FAA had flown with it before (?)~~. This misinformation has been retracted; however, most people never heard the retraction. According to Mike, the unit was bulk erased. EA does not have the CAPABILITY to bulk erase the recorder. He feels it was the NTSB that mistakenly bulk erased it by applying the incorrect electrical current.

Fuel was tested FOR CONTAMINATION - no problems FOUND. Fuel gauges are not reliable during extreme moisture. ~~He again~~ talked about the pilot 'stuck' the tank and CONFIRMED it had 1800 lb. of fuel; 700lbs = 1 and 1/2 hr. flying time. Plenty of fuel. Wild speculation (Mike's) - something wrong in fuel system. He later quickly talked about fuel being removed from the tank to permit adding a few additional passengers but again said there was more than enough fuel.

Dottie Stillman asked if the CRASH CAUSE could have been pilot error: Mike said THIS WAS UNLIKELY ~~these were some clues~~: If the pilot thought there was a problem, he would have continued his landing the first time. Scranton has the toughest approach. This pilot had very high standards. Pilot was RECENTLY tested at that airport. He had 8500 hours of flying; 4000 in Jetstreams. He was a Jetstream 32 instructor. He ALSO flew for United Express.

If the accident was caused by mechanical failure, FAA USUALLY knows in 2 or 3 days. FAA eventually calls it pilot error if they cannot find the cause.

Kevin asked him how many Jetstream's he now has -- he said three and two Lear jets. Later he said he has one 19 and one 12 passenger Jetstream and just took possession of a third. He also mentioned that he has six other aircraft on order (not Jetstreams) but may cancel them. Pam Am is supporting them (EA) AS [backup] when necessary. CURRENTLY

EA carries no hazmat -- COULD by SPECIAL PERMIT chooses not to.

We talked about the problem EB's passengers have complained about -- with the loud noise from a leaking seal during depressurization. He said it has been an intermittent problem with one Jetstream (he said only occurred twice) which is why they did not fix it. He said no alarm has ever sounded because of the seal problem -- there is no alarm feature. He has ordered the seal and wanted to wait until the plane was down for maintenance before installing.

EB00135

Ron Kiely indicated that there really was insufficient info [AS TO PROBABLE CAUSE OF THE CRASH] and that 'we are going to have to wait another week to see [IF NEW INFORMATION IS AVAILABLE, PER ?]

Mike Peragine said the engine analysis will not be done for 3 to 4 weeks. He did indicate it is prudent to wait another week.    Ron Kiely asked what his other customers are doing about service.  Mike did say Caesars suspended their operation.  EA began flying for Harrahs again on Wednesday.  He said Sr. Captains are part of every crew.  They have a bereavement team -- want to make certain the crews deal with their shock and grief...

Mike's final comment was 'we don't have an answer [YET] and probably won't.'
-- it was probably the fuel system.'


Jan Stimac    5/29/00


 - att1.htm

**ELECTRIC BOAT CORPORATION**
A GENERAL DYNAMICS COMPANY
75 Eastern Point Road,
Groton, Connecticut 06340-4989

SHEET 1 OF 4

# FAX MESSAGE

(Ref. SP 10-10)

DATE 6/5/00

| 1. TO: D. Stillman/K. Hanrahan | CITY AND STATE | FAX NUMBER TO BE CALLED 32313/34037 |
|---|---|---|
| 2. TO: | CITY AND STATE | FAX NUMBER TO BE CALLED |
| 3. TO: | CITY AND STATE | FAX NUMBER TO BE CALLED |

| FROM: Jan Stimac | PHONE 860-433-4685 | DEPT. 458 | STATION/MAIL ZONE |
|---|---|---|---|

MESSAGE OR INSTRUCTION:

Review my notes from the May 26 meeting and return by COB 6/9/00 with any comments you would like incorporated.

Thanks.

Jan

| ORIGINATING FAX NUMBER 860-433-2637 | DESK PHONE–SEND | FOR OPERATOR USE (✓) 1. ( ) SENT   2. ( ) SENT   3. ( ) SENT |
|---|---|---|

**RETURN TO ORIGINATOR**

EB00137