# EXHIBIT M

Case 3:02-cv-00194-WWE   Document 88-11   Filed 10/29/2004   Page 1 of 7

Case 3:02-cv-00194-WWE   Document 88-11   Filed 10/29/2004   Page 2 of 7

Executive Airlines v. Electric Boat
10/15/2004                                                      Aaron Goodwin Olmsted, Jr.

```
                                                                Page 1
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
 2

 3                                          COPY

 4
                                    )
 5   EXECUTIVE AIRLINES,             )
              Plaintiff,             )
 6                                   )       Civil Action No.
     VS                              )       02-CV-194(GLG)
 7                                   )
     ELECTRIC BOAT CORPORATION,      )
 8            Defendant.             )
                                     )
 9

10

11

12

13

14        DEPOSITION OF:  AARON GOODWIN OLMSTED, JR.

15        DATE:           OCTOBER 14, 2004

16        HELD AT:        DAY, BERRY & HOWARD, LLP
                          ONE CANTERBURY GREEN
17                        STAMFORD, CONNECTICUT

18

19

20

21

22

23   Reporter:  JAMES A. SCALLY, RPR, CRR, LSR #80
              BRANDON SMITH REPORTING SERVICE
24                   44 Capitol Avenue
                Hartford, Connecticut 06106
25                    (860) 549-1850
```

Page 10

1  programs.

2           From 1985 to 1986, I worked for the -- went
3  to work for the Department of Defense as a C-130
4  instructor pilot for about six months out in Michigan,
5  transferred back to Westover, then I went to work for
6  the FAA at Hanscom Field, then to flight standards
7  district office there.  From 1985 to '86, I was a
8  general aviation inspector, went through the
9  indoctrination and required courses there; was promoted
10 to principal operations inspector.

11          From 1986 to 1989, I was kind of lured back
12 to Westover to become an air reserve technician again.
13 So I transferred from the Department of Transportation
14 to the Department of Defense, and I was a C-130 and
15 C-5A/B instructor pilot.

16          From 1989 to 1994, I was employed by the FAA
17 at the Windsor Locks flight standards district office
18 as both an air carrier, and then I went to the --
19 previously qualified as a general aviation inspector,
20 then I went to the air carrier indoctrination courses,
21 served as both an air carrier and general aviation
22 principal operations inspector.

23          In 1994 until 1998, I served as the chief
24 pilot for the Aetna Life and Casualty Company in
25 Hartford.  From 1998 to 1999, I was director of

Page 11

```
 1   operations for Shoreline Aviation in New Haven,
 2   Connecticut.
 3        Q    Shoreline?
 4        A    Aviation.  They have since relocated down
 5   here to Bridgeport Airport.  And from 2000 to 2002, I
 6   left -- I left Shoreline, went to work for Bombardier
 7   Aerospace out of Windsor Locks.
 8        Q    In what position?
 9        A    I was their demonstration captain.  I worked
10   in their aircraft sales and marketing department.  For
11   the CL-604 Challenger, CL-65 Regional Jet, and the
12   Global Express, sales and marketing demonstrations
13   worldwide for them.  And then in July of 2002 until the
14   present, I went back to the -- worked for the
15   government.  I'm currently employed with the U.S.
16   Department of Homeland Security Transportation Security
17   Administration.
18        Q    And what position do you have with that
19   department?
20        A    Geographically in Connecticut and western
21   Massachusetts, I serve as the assistant federal
22   security director for screening.  I oversee a force of
23   about 340 federal employees that conduct passenger and
24   passenger baggage screening at airports with scheduled
25   air service.
```

Page 36

1  operate 121 or 135.

2  Q   Well, when you say it cuts off, which FAR
3  would apply to which passenger size?

4  A   In this case with Executive Airlines, the 19-
5  seat British Aerospace 3101 series aircraft would be
6  Part 135.

7  Q   In paragraph 2, you state that Executive
8  Airlines operated a specific aircraft in violation of
9  FAR's under 135 and 91. How did 91 apply?

10 A   Part 91 always applies to 135 aircraft. You
11 still have to comply with general operation rules in
12 many instances when you fly an aircraft even if it's
13 under Part 135.

14 Q   What conclusion did you come to as to the
15 violation of those parts?

16         MR. ERICKSON: Are we talking
17 specifically on -- with respect to paragraph 2?

18         MR. FEIGENBAUM: Correct.

19 A   On May 21st, 2000, the British Aerospace
20 Jetstream 3101, N16EJ, failed to reach its destination
21 due to fuel starvation.

22 Q   On what did you base that conclusion?

23 A   On reviewing the NTSB reports and other
24 documents that were presented to me.

25 Q   And specifically what in the NTSB report led

Page 39

```
 1   referring to under what heading?
 2        A    "Probable Cause."
 3        Q    Now, probable cause is not facts, is it?
 4        A    The NTSB will reach a probable cause based on
 5   the facts of their investigation.
 6        Q    All right.  And my question to you, if I
 7   remember correctly, was what facts was -- were your
 8   conclusions based on?
 9        A    I looked at a number of different documents,
10   read depositions and records.  I looked at the fueling
11   records that were completed for the aircraft,
12   statements in depositions from people that concluded
13   what the fueling was, watched the aircraft be
14   preflighted, looked at fuel receipts, looked at reports
15   on the type of damage that was done to the engine's
16   propellers, how much fire was at the crash site.
17        Q    Okay.  Let me back up for a minute.  When did
18   you start your investigation of this matter?
19        A    I'd have to go back to the original date of
20   the letter when I signed the -- to work for Day, Berry
21   & Howard and Electric Boat.
22        Q    Do you have that letter?
23        A    If you give me a moment to find it?
24        Q    Sure.
25             MR. ERICKSON:  Do you want to see the
```

Case 3:02-cv-00194-WWE   Document 88-11   Filed 10/29/2004   Page 7 of 7

Executive Airlines v. Electric Boat
10/15/2004                                              Aaron Goodwin Olmsted, Jr.

Page 204

```
 1                    STATE OF CONNECTICUT

 2

 3        I, JAMES A. SCALLY, a Registered Professional
     Reporter/Commissioner within and for the State of
 4   Connecticut, do hereby certify that I took the
     deposition of AARON GOODWIN OLMSTED, JR., on October
 5   14, 2004, at the offices of Day, Berry & Howard, One
     Canterbury Green, Stamford, Connecticut.
 6
          I further certify that the above-named deponent
 7   was by me first duly sworn to testify to the truth, the
     whole truth, and nothing but the truth concerning his
 8   knowledge in the matter of the case of EXECUTIVE
     AIRLINES VS ELECTRIC BOAT CORPORATION, now pending in
 9   the United States District Court, District of
     Connecticut.
10
          I further certify that the within testimony was
11   taken by me stenographically and reduced to typewritten
     form under my direction by means of COMPUTER ASSISTED
12   TRANSCRIPTION; and I further certify that said
     deposition is a true record of the testimony given by
13   said witness.

14        I further certify that I am neither counsel for,
     related to, nor employed by any of the parties to the
15   action in which this deposition is taken; and further,
     that I am not a relative or employee of any attorney or
16   counsel employed by the parties hereto, nor financially
     or otherwise interested in the outcome of the action.
17
          WITNESS my hand and affixed my seal this 20th day
18   of October, 2004.

19                           /s/ James A. Scally

20
                             James A. Scally, RPR, CRR, LSR
21                           Commissioner

22
     My commission expires
23   May 31, 2009

24

25
```