UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES ) | |
|     Plaintiff, ) | Case No. 02-CV194 (JCH) |
| ) | |
| v. ) | Judge Janet C. Hall |
| ) | |
| ELECTRIC BOAT CORPORATION ) | |
|     Defendant. ) | |

**Notice of Manual Filing**

Please take notice that Defendant, Electric Boat Corporation, has manually filed the following document or thing:

Exhibit L (August 26, 2002 NTSB Aircraft Accident Brief) to Local Rule 56(A)1 Statement.

This document has not been filed electronically because

☐ the document or thing cannot be converted to an electronic format
☒ the electronic file size of the document exceeds 1.5 megabytes
☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

DEFENDANT, ELECTRIC BOAT CORPORATION

/s/
Francis H. Morrison III (ct04200)
William H. Erickson (ct18117)
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Email: fhmorrison@dbh.com
       wherickson@dbh.com

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 29th day of October, 2004, postage prepaid, to:

Leonard Feigenbaum, Esq.
1670 Old County Road
Suite 224
Plainview, NY  11803

                                            /s/_____
                                         William H. Erickson