UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EXECUTIVE AIRLINES,

                Plaintiff,

— against —

ELECTRIC BOAT CORPORATION,

                Defendant.

CIVIL ACTION NO.
02-CV-194 (JCH)

1 November 2004

## MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

Plaintiff Executive Airlines moves for an extension of one of the deadlines set forth in the scheduling order in this case and respectfully requests that the deadline to file dispositive motions be extended for ten days to to 8 November 2004.

Plaintiff's attorney was physically unable to complete plaintiff's motion for summary judgment by the prior deadline of 29 October 2004 and requires the additional time to complete plaintiff's brief. The reasons for this request are set forth in the accompanying affirmation of plaintiff's attorney. This is the ninth request for an extension of applicable deadlines in this matter although the first made by current counsel.

                I. Leonard Feigenbaum (ct25807)
                Visiting Attorney for Plaintiff
                1670 Old Country Road - Ste 224
                Plainview, New York 11803
                Tel. (516) 420-6900
                Fax (516) 420-8444
                leefeig@aol.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed on this date to the following:
Day, Berry & Howard LLP
CityPlace I
Hartford CT 06103-3499

                I. LEONARD FEIGENBAUM