UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EXECUTIVE AIRLINES,                                         AFFIRMATION

                    Plaintiff,

        — against —                           Docket #02-CV-194 (JCH)

ELECTRIC BOAT CORPORATION,

                                              1 November 2004

                    Defendant.


        I. LEONARD FEIGENBAUM, an attorney at law duly admitted to practice in New York

State, under the penalties of perjury, affirms as follows:

        I am the attorney of record for plaintiff herein, having been effectively substituted for Stephen

R. Mahler, Esq. on 1 March 2004 and having been admitted *pro hac vice* by order dated 31 March

2004 (Docket # 66).

        I make this affirmation in support of a request for extension of the deadline to file dispositive

motions in this case and to explain (but not excuse) my situation.  The present deadline was last

Friday, 29 October 2004 and I had believed I could finish the papers on plaintiff's motion for

summary judgment by that time.  Although I completed all of the other papers, I underestimated the

amount of work involved in the brief and overestimated my stamina to complete the research and

writing.  In addition, I had been fatigued and not been feeling well for the past week.  My

circumstances are that I am a seventy-two year old attorney practicing alone with no support staff

and no one to whom I can delegate any of the work.

        This morning I called William H. Erickson, Esq., one of defendant's attorneys, and explained

to him my situation and asked if he would consent to this extension.  He told me he would have to

discuss it with his colleague and would call me back.  I called him again late this afternoon and he told me he had called but had been unable to contact his client to obtain defendant's permission to consent to this extension.

Insofar as the status of this case is concerned, the last deposition was held only two weeks ago, on 15 October 2004, and I did not know the specifics of the Order of this Court which granted the prior Motion for Extension of Time since I had been unaware I was not registered electronically with the Court.

Defendant's counsel has long known of my intention to move for summary judgment on conclusion of discovery since the issues in this matter involve construction of a contract with, I believe, no factual issues requiring a trial.  It is therefore submitted it is to the benefit of the parties as well as the Court for plaintiff to be allowed to submit its motion for summary judgment to the Court.  Under the circumstances, since there can be no possible prejudice to defendant in extending the deadline for filing dispositive motions until 8 November 2004, I apologize for the delay and respectfully request the Court grant this motion.

Dated: Plainview, New York
         1 November 2004

_____
I. LEONARD FEIGENBAUM