UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EXECUTIVE AIRLINES,

                Plaintiff,

— against —

ELECTRIC BOAT CORPORATION,

                Defendant.

CIVIL ACTION NO.
02-CV-194 (JCH)

18 November 2004

### PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT

Pursuant to Local Rule 56(a)2 and in opposition to defendant's motion for summary judgment, plaintiff submits this Statement in response to defendant's Local Rule 56(a)1 Statement, the paragraph numbers herein corresponding to the paragraph numbers of defendant's Statement:

1. Admits.

2. Admits.

3. Admits.

4. Admits.

5. Admits.

6. Admits that the referenced airplane was one of three similar Aircraft utilized by plaintiff. (Affidavit of Michael S. Peragine being submitted herewith (the "November Peragine Aff." ¶ 3.)

7. Admits. The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

8. Denies. (November Peragine Aff. ¶ 6.) The facts alleged are irrelevant to this action on an

1

integrated contract and are therefore not material.

9. Admits. The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

10. Admits. The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

11. Admits. The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

12. Admits. The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

13. Denies. (November Peragine Aff. ¶ 7.) The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

14. Admits. The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

15. Admits. The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

16. Admits.

17. Denies. (November Peragine Aff. ¶ 6.) The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

18. Denies. (November Peragine Aff. ¶ 8.) The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

19. Denies. (November Peragine Aff. ¶ 8.) The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

20. Denies. (November Peragine Aff. ¶ 15.) The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

21. Admits, except the document speaks for itself.

22. Admits.

23. Admits, except the document speaks for itself.

24. Denies. (November Peragine Aff. ¶ 14.) The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

25. Denies. (November Peragine Aff. ¶ 14.) The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

26. Admits. The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

27. Denies. (November Peragine Aff. ¶ 11.) The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

28. Denies. (November Peragine Aff. ¶ 15.) The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

29. Denies. (November Peragine Aff. ¶ 15.) The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

30. Denies. (November Peragine Aff. ¶ 15.) The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.

31. Admits, except the document speaks for itself.

32. Admits. The facts alleged are irrelevant to this action on an integrated contract and are therefore not material.