Page 109

1       MR. ERICKSON: What could or could
2   not.
3       MR. FEIGENBAUM: Sticking the tank,
4   that's what they were talking about.
5   A   And I'm saying again that if it's normal
6   procedure it was not done after I witnessed fueling
7   of the aircraft.
8   Q   (By Mr. Feigenbaum) Now, that does not
9   necessarily mean it's a mandatory procedure, does it?
10  A   Again, I'm not familiar with the procedure on
11  the Jetstream.
12  Q   And what have you done to familiarize yourself
13  with that procedure on the Jetstream?
14  A   I have not.
15  Q   Are you aware that in order to stick the tank
16  on a Jetstream it's done from under the wing?
17  A   I'm not.
18  Q   So all of that's news to you?
19  A   I'm trying to understand the question again.
20  Do you know whether --
21  Q   Do you know whether sticking the tank on a
22  Jetstream using the built in system on a Jetstream is
23  part of the minimum equipment list?
24  A   No. I'm not aware.
25  Q   All right. And I assumed you were unaware of

Page 193

1  Executive Airlines by the FAA.

2            MR. ERICKSON: Is that a yes or no?

3            THE WITNESS: So the answer is no.

4  BY MR. FEIGENBAUM:

5      Q   In your examination of any records dealing in
6  any way with Executive Airlines, did you find any
7  complaints or any commentary about training in 2000, in
8  the year 2000?

9      A   I believe there were references in the NTSB
10 report. I have to pull those out to look at them.

11     Q   And what were the references?

12     A   That it was looked at. How in depth and by
13 whom and to what extent, I cannot comment.

14     Q   Do you consider your investigation here a
15 very in-depth investigation?

16     A   Yes.

17     Q   All right. Did you examine, for instance,
18 the employment records of Can Basat?

19     A   Yes, I did. Check the employment records,
20 no. Employment records were not furnished to me. Only
21 pilot records. This was part of the pilot record
22 package I received, as far as --

23            MR. ERICKSON: "This" being Exhibit 6-E
24 through 6-H, which is the application for employment by
25 Pilot Basat.

1    A    I did not ask for W-2 type payroll records
2    for him.
3    Q    But there is a question.  You knew that he
4    made an application in early November, and you knew
5    that Exhibit 6-D has no entries prior to November 21st.
6    Why did you not pursue that?
7    A    I have Exhibit 6-A which shows he received
8    training that was completed on November 12th.  I have
9    6-B which shows completion dates of training on
10   November 11th, November 12th, November 20th, November
11   24th.  I have a copy of the 6-C, an oral examination
12   under 293A1, that was completed on November 13th.
13   Q    Uh-huh.
14   A    These documents that are required under the
15   operations manual to document training for Executive
16   Airlines showed this individual at least was there to
17   sign these forms.
18   Q    Do you know who paid for his training?
19   A    No, I do not.
20   Q    And if you were told that he paid for it
21   himself, would that change your conclusions?
22   A    It's irrelevant to me who pays for your
23   training.
24   Q    Would it have some relevance to when he
25   started working?

Case 3:02-cv-00194-WWE   Document 95-2   Filed 11/19/2004   Page 4 of 13

Executive Airlines v. Electric Boat
10/15/2004                                                              Aaron Goodwin Olmsted, Jr.

Page 196

1    A    No.

2    Q    No?

3    A    I don't understand the relevance if someone
4    pays for their own training, as long as the training is
5    properly documented. Who pays for it is not my
6    concern. As long as it's --

7    Q    I'm sorry.

8    A    As long as it's done either by an approved
9    instructor or contracted training center.

10   Q    But wouldn't that have some bearing on when
11   he actually commenced employment?

12   A    Again, I have to look at the required
13   documentation that the FAA has required this air
14   carrier to maintain and submit.

15   Q    Now, isn't the best documentation employment
16   records?

17        MR. ERICKSON: To determine whether or
18   not he was actually --

19        MR. PERAGINE: Employed.

20        MR. FEIGENBAUM: Employed at the time of
21   the training.

22   Q    Unless you're saying -- no. I'm sorry. Go
23   on.

24   A    What capacity was he employed? Was he
25   conducting refueling before he decided to be a pilot?

Page 197

```
 1   I have no knowledge of that, and what relevance would
 2   that have?
 3        Q    I'm sorry, where did you get the idea that he
 4   might have been conducting refueling?
 5        A    I'm just using that as an example.  I have no
 6   idea.
 7        Q    Well, how about as an example that he was not
 8   employed by Executive Airlines until November 22nd.
 9        A    He was still conducting -- receiving training
10   that was conducted and is required to be documented to
11   ensure that he was present to receive the appropriate
12   training.
13        Q    That's correct.  And the training records do
14   show that, don't they?
15        A    They do.  The flight and duty record does
16   not.
17        Q    But he was not an employee at the time of the
18   training, was he?
19        A    This is training that must be documented for
20   the FAA.
21        Q    And it --
22        A    Documentation --
23        Q    We're going around in the same circle, but
24   you're saying that the certificate of training, the
25   certificates, are fraudulent despite the fact that you
```

