UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (JCH) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | |
| Defendants. | : | NOVEMBER 30, 2004 |

## DEFENDANT ELECTRIC BOAT CORPORATION'S LOCAL RULE 56(A)2 STATEMENT

Pursuant to Rule 56(a)2of the Local Civil Rules of the United States District Court for the District of Connecticut, Defendant Electric Boat Corporation ("EB") respectfully submits this statement in response to the Local Rule 56(a)1 Statement filed by Executive Airlines, Inc. ("Plaintiff") in support of its Motion for Summary Judgment:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted. A true copy of the Terms and Conditions at issue in this case is attached to EB's Answer, Affirmative Defenses and Counterclaim dated October 8, 2004 as Exhibit A.

5. EB denies that this statement accurately describes the provision of the Contract regarding termination. The March Purchase Order speaks for itself and a true copy of the March Purchase Order is attached as Exhibit D to EB's Answer, Affirmative Defenses and Counterclaim dated October 8, 2004.

6. Admitted.

7. EB denies that this statement accurately describes the provision of the Contract regarding sub-contracting. EB admits that the Contract contained the following clause: "In the event the seller [Plaintiff] is unable to provide these services, the seller [Plaintiff] will be responsible to subcontract the services, without exception of terms and conditions, of this contract at no additional cost to the buyer [EB]." (March Purchase Order, p. 2.)

8. EB admits that on April 10, 2000, Plaintiff commenced its flights for EB but that such flights were performed using a single aircraft, a BAE Systems Jetstream 3101, registration number N16EJ (the "Aircraft"). (Local Rule 56(a)1 Statement dated October 29, 2004, filed by EB in support of its Motion for Summary Judgment ("EB's Local Rule 56(a)1 Statement"), ¶ 6.)

9. EB denies Plaintiff's characterization. EB admits that on one occasion, EB agreed to allow Plaintiff to use a substitute operator and aircraft to provide to EB the services Plaintiff was obligated to provide under the Contract. (May 15, 2000 e-mail submitted by Plaintiff in support of its Motion for Summary Judgment as Exhibit 9.)

10. Admitted.

11. EB admits that when Mr. Peragine spoke with Mr. Hanrahan on May 21, 2000 regarding the crash, Mr. Peragine reported that he believed he would be able to support EB

-3-

operations and that his aircraft were available. EB denies that as of May 21, 2000 or anytime thereafter Plaintiff was capable of fulfilling its obligations under the Contract. (EB Local Rule 56(a)1 Statement, ¶¶ 15-30, and the deposition testimony and documents referenced in those paragraphs.)

12. EB denies that this statement accurately describes the May 24, 2000 letter. EB admits that on May 24, 2000, Mr. Ronald Kiely, Director of Materials Acquisition for EB, sent a letter to Plaintiff. That letter speaks for itself. (See EB's Local Rule 56(a)1 Statement, ¶ 21 and the May 24, 2000 letter attached thereto as Exhibit I.)

13. Admitted.

14. EB denies that Plaintiff, after May 21, 2000, was able to fulfill its obligations under the Contract. (See EB's Local Rule 56(a)1 Statement, ¶¶ 15-30.)

15. Admitted.

16. Denied. Prior to terminating the contract, EB personnel discussed with Mr. Peragine their concerns about the cause or causes of the crash and what responsibility, if any, Plaintiff had with respect to the crash. (EB's Local Rule 56(a)1 Statement, ¶¶ 15-30; the May 24, 2000 and June 7, 2000 letters, attached to EB's Local Rule 56(a)1 Statement as Exhibits I and K.)

17. Admitted.

18. Admitted.

19. Denied. August 1, 2000 letter from Mr. Ronald Kiely to Plaintiff, a copy of which is attached hereto as Exhibit A.

20. Admitted.

              DEFENDANT, ELECTRIC BOAT
              CORPORATION


              By_____
               Francis H. Morrison III (ct04200)
               William H. Erickson (ct18117)
               Day, Berry & Howard LLP
               CityPlace I
               Hartford, Connecticut 06103-3499
               (860) 275-0100
               Fax:  (860) 275-0343
               Email:  fhmorrison@dbh.com
                  wherickson@dbh.com
               Its Attorneys


## **CERTIFICATION**

  THIS IS TO CERTIFY that a copy of the foregoing was mailed this 30th day of November, 2004, postage prepaid, to:

Leonard Feigenbaum, Esq.
1670 Old County Road
Suite 224
Plainview, NY  11803


              _____
               William H. Erickson