**EXHIBIT A**

**GENERAL DYNAMICS**
Electric Boat

RFK/MH/00-161
August 1, 2000

Mr. Michael Peragine
President
Executive Airlines
1300 New Highway
Farmingdale, NY 11735

Dear Mr. Peragine:

Re:   *Termination of Air Charter Service*

Electric Boat Corporation ("EB") has received your letter dated July 10, 2000 to Mrs. D. A. Stillman. Please note that your office did confirm receipt of EB's termination letter via telefax on June 7, 2000.

As you are aware, EB reserved its rights in our agreement to approve aircraft and pilots in advance and Executive and its pilots and aircraft were required to comply with all FAA regulations. The plane which was the subject of our agreement crashed on May 21, 2000, and the National Transportation Safety Board has yet to issue its opinion as to the cause of the crash and Executive's compliance with FAA regulations. Under the circumstances, it is my view that the termination of the contract was appropriate and well within EB's rights under the Agreement. Notwithstanding this position, I would be willing to meet and discuss our respective views at your earliest convenience in an attempt to finally resolve this matter.

Sincerely,

Ronald F. Kiely
Director of Materials Acquisition

75 Eastern Point Road
Groton, CT 06340-4989
Tel 860 433 3335
Fax 860 433 4827


EXHIBIT J.D.
Plaintiff's
Stillman No. 22
(o-lio-o)

EB00211