UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 DEC -7  A 10: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EXECUTIVE AIRLINES<br>Plaintiff, | )<br>)<br>) Case No. 02-CV194 (JCH)<br>) |
| v. | )<br>) Judge Janet C. Hall<br>) |
| ELECTRIC BOAT CORPORATION<br>Defendant. | )<br>)<br>) DECEMBER 6, 2004 |

## Notice of Manual Filing

Please take notice that Defendant, Electric Boat Corporation, has manually filed the following document or thing:

Exhibit A to Defendant Electric Boat Corporation's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

This document has not been filed electronically because

☐ the document or thing cannot be converted to an electronic format
☒ the electronic file size of the document exceeds 1.5 megabytes
☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

DEFENDANT, ELECTRIC BOAT CORPORATION

_____
Francis H. Morrison III (ct04200)
William H. Erickson (ct18117)
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Email:  fhmorrison@dbh.com
            wherickson@dbh.com

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 6th day of December, 2004, postage prepaid, to:

Leonard Feigenbaum, Esq.
1670 Old County Road
Suite 224
Plainview, NY 11803

_____
William H. Erickson