UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES | : CIVIL ACTION NO. 3:02cv194 (JCH) |
| Plaintiff, | : |
| v. | : |
| ELECTRIC BOAT CORPORATION | : |
| Defendant. | : JULY 28, 2005 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney for defendant **Electric Boat Corporation** in the above-titled action.

_____
Michelle I. Turner (ct24012)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
miturner@dbh.com
Its Attorney

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

I. Leonard Feigenbaum, Esq.
1670 Old County Road, Suite 224
Plainview, NY  11803

_____
Michelle I. Turner