UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (JCH) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendants. | : | OCTOBER 17, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned counsel respectfully moves this Court to withdraw the appearance of **WILLIAM H. ERICKSON** in the above-captioned matter on behalf of the defendant. Other counsel from Day, Berry & Howard have entered an appearance for this defendant and will continue to represent defendant.

The undersigned hereby certifies that he has given Electric Boat Corporation actual notice of this motion by certified mail.

                                                                DEFENDANT,
                                                                 ELECTRIC BOAT CORPORATION


                                                      By     /s/ William H. Erickson
                                                                  William H. Erickson (ct18117)
                                                                  *wherickson@dbh.com*
                                                                Day, Berry & Howard LLP
                                                                CityPlace I
                                                                Hartford, Connecticut 06103-3499
                                                                Tel. (860) 275-0100
                                                                Fax (860) 275-0343
                                                                Its Attorneys

-2-

## CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Leonard Feigenbaum, Esq.
1670 Old County Road
Suite 224
Plainview, NY  11803

                                                  /s/ William H. Erickson
                                                   William H. Erickson