UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 3:02cv194 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| GENERAL DYNAMICS CO., ET AL. | : | |
| Defendants. | : | OCTOBER 27, 2005 |

### DEFENDANT'S MOTION TO COMPEL PAYMENT OF EXPERT'S FEES

Pursuant to Rule 26(b)(4)(C) of the Federal Rules of Civil Procedure, the defendant, Electric Boat Corporation, respectfully submits this Motion to Compel seeking an order compelling plaintiff, Executive Airlines, to pay Aaron G. Olmsted, Jr., Electric Boat's expert, for his fees associated with his deposition on October 14, 2004.

Additionally, pursuant to Fed. R. Civ. P. 37, defendant requests that this Court award it reasonable expenses, including attorney's fees, incurred in connection with this Motion.

A supporting memorandum of law is attached hereto.

DEFENDANT,
ELECTRIC BOAT CORPORATION

By /s/ Michelle J. T.
Francis H. Morrison (ct04200)
*fhmorrison@dbh.com*
Michelle I. Turner (ct24012)
*miturner@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorneys

- 2 -

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, postage prepaid, to:

Leonard Feigenbaum, Esq.
1670 Old County Road, Suite 224
Plainview, NY 11803

                                                   _____
                                                   Michelle I. Turner