# EXHIBIT B

```
                                                              1
 1                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT
 2

 3

 4
                                    )
 5   EXECUTIVE AIRLINES,            )
           Plaintiff,               )
 6                                  )      Civil Action No.
     VS                             )      02-CV-194(GLG)
 7                                  )
     ELECTRIC BOAT CORPORATION,     )
 8         Defendant.               )
                                    )
 9

10

11

12

13

14         DEPOSITION OF:  AARON GOODWIN OLMSTED, JR.

15         DATE:           OCTOBER 14, 2004

16         HELD AT:        DAY, BERRY & HOWARD, LLP
                           ONE CANTERBURY GREEN
17                         STAMFORD, CONNECTICUT

18

19

20

21

22

23      Reporter:  JAMES A. SCALLY, RPR, CRR, LSR #80
                    BRANDON SMITH REPORTING SERVICE
24                      44 Capitol Avenue
                    Hartford, Connecticut 06106
25                       (860) 549-1850
```

```
                                                            5
    1              (Deposition commenced:  11:14 a.m.)
    2
    3              AARON GOODWIN OLMSTED, JR., Deponent,
    4         having been first duly sworn by James A.
    5         Scally, R.P.R., a Notary Public in and for the
    6         State of Connecticut, was examined and
00:57    7    testified as follows:
00:57    8
00:57    9              MR. ERICKSON:  Usual stipulations,
00:57   10    counsel?
00:57   11              MR. FEIGENBAUM:  Yes.
00:57   12              MR. ERICKSON:  We will reserve the right
00:57   13    to read and sign the transcript.
00:57   14              MR. FEIGENBAUM:  Okay.
        15
        16         DIRECT EXAMINATION BY MR. FEIGENBAUM:
00:57   17
00:57   18         Q    Mr. Olmsted, what is your home address?
00:58   19         A    It is 91 Hopkins, H-o-p-k-i-n-s, Road.
00:58   20    That's in Ellington, Connecticut.
00:58   21         Q    And do you have an office address?
00:58   22         A    I use my residence as my office.
00:58   23         Q    What is your date of birth?
00:58   24         A    December 19th, 1950.
00:58   25         Q    Where were you born?
```

                                                                    201
08:42   1       A    They show completion of training, yes.
08:42   2       Q    And if he was not an employee on the 11th and
08:42   3   12th, how could he be off duty?
08:42   4       A    As an FAA inspector, I looked to make sure
08:42   5   that the person is on duty on the days in which he
08:43   6   either receives ground training, flight training, or
08:43   7   any other type of training for a company.  6-D does not
08:43   8   indicate any duty in that time frame.  That raises
08:43   9   serious questions about the truth of these signatures.
08:43   10      Q    So, again, in every instance the unsigned
08:43   11  duty log takes precedence over the signed
08:43   12  certifications which could subject the signatories to
08:43   13  criminal process; is that the case?
08:43   14           MR. ERICKSON:  Object to the form of the
08:43   15  question.  Answer the question if you're able to.
08:43   16      A    Yes.
08:43   17           MR. FEIGENBAUM:  Amazing conclusion.  I
08:43   18  have no further questions.
08:43   19           MR. ERICKSON:  Okay.  We're done.
08:44   20           (Deposition concluded:  7:05 p.m.)
        21
        22
        23
        24
        25

204

```
 1                STATE OF CONNECTICUT

 2

 3        I, JAMES A. SCALLY, a Registered Professional
    Reporter/Commissioner within and for the State of
 4  Connecticut, do hereby certify that I took the
    deposition of AARON GOODWIN OLMSTED, JR., on October
 5  14, 2004, at the offices of Day, Berry & Howard, One
    Canterbury Green, Stamford, Connecticut.
 6
         I further certify that the above-named deponent
 7  was by me first duly sworn to testify to the truth, the
    whole truth, and nothing but the truth concerning his
 8  knowledge in the matter of the case of EXECUTIVE
    AIRLINES VS ELECTRIC BOAT CORPORATION, now pending in
 9  the United States District Court, District of
    Connecticut.
10
         I further certify that the within testimony was
11  taken by me stenographically and reduced to typewritten
    form under my direction by means of COMPUTER ASSISTED
12  TRANSCRIPTION; and I further certify that said
    deposition is a true record of the testimony given by
13  said witness.

14        I further certify that I am neither counsel for,
    related to, nor employed by any of the parties to the
15  action in which this deposition is taken; and further,
    that I am not a relative or employee of any attorney or
16  counsel employed by the parties hereto, nor financially
    or otherwise interested in the outcome of the action.
17
         WITNESS my hand and affixed my seal this 20th day
18  of October, 2004.

19

20
                         James A. Scally, RPR, CRR, LSR
21                       Commissioner

22
    My commission expires
23  May 31, 2009

24

25
```