# EXHIBIT C

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

William H. Erickson
Direct Dial: (860) 275-0688
E-mail: wherickson@dbh.com

October 26, 2004

**VIA U.S. MAIL**

Leonard Feigenbaum, Esq.
1670 Old County Road
Suite 224
Plainview, NY 11803

Re: Executive Airlines v. Electric Boat
Civil Action No. 02-CV-194 (JCH)

Dear Lee:

I enclose an invoice from Mr. Olmsted in connection with his deposition which took place on October 15, 2004. As you know, under the Federal Rules of Civil Procedure, you are required, as the party seeking the discovery, to pay Mr. Olmsted's fee in connection with his deposition. Please see to it that your client pays this bill promptly. Please call me with any questions.

Very truly yours,

William H. Erickson

WHE/gz
Enclosure

cc: Aaron G. Olmsted

CityPlace I | Hartford, CT 06103 | t 860 275 0100 f 860 275 0343

Boston   Greenwich   Hartford   New Haven   New York   Stamford   West Hartford   www.dbh.com

A. G. OLMSTED, JR.
AVIATION CONSULTING
91 HOPKINS ROAD
ELLINGTON, CT  06029
860-871-8915 Fax 860-871-8001





INVOICE NO: 04-7
DATE: 10-19-2004

**To:** **Atty. William Erickson**
Day, Berry and Howard, LLC
City Place 1
Hartford, Ct 06103

Page 1 of 1

| CONSULTATION ACTION | AIRCRAFT NUMBER/TYPE | NTSB CASE NUMBER | FAA CASE NUMBER | FAA REGION | TERMS |
|---|---|---|---|---|---|
| FAR 135 | BAE J-31 | | | | |

| HOURS | DESCRIPTION OF WORK/SERVICE PERFORMED | HOURLY RATE | AMOUNT |
|---|---|---|---|
| | Deposition @DBH Stamford, CT | | $1,500.00 |

|  |  |  |
|---|---|---|
| | SUBTOTAL | $1,500.00 |
| 197 miles round trip @ $0.375/mile | TRAVEL EXPENSES | $73.87 |
| | OTHER | |
| | TOTAL DUE | $1,573.87 |

Make all checks payable to: A. G. OLMSTED, JR.
If you have any questions concerning this invoice, call: 860-871-8915

**AVIATION CONSULTANT**
for
**ACCIDENT INVESTIGATION, AIR CARRIER CERTIFICATION, FAA ENFORCEMENT**