# EXHIBIT D

# Day, Berry & Howard LLP
COUNSELLORS AT LAW

William H. Erickson
Direct Dial: (860) 275-0688
E-mail: wherickson@dbh.com

January 26, 2005

**VIA U.S. MAIL**

Leonard Feigenbaum, Esq.
1670 Old County Road
Suite 224
Plainview, NY 11803

  Re: Executive Airlines v. Electric Boat
    Civil Action No. 02-CV-194 (JCH)

Dear Lee:

  A number of months ago we sent you an invoice from Mr. Olmsted for the deposition testimony that he rendered in this case. We also informed you, as I am sure you are well aware, that under the Federal Rules your client is required to pay Mr. Olmsted for his time in connection with the deposition. Mr. Olmsted has informed me that, as of this date, your client still has failed to pay such invoice. Please make immediate arrangements for such payment so that I do not have to bring this matter up with the judge.

           Very truly yours,

           William H. Erickson

WHE/gz
Enclosure

cc: Aaron G. Olmsted