# EXHIBIT E

# Day, Berry & Howard LLP
COUNSELLORS AT LAW

William H. Erickson
Direct Dial: (860) 275-0688
E-mail: wherickson@dbh.com

March 1, 2005

**VIA FACSIMILE**

Leonard Feigenbaum, Esq.
1670 Old County Road
Suite 224
Plainview, NY 11803

    Re: <u>Executive Airlines v. Electric Boat</u>
          Civil Action No. 02-CV-194 (JCH)

Dear Lee:

    I enclose an updated invoice from Mr. Olmsted in connection with the deposition he gave in this case. As I've indicated to you previously in voice mails and letters, your client is obligated to pay Mr. Olmsted's fees as set forth in Federal Rule of Civil Procedure 26(b)(4)(C). We ask yet again that you and your client take care of paying this invoice.

    I would appreciate the courtesy of a return phone call or letter indicating to me whether or not your client will pay this invoice. If your client refuses to pay this amount, I will have no choice but to raise this issue with the judge. Please respond by the end of this week.

                                      Very truly yours,

                                      William H. Erickson

WHE/gz
Enclosure

A. G. OLMSTED, JR.
AVIATION CONSULTING
91 HOPKINS ROAD
ELLINGTON, CT  06029
860-871-8915 Fax 860-871-8001





INVOICE NO: 05-1
DATE: 02-27-2005

**To:** Atty. William Erickson
Day, Berry and Howard, LLC
City Place 1
Hartford, Ct 06103

Page 1 of 1

| CONSULTATION ACTION | AIRCRAFT NUMBER/TYPE | NTSB CASE NUMBER | FAA CASE NUMBER | FAA REGION | TERMS |
|---|---|---|---|---|---|
| FAR 135 | BAE J-31 | | | | |

| HOURS | DESCRIPTION OF WORK/SERVICE PERFORMED | HOURLY RATE | AMOUNT |
|---|---|---|---|
| | Deposition @DBH Stamford, CT 10-14-04 | | $1,500.00 |
| | Interest unpaid balance 11-14-04 | | 23.60 |
| | Interest unpaid balance 12-14-04 | | 23.96 |
| | Interest unpaid balance 1-14-05 | | 24.32 |
| | Interest unpaid balance 2-14-05 | | 24.68 |

197 miles round trip @ $0.375/mile

| | |
|---|---|
| SUBTOTAL | $1,500.00 |
| TRAVEL EXPENSES | $73.87 |
| OTHER | 96.56 |
| TOTAL DUE | $1670.43 |

Make all checks payable to: A. G. OLMSTED,JR.
If you have any questions concerning this invoice, call: 860-871-8915

**AVIATION CONSULTANT
for
ACCIDENT INVESTIGATION, AIR CARRIER CERTIFICATION, FAA ENFORCEMENT**

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

TRANSMISSION OK

TX/RX NO              4163
CONNECTION TEL                    915164208444
CONNECTION ID
ST. TIME              03/01 16:54
USAGE T               00'57
PGS. SENT             3
RESULT                OK
```

FaxID: 52512

Time In                                             Time Delivered

# FAX TRANSMISSION

## Day, Berry & Howard LLP

CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Fax: (860) 275-0343

| From: | William H. Erickson | Phone #: | 860-275-0688 |
| Date: | March 01, 2005 | Pages: | 3 page(s), including cover page |
| Subject: | Executive Airlines v. Electric Boat | | |

| | | | |
|---|---|---|---|
| Leonard Feigenbaum Esq. | | (516) 420-8444 | (516) 420-6900 |

**MEMO**

---

**If there is any problem during transmission
please call
(860) 275-0344**

*This Facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

Rev. 9/10/01
TimeKeeper No.  1991              Client/Matter No.  028040-00140
Fax Dept: Domestic (15) #pgs. ___; Inter. (16) ___; Service (18) ___    Return To:  Gail Zahner