# EXHIBIT F

## Turner, Michelle I.
---

**From:** Morrison III, Francis H.
**Sent:** Tuesday, October 04, 2005 9:45 AM
**To:** Lee Feingenbaum Esq. (leefeig@aol.com)
**Cc:** Turner, Michelle I.; Erickson, William H.
**Subject:** FW: Electric Boat - Tim Olmsted

Document.pdf (51 KB)

    Lee: attached is a self-explanatory letter we received from our expert attaching his fee statement for his deposition.  While I understand that your client has previously declined to pay it, I wanted to have one more attempt for him to do so before we ask the Court to intervene.  Simple fairness and Connecticut practice and custom provide that a party deposing an expert witness is responsible for his/her fees at the deposition and reasonable travel.  While I am more than willing to discuss this with you, if we don't hear from you by the end of next week, we will file an appropriate motion with the court.

1

A. G. Olmsted, Jr.  
AVIATION CONSULTING  
91 Hopkins Road  
Ellington, CT 06029  
(H) 860-871-8915 (F) 860-871-8001  
(C) 860-214-1601  
E-Mail: timolmsted@aol.com  

FAR Enforcement  
Accident Investigation  
Expert Witness  
Air Carrier  
General Aviation  
Military Aviation  

October 1, 2005

Attorney William H. Erickson  
Day, Berry & Howard LLP  
City Place 1  
Hartford, CT 06103

Reference:   *Executive Airlines v. Electric Boat Corporation et. al.*

Attorney Erickson,

As we approach the one-year mark, Attorney Feigenbaum, has still neglected to pay the fees and travel expenses for my deposition.

I have enclosed my latest invoice with the interest fees for both the deposition and travel expenses per my standard consulting agreement.

I would appreciate any assistance your office can render in this matter. Within the next few months, I will have to consider all options available to me.

Sincerely,

Aaron G. Olmsted, Jr.  
Aviation Consultant

C:Erickson8

1

A. G. OLMSTED, JR.
AVIATION CONSULTING
91 HOPKINS ROAD
ELLINGTON, CT  06029
860-871-8915 Fax 860-871-8001



INVOICE NO: 05-4
DATE: 10-01-2005



**To:** **Atty. William Erickson**
Day, Berry and Howard, LLC
City Place 1
Hartford, Ct 06103

Page 1 of 1

| CONSULTATION ACTION | AIRCRAFT NUMBER/TYPE | NTSB CASE NUMBER | FAA CASE NUMBER | FAA REGION | TERMS |
|---|---|---|---|---|---|
| FAR 135 | BAE J-31 | | | | |

| HOURS | DESCRIPTION OF WORK/SERVICE PERFORMED | HOURLY RATE | AMOUNT |
|---|---|---|---|
| | Deposition @DBH Stamford, CT 10-14-04 | | $1,500.00 |
| | Interest unpaid balance 12months@1.5% per month (other) | | 270.00 |
| | Interest unpaid travel expenses (other) | | 13.30 |
| | | SUBTOTAL | $1,500.00 |
| 197 miles round trip @ $0.375/mile | | TRAVEL EXPENSES | $73.87 |
| | | OTHER | 283.30 |
| | | TOTAL DUE | $1857.17 |

Make all checks payable to: A. G. OLMSTED, JR.
If you have any questions concerning this invoice, call: 860-871-8915

**AVIATION CONSULTANT**
for
**ACCIDENT INVESTIGATION, AIR CARRIER CERTIFICATION, FAA ENFORCEMENT**