# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 3:02cv194 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| GENERAL DYNAMICS CO., ET AL. | : | |
| Defendants. | : | OCTOBER 27, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the defendant, Electric Boat Corporation, has manually filed Exhibit G to its Memorandum of Law in Support of Motion to Compel Payment of Expert's Fees.

Exhibit G has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. Exhibit G has been manually served on all parties.

DEFENDANT,
ELECTRIC BOAT CORPORATION

By _/s/ Michelle J. T._____
Francis H. Morrison (ct04200)
*fhmorrison@dbh.com*
Michelle I. Turner (ct24012)
*miturner@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorneys