UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EXECUTIVE AIRLINES,

                Plaintiff,

—against—

ELECTRIC BOAT CORPORATION,

                Defendant.

CIVIL ACTION NO.
02-CV-194 (JCH)

31 October 2005

### MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

Plaintiff Executive Airlines moves for an extension of one of the deadlines set forth in the scheduling order in this case and respectfully requests that the deadline to file the joint pretrial memorandum be extended for to 18 November 2005.

Plaintiff's attorney was unable to complete preparation for the pretrial memorandum by the prior deadline of 1 November 2005 due to actually having been on trial from 14 October through 28 October 2005 in New York State Supreme Court, Suffolk County, in the case of *Mendes v. Mendes,* and requires the additional time to review the file and complete the memorandum. Francis H. Morrison, Esq. of Day, Berry & Howard LLP, has indicated defendant will not oppose this motion. This is the eleventh request for an extension of applicable deadlines in this matter although the third made by current counsel.

                                              I. Leonard Feigenbaum (ct25807)
                                              Visiting Attorney for Plaintiff
                                              1670 Old Country Road - Ste 224
                                              Plainview, New York 11803
                                              Tel. (516) 420-6900
                                              Fax (516) 420-8444
                                              leefeig@aol.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed on this date to the following:
Day, Berry & Howard LLP
CityPlace I
Hartford CT 06103-3499

                                          I. LEONARD FEIGENBAUM