UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EXECUTIVE AIRLINES,

            Plaintiff,

— against —

ELECTRIC BOAT CORPORATION,

            Defendant.

RECEIVED

2005 NOV 18 A 10: 52

CIVIL ACTION NO.
02-CV-194 (JCH)

United States District Court
District of Connecticut
FILED AT BRIDGEPORT

17 November 2005      11-18-2005
Kevin F. Rowe, Clerk
By_____
         Deputy Clerk

## MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

Plaintiff Executive Airlines moves for an extension of one of the deadlines set forth in the scheduling order in this case and respectfully requests that the deadline to file the joint pretrial memorandum be extended to 14 December 2005.

Plaintiff's attorney was unable to complete preparation for the pretrial memorandum by the prior deadline of 18 November 2005 due to having underestimated the press of other cases and having been restricted in functioning due to a respiratory infection still present despite treatment with antibiotics. Plaintiff requires the additional time to complete the memorandum and to file a motion *in limine* since found to be necessary. Based on existing deadlines in other cases and the imminence of Thanksgiving, Plaintiff requests the extension until 14 December 2005. Michelle I. Turner, Esq. of Day, Berry & Howard LLP, has indicated defendant will not oppose this motion. This is the twelfth request for an extension of applicable deadlines in this matter although the fourth made by current counsel.

I. Leonard Feigenbaum (ct25807)
Visiting Attorney for Plaintiff
1670 Old Country Road - Ste 224
Plainview, New York 11803
Tel. (516) 420-6900
Fax (516) 420-8444
leefeig@aol.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed on this date to the following:
Day, Berry & Howard LLP
CityPlace I
Hartford CT 06103-3499

I. LEONARD FEIGENBAUM