UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES | : CIVIL ACTION NO. 3:02cv194 (JCH) |
| Plaintiff, | : |
| v. | : |
| ELECTRIC BOAT CORPORATION, | : |
| Defendant. | : DECEMBER 14, 2005 |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL MEMO

The defendant, Electric Boat Corporation, hereby respectfully requests an extension of time of nine days, up to and including December 23, 2005, for the parties to file their joint pretrial memorandum. The parties require this additional time to work together on the joint portions of the memorandum, in part because the undersigned is on trial this week. The plaintiff consents to this motion for an extension of time.

The defendant has completed and finalized all party-specific portions of its submission as well as a draft of the joint pretrial memorandum itself. The parties have already exchanged exhibit lists and their respective drafts of the joint pretrial memorandum. They currently are working together on reconciling those portions of the memorandum that require joint discussion and agreement.

However, the undersigned defense counsel, Michelle Turner, is on trial this week, and her co-counsel, Francis Morrison, is traveling on business this week, so communicating with plaintiff's counsel has been difficult.

The defendant therefore requests an extension of nine days, up to and including December 23, 2005, to complete and file the joint pretrial memorandum. The undersigned has

spoken to plaintiff's counsel, I. Leonard Feigenbaum, who consents to this motion and agrees that the parties require additional time to discuss the submission.

The joint pretrial conference is currently scheduled for January 18, 2006, and it is not anticipated that any of the other deadlines in the pretrial order will be impacted by this extension.

This is the defendant's first motion for extension of time with respect to the deadline for the joint pretrial memorandum.

DEFENDANT, ELECTRIC BOAT<br>
CORPORATION<br>
<br>
By _____<br>
Francis H. Morrison III (ct04200)<br>
fhmorrison@dbh.com<br>
Michelle I. Turner (ct24012)<br>
miturner@dbh.com<br>
Day, Berry & Howard LLP<br>
CityPlace I<br>
Hartford, Connecticut 06103-3499<br>
(860) 275-0100<br>
(860) 275-0343 (fax)<br>
Its Attorneys

**CERTIFICATION**

This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:

I. Leonard Feigenbaum, Esq.
1670 Old County Road, .Suite 224
Plainview, NY  11803

_____
Michelle I. Turner

-2-