UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EXECUTIVE AIRLINES,

                Plaintiff,

—against —

ELECTRIC BOAT CORPORATION,

                Defendant.

CIVIL ACTION NO.
02-CV-194 (JCH)

22 December 2005

## PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM INTRODUCING CERTAIN TESTIMONY OR EVIDENCE ON THE TRIAL OF THIS ACTION

    Plaintiff Executive Airlines moves to preclude defendant from introducing any testimony or evidence relating to defendant's counterclaim that plaintiff defaulted or violated the terms of the Contract between the parties. By its 12 July 2005 decision, this Court determined that defendant failed to comply with the Terms and Conditions regarding notification by defendant to plaintiff of any default, thereby preventing defendant from seeking damages for plaintiff's alleged actions. That determination rendered irrelevant and immaterial all documents and testimony, particularly that of defendant's expert, Aaron Goodwin Olmsted, Jr., relating to defendant's claim that plaintiff violated Federal Aviation Regulations or was unable to perform its obligations under the Contract. Accordingly, defendant should be precluded from introducing on the trial of this action all such documents and testimony.

                I. Leonard Feigenbaum (ct25807)
                Visiting Attorney for Plaintiff
                1670 Old Country Road - Ste 224
                Plainview, New York 11803
                Tel. (516) 420-6900
                Fax (516) 420-8444
                leefeig@aol.com

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was mailed on this date to the following:
Day, Berry & Howard LLP
CityPlace I
Hartford CT 06103-3499

                                               I. LEONARD FEIGENBAUM