# EXHIBIT A

PLAINTIFF'S SCHEDULE OF EXHIBITS

1. Electric Boat Request for Quotations dated 13 November 1999
2. Purchase Order Number SNL022-096 dated 9 February 2000
3. Purchase Order Number SNL022-096 Supplement 001 dated 14 March 2000 including Supplement No. 1
4. Electric Boat Purchase Order Terms and Conditions form GDC-410, 3/87
5. Electric Boat 15 May 2000 e-mail between Jan Stimac and Eleanor Mayo
6. Electric Boat Inter-Office Memo dated 24 May 2000 by Kevin Hanrahan to Robert Januska
7. Electric Boat 22 May 2000 e-mail by Ron Kiely to Robert Januska
8. Electric Boat letter dated 24 May 2000 by R. F. Keily to Michael Peragine
9. Electric Boat e-mail notes dated 1 June 2000 of the 26 May 2000 meeting between Michael S. Peragine and Electric Boat personnel with handwritten comments
10. Electric Boat 5 June 2000 e-mail by Jan Stimac to Robert Januska
11. Electric Boat letter dated 7 June 2000 by D. A. Stillman to Michael Peragine
12. Executive Airlines letter dated 10 July 2000 to D. A. Stillman
13. Executive Airlines July through December 2000 bills to Electric Boat