# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES | : CIVIL ACTION NO. 3:02cv194 (JCH) |
| Plaintiff, | : |
| v. | : |
| GENERAL DYNAMICS CO., ET AL. | : |
| Defendants. | : DECEMBER 23, 2005 |

**<u>DEFENDANT'S LIST OF ANTICIPATED EXHIBITS</u>**

21. Electric Boat's Request for Quotation;

22. Executive Airlines' offer in response to Electric Boat's RFQ;

23. GDC 410 (REV. 3/87)-- "Purchase Order Terms and Conditions";

24. Purchase Order number SNL022-096 (the "February Purchase Order");

25. Purchase Order number SNL022-096 (the "March Purchase Order");

26. August 26, 2002 Aircraft Accident Brief issued by National Transportation Safety Board;

27. June 7, 2000 letter from Dorothy Stillman to Michael Peragine regarding termination of services, EB00215;

28. Summary of interview given by Mr. Peragine to the National Transportation Safety Board ("NTSB") on May 22, 2000 in connection with the NTSB's investigation of the fatal crash of the Aircraft (the "Peragine Interview Summary");

29. Executive Airlines receipt and invoice from Million Air of Farmingdale, New York, for fuel purchased the morning of the crash;

30. Kevin Hanrahan memo of 5/24/00 to Robert Januska, titled "Telephone Conversations with Executive Airlines";

31. May 26, 2000 memorandum memorializing the issues discussed with Mr. Peragine on May 26, 2000 (the "May 26 Memorandum");

32. Eight photographs of the crash site, taken by the NTSB;

33. May 24, 2000 article from the New London Day regarding the crash; and

34. NTSB preliminary report.

DEFENDANT, ELECTRIC BOAT
CORPORATION

By _____
Francis H. Morrison III (ct04200)
fhmorrison@dbh.com
Michelle I. Turner (ct24012)
miturner@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorneys

**CERTIFICATION**

This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:

I. Leonard Feigenbaum, Esq.
1670 Old County Road, .Suite 224
Plainview, NY  11803

_____
Michelle I. Turner