# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 02-CV-194 (GLG) |
| Plaintiff, | : | |
| VS. | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| Defendant. | : | November 20th, 2002 |

# PLAINTIFF'S DAMAGE ANALYSIS:

1. **Liquidated Damages:**      $495,395.00

   [Plus interest from June, 2000 as per contract provision]

2. **Actual Damages:**

   **Aircraft Acquisition Losses:**
   | | |
   |---|---|
   | Jetstream N404GJ………………………………………… | $500,000.00 |
   | Jetstream N16EN…………………………………………… | 400,000.00 |

   **Increase in Necessary Resources**
   | | |
   |---|---|
   | Expanded facilities …………………………………… | 120,000.00 |
   | Increase in Crew and Mx Personnel………………… | 240,000.00 |
   | Additional Insurance Costs………………………….. | 112,000.00 |
   | Additional Maintenance Expense…………………… | 36,000.00 |

   **Additional Losses**
   | | |
   |---|---|
   | Debt service Approx. $136,000 per year…………… | 136,000.00 |
   | Loss of Fuel discount $18,000 per year…………… | 18,000.00 |

                                    *ANNUAL LOSS    $1,562,000.00

********************************************************************************

Respectfully submitted,

*[signature]*
Stephen R. Mahler, Esq. (CT23707)
Visiting Attorney for Plaintiff
125-10 Queens Boulevard (Suite 311)
Kew Gardens, New York 11415
(718) 268-6000