# EXHIBIT F

**EXHIBIT F**

**PLAINTIFF'S PROPOSED VOIR DIRE
QUESTIONS TO JURY PANEL**

1. Do you or does anyone in your family work for Electric Boat, General Dynamics or any of their subsidiaries or affiliates?

2. Does any close friend of yours work for Electric Boat, General Dynamics or any of their subsidiaries or affiliates?

3. Do you or does anyone in your family own stock in Electric Boat, General Dynamics or any of their subsidiaries or affiliates?

4. Are you afraid of flying or do you have a substantial fear of flying?

5. Do you believe a crash of an airplane by an air charter company should disqualify it from doing business?

6. Would you be willing to fly in an airplane of an air charter company with an otherwise unblemished record after the air charter company had a crash with a similar airplane?

7. Have you ever flown in a nineteen passenger or smaller airplane?

8. Do you believe small airliners (thirty seats or less) are safe?

9. Do you believe turboprop airliners are safe?

10. Have you ever had a fight with or lawsuit against an airline?

11. Do you know anyone who has flown on Electric Boat or General Dynamics charter flight?

12. Do you have any dealings with contract matters? If so, what kind of dealings and what kind of contracts?

13. Do you believe a party to a contract should strictly comply with its written terms?