# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 3:02cv194 (JCH) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | |
| Defendant. | : | DECEMBER 23, 2005 |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

Preliminary Comments

1.    In the trial of this case, all parties are entitled to have the case decided on the basis of the evidence presented at trial by a fair, unbiased and unprejudiced jury.

2.    If there is any reason why any of you might not be able to render a fair verdict, you must disclose that reason to the court.

3.    It is your duty to answer each question put to you as honestly as you can and to disclose any other reasons why you may not be able to render a fair verdict in this case.

4.    Your duty will be to listen to the testimony. At the conclusion of the testimony, the judge will instruct you as to what the law is and will charge you to apply those principles of law to the case before you.

Questions

5.    Do you agree that if you are selected as a juror you will follow the law as the judge states it whether or not you approve of the legal principles as she states them?

6.    Do you understand that just because the plaintiff has filed a lawsuit does not mean that it is entitled to recover?

7.    Have any of you ever been a party to or a witness in a lawsuit?

8.     If so, please describe the lawsuit and your role in the lawsuit.

9.     Please state how the lawsuit was resolved and whether you were satisfied with the result.

10.    Have you or any relatives or close friends ever been employed by either of the parties?

11.    Are you aware of any relatives, friends or acquaintances who have been parties to or witnesses in a lawsuit?

12.    If so, please describe what you know about your acquaintance's role in the lawsuit and the outcome of the lawsuit.

13.    If you have been a party to a lawsuit, would that experience prevent you from rendering a fair and impartial verdict in this case?

14.    Have you ever been involved in a dispute over a written contract?

15.    If so, please describe the nature of the dispute and how it was resolved.

16.    Have you ever been employed by or affiliated with a charter airline?

17.    Has anyone close to you been employed with a charter airline?

18.    Do you understand that you cannot allow sympathy to affect your judgment in this case?

19.    Even if you feel sympathy for a party, will you be able to put that sympathy aside and objectively weigh the evidence and apply the law in this case?

20.    Will the fact that the defendant was a larger company than the plaintiff affect your ability to decide the case fairly?

21.    Do you have any feeling or belief that would cause you to favor the testimony of a party who had sued the corporation over the testimony of employees of that corporation?

22.     Will you keep an open mind and listen to all of the evidence in the case before coming to any conclusion?

23.     Do you know of any other reason or has anything occurred during this questioning period that might make you doubtful that you can be a completely fair and impartial juror in this case?

24.     If there is, it is your duty to disclose such reason at this time.


DEFENDANT, ELECTRIC BOAT
CORPORATION


By _____
        Francis H. Morrison III (ct04200)
        fhmorrison@dbh.com
        Michelle I. Turner (ct24012)
        miturner@dbh.com
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        (860) 275-0100
        (860) 275-0343 (fax)
        Its Attorneys


## CERTIFICATION

This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:

I. Leonard Feigenbaum, Esq.
1670 Old County Road, .Suite 224
Plainview, NY  11803


_____
Michelle I. Turner