# EXHIBIT J

# EXHIBIT J

## PLAINTIFF'S PROPOSED JURY INTERROGATORIES

1. What determination did you make as to the intent of the parties in negotiating the change in the termination provision in the February draft to the provisions of Paragraph 2 of Supplement No. 1?

2. What did you find to be the intent of the parties with regard to Paragraph 2 of Supplement No. 1?

3. Was the termination of the Contract by Electric Boat for its convenience or for Executive Airlines' default?

4. If you found Electric Boat's termination of the Contract was for Executive Airlines' default, what was the nature and the specifics of the default?

5. If you found Electric Boat's termination of the Contract was for Electric Boat's convenience, did you find Paragraph 2(A) of Supplement No. 1 controlled over Paragraph 14 of the Terms and Conditions and if not, why?

6. How did you compute damages?