# EXHIBIT K

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES | : CIVIL ACTION NO. 3:02cv194 (JCH) |
| Plaintiff, | : |
| v. | : |
| ELECTRIC BOAT CORPORATION, | : |
| Defendant. | : DECEMBER 23, 2005 |

## DEFENDANT'S PRELIMINARY PROPOSED JURY INTERROGATORIES

**Plaintiff's First Cause of Action**

1. Did Electric Boat terminate the contract with Executive Airlines for default or for convenience?

   _____ For Default          _____ For Convenience

   If you answer that Electric Boat terminated the contract for default, please skip down to Question # 7.

2. If Electric Boat terminated its relationship with Executive Airlines for convenience, do you find that Executive Airlines is entitled to any damages under the contract?

   _____ Yes          _____ No

   If you answer No, please skip down to Question # 7.

3. What is the amount of damages that Executive Airlines is entitled to receive under the contract?

   $_____

4. Has Electric Boat proven, by a fair preponderance of the evidence, that Executive Airlines has failed to mitigate its damages reasonably?

   _____ Yes          _____ No

5. What amount of money should be subtracted from the plaintiff's damages award as a result of the failure to mitigate damages?

   $_____

**Plaintiff's Second Cause of Action**

6. Has Executive Airlines proven, by a fair preponderance of the evidence, that Electric Boat agreed in December, 2000 that it would pay Executive Airlines' invoices in the amount of $494,395?

   _____ Yes          _____ No

   If your answer to this question is "No", please skip down to Question # __.

7. Did Executive Airlines fail to mitigate its damages reasonably?

   _____ Yes          _____ No

8. What amount of money should be subtracted from the $494,395 as a result of the failure to mitigate damages?

   $_____

**Defendant's Counterclaim**

9. Did Executive Airlines breach its contract with Electric Boat?

   _____ Yes          _____ No

   If you answer "No", no further responses are needed.

10. Has Electric Boat proven, by a fair preponderance of the evidence, that it suffered damages as a result of Executive Airlines' breach of the contract?

    _____ Yes          _____ No

11.     What damages is Electric Boat entitled to as a result of Executive Airlines' breach of the contract?

$_____

                                    DEFENDANT, ELECTRIC BOAT
                                    CORPORATION


By  *Michelle J. T____*
    Francis H. Morrison III (ct04200)
    fhmorrison@dbh.com
    Michelle I. Turner (ct24012)
    miturner@dbh.com
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    Its Attorneys


## CERTIFICATION

This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:

I. Leonard Feigenbaum, Esq.
1670 Old County Road, Suite 224
Plainview, NY 11803


                                    *Michelle J. T____*
                                    Michelle I. Turner

-3-