UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 3:02cv194 (JCH) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | |
| Defendant. | : | DECEMBER 23, 2005 |

## DEFENDANT'S MOTION IN LIMINE

The defendant, Electric Boat Corporation, hereby respectfully requests the preclusion of certain evidence and testimony by the plaintiff. The plaintiff in this case alleges that the defendant owes it damages as a result of the defendant's termination of the contract. In pretrial conferences and discussions, the plaintiff's president has repeatedly argued that his company is entitled to damages because of (a) the expenses that it incurred in equipping itself to provide services as required by the parties' contract and (b) the plaintiff company's economic difficulties subsequent to the defendant's termination of the contract.

The defendant now moves to preclude plaintiff from presenting testimony or evidence at trial as to either the plaintiff's expenses in gearing up to provide the contract services or as to its financial difficulties after the termination. The plaintiff has not actually claimed these classes of damages in its Second Amended Complaint and is not entitled to damages for either of these losses under contract law. Therefore, the presentation of this evidence is irrelevant and would be highly confusing to the jury and prejudicial to the defendant.

A supporting memorandum of law is attached herewith.

DEFENDANT, ELECTRIC BOAT
CORPORATION


By _____

Francis H. Morrison III (ct04200)
fhmorrison@dbh.com
Michelle I. Turner (ct24012)
miturner@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorneys


## **CERTIFICATION**

This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:


I. Leonard Feigenbaum, Esq.
1670 Old County Road, .Suite 224
Plainview, NY  11803


_____
Michelle I. Turner