# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (GLG) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | November 20th, 2002 |
| Defendant. | : | |

# PLAINTIFF'S DAMAGE ANALYSIS:

1. **Liquidated Damages:**        $495,395.00

    [Plus interest from June, 2000 as per contract provision]

2. **Actual Damages:**

    **Aircraft Acquisition Losses:**
      Jetstream N404GJ.................................................... $500,000.00
      Jetstream N16EN...................................................... 400,000.00
    **Increase in Necessary Resources**
      Expanded facilities .................................................. 120,000.00
      Increase in Crew and Mx Personnel..................... 240,000.00
      Additional Insurance Costs................................. 112,000.00
      Additional Maintenance Expense......................... 36,000.00

    **Additional Losses**
      Debt service Approx. $136,000 per year..................... 136,000.00
      Loss of Fuel discount $18,000 per year...................... 18,000.00

                                                          **ANNUAL LOSS**      $1,562,000.00

*************************************************************************************

Respectfully submitted,

_____
Stephen R. Mahler, Esq. (CT23707)
Visiting Attorney for Plaintiff
125-10 Queens Boulevard (Suite 311)
Kew Gardens, New York 11415
(718) 268-6000