UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES | : CIVIL ACTION NO. 3:02cv194 (JCH) |
| Plaintiff, | : |
| v. | : |
| GENERAL DYNAMICS CO., ET AL. | : |
| Defendants. | : DECEMBER 23, 2005 |

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PAROL EVIDENCE**

The defendant, Electric Boat Corporation, hereby respectfully requests the preclusion of certain evidence and testimony by the plaintiff. The plaintiff in this case alleges that the defendant owes it damages as a result of the defendant's termination of the contract between the parties. In pretrial conferences and discussions, the plaintiff's president has repeatedly made reference to the parties' intent in negotiating the termination provisions of the contract. However, where an integrated contract exists, evidence of the parties' intent is inadmissible parol evidence. This Court has already held that there is no ambiguity in the contract that would require consideration of the parties' intent.

The defendant now moves to preclude plaintiff from presenting parol evidence or testimony regarding the parties' intent at trial.

A supporting memorandum of law is attached herewith.

-2-

DEFENDANT, ELECTRIC BOAT
CORPORATION

By  /s/ Michelle I. Turner
Francis H. Morrison III (ct04200)
fhmorrison@dbh.com
Michelle I. Turner (ct24012)
miturner@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorneys

## CERTIFICATION

This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:

I. Leonard Feigenbaum, Esq.
1670 Old County Road, .Suite 224
Plainview, NY 11803

/s/ Michelle I. Turner
Michelle I. Turner