UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 3:02cv194 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| ELECTRIC BOAT CORPORATION | : | |
| Defendant. | : | JANUARY 4, 2006 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney for defendant **Electric Boat Corporation** in the above-titled action.

/s/
Paul D. Williams (ct#05244)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
pdwilliams@dbh.com
Its Attorney

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

I. Leonard Feigenbaum, Esq.
1670 Old County Road, Suite 224
Plainview, NY  11803

/s/
Paul Williams