UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-194 (JCH) |
| | : | |
| GENERAL DYNAMICS CO., ET AL | : | JANUARY 9, 2006 |
|     Defendants | : | |

**ORDER OF TRANSFER**

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of The Honorable Warren W. Eginton for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in Bridgeport, and bear docket number 3-02-cv-194 (WWE).  **The Pretrial Conference presently scheduled for January 18, 2006 with Judge Hall will remain in effect, but will instead be held with Judge Eginton.  Jury Selection for this case is rescheduled to February 2, 2006 with Judge Eginton.  Trial will commence on February 14, 2006 as previously scheduled.**  Pleadings or documents related to this action and filed in any other seat of Court will be refused at the Clerk's Office and returned to you unfiled.  [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 9th day of January, 2006.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge