UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 3:02cv194 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| GENERAL DYNAMICS CO., ET AL. | : | |
| Defendants. | : | JANUARY 13, 2006 |

## OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE

The defendant, Electric Boat Corporation, hereby opposes the plaintiff's motion in limine dated December 22, 2005. The plaintiff's motion in limine raises exactly the same arguments that the plaintiff previously made in its motion for summary judgment, which this Court denied. Since it seeks to preclude any evidence on the defendant's counterclaim, it constitutes an impermissible attempt to relitigate the motion for summary judgment.

The motion also fails on substantive grounds, as further discussed in the supporting memorandum of law attached herewith.

DEFENDANT, ELECTRIC BOAT
CORPORATION

By /s/ Michelle J. T.
Paul D. Williams (ct05244)
pdwilliams@dbh.com
Michelle I. Turner (ct24012)
miturner@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorneys

## **CERTIFICATION**

      This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:

I. Leonard Feigenbaum, Esq.
1670 Old County Road, Suite 224
Plainview, NY  11803

                                                                  */s/ Michelle I. Turner*
                                                                   Michelle I. Turner