# EXHIBIT A

5/24/00

# GENERAL DYNAMICS
Electric Boat

PLAINTIFF'S
EXHIBIT NO. 5
FOR IDENTIFICATION
DATE: 6/15/04  RPTR

RFK/00-145
May 24, 2000

Mr. Michael Peragine
President
Executive Airlines
1300 New Highway
Farmingdale, NY 11735

Dear Mr. Peragine:

Subject:  Charter Aircraft Service between Groton, CT and Newport News, VA in accordance with Electric Boat's Purchase Order SNL022-096

Electric Boat was shocked and saddened to learn of the recent crash and loss of lives involved with one of your aircraft attempting to land at Wilkes-Barre, PA. As this aircraft had most recently been in service between Groton and Newport News, Electric Boat is deeply concerned over the possible cause(s) of the crash as described in the media and follow-up actions being taken by Executive Airlines. The safety of our employees who travel via the Groton/Newport News charter aircraft is naturally of paramount importance to us. Confirming our Kevin Hanrahan's recent phone conversation with you, we feel that suspension of the charter service pending your explanation of facts surrounding the Wilkes-Barre crash is prudent.

Our President, Mr. M. W. Toner, has requested that prior to resumption of charter service, you meet with us at our facility to review the circumstances surrounding the Wilkes-Barre crash and any subsequent actions taken by Executive Airlines.

Sincerely,

*R. F. Kiely* (signature)

R. F. Kiely
Director of Materials Acquisition

xc:  K. P. Hanrahan
     F. J. Harris
     R. C. Januska
     R. H. Nardone
     N. D. Ruenzel
     R. G. Scheel
     M. W. Toner

75 Eastern Point Road
Groton, CT 06340-4989
Tel 860 433 3335
Fax 860 433 4937

EB000052