FILED

2006 JAN 17 P 12: 49



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES, | : | CIVIL NO. 3:02 CV 194(JCH) |
| Plaintiff, | : | |
| VS. | : | |
| GENERAL DYNAMICS | : | |
| Defendant | : | JANUARY 13, 2006 |

### MOTION FOR ADMISSION OF PLAINTIFF'S ATTORNEY PRO HAC VICE

Pursuant to Local Rule 83.1(d), the undersigned, a member of the bar of this Court respectfully moves for the admission of Attorney Daniel F. Hayes of Biedermann, Hoenig, & Ruff, P.C. of New York, New York, as attorney for the Plaintiff, Pro Hac Vice. Appended hereto is the application fee for the Motion For Admission of Plaintiff's Attorney Pro Hac Vice and the Certificate of Attorney Daniel F. Hayes in support of this Motion.

NO ORAL ARGUMENT REQUESTED

**STANGER & ARNOLD, LLP**
433 South Main Street • Suite 112 • West Hartford, CT 06110 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

Respectfully submitted,

By: _____
Steven E. Arnold, ct 07966
sea@SAlaw.us
Stanger & Arnold, LLP
433 South Main Street, Suite 112
West Hartford, CT 06110
(860) 561-0650
(860) 561-0646 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record and pro se parties on January 13, 2006:

I. Leonard Feigenbaum, Esq.
1670 Old County Road, Suite 224
Plainview, NY 11803

John E. Ryan, Esq.
Ryan & Brennan
131 Tulip Avenue
Floral Park, NY 11001

Stephen R. Mahler, Esq.
125-10 Queens Boulevard
Kew Gardens, NY 11415

Ernest J. Mattei, Esq.
Day, Berry & Howard
Cityplace
Hartford, Ct 06103-3499

Francis H. Morrison, III, Jr., Esq.
Day, Berry & Howard
Cityplace
Hartford, Ct 06103-3499

Michelle I Turner, Esq.
Day, Berry & Howard
Cityplace
Hartford, Ct 06103-3499

Paul D. Williams, Esq.
Day, Berry & Howard
Cityplace
Hartford, Ct 06103-3499

William H. Erickson, Esq.
Pratt & Whitney
Legal Department
400 Main Street
East Hartford, CT 06108

_____
Steven E. Arnold

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2006 JAN 17  P 12: 49

| | |
|---|---|
| EXECUTIVE AIRLINES, | CIVIL NO.: 3:02 CV 194(JCH) |
| Plaintiff, | |
| vs. | |
| GENERAL DYNAMICS Co., | |
| Defendant | January 12, 2006 |

**AFFIDAVIT OF VISITING COUNSEL IN SUPPORT OF MOTION FOR ADMISSION**
*PRO HAC VICE*

STATE OF NEW YORK
COUNTY OF NEW YORK. ss.:

Daniel F. Hayes, being duly sworn, deposes and says:

1. I am a partner in the law firm of Biedermann, Hoenig, & Ruff, P.C., located (as of January 17, 2006) at 805 Third Avenue, 18th Floor, New York, New York 10017 (Telephone: (212) 697-6555; Fax: (212) 986-3509), email dhayes@bhmr.com.

2. I have a long-standing attorney-client relationship with plaintiff Executive Airlines.

3. I make this affidavit pursuant to Rule 81 (d) of the Rules of the District of Connecticut for admission as a visiting attorney *pro hac vice*, as attorney for plaintiff Executive Airlines.

4. This matter is scheduled for jury selection on February 1, 2006, and for trial on February 14, 2006, to a jury. I am informed that Michael Peragine, President of plaintiff at the time of the events at issue in this matter, desires that I try the case and that the current counsel of

record for the plaintiff, I. Leonard Feigenbaum, with whom I have conferred, is agreeable to my substitution.

5. I am a member in good standing in every jurisdiction where I have been admitted to practice, including the United States Supreme Court, the United States Courts of Appeals for the Second Circuit and the District of Columbia, the United States Claims Court, and the United States District Courts for the District of Maryland, the District of Columbia, and the Northern, Southern, and Eastern Districts of New York.

6. I have been admitted once before *pro hac vice* to the bar of this Court in a matter which was resolved before trial; I have not been denied admission or disciplined by this Court or any other court.

7. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

8. I have reviewed and am fully familiar with the Rules of the United States District Court for the District of Connecticut.

9. I do not believe that granting this motion will require the modification of a scheduling order or deadline imposed by the Court.

10. Pursuant to Local Rule 83.1 (d) 2, the required application fee of $25.00 has been submitted with this motion.

*Daniel F. Hayes* (signature)

Daniel F. Hayes
Biedermann, Hoenig, & Ruff, P.C.
805 Third Avenue
18th Floor
New York, New York 10017
(212) 697-6555
(212) 986-3509 (fax)
Dhayes@bhmr.com

Subscribed to and sworn before me this
12th day of January, 2006.

_(signature)_
Notary Public

DEBORAH A. ELSASSER
Notary Public, State of New York
No. 02EL6087888
Qualified in New York County
Commission Expires Feb. 24, 2007

3