# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Executive Airlines

    Plaintiff

vs.

General Dynamics

    Defendant

## APPEARANCE

CASE NUMBER: 3:02 CV 194 (JCH)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:     Executive Airlines

___1/24/06___
**Date**

ct07966
**Connecticut Federal Bar Number**

860-561-0650
**Telephone Number**

860-561-0646
**Fax Number**

sea@SAlaw.us
**E-mail address**

_[signature]_
**Signature**

Steven E. Arnold
**Print Clearly or Type Name**

Stanger & Arnold, LLP
**Address**

433 South Main Street, West Hartford, CT 06110

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

as per attached certification sheet

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES, | : | CIVIL NO. 3:02 CV 194(JCH) |
| Plaintiff, | : | |
| VS. | : | |
| GENERAL DYNAMICS | : | |
| Defendant | : | JANUARY 13, 2006 |

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record and pro se parties on January 26, 2006:

I. Leonard Feigenbaum, Esq.
1670 Old County Road, Suite 224
Plainview, NY 11803

John E. Ryan, Esq.
Ryan & Brennan
131 Tulip Avenue
Floral Park, NY 11001

Stephen R. Mahler, Esq.
125-10 Queens Boulevard
Kew Gardens, NY 11415

Ernest J. Mattei, Esq.
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

Francis H. Morrison, III, Jr., Esq.
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

Michelle I Turner, Esq.
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

Paul D. Williams, Esq.
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

_/s/ Steven E. Arnold_
Steven E. Arnold