UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES | : CIVIL ACTION NO. 3:02cv194 (JCH) |
| Plaintiff, | : |
| v. | : |
| GENERAL DYNAMICS CO., ET AL. | : |
| Defendants. | : JANUARY 30, 2006 |

## DEFENDANT'S SUPPLEMENTAL PRETRIAL MEMORANDUM

The defendant, Electric Boat Corporation ("Electric Boat") hereby supplements its portions of the previously filed Joint Pretrial Memorandum, dated December 23, 2005, to advise the Court of changes to its anticipated trial counsel as well as its exhibit list. Defendant also hereby designates certain deposition testimony it anticipates using at trial.

**TRIAL COUNSEL**

Trial Counsel for Defendant:

Paul D. Williams
Michelle I. Turner
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100

**EXHIBITS**

Defendant's Exhibits

The defendant's anticipated exhibits are as follows:

501.  Electric Boat's Request for Quotation

502.  Executive Airlines' offer in response to Electric Boat's RFQ

503.   GDC 410 (REV. 3/87)-- "Purchase Order Terms and Conditions"

504.   Purchase Order number SNL022-096

505.   Purchase Order number SNL022-096

506.   August 26, 2002 Aircraft Accident Brief issued by National Transportation Safety Board ("NTSB")

507.   June 7, 2000 letter from Dorothy Stillman to Michael Peragine regarding termination of services, EB00215

508.   Summary of interview given by Mr. Peragine to the National Transportation Safety Board ("NTSB") on May 22, 2000 in connection with the NTSB's investigation of the fatal crash of the Aircraft

509.   Executive Airlines receipt and invoice from Million Air of Farmingdale, New York, for fuel purchased the morning of the crash

510.   Kevin Hanrahan memo of 5/24/00 to Robert Januska, titled "Telephone Conversations with Executive Airlines"

511.   May 29, 2000 memorandum memorializing the issues discussed with Mr. Peragine on May 26, 2000

512.   May 24, 2000 article from the New London Day regarding the crash

513.   NTSB factual report

514.   May 24, 2000 letter from Ron Kiely to Michael Peragine

515.   August 1, 2000 letter from Ron Kiely to Michael Peragine

516.   Electric Boat Damage Summary

**DESIGNATION OF DEPOSITION TESTIMONY FOR USE AT TRIAL**

The defendant hereby designates for use at trial the following portions of the deposition transcript and/or videotape, of Stacy Lynn Suazo, given on March 20, 2003 in the litigation captioned In re Air Accident at Bear Creek, Pennsylvania on May 21, 2000, 3:00-CV-5000 (M.D. PA.):

p. 7, line 11 – p.8, line 10

p. 10, line 5 – 21

p. 11, lines 13-25

p. 14, line 6 – p. 15, line 20

p. 18, line 4 – p. 18, line 18

p. 22, line 16 – p. 24, line 18

p. 25, line 2 – p. 25, line 20

p. 46, line 25 – p. 47, line 20

p. 49, lines 16- 21

p. 57, lines 1-25

p. 60, lines 2-13

p. 62, line 12 – p. 67, line 1

DEFENDANT, ELECTRIC BOAT CORPORATION

By _/s/ Michelle I. Turner_
Paul D. Williams (ct05244)
pdwilliams@dbh.com
Michelle I. Turner (ct24012)
miturner@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorneys

## **CERTIFICATION**

This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, to:

I. Leonard Feigenbaum
1670 Old County Road, Suite 224
Plainview, NY  11803

Steven E. Arnold
Stanger & Arnold LLP
433 South Main Street
West Hartford CT 06110

Daniel F. Hayes
Biedermann, Hoenig & Ruff
90 Park Avenue
New York, NY 10016

_/s/ Michelle I. Turner_
Michelle I. Turner