UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2006 FEB 10  A 9: 44

US DISTRICT COURT
BRIDGEPORT. CONN

| | |
|---|---|
| EXECUTIVE AIRLINES, | CIVIL NO.: 3:02 CV 194(JCH) |
| Plaintiff, | |
| vs. | |
| ELECTRIC BOAT CORPORATION, | |
| Defendant | February 6, 2006 |

### PLAINTIFF'S PROPOSED EXHIBIT LIST

Plaintiff Executive Airlines respectfully submits its revised Proposed Exhibit List:

| Number | Date | Description | Notes |
|---|---|---|---|
| 1 | 10/13/99 | Electric Boat's Request for Quotation | Same as 501 |
| 2 | 2/9/00 | Purchase Order number SNL 022-096 | Same as 504 |
| 3 | | Executive Airlines' offer in response to Electric Boat's RFQ | Same as 502 |
| 4 | 3/14/00 | Purchase Order number SNL 022-096 - including Supplement No. 1 | Same as 505 ? |
| 5 | 3/1/87 | GDC 410 (REV. 3/87)--"Purchase Order Terms and Conditions | Same as 503 |
| 6 | 5/22/00 | Email, Electric Boat, R Kiely to Robert Januska | |
| 7 | 5/24/00 | Memo, Hanrahan to Robert Januska, "Telephone Conversations with Executive Airlines" | Same as 510 |
| 8 | 5/24/00 | Letter, Electric Boat by Ron Kiely to Executive Airlines | Same as 514 |
| 9 | 6/1/00 | Email, R Kiely to Ron Berlan, Dot Stillman, et al | |
| 10 | 6/2/00 | Memo, Hanrahan to Jan Stimac, Corporate Aircraft Utilization for GON-PHF | |
| 11 | 6/5/00 | Electric Boat email, Jan Stimac to Robert Januska | |
| 12 | 6/7/00 | Letter, Electric Boat by Dorothy Stillman to Executive Airlines (Michael S. Peragine) | Same as 507, EB 00215 |
| 13 | 7/10/00 | Executive Airlines letter to Electric Boat (D. Stillman) | |

| 14 | 7/10/00 | Executive Airlines Invoice to Electric Boat, No. 0001702-IN | $53,845 |
| 15 | 7/28/00 | Executive Airlines Invoice to Electric Boat, No. 0001696-IN | $73,425 |
| 16 | 8/1/00 | Letter, Electric Boat by Ron Kiely to Executive Airlines | Same as 515 |
| 17 | 8/21/00 | Executive Airlines Invoice to Electric Boat, No. 0001697-IN | $73,425 |
| 18 | 9/21/00 | Executive Airlines Invoice to Electric Boat, No. 0001698-IN | $73,425 |
| 19 | 10/21/00 | Executive Airlines Invoice to Electric Boat, No. 0001700-IN | $73,425 |
| 20 | 11/21/00 | Executive Airlines Invoice to Electric Boat, No. 0001701-IN | $73,425 |
| 21 | 12/15/00 | Executive Airlines Invoice to Electric Boat, No. 0001702-IN | $73,425 |
| 22 | 12/16/00 | Executive Airlines letter to Electric Boat ®. Kiely) | |

Respectfully submitted,

*Daniel F. Hayes*

Daniel F. Hayes, Esq. (phv0207)
dhayes@bhmr.com
**Biedermann, Hoenig & Ruff, P.C.**
Attorneys for Plaintiff Executive Airlines
805 Third Avenue, 18th Floor
New York, New York 10016
(212) 697-6555 Telephone
(212) 986-3509 Facsimile

TO:

Paul D. Williams, Esq. (ct05244)
pdwilliams@dbh.com
Michelle I. Turner, Esq. (ct24012),
miturner@dbh.com
**Day, Berry & Howard LLP**
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Attorneys for Defendant, Electric Boat Corporation

## **CERTIFICATION**

This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, and as an email attachment to:

Paul D. Williams, Esq. (ct05244)
pdwilliams@dbh.com
Michelle I. Turner, Esq. (ct24012),
miturner@dbh.com
**Day, Berry & Howard LLP**
CityPlace I
Hartford, Connecticut 06103-3499
Attorneys for Defendant

_____
Daniel F. Hayes (phv0207)

February 9, 2006