UNITED STATES DISTRICT COURT

**FILED**

FOR THE DISTRICT OF CONNECTICUT

2006 FEB 10   A 9: 44

U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| EXECUTIVE AIRLINES, | : | CIVIL NO.: 3:02 CV 194(JCH) |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| ELECTRIC BOAT CORPORATION, | : |  |
|  | : |  |
| Defendant | : | February 9, 2006 |

## PLAINTIFF'S PROPOSED WITNESS LIST-REVISED

Plaintiff Executive Airlines respectfully submits its revised Proposed Witness List:

1.   Michael S. Peragine, President, Executive Airlines.

2.   Kevin Hanrahan, Electric Boat Corporation.

3.   Michael Leeds, by deposition (list of lines to be read attached as Appendix A).

Respectfully submitted,

Daniel F. Hayes, Esq. (phv0207)
dhayes@bhmr.com
**Biedermann, Hoenig & Ruff, P.C.**
Attorneys for Plaintiff Executive Airlines
805 Third Avenue, 18th Floor
New York, New York  10016
(212) 697-6555 Telephone
(212) 986-3509 Facsimile

TO:

     Paul D. Williams, Esq. (ct05244)
pdwilliams@dbh.com
Michelle I. Turner, Esq. (ct24012),
miturner@dbh.com
**Day, Berry & Howard LLP**
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Attorneys for Defendant, Electric Boat Corporation

**APPENDIX A**

EXCERPTS FROM THE DEPOSITION OF MICHAEL LEEDS

| From | To |
| --- | --- |
| Page 2, l.1 | Page 2, l.8 |
| Page 5, l.1 | Page 6, l.3 |
| Page 7, l.12 | Page 8, l.22 |
| Page 10, l.1 | Page 11, l.17 |
| Page 12, l.4 | Page 12, l.10 |
| Page 13, l.1 | Page 13, l.12 |
| Page 14, l.7 | Page 16, l.1 |
| Page 16, l.16 | Page 17, l.1 |
| Page 18, l.20 | Page 19, l.4 |
| Page 20, l.14 | Page 25, l. 20 |
| Page 26, l.5 | Page 27, l.20 |
| Page 30, l.22 | Page 31, l.9 |
| Page 36, l.2 | Page 36, l.17 |
| Page 37, l.3 | Page 39, l.2 |

## **CERTIFICATION**

This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, and as an email attachment to:

Paul D. Williams, Esq. (ct05244)
pdwilliams@dbh.com
Michelle I. Turner, Esq. (ct24012),
miturner@dbh.com
**Day, Berry & Howard LLP**
CityPlace I
Hartford, Connecticut 06103-3499
Attorneys for Defendant

Daniel F. Hayes (phv0207)

February 9, 2006

4