UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 FEB 15 P 4: 11
BRIDGEPORT CONN

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 3:02cv194 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| GENERAL DYNAMICS CO., ET AL. | : | |
| Defendants. | : | FEBRUARY 15, 2006 |

### DEFENDANT'S MOTION FOR DIRECTED VERDICT

Pursuant to Fed. R. Civ. Pro. 50 (2006), the defendant, Electric Boat Corporation ("Electric Boat") hereby respectfully moves for directed verdict as to all of plaintiff's claims. Pursuant to the law of the case, the plaintiff is not entitled to any liquidated damages, and the plaintiff has failed to prove any actual damages. The plaintiff has also failed to prove the existence of an account stated claim.

For all the foregoing reasons, and those set forth in the accompanying memorandum of law, the defendant hereby moves for a directed verdict.

DEFENDANT, ELECTRIC BOAT
CORPORATION

By /s/ Michelle J. T.
Paul D. Williams (ct05244)
pdwilliams@dbh.com
Michelle I. Turner (ct24012)
miturner@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorneys

## CERTIFICATION

This is to certify that on this date a copy of the foregoing was hand-delivered to:

Daniel F. Hayes
Biedermann, Hoenig & Ruff
805 Third Avenue, 18th Floor
New York, NY 10022

*Michelle J. T.*
Michelle I. Turner