# United States District Court

DISTRICT OF _____

EXECUTIVE AIRLINES
v.
GENERAL DYNAMICS CO., ET AL

**DEFENDANT'S Exhibit AND WITNESS LIST** 2/17/06

CASE NUMBER: 3:02cv194(JCH)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| EGINTON, WARREN W. | DANIEL F. HAYES / I. LEONARD EIGEN-BAUM | PAUL D. WILLIAMS / MICHELLE TURNER |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| FEB. 14, 2006 - | | MARY LARSEN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/15/06 | | | RONALD KIELY, 4985 SOUTHEAST INKWOOD WAY, HOPE SOUND, FL 33405 |
| | | 2/16/06 | | | JAMES AHLFELD, 96 LAURAL AVENUE, LARCHMONT, NY |
| | | 2/16/06 | | | DOROTHY STILLMAN, 10 CANARY ST., NAUGATUCK, CT |
| FULL | 501 | " | ✓ | ✓ | ELECTRIC BOAT'S REQUEST FOR QUOTATION |
| FULL | 506 | 2/14/06 | | ✓ | NTSB PROBABLE CAUSE OF ACCIDENT 8/26/02 ~~ACCIDENT BRIEF~~ |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages