# United States District Court

EXECUTIVE AIRLINES
v.
ELECTRIC BOAT CORP.

DISTRICT OF Connecticut

COURT EXHIBIT ~~AND WITNESS~~ LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY I. LEONARD | CASE NUMBER: 3:02CU194(JCH) |
|---|---|---|
| W.W. EGINTON | DANIEL F. HAYES / FEIGENBAUM | DEFENDANT'S ATTORNEY PAUL WILLIAMS, MICHELE TURNER |
| TRIAL DATE(S) 2/14/06 - | COURT REPORTER S. BALDWIN, M. CORIETTE, J. FAZEKAS | COURTROOM DEPUTY D. CANDEE, M. LARSEN |

| COURT NO. | DATE OFFERED | I.D. MARKED | FULL ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| #1 | 2/15/06 | ✗ | ✓ | DEPOSITION TRANSCRIPT OF MICHAEL LEADS |
| #2 | 2/16/06 | ✓ | | DEFT'S PROFFER OF TESTIMONY OF STACY LYNN SUAZO |
| 3 | 2/16/06 | ✓ | | SUPPLEMENTAL SUBMISSION OF EXECUTIVE AIRLINES |
| 4 | 2/16/06 | ✓ | | TO WHOM IT MAY CONCERN LETTER SIGNED BY DAVID MEDEIROS |
| 5 | 2/16/06 | ✓ | | JUNE 15, 2004 LETTER BY NICHOLAS CHACHARONE |
| 6 | 2/16/06 | ✓ | | A.G. OLMSTED LETTER TO ATTORNEY ERIKSON DTD. 6-11-04 |
| 7 | 2/16/06 | ✓ | | REQUEST TO CHARGE ON PART OF PLAINTIFF. |
| 8 | 2/17/06 | | | NOTE FROM JURY re: INCLUDE INTEREST IN COMPENSATORY DAMAGES |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
2/17/06
Kevin F. Rowe, Clerk
By D. Candee
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages