COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

EXECUTIVE AIRLINES, : CIVIL NO.: 3:02 CV 194(JCH) :

Plaintiff,

vs.

ELECTRIC BOAT CORPORATION,

Defendant : February 9, 2006

**PLAINTIFF'S** ~~PROPOSED~~ *MARKED* **WITNESS LIST**-REVISED

Plaintiff Executive Airlines respectfully submits its revised Proposed Witness List:

*2/14/06* 1. Michael S. Peragine, President, Executive Airlines. *Employ - Rebuttal* *Oyster Bay Cove, N.Y. 11771*

*△ ADVERSE 2/15/06* 2. Kevin Hanrahan, Electric Boat Corporation. — *Groton, CT. (120 Jupiter Pt.)* *WITNESS*

*2/15/06* 3. Michael Leeds, by deposition (list of lines to be read attached as Appendix A). *By Mr. Cayne*

Respectfully submitted,

/s/ Daniel F. Hayes
Daniel F. Hayes, Esq. (phv0207)
dhayes@bhmr.com
**Biedermann, Hoenig & Ruff, P.C.**
Attorneys for Plaintiff Executive Airlines
805 Third Avenue, 18th Floor
New York, New York 10016
(212) 697-6555 Telephone
(212) 986-3509 Facsimile

TO:

    Paul D. Williams, Esq. (ct05244)
    pdwilliams@dbh.com
    Michelle I. Turner, Esq. (ct24012),
    miturner@dbh.com
    **Day, Berry & Howard LLP**
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    Attorneys for Defendant, Electric Boat Corporation

**APPENDIX A**
EXCERPTS FROM THE DEPOSITION OF MICHAEL LEEDS

| From | To | |
|---|---|---|
| Page 2, l.1 | Page 2, l.8 | |
| Page 5, l.1 | Page 6, l.3 | |
| Page 7, l.12 | Page 8, l.22 | |
| Page 10, l.1 | Page 11, l.17 | |
| Page 12, l.4 | Page 12, l.10 | |
| Page 13, l.1 | Page 13, l.12 | |
| Page 14, l.7 | Page 16, l.1 | |
| Page 16, l.16 | Page 17, l.1 | |
| Page 18, l.20 | Page 19, l.4 | |
| Page 20, l.14 | Page 25, l.20 | |
| Page 26, l.5 | Page 27, l.20 | |
| Page 30, l.22 | Page 31, l.9 | |
| Page 36, l.2 | Page 36, l.17 | |
| Page 37, l.3 | Page 39, l.2 | |

## CERTIFICATION

This is to certify that on this date a copy of the foregoing was mailed, first class postage prepaid, and as an email attachment to:

Paul D. Williams, Esq. (ct05244)
pdwilliams@dbh.com
Michelle I. Turner, Esq. (ct24012),
miturner@dbh.com
**Day, Berry & Howard LLP**
CityPlace I
Hartford, Connecticut 06103-3499
Attorneys for Defendant

_____
Daniel F. Hayes (phv0207)

February 9, 2006