UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES, | : CIVIL ACTION NO. 3:02cv194-(WWE) |
| Plaintiff, | : |
| v. | : |
| ELECTRIC BOAT CORPORATION, | : |
| Defendant. | : |

Defendant's Proposed

## SPECIAL VERDICT (INTERROGATORIES)

**Plaintiff's First Cause of Action**

1. Did Electric Boat terminate the contract with Executive Airlines for default in accordance with paragraph 2 (B) of Supplement Number 1 (Exhibit 4, page 6) and paragraph 12 (a) of the Terms and Conditions (Exhibit 5) or for convenience in accordance with paragraph 2 (A) of Supplement Number 1 (Exhibit 4, page 6) and paragraph 14 of the Terms and Conditions (Exhibit 5)?

    _____ For Default          _____ For Convenience

    **If you answer that Electric Boat terminated the contract for default, please skip down to Question #3.**

2. If Electric Boat terminated its relationship with Executive Airlines for convenience, do you find that Executive Airlines is entitled to any damages under the contract?
    _____ Yes          _____ No

**Plaintiff's Second Cause of Action**

3. Has Executive Airlines proven, by a fair preponderance of the evidence, that after the invoices were issued, both parties examined the invoices, that they agreed upon the precise sum due, and that Electric Boat made a promise to pay that sum?

    _____ Yes          _____ No

-2-

   **If you answer No to both Questions 2 and 3, please fill out the defendant's verdict form. If you answer Yes to either Question 2 or 3, or to both of them, please proceed to Question 4.**

4.  What is the amount of damages that Executive Airlines is entitled to receive?

   $_____

DATE _____        _____
                      FOREPERSON