UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*Filed at Bridgeport 2/17/06*
*Kevin F. Rowe, Clerk*
*D. Candee, Deputy Clerk*

EXECUTIVE AIRLINES,

      Plaintiff,

v.

ELECTRIC BOAT CORPORATION,

      Defendant.

CIVIL ACTION NO. 3:02cv194 (WWE)

## Plaintiff's Proposed SPECIAL VERDICT (INTERROGATORIES)

**Plaintiff's First Cause of Action**

1. Did Electric Boat terminate the contract with Executive Airlines in accordance with paragraph 2 (A) of Supplement Number 1, or in accordance with paragraph 2 (B) of Supplement Number 1?

    _____ 2 (A)    _____ 2 (B)

2. If you found that Electric Boat terminated the contract under 2 (B), did it prove by a preponderance of evidence that Executive Airlines was incapable of performing its obligations under the contract at the time of termination?

    _____ Yes    _____ No

3. Did Electric Boat's refusal to pay the minimum monthly bills from Executive Airlines after June 2000 constitute a breach of the contract?

    _____ Yes    _____ No

4. If Electric Boat terminated its relationship with Executive Airlines for its own choice pursuant to paragraph 2 (A), do you find that Executive Airlines is entitled to damages under the contract?

    _____ Yes    _____ No

-2-

5. What is the amount of damages that Executive Airlines is entitled to receive under the contract?


_____                                      _____
      DATE                                                              FOREPERSON

-2-