UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*Filed at Bridgeport 2/17/06*

EXECUTIVE AIRLINES, : CIVIL ACTION NO. 3:02cv194 (WWE)

      Plaintiff,

v.

ELECTRIC BOAT CORPORATION,

      Defendant.

**Plaintiff's Proposed**

### SPECIAL VERDICT (INTERROGATORIES)

**Plaintiff's First Cause of Action**

1. Did Electric Boat terminate the contract with Executive Airlines in accordance with paragraph 2 (A) of Supplement Number 1, or in accordance with paragraph 2 (B) of Supplement Number 1?

   _____ 2 (A)     _____ 2 (B)

2. If you found that Electric Boat terminated the contract under 2 (B), did it prove by a preponderance of evidence that Executive Airlines was incapable of performing its obligations under the contract at the time of termination?

   _____ Yes     _____ No

3. Did Electric Boat's refusal to pay the minimum monthly bills from Executive Airlines after June 2000 constitute a breach of the contract?

   _____ Yes     _____ No

4. If Electric Boat terminated its relationship with Executive Airlines for its own choice pursuant to paragraph 2 (A), do you find that Executive Airlines is entitled to damages under the contract?

   _____ Yes     _____ No

-2-

5. What is the amount of damages that Executive Airlines is entitled to receive under the contract?


_____        _____

DATE                                                                    FOREPERSON