**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO. 579-5861
(AREA CODE 203)

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

February 17, 2006

Re: Case Name: Executive Airlines v. General Dynamics Co., et al
    Number: 3:02CV194(JCH)

Paul Williams, Esq..
Michelle Turner, Esq.

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed are the following exhibit(s): Defendant exhibits/notebooks

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____D. Candee_____
D. Candee
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 2/17/06