UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO. 579-5861
(AREA CODE 203)

KEVIN F. ROWE
CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

*United States District Court*
*District of Connecticut*
*FILED AT    BRIDGEPORT*
*2/17/06*
*Kevin F. Rowe, Clerk*
*By D. Candee*
*VICTORIA C. MINOR*
*Deputy Clerk*

February 17, 2006

Re: Case Name: Executive Airlines v. General Dynamics Co., et al
    Number: 3:02CV194(JCH)

Daniel Hayes, Esq.
I. Leonard Feigenbaum, Esq.

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed are the following exhibit(s): Plaintiff exhibits/notebooks

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY  *D. Candee*
            D. Candee
            Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 2/17/06