UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES, | : | CIVIL NO.: 3:02 CV 194(WWE) |
| Plaintiff, | : | |
| vs. | : | |
| ELECTRIC BOAT Corp., | : | |
| Defendant | : | March 1, 2006 |

## PLAINTIFF'S MOTION FOR JUDGMENT WITH PRE-JUDGMENT INTEREST AND COSTS

The plaintiff, Executive Airlines, hereby respectfully moves for the entry of a judgment in this matter with pre-judgment interest and costs. As is more fully set forth in its accompanying Memorandum of Law In Support of Motion, plaintiff requests the entry of a judgment based on the unanimous verdict of the jury returned February 17, 2006, which found for the plaintiff in the amount of four hundred seventy - two thousand, three hundred sixty-eight dollars ($472,368.00), together with pre-judgment interest at the rate of ten per cent per annum from December 17, 2000, totaling two hundred forty-five thousand, six hundred thirty-one dollars and thirty-six cents ($245,631.36); and costs in the total amount of six thousand, eight hundred forty - three dollars and ninety-one cents ($6843.91). Plaintiff requests that judgment be entered in the total sum of seven hundred twenty-four thousand, eight hundred forty-three dollars and twenty-seven cents

($724,843.27), through February 28, 2006, with the addition of one hundred twenty-nine dollars and forty-two cents ($129.42) to be added *per diem* until the judgment is entered.

                                        Plaintiff Executive Airlines

                                        By _____

                                        Daniel F. Hayes (phv0207)
                                        **Biedermann, Hoenig & Ruff, P.C.**
                                        805 Third Avenue, 18th Floor
                                        New York, New York 10016
                                        (212) 697-6555 Telephone
                                        (212) 986-3509 Facsimile
                                        dhayes@bhmr.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing and the Memorandum of Law In Support of Motion with all supporting papers was mailed, postage prepaid, on March 1, 2006, to

                    Paul D. Williams
                    pdwilliams@dbh.com
                    Michelle I. Turner
                    miturner@dbh.com
                    Day, Berry & Howard, LLP
                    Attorneys for Defendant Electric Boat Corporation
                    CityPlace I
                    Hartford, CT 06103-3499
                    (860) 275-0100 (phone)
                    (860) 275-0343 (fax)

                                        _____
                                        Daniel F. Hayes (phv0207)