UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES, | : | CIVIL NO.: 3:02 CV 194(WWE) : |
| Plaintiff, | : | |
| vs. | : | |
| ELECTRIC BOAT Corp., | : | |
| Defendant | : | March 1ˢᵗ, 2006 |

## AFFIDAVIT OF MICHAEL S. PERAGINE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT WITH PRE-JUDGMENT INTEREST AND COSTS

State of Florida
County of           ss.:

Michael S. Peragine, being duly sworn, deposes and says:

1.  I am the President and CEO of Executive Airlines, the plaintiff in this action, and its predecessors, and have been for nearly 30 years.

2.  I make this affidavit in support of plaintiff's motion for judgment with pre-judgment interest at the rate of 10% per annum, and costs.

3.  I have personally obtained financing for business ventures and dozens of aircraft for our company, and I have both recommended and provided guidance to clients of Executive who have sought and obtained financing for their business ventures and for aircraft acquired by them and managed by Executive. I have dealt with banks and lending institutions across the nation and negotiated lending agreements of all kinds in my capacity as CEO of the company. Those banks include: Citibank, Citigroup, Chase Manhattan Bank, Mellon Bank, Fleet Bank [formerly Norstar Bank], Chemical Bank, Bankers Trust, Marine Midland, and others. I have also negotiated and financed with private lenders such as Debis Financial, Jet Acceptance Corp, and many others.

4. The rate charged by most lenders to small airlines like Executive is of course established by agreement between the parties involved in the financing, and is determined by many factors.

5. While interest rates can vary greatly depending on the circumstances involved, in my opinion a rate of 10% to 12% has been the accepted norm for lenders to small airlines like Executive over the last 6 years. Occasionally, higher rates would apply if the financing was for a shorter term, 12 to 24 months for instance.

6. Therefore, a rate of 10% for pre-judgment interest on the verdict in this case is appropriate and reasonable.

7. Moreover, counsel for the defendant apparently agrees that an even higher rate would be appropriate. In its motion to compel the payment of fees for its expert witness, Olmsted, counsel for the defendant admitted that an interest rate of 1.5% per month, or 18% per year, was reasonable:

> "...Applying these factors to this case, Mr. Olmsted's rates are reasonable. Mr. Olmsted has many years of experience in the aviation industry. A rate of $1500 for a full day of deposition is more than reasonable, especially since this deposition went for nearly eight hours. This is not a rate specific to this case or an attempt to overcharge the plaintiff. Further, Mr Olmsted's mileage rate of $0.0375 is also **eminently reasonable, as is the 1.5% [monthly] interest rate he has charged for plaintiff's delay in paying his fees.**" [emphasis added](see Docket Entries 111-2 at page 5 and 111-6).

8. Executive Airlines never challenged that rate as being inappropriate or unreasonable, and in fact paid the defendant's expert compounded interest at the 18% annual rate.

9. However, I am advised that the applicable statute limits the interest rate in cases such as this to 10%. Consequently, I believe the court should adopt 10% as the pre-judgment interest rate to be applied in this case.

_____
Michael S. Peragine

Subscribed and Sworn to before me
this 1st Day of March, 2006

_____
Notary Public