UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 3:02cv194 (WWE) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| GENERAL DYNAMICS CO., ET AL. | : | |
| | : | |
| Defendants. | : | MARCH 6, 2006 |

**DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
OR, IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL**

Pursuant to Fed. R. Civ. P. 50 & 59, the defendant, Electric Boat Corporation ("Electric Boat") hereby renews its motion for judgment as a matter of law as to all of plaintiff's claims and, in the alternative, moves for a new trial.

The jury awarded the plaintiff liquidated damages, despite law of the case establishing that the plaintiff may not recover liquidated damages under the contract between the parties. In addition, the plaintiff offered no competent evidence of any actual damages This Court, therefore, should enter judgment as a matter of law in favor of Electric Boat. Alternatively, this Court should order a new trial.

For all the foregoing reasons, and those set forth in the attached memorandum of law, the defendant respectfully requests that judgment as a matter of law be entered in its favor notwithstanding the verdict. In the alternative, the defendant moves for a new trial due to the jury's award of damages against the weight of the evidence and other error that deprived the defendant of its right to a fair trial.

DEFENDANT, ELECTRIC BOAT
CORPORATION


By _____
    Paul D. Williams (ct05244)
    pdwilliams@dbh.com
    Michelle I. Turner (ct24012)
    miturner@dbh.com
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    Its Attorneys

## **CERTIFICATION**

      This is to certify that on this date a copy of the foregoing was sent this date via first-class mail to:

Daniel F. Hayes  
Biedermann, Hoenig & Ruff  
805 Third Avenue, 18th Floor  
New York, NY 10022

Steven E. Arnold  
Stanger & Arnold LLP  
433 South Main Street  
West Hartford, CT 06110

I. Leonard Feigenbaum  
1670 Old County Road, Suite 224  
Plainview, NY  11803

_____  
Michelle I. Turner