# United States District Court
# District of Connecticut

|  |  |
|---|---|
| Executive Airlines<br>*Plaintiff*<br>     v.<br><br>General Dynamics Co., et al<br>*Defendant* | :<br>:<br>:<br>:<br>:   Case No.  3:02cv194(WWE)<br>:<br>:<br>: |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge

____ A ruling on all pretrial motions except dispositive motions

____ To supervise discovery and resolve discovery disputes

____ A ruling on the following motions which are currently pending:
Doc#

**✖** A settlement conference

____ A conference to discuss the following:

____ Other:


SO ORDERED this __8th__ day of __March__, __2006__ at Bridgeport, Connecticut.


                        _/s/_____
                        Warren W. Eginton
                        Senior United States District Judge