UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES | : CIVIL ACTION NO. 3:02cv194 (WWE) |
| Plaintiff, | : |
| v. | : |
| GENERAL DYNAMICS CO., ET AL. | : |
| Defendants. | : MARCH 22, 2006 |

FILED
2006 MAR 22 P 1:13
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT

The defendant, Electric Boat Corporation ("Electric Boat") hereby opposes plaintiff's Motion for Judgment with Pre-Judgment Interest and Costs, filed on March 1, 2006. As set forth in defendant's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial, the defendant objects to entry of judgment at all in this case, because the jury erroneously awarded the plaintiff liquidated damages. However, even if the jury's verdict stands, the plaintiff is not entitled to pre-judgment interest, because it has not established that Electric Boat wrongfully withheld payment.

The defendant further objects to plaintiff's efforts to recover the $1,857.17 in fees it paid to defendant's expert, Aaron Goodwin Olmsted, for his deposition. Mr. Olmsted did not testify at trial, and his expert fees are therefore not taxable.

For all the foregoing reasons, and those set forth in the attached memorandum of law, the defendant respectfully opposes plaintiff's Motion for Judgment with Pre-Judgment Interest and Costs.


DEFENDANT, ELECTRIC BOAT
CORPORATION

By *[signature: Michelle J. T.]*

Paul D. Williams (ct05244)
pdwilliams@dbh.com
Michelle I. Turner (ct24012)
miturner@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Its Attorneys

## **CERTIFICATION**

      This is to certify that on this date a copy of the foregoing was sent this date via first-class mail to:

Daniel F. Hayes  
Biedermann, Hoenig & Ruff  
805 Third Avenue, 18th Floor  
New York, NY 10022

Steven E. Arnold  
Stanger & Arnold LLP  
433 South Main Street  
West Hartford, CT 06110

I. Leonard Feigenbaum  
1670 Old County Road, Suite 224  
Plainview, NY 11803

_____  
Michelle I. Turner