# EXHIBIT A

```
                    PO NUMBER:SNL022-096      SUPPLEMENT 001

CAROL JONES                                   PO DATE: 03/14/00
EXECUTIVE AVIATION SERVICES             AUTHORIZATION: R. MULCAHY
DBA EXECUTIVE AIRLINES                          TITLE: PURCH AGENT
REPUBLIC AIRPORT                           PRINT DATE: 03/14/00
1300 NEW HIGHWAY
FARMINGDALE    NY 11735
```



```
                ADDRESS COMMUNICATIONS TO: R. MULCAHY
                                   PHONE: (860)433-6644
                                     FAX: (860) 433-5033


         FOB: NOT APPLICA
METHOD OF SHIPMENT: N/A         TERMS OF PAYMENT: NET 30
```

CONDITIONS OF PURCHASE FORMING PART OF THIS ORDER ARE:
THE SAME TERMS AND CONDITIONS AS THOSE PREVIOUSLY
REFERENCED IN THIS PURCHASE ORDER EXCEPT THAT EB
S.C. 17-235 RE: Y2K WARRANTY (IN YOUR POSSESSION) IS
HEREBY INVOKED BY REFERENCE IF NOT ALREADY INCORPORATED.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

                      **** SERVICE PO ****
         SUPPLEMENT NUMBER 001 TO OUR PURCHASE ORDER SNL022-096


PURCHASE ORDER SUPPLEMENTATION:
The quantities reflected by this supplement represent the total quantity
required for the line item. Pricing and schedules have been adjusted as
necessary. Your attention is directed to review all additional or revised
requirements to insure full compliance with the order criterion.


INSPECTION:
Material and/or services delivered under this order are subject to EB Corp.
inspection at destination.
Government Source Insp:    NOT REQD
EB Source Inspection:      NOT REQD


PREVIOUS DOLLAR VALUE OF THIS ORDER                    $1,500,000.00
AMOUNT OF CHANGE PER THIS SUPPLEMENT                            0.00
TOTAL DOLLAR VALUE OF ORDER THRU SUPP    001            1,500,000.00


NOT TO EXCEED VALUE OF THIS AGREEMENT
                                                    $ xxxxxx1,500,000.00


                       *** PAGE     1 ***

A GENERAL DYNAMICS COMPANY
75 Eastern Point Road, Groton, Connecticut 06340-4989

OFFERING COST ECONOM[...]
ARE SOLICITED

PO NUMBER: SNL022-096        SUPPLEMENT 001

```
         ITEM: 0001           QUANTITY            UNIT PRICE          NTE COST
  PART NUMBER: AIR CHARTER    1 AS REQD         1,500,000.000      1,500,000.00
          U/M: AR                              PERIOD OF PERFORMANCE
  DESCRIPTION: SERVICE                        04/17/00 THROUGH 04/16/01
               GROTON / NEWPORT NEWS
```

PROVIDE AIR CHARTER SERVICE BETWEEN GROTON(GON)CT AND
NEWPORT NEWS(PHF)VA, AND NEWPORT NEWS(PHF)VA AND GROTON(GON)CT ON
A CONTINUING BASIS FOR A TERM OF NOT LESS THAN ONE(1)YEAR COMMENCING
4/17/00(OR SOONER)PER BUYER AND SELLER AGREEMENT. AIRCRAFT WILL, AT A
MINIMUM, SEAT 19 PASSENGERS, BE PRESSURIZED AND TURBO-PROP. ALTERNATE
AIRCRAFT CONFIGURATION OPTIONS WILL BE CONSIDERED AND EVALUATED BY
THE BUYER.  CHARTER AIRCRAFT, CHARTER OPERATOR AND CHARTER PILOTS
MUST MEET ALL FAA REGULATIONS.  EACH ASSIGNED AIRCRAFT AND PILOT IS
SUBJECT TO ELECTRIC BOAT (EB) MANAGEMENT AND CHIEF PILOT APPROVAL.

AIRCRAFT WILL DEPART AS SCHEDULED BY BUYER AND MUST BE APPROVED BY
SELLER UNLESS SAFETY OR FAA REQUIREMENTS DICTATE OTHERWISE.  AIRCRAFT
MUST BE MADE AVAILABLE TO BUYER, SUBJECT TO REASONABLE AVAILABILITY,
AT A PER ROUND TRIP RATE AS DETAILED IN (3) BELOW.

