UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EXECUTIVE AIRLINES

    v.                                                 3:02cv194 WWE

ELECTRIC BOAT CORPORATION

## JUDGMENT

This matter came on for trial before a jury and the Honorable Warren W. Eginton, Senior United States District Judge. On February 17, 2006, after deliberation, the jury answered special interrogatories and returned a verdict in favor of the plaintiff against the defendant, in the amount of $472,368.00 damages. On April 4, 2006, an order entered denying the plaintiff's motion for interest and costs.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the plaintiff Executive Airlines in the amount of $472,368.00 against the defendant Electric Boat Corporation.

Dated at Bridgeport, Connecticut, this 4th day of April, 2006.

                                                                KEVIN F. ROWE, Clerk

                                                                By       /s/Chrystine W. Cody
                                                                              Deputy-in-Charge

Entered on Docket _____