UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES, | : | 02cv194 (WWE) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
|     Defendant. | : | |

**PRETRIAL ORDER**

This case is scheduled to begin trial the week of August 14, 2006.  Jury selection will occur on August 14, 2006.  By July 21, 2006, each party shall exchange and file with the Court in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case

2) Proposed Voir Dire

3) List of Witnesses

4) List of Exhibits

5) Deposition designations and cross-designations

6) Proposed **Jury instructions** and **Interrogatories** for Special Verdict forms **(with WordPerfect 10 disc)**.

Dated this April 6, 2006 at Bridgeport, Connecticut.

                                                  _____/s/_____
                                                  Warren W. Eginton
                                                  Senior U.S. District Judge