UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 02-CV-194 (WWE) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendants. | : | MAY 25, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned counsel respectfully moves this Court to withdraw the appearance of **MICHELLE I. TURNER** in the above-captioned matter on behalf of the defendant. Other counsel from Day, Berry & Howard have entered an appearance for this defendant and will continue to represent defendant.

The undersigned hereby certifies that she has given Electric Boat Corporation actual notice of this motion by certified mail.

DEFENDANT, ELECTRIC BOAT
CORPORATION

By _____
Michelle I. Turner (ct24012)
miturner@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Its Attorneys

-2-

## **CERTIFICATION**

       This is to certify that on this date a copy of the foregoing was sent this date via first-class mail to:

Daniel F. Hayes  
Biedermann, Hoenig & Ruff  
805 Third Avenue, 18th Floor  
New York, NY 10022

Steven E. Arnold  
Stanger & Arnold LLP  
433 South Main Street  
West Hartford, CT 06110

I. Leonard Feigenbaum  
1670 Old County Road, Suite 224  
Plainview, NY  11803

_____  
Michelle I. Turner