UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 3:02cv194 (JCH) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendant. | : | JUNE 13, 2006 |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney for defendant **Electric Boat Corporation** in the above-titled action.

DEFENDANT,
ELECTRIC BOAT CORPORATION

By      /s/  Amy T. Maas
        Amy T. Maas (ct25561)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        (860) 275-0100
        (860) 275-0343 (fax)
        atmaas@dbh.com
        Its Attorney

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

I. Leonard Feigenbaum, Esq.
1670 Old County Road, Suite 224
Plainview, NY  11803

        /s/  Amy T. Maas
        Amy T. Maas