# EXHIBIT F



*Conklin & de Decker*
*Aviation Information*

---

# AN AIRCRAFT COST REPORT

---

Prepared Exclusively For:

## Diane S. Steiner, CPA

**Syosset, NY**

May 26, 2006

Prepared by:

## Conklin & de Decker

62B Cranberry Highway, Orleans, Massachusetts 02653
(508) 255-5975, www.conklindd.com



DEFENDANT'S
EXHIBIT
de Decker 15
6-13-06

# Description of Cost Elements

The following describes the content of each cost element used in *The Aircraft Cost Evaluator*. There are no sales taxes included in these costs. Aircraft not yet certified will be noted as Certification Pending – Preliminary Data.

## *INDICATED DIRECT COSTS*

**FUEL**
The average fuel burn in gallons per hour for the make/model aircraft. Generally derived from flight manuals – includes ground fuel. *15% is added to that figure to account for less than ideal operating conditions.* Fuel cost per gallon courtesy of AvFuel.    Contact AvFuel for updates and individualized customer fuel surveys at http://www.airnav.com.

**FUEL ADDITIVES (Fixed Wing)**
The cost of fuel additives used for anti-icing or as a fungicide. Also includes the unscavenged engine oil on Rolls-Royce Viper engines.

**LUBRICANTS (Rotary Wing and Piston Fixed Wing)**
Cost of all lubricants such as engine oil and transmission oil.

**MAINTENANCE - LABOR**
The average cost of routine, scheduled, and unscheduled maintenance labor for the airframe and avionics. It covers a 10-year period in order to balance warranty with mature costs. Included is all labor required to perform required inspections, line replacement of parts, removal/replacement labor incident to overhaul of components, and labor associated with performing airworthiness directives, required service bulletins, etc. Not included are the engine labor or off-aircraft overhaul and repair of components. Labor-hours shown are based on an analysis of data available from operator experience, manufacturer's data and surveys.

**MAINTENANCE - PARTS**
The average cost of all airframe, avionics and minor engine consumable parts required for normal scheduled and unscheduled maintenance. It covers a 10-year period in order to balance warranty with mature costs. Includes parts associated with minor airworthiness directives and service bulletins. Does not include parts used in the overhaul of components, life-limited parts and engines. Also does not include inventory costs. Parts costs shown are based on an analysis of data available from operator experience, manufacturer's data and surveys.

**ENGINE RESTORATION COST**
Engine allowances for each turbine fixed wing aircraft are based on a 10-year average of the Jet Support Services, Incorporated *Complete* program. JSSI *Complete* covers scheduled and unscheduled maintenance, all required inspections and overhauls, airworthiness directives, service bulletins, and loaner engines. If no JSSI program is available, a manufacturer's plan or estimated set-aside to cover equivalent costs is used. All helicopters and piston fixed wing aircraft use a set aside to cover overhaul of the engine at the recommended TBO. The footnote denotes the engine plan used.

**DYNAMIC COMPONENTS AND LIFE LIMITED PARTS (Rotary Wing Only)**
The cost of both parts and labor required for overhaul of major components. Also included is the cost of the life-limited parts (except in the engine(s)) identified by the manufacturer as requiring replacement at a specified time.

**THRUST REVERSER OVERHAUL (Fixed Wing Jets)**
Includes both parts and labor required for maintenance and overhaul of the thrust reversers with a set overhaul interval. Routine costs for on-condition thrust reversers are included in the maintenance-parts and labor. For aircraft with optional thrust reversers, an allowance will not be shown unless they are installed on half or more of the current fleet.

**PROPELLER OVERHAUL (Fixed Wing)**
Includes both parts and labor required for overhaul of the propellers, including the cost of any life-limited parts.

**APU MAINTENANCE SERVICE PLAN**
Includes all costs associated with the maintenance and overhaul of the Auxiliary Power Unit except routine, minor servicing and maintenance. For Honeywell units, if covered by Jet Support Services plan (JSSI), it is their annual fee divided by the aircraft's annual flight hours; otherwise it is the Honeywell MSP hourly rate.

**MISCELLANEOUS FLIGHT EXPENSES**

**LANDING AND PARKING FEES**
Represents typical U.S. charges associated with landing and parking the aircraft away from home base.

