# EXHIBIT G

Page 1

```
 1
 2               UNITED STATES DISTRICT COURT
 3             SOUTHERN DISTRICT OF CONNECTICUT
 4
 5   EXECUTIVE AIRLINES,              )
                                      )
 6              Plaintiff,            )
                                      )
 7           vs.                      )  3:02-CV-194
                                      )  (WWE)
 8   ELECTRIC BOAT                    )
     CORPORATION,                     )
 9                                    )
                Defendant.            )
10                                    )
     --------------------------------)
11
12            DEPOSITION OF BILL DE DECKER
13                New York, New York
14              Tuesday, June 13, 2006
15
16
17
18
19
20
21
22
23
24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. 185184
```

COPY

1                    de Decker

2   think, what we did.

3        Q.   And did the report that you got to

4   Mr. Peragine and Ms. Steiner by May 31st, is

5   that the report that appears as the exhibit

6   to her report?

7        A.   Yes.

8        Q.   So, at the time that you issued

9   your report, you had no information specific

10  to Executive Airlines?

11       A.   None.

12       Q.   And do you have any information, as

13  you sit here, concerning the use of the

14  Jetstreams following the crash in May of --

15  the crash of one of the aircraft in May of

16  2000?

17       A.   I have no knowledge of how they're

18  used, other than that it appears to be a

19  general -- general purpose part 135 charter

20  business.

21       Q.   But you don't know what the

22  business was like for the remainder that

23  year?

24       A.   I have no idea.

25       Q.   And you don't know anything about

                        de Decker
1
2    staffing at Executive Airlines the remainder
3    that year?
4        A.    Nothing.
5        Q.    And what you've done is provided
6    information concerning using your methodology
7    industry standards, is that correct, for this
8    specific airline?
9        A.    I think that would be one way of
10   putting it, yes.  In other words, we publish
11   operating cost data on a variety of aircraft.
12   And that is what they asked for.  That is
13   what we provided.
14            We made, basically, three
15   adjustments which we normal -- which we were
16   perfectly willing to do.  One was to adjust
17   the fuel cost to the actual fuel cost that
18   was provided to us by, I believe, by
19   Ms. Steiner.
20            Secondly, was the actual labor cost
21   per hour, which I believe was also provided
22   by Ms. Steiner.
23            And, third, was to average 2000
24   costs and 2001 costs because, as I gather it,
25   they wanted to cover the -- the nominal year

de Decker

2 that this aircraft would have been involved

3 in this contract, had it -- had it gone on.

4    Q.   Okay.  All right.  And with respect

5 to those adjustments that you made, each of

6 those reduced the variable cost; is that

7 correct?

8         MR. HAYES:  Object to the form of

9     the question.

10    A.   We put in -- one of the things that

11 we talk about specifically in our -- in the

12 databases that we publish is that these are

13 standard numbers.  We use an average fuel

14 cost in the United States.  And we recognize

15 full well that every operator has their own

16 fuel cost.

17         And we encourage operators to apply

18 their own fuels cost.  Same thing with labor

19 costs.

20 BY MR. WILLIAMS:

21    Q.   Maybe I misunderstood you.  Did you

22 say you made adjustments?

23    A.   Yes.

24    Q.   Okay.  And those adjustments occur

25 in your report?

1                         de Decker

2    the relevant categories and averaged them.

3         Q.   So, was the full calendar year of

4    2001 that you averaged?

5         A.   We averaged -- we used fall 2001

6    and we've used data here that's labeled

7    spring 2001, actually, that -- for parts and

8    engine is the same as the fall 2000.  So, we

9    used fall 2000 and fall 2001.

10              MR. HAYES:  You're saying fall.

11        Did you get that?

12              THE WITNESS:  Fall, correct.

13   BY MR. WILLIAMS:

14        Q.   Okay.  Why did you use fall 2001?

15        A.   Because once it's more than

16   three years old, all we hang on to is the

17   fall issue.

18        Q.   Okay.  So, you would have had a

19   spring 2001 issue, but you didn't have it?

20        A.   Yes, we do.

21        Q.   Oh, okay.

22        A.   We have a storage problem.

23        Q.   What was the charge for the cost

24   analysis?

25        A.   $110.  That's, by the way, a

1                    de Decker

2  standard report.  We sell hundreds of these

3  things a year.

4       Q.   Okay.  Mr. de Decker, after your

5  initial phone conversation with Mr. Peragine

6  and the second one with Mr. Peragine and

7  Ms. Steiner, you then sent a report the next

8  morning; is that correct?

9       A.   Correct.

10       Q.   Okay.  And that's the report that

11  appears as an exhibit to Ms. Steiner's

12  report?

13       A.   Correct.

14       Q.   What next did you do with respect

15  to this matter?

16       A.   Actually, I went on the road -- on

17  a road trip and didn't give it another

18  thought, to tell you the truth.

19            The next -- the next event was, I

20  think -- right.  Mr. Peragine had asked me

21  for a CV and a -- copies and a listing of

22  litigation support I provided.  And I had

23  e-mailed that to him.  And I presume he

24  forwarded it to Mr. Hayes.

25            And I think that's in the e-mails