Case 3:02-cv-00194-WWE    Document 95-2    Filed 11/19/2004    Page 6 of 13

Executive Airlines v. Electric Boat
10/15/2004                                           Aaron Goodwin Olmsted, Jr.

Page 198

```
 1   have no idea whether or not he was employed by
 2   Executive Airlines prior to the 22nd of November in
 3   '98; isn't that true?
 4              MR. ERICKSON:  Object to the form.
 5        A    I have no documentation to indicate that he
 6   was present to receive this training as shown --
 7        Q    But you're not answering the question.
 8   Again, you are not answering the question I asked.
 9   You're answering whatever you feel like answering.
10        A    I do not have his employment records.  I
11   have --
12        Q    And you did not bother getting them, did you?
13        A    I have his training records.
14              (Discussion off the record.)
15              (Recess:  6:49 p.m. to 6:53 p.m.)
16   BY MR. FEIGENBAUM:
17        Q    Clarify a point:  In paragraph 7, you say
18   down towards the bottom, "When records show him off
19   duty."  What record shows Can Basat off duty?
20        A    That's a typo.
21        Q    Pardon?  What is your answer?
22              MR. ERICKSON:  Hold on one second.
23   (Pause.)
24        Q    Are you looking for records other than
25   contained in Exhibit 7?
```

Page 199

```
 1     A    Yes.  (Pause.)

 2              MR. ERICKSON:  Counsel, I apologize.

 3   Those two pages, maybe we can just incorporate those

 4   into Exhibit --

 5              MR. FEIGENBAUM:  6?

 6              MR. ERICKSON:  Exhibit 6, correct, as

 7   the last two pages of Exhibit 6.  I think the date in

 8   question is November 22nd, not November 20th.

 9              MR. FEIGENBAUM:  Are we going to add

10   those on as part of Exhibit 6?

11              MR. ERICKSON:  I think that would make

12   the most sense.

13              (Exhibits 6-I and 6-J, crew records,

14   marked.)

15              (Discussion off the record.)

16              MR. ERICKSON:  So, counsel, just for the

17   record, what I've given to you is the documents that

18   the witness relied on for that part of his opinion, but

19   I believe there's a typo in paragraph 7 that should

20   have said November 22nd, not November 20th, 1999.

21              MR. FEIGENBAUM:  Okay.

22              MR. ERICKSON:  Paragraph 7, the fifth

23   line, that should say November 22 instead of November

24   20th.

25   BY MR. FEIGENBAUM:
```

Page 200

1   Q   What specifically in Exhibit 6-I and J
2   support the statement, again, assuming it's November
3   22nd, '99?
4   A   Well, he indicates that he completed
5   hazardous material training on 11/22/99.
6   Q   That's in the certification?
7   A   It's in the completion date, and down here in
8   the certification.  If I look at his flight and duty
9   records, shows he came off duty on the 21st at 2000
10  hours and did not come back on duty until the 24th at
11  0930 hours.
12  Q   Does that say that he was off duty?
13  A   The word "off duty" is not used, but there's
14  a break in service similar to other breaks in service
15  throughout the month.
16  Q   All right.  Further up in paragraph 7, there
17  is a statement that First Officer Basat was off duty
18  between November 11th and 12th, 1998.  On what do you
19  base that statement?
20  A   On 6-D.  Showed no flight or duty records.
21  Q   Could that have been prior to his employment?
22  A   Possibly, but he needs to document his
23  training.
24  Q   Isn't the Exhibit 6-A, aren't Exhibits 6-A
25  and 6-B documentation of training?

Page 201

1    A    They show completion of training, yes.

2    Q    And if he was not an employee on the 11th and

3    12th, how could he be off duty?

4    A    As an FAA inspector, I looked to make sure

5    that the person is on duty on the days in which he

6    either receives ground training, flight training, or

7    any other type of training for a company. 6-D does not

8    indicate any duty in that time frame. That raises

9    serious questions about the truth of these signatures.