IN THE EVENT THE SELLER IS UNABLE TO PROVIDE THESE SERVICES, THE
SELLER WILL BE RESPONSIBLE TO SUBCONTRACT THE SERVICES, WITHOUT
EXCEPTION OF TERMS AND CONDITIONS, OF THIS CONTRACT AT NO ADDITIONAL
COST TO THE BUYER.

CREW.

EACH AIRCRAFT WILL FLY WITH ONE(1) CAPTAIN AND ONE(1)FIRST OFFICER.

AIRCRAFT

1. ONE(1) 19 PASSENGER AIRCRAFT, BASED AT GON PER CURRENT CHARTER
   SCHEDULE ON MONDAY AND WEDNESDAY.
2. ONE(1) 19 PASSENGER AIRCRAFT, BASED AT PHF PER CURRENT CHARTER
   SCHEDULE ON MONDAY, TUESDAY, THURSDAY AND FRIDAY.
3. OTHER AIRCRAFT OPTIONS WILL BE CONSIDERED AND MAY BE
   APPROVED BY BUYER'S REPRESENTATIVE (KEVIN HANRAHAN, CHIEF PILOT).
4. THE AIRCRAFT TO BE PROVIDED FOR THIS SERVICE SHALL BE ONE OF
   THE FOLLOWING: JETSTREAM 3100 OR 3200 SERIES; BEECHCRAFT 1900;
   METROLINER.  ANY OTHER AIRCRAFT MUST BE APPROVED BY ELECTRIC
   BOAT PRIOR TO FLIGHT ARRANGEMENTS.

ITINERARY

1. APPROXIMATELY FOUR(4)ROUND TRIPS (R/T'S)PER WEEK FOR A
   MINIMUM OF FIFTEEN(15)R/T'S PER MONTH USING ANY TRIP
   COMBINATION.

   ```
   1)  ROUND TRIP GON PHF GON    4   3   2   1   0
       ROUND TRIP PHF GON PHF  + 0   1   2   3   4
   ```

                    *** PAGE    2 ***

PO NUMBER: SNL022-096        SUPPLEMENT 001

LINE ITEM 0001                CONTINUED

```
                        -   -   -   -   -
                    =   4   4   4   4   4
```

2. THE SELLER MUST BE ABLE TO MEET THE CURRENT CHARTER SCHEDULE OUTLINED BELOW:

| DEPARTURE FROM | TIME | ARRIVALS TO | TIME | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|
| GROTON | 700 | NEWPORT NEWS | 855 | X | | X | | |
| NEWPORT NEWS | 1600 | GROTON | 1740 | X | | X | | |
| NEWPORT NEWS | 700 | GROTON | 840 | X | X | | X | X |
| GROTON | 1600 | NEWPORT NEWS | 1755 | X | X | | X | X |

RATES

ROUND TRIP FLIGHT: $4,895.00 FIXED PRICE.

THIS SERVICE IS BASED ON A MINIMUM MONTHLY BILLING OF FIFTEEN (15) R/TS PER MONTH.

THE FOLLOWING ADDITIONAL PRICING SHALL APPLY IF REQUIRED:

(1) AIRCRAFT FLIES ONE WAY 1ST DAY, STAYS OVERNIGHT AND RETURNS 2ND DAY. PRICING: RT + HOTEL + PER DIEM.

(2) AIRCRAFT FLIES ONE WAY 1ST DAY, RETURNS DAY 3. PRICING: RT + HOTEL(DAY 1 & 2) + PER DIEM(DAY 1, 2 & 3) AND $500.00 FOR DAY 2 IF AIRCRAFT DOES NOT FLY ON DAY 2. BASED ON TEN (10) OR LESS OCCURENCES PER YEAR.

NOTE: NO WAITING FEES FOR CREW OR AIRCRAFT IF AIRCRAFT FLIES THAT DAY, EVEN IF SCHEDULE TIME CHANGES FOR EB'S NEEDS (LEAVE EARLY / DEPART LATE WITHIN THE DUTY DAY). NO FEES WILL BE CHARGED FOR DELAYS CAUSED BY ATC AND/OR WEATHER WITHIN THE THE DUTY DAY.