**CREW EXPENSES**
Cost of accommodations, transportation, and meals incurred by the crew when away from home base. Typical of a major metropolitan area.

**SMALL SUPPLIES AND CATERING**
Minor supplies for the cabin and cockpit (flashlight batteries, napkins, toilet paper) and all in-flight catering for the crew and passengers.

*INDICATED FIXED COSTS*

**CREW SALARIES - CAPTAIN/COPILOT/FLIGHT ENGINEER**
Representative annual salaries derived for each type of aircraft. Derived from a recognized pilot salary survey.

**CREW SALARIES - BENEFITS**
The cost of all fringe benefits associated with the salaries shown. Typical is 30% of wages.

**HANGAR - TYPICAL**
Hangar cost expenses vary by aircraft size. Yearly rental costs for all aircraft are calculated by multiplying the aircraft square footage by the U.S. cost per square foot averaged from major business aviation airports in large metropolitan areas. Fixed wing aircraft square footage is calculated by multiplying aircraft length by wingspan. Rotary wing aircraft square footage is calculated by multiplying aircraft length by width (two-bladed) or blade span. (three or more blades)

**INSURANCE - HULL**
The cost of insuring the aircraft against damage. This can be either the insurance premium or the allocated cost of self-insurance against aircraft damage.

**INSURANCE - ADMITTED LIABILITY & LEGAL LIABILITY**
The cost of insuring against claims by third parties for bodily harm or property damage. This can be either the insurance premium or the allocated cost of self-insurance.

**MISCELLANEOUS OVERHEAD**

**RECURRENT TRAINING**
Flight crew training using a professional, simulator-based training program (if available) or the equivalent.

**AIRCRAFT MODERNIZATION + UNINSURED DAMAGE**
The cost of installing desired optional service bulletins, avionics upgrades, as well as the cost of repairing damage to the aircraft that is not covered by the insurance (i.e. the cost of the hull insurance deductible or small claims not submitted to the insurance company).

**NAVIGATION CHART SERVICE**
Typical cost for an annual subscription to an enroute and approach chart service tailored to the aircraft's operation. Helicopters and piston fixed wing get regional subscriptions; long-range jets get a worldwide subscription.

## REFURBISHING
The cost of maintaining the appearance of the interior and exterior of the aircraft. Includes cleaning and repairs of the cockpit and cabin furnishings, reupholstering seats, new carpet, refinishing the cabin furnishings, and repainting.

## COMPUTERIZED MAINTENANCE PROGRAM
The cost of a subscription to *MxManager*, Conklin & de Decker Associates' computerized tracking and record keeping service for scheduled aircraft maintenance and components.

## WEATHER SERVICE
The subscription cost of a typical computerized weather forecasting service.

## BOOK DEPRECIATION
This is a rate schedule used to depreciate the aircraft on a balance sheet. Eight years to a 20% residual value (i.e. 10% per year) is a typical, representative rate.

## MARKET DEPRECIATION
The historical market depreciation experienced by an aircraft based on its residual value. A ten year average figure based on normal economic conditions with no inflation is used. See the Residual Value Chart in the Cost Supplement.

### *SPECIFICATIONS - GENERAL*

## CABIN DIMENSIONS
Cabin Height, Width, and Length are based on a completed interior. On "cabin-class" aircraft, the length is measured from the cockpit divider to the aft pressure bulkhead (or aft cabin bulkhead if unpressurized). For small cabin aircraft, the distance is from the cockpit firewall to the aft bulkhead. Height and width are the maximum within that cabin space.

Cabin Volume is the interior volume, with headliner in place, without chairs or other furnishings.

Cabin Door Height and Width are the measurements of the main passenger cabin entry door.

## BAGGAGE
Internal baggage volume is the baggage volume that is accessible in flight by the passenger. This amount may vary with the interior layout.

External baggage volume is the baggage volume not available in flight (nacelle lockers, etc.).

## TYPICAL CREW/PASS SEATING
This is the typical crew and passenger seating commonly used on the aircraft. This is not the maximum certificated seats of the aircraft. These numbers may vary for different operations (Corporate, Commercial, EMS, etc.).