10   Q    So, again, in every instance the unsigned

11   duty log takes precedence over the signed

12   certifications which could subject the signatories to

13   criminal process; is that the case?

14             MR. ERICKSON: Object to the form of the

15   question. Answer the question if you're able to.

16   A    Yes.

17             MR. FEIGENBAUM: Amazing conclusion. I

18   have no further questions.

19             MR. ERICKSON: Okay. We're done.

20             (Deposition concluded: 7:05 p.m.)

21

22

23

24

25

## TRAINING CERTIFICATE

This certifies that __Can Baset__ has satisfactorily completed:

Circle the appropriate category.

(**Initial**), (Transition), (Recurrent), (Upgrade), (Requalification), (Difference) training in accordance with the approved program in the following curriculum segments:

| CURRICULUM SEGMENT | COMPLETION DATE |
|---|---|
| Basic Indoctrination | 11-11-98 |
| Aircraft Ground Training | 11-20-98 |
| Emergency Training | 11-12-98 |
| Flight Training | 11-24-98 |
| Difference Training | NA |
| Hazardous Material Training | 11-12-98 |
| Special Segment(s): _Winter Operations_ segment name | 11-11-98 |

_____
segment name

_____
segment name

**ADDITIONAL COMMENTS** __SIC__

**AIRCRAFT TYPE** __BA-3101__

I acknowledge receipt of the above training.

_[signature]_
Pilot Signature:

_[signature]_
Certifying Signature:
__Chief Pilot__
Title:
__11-25-98__
Date:

EXHIBIT
6-B
JMS 11/15/04

# EXECUTIVE AIRLINES
# TRAINING MANUAL

Section: Introduction
Page: 24
Revision: Original
Date: 10/28/96

CERTIFICATE OF INDOCTRINATION TRAINING, FORM EA-TR-300

---

**EXECUTIVE AIRLINES**

## CERTIFICATE OF INDOCTRINATION TRAINING

This is to certify that _Can Basat_ has received Indoctrination Training in preparation for serving as a Flight Crew Member with Executive Airlines and has successfully completed this course in accordance with the approved training program.

This training has included, but was not necessarily limited to the following:

1. Duties and Responsibilities.
2. Instruction in the appropriate provisions of FAR Parts 61, 91, and 135.
3. The contents of the Operating Certificate and Operations Specifactions.
4. The contents of the Company Operations Manual, Volume I.
5. General Emergency Training.
6. Hazardous Material Recognition.

| | |
|---|---|
| Ground Training Hours: | 32 |
| Date Completed: | 11-12-98 |
| Reviewed By: | David I. Slash |
| Title: | Director of Operations |
| Instructor Signature: | David I. Slash |
| Crewmember Signature: | Can Basat |

EXHIBIT
6-A
JAS 1/15/04

FORM: EA-TR-300 10/96

# EXECUTIVE AIRLINES
## FLIGHT & DUTY LOG

NAME: BA[...]  
BASE: FRG  
MONTH: NO[V?]  
YEAR: 98

| DAY | A/C TYPE | DUTY TIME ON | DUTY TIME OFF | TOTAL DUTY | LANDINGS D | LANDINGS N | INST TYPE | APCH NO | 91 | 135 | TNG | PIC | SIC | NIGHT | INST | FLT TIME TOTAL | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | |
| 20 | J31 | 0800 | 1700 | 9 | | | ILS, VOR | 3 | | 1 | 2 | | 2 | | | 2 | SIM TRAINING |
| 21 | J31 | 0800 | 1700 | 9 | | | ILS, VOR | 2 | | 1 | 2 | | 2 | | | 2 | SIM TRAINING |
| 22 | J31 | 0800 | 1700 | 9 | | | ILS, VOR | 2 | | 1 | 2 | | 2 | | | 2 | CHECK RIDE (13) |
| 23 | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | | | | |

Month Total Brt Fwd: 6  
Year To Date:  
Month Total: 6  
Accumulated Total Flt Time: 6

Quarter _____ to _____  
Days Off This Month: Flt Time This Month  
Days Off This Quarter: Flt Time Current Qtr / Flt Time This Qtr

EXHIBIT 6-D  
JHS 1/15/04

FORM: EA-JDX-200 10/96

## CERTIFICATE OF SERVICE

This is to certify that Plaintiff's Affidavit and Exhibits in Opposition to Defendant's Motion for Summary Judgment were mailed on 18 November 2004 to the following:

Day, Berry & Howard LLP
CityPlace I
Hartford CT 06103-3499

I. LEONARD FEIGENBAUM