(3) ADDITIONAL AIRCRAFT:

  A. FRG-GON-PHF-GON-FRG (LEGS 1 AND 4 BEING POSITIONED FLIGHTS).
     PRICING: RT + PER DIEM + POSITION FEE FRG-GON ($500.00) +
     POSITION FEE GON-FRG ($500.00).

  B. FRG-PHF-GON-PHF-FRG (LEGS 1 AND 4 BEING POSITION FLIGHTS).
     PRICING: 2 ROUND TRIPS + PER DIEM.

  C. FRG-PHF-GON-FRG. PRICING: 1 ROUND TRIP + $500.00 + PER DIEM.

  D. FRG-GON-PHF-FRG.
     PRICING: 1 ROUND TRIP + $500.00 + PER DIEM.

*** PAGE    3 ***

PO NUMBER: SNL022-096        SUPPLEMENT 001

LINE ITEM 0001              CONTINUED

(4) ADDITIONAL DESTINATIONS, OTHER THAN GRN / PHF.  PRICNG:
    CHARTER RATE: $1,200.00 PER HOUR.  NO WAITING FEES,
    LANDING FEES OR RAMP FEES.  ELECTRIC BOAT PAYS
    PER DIEM FOR MEALS.  SELLER HAS THE OPTION OF REFUSAL
    SUBJECT TO AVAILABILITY OF AIRCRAFT.

PER DIEM RATES:

GROTON:  JUNE - OCTOBER:   MEALS: $7.00 BREAKFAST
                                  $7.00 LUNCH
                                  $18.00 DINNER
                                  $2.00 INCIDENTALS
                           HOTEL: $87.00 PER DAY
         NOVEMBER - MAY:   MEALS: SAME AS ABOVE
                           HOTEL: $67.00 PER DAY

NEWPORT NEWS:  APRIL - OCTOBER:   MEALS: SAME AS ABOVE
                                  HOTEL: $99.00 PER DAY
               NOVEMBER - MARCH:  MEALS: SAME AS ABOVE
                                  HOTEL: $59.00 PER DAY

AGREEMENTS

EXECUTIVE AVIATION CAN USE NEWPORT NEWS FIXED BASE OPERATION
(FBO), FLIGHT INTERNATIONAL FOR DEPARTURES AND ARRIVALS.

EXECUTIVE AVIATION IS PERMITTED TO USE EBC'S FUEL DISCOUNT AT
PHF.  THE CURRENT COST (FEBRUARY 2000) IS $1.70 PER GALLON.

EXECUTIVE AVIATION IS RESPONSIBLE FOR DIRECT PAYMENT TO FBO FOR
ALL FBO SERVICES.

MISCELLANEOUS.

1. THIS SERVICE DOES NOT INCLUDE HOLIDAYS OR BUYER SCHEDULED
   SHUTDOWNS.
2. TRIP DAYS AND TIMES ARE SCHEDULED BY THE BUYER.
3. IN THE EVENT THAT SELLER CANNOT COMPLETE SCHEDULED TRIP DUE
   TO CIRCUMSTANCES BEYOND HIS CONTROL,(I.E.INCLEMENT WEATHER,
   MECHANICAL DIFFICULTY)BUYER SHALL NOT BE LIABLE FOR SUBSTITUTION
   OF OTHER TRIPS TO REPLACE THAT WHICH WAS CANCELLED.

INSURANCE

SELLER IS TO MAINTAIN A MINIMUM OF $100,000,000.00 IN AVIATION
LIABILITY INSURANCE ON ALL AIRCRAFT USED IN SUPPORT OF THIS CONTRACT.
THE FOLLOWING PARTIES SHALL BE NAMED AS ADDITIONAL INSUREDS:
GENERAL DYNAMICS CORPORATION, ELECTRIC BOAT, NEWPORT NEWS
SHIPBUILDING, AND U.S. GOVERNMENT, THEIR RESPECTIVE ASSIGNS,
OFFICERS, DIRECTORS, SHAREHOLDERS, EMPLOYEES, AND SERVANTS(HEREAFTER