## WEIGHTS
Maximum take-off weight is specified during aircraft certification.

Basic Operating Weight is the empty weight, typically equipped, plus unusable fuel and liquids, flight crew @ 200 pounds each (see Typical crew/Pass Seating) and their supplies.

Useable fuel is the useable fuel in gallons x 6.7 pounds per gallon (Jet fuel) or 6 pounds per gallon (AVGAS).

Payload - Full Fuel is the useful load minus the useable fuel. The useful load is based on the maximum ramp weight minus the basic operating weight.

Payload - Maximum is the maximum zero fuel weight minus the basic operating weight.

*Copyright 2005 Conklin & de Decker Associates, Inc. (508)-255-5975, www.conklindd.com*

## CERTIFIED/IFR CERTIFIED
The first is whether the aircraft is certified (or expected to be). New models in flight test are not certified. IFR Certified refers to whether the aircraft is certified for flight under IFR (for rotary-wing aircraft).

## PRICE
Price - New (Typical) is the selling price of a typically equipped new aircraft. For current production aircraft this is the price of the current year's model. For out of production aircraft, this refers to the selling price from the last year the model was produced. This figure is in thousands of US Dollars. New aircraft prices do not reflect escalation factors for future delivery dates.

Price - Pre-owned Rng is the low and high selling price of the aircraft. Fixed-wing aircraft are based on the latest available edition of the *Aircraft Bluebook Price Digest*. Helicopter data is as published in the HeliValues *Helicopter Bluebook*.

## *SPECIFICATIONS - PERFORMANCE*

## RANGE
Range - 30 Min Res (N.Mi.) - Seats Full is the maximum VFR range of the aircraft with all passenger seats occupied. This is used for all helicopters and piston fixed-wing aircraft.

Range - 30 Min Res (N.Mi.) - Tanks Full is the maximum VFR range of the aircraft with the maximum fuel on board and no passenger seats occupied. This is used for all helicopters and piston fixed-wing aircraft.

Range - NBAA IFR Res (N.Mi.) - Seats Full is the maximum IFR range of the aircraft with all passenger seats occupied. This uses the NBAA IFR alternate fuel reserve calculation for a 200 N.Mi. alternate. This is used for jet and turboprop aircraft.

Range - NBAA IFR Res (N.Mi.) - Tanks Full is the maximum IFR range of the aircraft with the maximum fuel on board and no passenger seats occupied. This uses the NBAA IFR alternate fuel reserve calculation for a 200 N.Mi. alternate. This is used for jet and turboprop aircraft.

## BALANCED FIELD LENGTH
BFL is the distance obtained by determining the decision speed (V1) at which the take-off distance and the accelerate-stop distance are equal (fixed-wing multi-engine aircraft only). This is based on four passengers and maximum fuel on board (turbine aircraft). For single-engine and all piston fixed-wing aircraft, this distance represents the take-off field length at Maximum Take-off Weight (MTOW). Please refer to *Comparative Field Lengths – Jets and Turboprops* located in *The Aircraft Cost Evaluator* library "Explanation of Terms" section for a more in-depth explanation.

## LANDING DISTANCE
For fixed-wing turbine aircraft, landing distance is computed using FAR 121 criteria. This takes the landing distance from 50/35 feet (depends on certification criteria) and multiplies that by a factor of 1.667. No credit is given for thrust reversers. Configuration is with four passengers and NBAA IFR Fuel Reserve on board. For fixed-wing piston aircraft, this figure is the landing distance over a 50 foot obstacle.

## RATE OF CLIMB (Ft/Min)
The rate of climb, given in feet per minute, is for all engines operating, at MTOW, ISA conditions. One Engine Out rate of climb is for one engine inoperative rate of climb at MTOW, ISA.

**CRUISE SPEED**

Max - (KTAS) is the maximum cruise speed at maximum continuous power. This may also be commonly referred to as High Speed Cruise. Normal cruise speed is the recommended cruise speed established by the manufacturer. This speed may also be the same as Maximum Cruise Speed. Long Range Cruise is the manufacturer's recommended cruise speed for maximum range.