PO NUMBER: SNL022-096        SUPPLEMENT 001

LINE ITEM  0001                CONTINUED


REFERRED TO AS ADDITIONAL INSUREDS)AS AN ADDITIONAL INSURED FOR THE
DURATION OF THE AGREEMENT. COVERAGE SHOULD BE PROVIDED BY ONE OR
MORE OF THE FOLLOWING:
    .ASSOCIATED AVIATION UNDERWRITERS
    .UNITED STATES AVIATION INSURANCE GROUP
    .AMERICAN INTERNATIINAL GROUP(AIG)
    .CIGNA

EACH OF THE ADDITIONAL INSUREDS SHALL HAVE THE SAME PROTECTION AS
WOULD HAVE BEEN AVAILABLE HAD THESE POLICIES BEEN ISSUED INDIVIDUALLY
TO EACH OF THEM EXCEPT THAT THIS PROTECTION SHALL NOT IN ANY
EVENT INCREASE THE INSURER'S TOTAL LIABILLITY BEYOND THE LIMITS
SET FORTH ELSEWHERE IN THE POLICY.

SUCH INSURANCE AS IS AFFORDED TO THE ADDITIONAL INSUREDS SHALL
BE PRIMARY WITHOUT RIGHT OF CONTRIBUTION FROM ANY OTHER INSURANCE
WHICH IS CARRIED BY THE ADDITIONAL INSUREDS.

THIRTY(30)DAYS ADVANCE WIRTTEN NOTICE(SEVEN(7)DAYS ADVANCE
NOTICE FOR WAR RISK)OF ANY MATERIAL CHANGE OR CANCELLATION SHALL
BE PROVIDED TO THE ADDITIONAL INSURED.

WITH RESPECT TO SUCH INSURANCE AS IS AFFORDED TO THE ADDITIONAL
INSUREDS, THE INSURERS AGREE TO WAIVE ANY RIGHTS THEY MAY HAVE
AGAINST SAID INSUREDS TO ANY SETOFFS OR COUNTER CLAIMS AGAINST
OR REDUCTION OF SUCH AMOUNTS AS MAY BE PAYABLE FOR SELF INSUREDS
ARE WITHOUT LIABILITY TO THE INSURERS AS RESPECTS ANY PREMIUM
PAYMENTS THEREFORE.  A WAIVER OF SUBROGATION SHALL BE PROVIDED
TO THE ADDITIONAL INSUREDS.  A CERTIFICATE OF INSURANCE SHALL BE
ISSUED IN ACCORDANCE WITH ALL THE PROVISIONS OUTLINED HEREIN.


CONTRACT DURATION

PROPOSED CONTRACT TERM IS ONE (1) YEAR.

INVOICING

SELLER SHALL INVOICE FOR R/T SERVICES ON A BIWEEKLY BASIS IN
ACCORDANCE WITH BUYER'S INSTRUCTIONS.  PRELIMINARY INVOICE
SHALL BE TELEFAXED TO ELLIE MAYO @ 860-433-4037 FOR INITIAL REVIEW.
FINAL INVOICE SHALL BE MAILED TO THE ATTENTION OF ELLIE MAYO.

EXECUTIVE AVIATION SERVICES EMERGENCY CONTACT LIST

OPERATIONS:  1-800-393-2884
             24 HOURS A DAY

MICHAEL PERAGINE (PRESIDENT): HOME: 1-516-922-6103
                              CELL: 1-516-428-4886
                    *** PAGE      5 ***

EB  A GENERAL DYNAMICS COMPANY
75 Eastern Point Road, Groton, Connecticut 06340-4989

OFFERING COST ECONOM'
ARE SOLICITED

PO NUMBER: SNL022-096    SUPPLEMENT 001

LINE ITEM 0001              CONTINUED


PAGE: 1-800-984-1416

JAMES PERAGINE:   HOME: 1-516-942-5538
                  CELL: 1-516-768-3202

CAROLANN JONES:   HOME: 1-516-753-1656
                  CELL: 1-516-967-9057
                  PAGE: 1-800-984-1450

ELECTRIC BOAT REPRESENTATIVES

DOTTIE STILLMAN, BUYER SPECIALIST:  TEL. 860-433-5054

EB CHARTER SCHEDULERS:  ELLIE MAYO (PRIMARY)
                        PAULA ECCLESTON (BACKUP)
                        TEL: 800-760-7678
                             860-433-8149