**STALL SPEED (IAS)**

The stall speed in landing configuration, four passengers and NBAA IFR Fuel Reserves (turbine) or Vso (piston).

**CEILING**

Service Ceiling (fixed-wing) is the highest altitude at which a 100 fpm rate of climb is possible at MTOW with all engines running. This is NOT the Certificated Ceiling that was established by a regulatory authority. Service OEI is the service ceiling with one engine inoperative.

Hover IGE and OGE (rotary-wing) are the maximum altitudes the helicopter may hover in and out of ground effect with all engines operating, MTOW.

## Fuel Burns — a change in philosophy

For 20 years we had computed fuel consumption right out of the flight manuals. We did include 10 minutes of ground time in both our fuel consumption and average speeds for a 600 nautical mile trip (for jets; 300 NM for turboprops). The purpose, of course, was to eliminate two big variables in the process of determining operating costs. Because we were showing "relative costs" this was a logical assumption.

Over the years our costs have been used for benchmarking purposes. More and more we were asked, especially in the area of fuel consumption, why we don't use fuel burn numbers more in line with what the operators see in the field.

We talk with operators around the country to observe how their average fuel burns compare with the book numbers. We were surprised to learn that the difference from what they see and the book numbers is amazingly consistent. The difference is due to the fact that calculated flight manual numbers are "sterile" numbers and do not take into account real world variances such as:

Pilot techniques – use of other than recommended power settings.
Air Traffic Control restricting the aircraft to less than optimum altitudes – lower altitudes usually increase fuel burn.
Ground delays – extra time spent with the engines running.
Auxiliary Power Unit (APU) fuel used – can amount to 20 - 30 gph while the APU is running.
Carrying more fuel than required for the one flight (a.k.a. "tankering" fuel).

Because there can be so many variables, this consistency between observations and book numbers came as a real surprise to us as we compiled the data. Their numbers invariably ran about 15% higher than the flight manual numbers. We even went back to the original Gulfstream III operator's numbers that we received several years ago, and have reproduced over the years to explain why there is this difference, and found it was 14.8% (one gallon per hour difference from the average 15%).

Therefore, starting with the Spring 2000 Aircraft Cost Evaluator, we added 15% to all fuel burn calculations that we compute out of the flight manuals. This didn't affect the relative costs appreciably and brought our numbers more into line with what the operators are actually seeing. It may also cause the boss to ask one less embarrassing question when talking about costs.

The formula we use for calculating fuel burn is as follows:

Block Fuel + 15% divided by Flight Time.
Jets = a 600 nm trip
Turboprop = a 300 nm trip
Pistons = a 200 mile trip
Helicopters = a 50 nm trip
Cruise speeds reflect typical power settings for particular aircraft make/model (Intermediate, High Speed Cruise)
according to discussions with manufacturers and operators.

*Copyright 2005 Conklin & de Decker Associates, Inc. (508)-255-5975, www.conklindd.com*                    viii

# Comparative Field Lengths – Jets and Turboprops

Discussions about relative field length performance capabilities of jets and turboprops can be very confusing. Most often the confusion arises from the basic differences in operating regulations governing the two types of aircraft. The regulations in question are FAR 23 (for aircraft having a gross weight of 12,500 pounds and under) and FAR 25 (Air Transport Category aircraft with a gross weight of over 12,500 pounds). The philosophies behind these two regulations vary significantly. The more stringent rules of FAR 25 provide the paying passenger with greater safety margins over those deemed necessary for private aircraft.

The small turboprops' reputation for short-field operations stems from these regulatory differences. Its *required* distance to legally take-off and climb over a 50-foot obstacle assumes all engines are operating. No allowance is made for loss of power or an engine or propeller failure. Additionally, the published distance requires no allowance for either being able to stop on the remaining runway or to continue the take-off on one engine after an engine failure.

By contrast, FAR 25 intended for Air Transport Aircraft such business jets and large turboprops, assures their passengers and crew that in the unlikely event of a problem during take-off, the aircraft can either:

- Stop within the remaining runway length or

- Take-off and climb on the remaining good engine.

This is known as *Balanced Field Length* (BFL).