KEVIN HANRAHAN, CHIEF PILOT: TEL: 860-433-7888
                             PAGE: 800-759-7243 PIN #8018952


PURCHASE ORDER SUPPLEMENT NO. 1

PURCHASE ORDER SUPPLEMENT NO. 1 IS ISSUED TO INCORPORATE THE FOLLOWING CHANGES:

1.  THE PERIOD OF PERFORMANCE IS REVISED AS FOLLOWS:
    COMMENCE: 04/17/00    COMPLETE: 04/16/01

2.  TERMINATION: (A) BUYER RESERVES THE RIGHT TO TERMINATE THIS SERVICE WITHOUT PENALTY UPON SIX (6) MONTHS WRITTEN NOTICE TO SELLER.

    (B) BUYER RESERVES THE RIGHT TO TERMINATE THIS SERVICE WITHOUT PENALTY UPON TEN (10) DAYS WRITTEN NOTICE TO SELLER DUE TO DEFAULT BY SELLER PER ELECTRIC BOAT TERMS AND CONDITIONS, GDC 410, 03/87.

3.  A CURRENT INSURANCE CERTIFICATE SHALL BE DELIVERED TO BUYER NO LATER THAN 04/03/00 FOR THE PERIOD OF ONE (1) YEAR.

4.  FUEL ADJUSTMENT PROVISION:
    SELLER SHALL BE ENTITLED TO INVOICE FOR ALL AMOUNTS PAID FOR FUEL OVER $1.70 PER GALLON, BUT NOT TO EXCEED $150.00 PER ROUND TRIP. SELLER IS EXPECTED TO OBTAIN THE MOST ECONOMICAL COST FOR FUEL AT ALL TIMES. THIS PROVISION WILL BE EVALUATED BY BUYER AND SELLER ON OR ABOUT 07/17/00 FOR DETERMINATION OF MODIFICATION AND/OR DELETION.

*** PAGE    6 ***

ELECTRIC BOAT CORPORATION
A GENERAL DYNAMICS COMPANY
75 Eastern Point Road, Groton, Connecticut 06340-4989

Case 3:02-cv-00194-WWE    Document 169-2    Filed 03/22/2006    Page 8 of 9

CHANGES OR SUGGESTIO
OFFERING COST ECONOM
ARE SOLICITED

```
                    PO NUMBER: SNL022-096        SUPPLEMENT 001

  LINE ITEM   0001                  CONTINUED



  ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.
                    HAZARDOUS MATL  N                        SHIP TO: NA
  TAX RATE: NT %  0.0
  MATL LVL: N
  EB REF ONLY: SMC CAT: N
  _____BUYER STANDARD MESSAGES_____
  17-205      17-211     17-226     17-232     17-46
  ================================================================================
```

ELECTRIC BOAT CORPORATION
A GENERAL DYNAMICS COMPANY
75 Eastern Point Road, Groton, Connecticut 06340-4989

CHANGES OR SUGGESTIONS
OFFERING COST ECONOMY
ARE SOLICITED

```
SUPPLIER NO: 1006999   PO NUMBER: SNL022-096        ISSUE DATE: 03/10/00

CAROL JONES
EXECUTIVE AVIATION SERVICES
DBA EXECUTIVE AIRLINES
REPUBLIC AIRPORT
1300 NEW HIGHWAY
FARMINGDALE      NY 11735



PURCHASE ORDER NUMBER: SNL022-096

AUTHORIZED BY: M.W. TONER
        TITLE: PRESIDENT
```

xxxxxxxxxxxxxxxxxxxxxxxxxxxxx PURCHASE ORDER ACKNOWLEDGEMENT xxxxxxxxxxxxxxxxxxxxxxxxxxxxx

ACKNOWLEDGING YOUR RECEIPT AND ACCEPTANCE OF THIS ORDER

```
PLEASE SIGN AND RETURN THIS FORM TO:    R. MULCAHY
within (10) working days after
receipt of order.                       ELECTRIC BOAT CORPORATION
                                        PO BOX 1047
                                        GROTON CT. 06340
```

AUTHORIZING SIGNATURE _Michael Peyi_ TITLE _President_ DATE _3/14/2000_