To illustrate how these regulations work, look at a typical situation involving a small turboprop (FAR 23) and a small jet (FAR 25), both seating six passengers. Assume maximum gross weight, sea level, International Standard Atmospheric conditions and a dry, level, hard-surface runway.

The turboprop can legally take-off from a 2,600-foot runway: Thus, its short-field reputation. Now, assume an engine failure at its published rotation speed ($V_R$) of 94 knots. Its distance to accelerate to $V_R$ and stop is 3,400 feet, 800 feet longer than the take-off distance. If the take-off is continued after engine failure at $V_R$, then the runway required jumps to 4,750 feet, 82% longer than the take-off distance of 2,600 feet.

The small business jet has a BFL of 4,500 feet in the same conditions, 250 feet shorter than the turboprop under the same contingencies and with the same margin of safety.

The turboprop can legally take-off on shorter runways than most jets. However FAR 23 does not give the same *safety* margin as FAR 25. In our General Comparison tables for small turboprops, we show Balanced Field Length rather than the usually published take-off distance.

*Copyright 2005 Conklin & de Decker Associates, Inc. (508)-255-5975, www.conklindd.com*



*Conklin & de Decker*
*Aviation Information*

*00/01Prt/En*

## The Aircraft Cost Evaluator

| VARIABLE COST - $ | Jetstream S31 |
|---|---|
| Fuel (1) | 193.80 |
| Fuel Additives | 0.00 |
| Lubricants | 0.00 |
| Maintenance Labor (2) | 59.95 |
| Parts Airframe/Eng/Avion (3) | 134.40 |
| Engine Restoration (4) | 130.26 |
| Thrust Reverser Overhaul | 0.00 |
| Propeller Overhaul | 2.74 |
| APU Overhaul | 0.00 |
| Dynamic Comp/Life Ltd Parts | 0.00 |
| Misc Exp. - Landing/Parking | 13.37 |
|    - Crew Expenses | 50.00 |
|    - Supplies/Catering | 36.00 |
|    - Other | 0.00 |
| Fractional Cost/Hour + Tax | 0.00 |
| **Total Variable Cost/Flt. Hour** | 620.52 |
| Average Speed-Kts. (5) 300-nm trip | 246 |
| **Cost per Nautical Mile** | 2.52 |

FOOTNOTES - $    Operation: 1 - 2 Aircraft   Date: 6/1/2006

| Type of Operation: | Corporate |
|---|---|
| 1 /Fuel Cost | 1.7 |
|    Gallons/Hour BlkFuel/FltTime+15% | 114 |
| 2 /Maint. Labor Cost/Hour | 27.5 |
|    Maint. Hours/Flight Hours | 2.18 |
|    Model Year | 1994 |
| 3 /Incl. Engine Parts Cost | No |
|    Engine Model | TPE 331-12 |
| 4 /Overhaul Cost Source | JSSI 00/01 |
| 5 /Block Speed Source | AC Manual |
| 6 /Crew Salary Source | 04 NBAA+3% |
|    Number of Crew | 2 |
| 7 /Insured Hull Value | 490,000 |
|    Hull Insurance Rate (%) | 0.93 |
| 8 /Modernization | 10 Yr Avg |
| 9 /Refurbish Labor Hrs/Seat | 30 |
| 10/Comp. Mx Program Source | MxManager |
| 11/Weather Service Source | Typical |
| 12/ Depreciation Rate | 10% per yr |
| 13/Market Depr % / Year | 4 |

Copyright 2006 Conklin & deDecker Associates, Inc. (508)255-5975 www.conklindd.com  Page 1


**Conklin & de Decker**
*Aviation Information*

00/01Prt/En

### The Aircraft Cost Evaluator

| FIXED COST - $ | Jetstream S31 |
|---|---|
| Crew Salaries - Captain  (6) | 80,340 |
| - Co Pilot | 48,410 |
| - Flt Eng/Other | 0 |
| - Benefits | 38,625 |
| Hangar - Typical | 28,300 |
| Insurance - Hull (7) | 4,557 |
| Admitted Liability-500,000/Seat | 6,600 |
| Legal Liability-50 MM | 16,000 |
| | |
| Recurrent Training | 19,600 |
| Aircraft Modernization (8) | 45,000 |
| Navigation Chart Service | 1,961 |
| Refurbishing (9) | 7,425 |
| Computer Mx. Program (10) | 2,200 |
| Weather Service (11) | 700 |
| Other Fixed Costs | 0 |
| Fractional Cost/Yr + Tax | 0 |
| | |
| **Total Fixed Cost/Year** | **299,718** |

| ANNUAL BUDGET - $ | Corporate |
|---|---|
| Utilization - Nt. Miles | 115,000 |
| - Hours | 468 |
| | |
| Variable Cost | 290,403 |
| Fixed Cost | 299,718 |
| **Total Cost (No Depreciation)** | **590,121** |
| - Per Hour | 1,261 |
| - Per Nt. Mile | 5.13 |
| - Per Seat Nt. Mile | .57 |
| | |
| Total Cost (No Depreciation) | 590,121 |
| Book Depreciation (12) | 49,000 |
| **Total Cost (Book Depreciation)** | **639,121** |
| - Per Hour | 1,366 |
| - Per Nt. Mile | 5.56 |
| - Per Seat Nt. Mile | .62 |
| | |
| Total Cost (No Depreciation) | 590,121 |
| Market Depreciation (13) | 19,600 |
| **Total Cost (Market Dep.)** | **609,721** |
| - Per Hour | 1,303 |
| - Per Nt. Mile | 5.30 |
| - Per Seat Nt. Mile | .59 |



*Conklin & de Decker*
*Aviation Information*

*00/01Prt/En*

## The Aircraft Cost Evaluator

| GENERAL - $ | Jetstream S31 |
|---|---|
| Cabin-Height (Ft.) | 5.90 |
| - Width | 6.10 |
| - Length | 24.30 |
| Cabin volume (Cu. Ft.) | 675.00 |
| Cabin Door Height (Ft.) | 3.80 |
| - Width | 2.30 |
| Baggage -Int. (Cu.Ft.) | 79.00 |
| - External | 0.00 |
| Typical Crew/Pass Seating | 2/9 |
| | |
| Weight-Max Take-off (Lbs.) | 16,204 |
| - Maximum Landing | 15,609 |
| - Basic Operating | 10,719 |
| - Usable Fuel | 3,042 |
| Payload-Full Fuel (Lbs.) | 2,345 |
| - Maximum | 3,611 |
| | |
| Certified/IFR Certified | Yes/Yes |
| | |
| Price - New (Corporate)/1000 | 5,500 |
| - Pre Owned Rng/1000 | 110/450 |

| PERFORMANCE | |
|---|---|
| Range-NBAA IFR Res (N.Mi.) | |
| Seats Full | 1,009 |
| Ferry Range | 1,009 |
| | |
| Range-30 Min. Res (N.Mi.) | |
| Seats Full | |
| Ferry Range | |
| Balanced Field Length (Ft.) | |
| Landing Distance - FAR 121 | 3,480 |
| | |
| Rate Of Climb (Ft/Min) | 2,080 |
| - One Engine Out | 390 |
| | |
| Cruise Speed-Max (KTAS) | |
| - Normal | 265 |
| - Long Range | 240 |
| Stall Speed (IAS) | 79 |
| | |
| Ceiling-Service MTOW (Ft.) | 25,000 |
| - Service OEI | 10,000 |
| - Hover IGE | |
| - Hover OGE | |

Copyright 2006 Conklin & deDecker Associates, Inc. (508)255-5975 www.conklindd.com Page 3

*Conklin & de Decker*
*Aviation  Information*

                                                        May 31, 2006

Mr. Michael Peragine
Millenium Aviation Services, Inc
42 Berry Hill Rd.
Oyster bay Cove, NY 11771

Ref:    Executive Airlines v. Electric Boat Corp, Inc.

Dear Michael,

This letter will serve as a Letter of Engagement/Retainer Agreement for my services as
an expert witness for the referenced case. The primary focus of my services will be the
cost of operation of the aircraft involved in the referenced case.

My rates for this assignment are as follows:
- Research, analysis, conferences with the client and other preparatory work: $225/Hour
- Deposition and court appearances:  $450/Hour (4 hour minimum)
- Travel expenses, if incurred, will be billed at cost

We normally bill monthly unless our engagement lasts less than one month in which case
we will bill on completion.

If this is acceptable to you, please sign and date one copy of this letter in the space
provided below and return it to me.

I am looking forward to the opportunity to work with you on the above referenced
project. If you need to get in contact with me I can either be reached by phone at 817 277
6403 (office) or 817 307 8211 (mobile) or by email at bill@conklindd.com.

With best regards


Bill de Decker                          Agreed and Accepted:
President


                                        _____
                                        Michael S. Peragine
                                        Millennium Aviation Services

Massachusetts: PO Box 1142, Orleans, MA 02653 Tel: 508.255.5975 Fax: 508.255.9380
Texas: PO Box 121184. Arlington, TX 76012 Tel: 817.277.6403 Fax: 817.277.6402
Arizona: 7631 E. Greenway Suite C, Scottsdale, AZ 85260 Tel: 480.922.8110
www.conklindd.com

Conklin & de Decker Associates, Inc.

*1006B North Bowen Road, Arlington, TX 76012 -- 817 277 6403*

**Summary of Litigation Support Provided by Bill de Decker 1998 - 2005**

**2003 – 2005    GEAR vs. Rogers Helicopters**

GEAR was a helicopter Emergency Medical Services organization serving the central California area from 1995 till 2001. Rogers Helicopters (a large California operator) was a subcontractor to GEAR and provided the helicopter, the pilots and the maintenance. GEAR was the plaintiff in the lawsuit which focused on the costs charged by Rogers to GEAR for the helicopter. We were retained by GEAR (the plaintiff) and our focus was to analyze the cost records provided by Rogers during discovery and reconstruct the actual costs, compare it with the claimed costs as well as compare them with a "should cost" based on our database data.

| Bill de Decker's involvement: | Analysis |
| | Deposition |
| | Testimony in Court |

GEAR's Attorney:          Richard Monje, Bakersfield, CA

**2002 – 2004    Raytheon Aircraft vs. FunJet (a division of Carnival Cruise Lines)**

FunJet had bought a Boeing BBJ and contracted with a division of Raytheon to design and install the interior. The interior ended up being heavy and the time required was greater than originally scheduled. When Raytheon tried to deliver the aircraft back to FunJet at the completion of the interior installation, FunJet refused to take delivery and claimed breach of contract. We were retained by Raytheon (the defendant) to provide an independent analysis of the degradation of the performance of the aircraft (if any) as well as an analysis of the potential resale value of the aircraft.

| Bill de Decker's involvement: | Analysis |
| | Deposition |
| | Testimony in Court |

Raytheon's Attorney:      Valerie Dunbar-Jones, Rose Walker LLP, Dallas, TX

**2002 – 2004    Cobbs vs. Ameristar**

Cobbs sued Ameristar over an alleged restraint of trade involving the operation by Cobbs of a Falcon 20 aircraft equipped for cargo flights. We were retained by Ameristar (the defendant) and our focus was to analyze the cost records provided by Cobbs during discovery and reconstruct the actual costs, compare it with the claimed costs as well as compare them with a "should cost" based on our database data.

| Bill de Decker's involvement: | Analysis and preparation of Affidavit |

**Conklin & de Decker Associates, Inc.**

*1006B North Bowen Road, Arlington, TX 76012 -- 817 277 6403*

Ameristar's Attorney:          Richard Illmer,  Brown McCarroll LLP, Dallas, TX

### 1998 – 2000   BizJet vs Honeywell Engines
####               Bizjet vs Pratt & Whitney Canada

BizJet sued both Honeywell and Pratt & Whitney claiming restraint of trade because neither was willing to appoint BizJet an authorized repair/overhaul facility. We were retained by counsel for both Honeywell and Pratt & Whitney to analyze the cost data provided by BizJet and as well as analyze the relative value of repairs and overhauls offered by BizJet vs. by the OEMs (Honeywell and Pratt & Whitney).

Bill de Decker's involvement:          Analysis
                                        Deposition

Honeywell and Pratt & Whitney Attorneys:  Crowell & Mooring, Washington, DC