# EXHIBIT J

# EXHIBIT H

# Jetstream Flight Time Analysis [FROM FLIGHT LOGS]

| # | DATE | Tail # | FRG-GON | FRG-PHF | GON-PHF | PHF-GON | PHF-FRG | GON-FRG | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | April 17, 2000 | N16EX | | 1.0 | 1.8 | 1.5 | | | 1 |
| 2 | April 17, 2000 | FARM OUT | | | | | | | |
| 3 | April 18, 2000 | N16EX | | | 1.7 | 1.5 | 1.0 | | 1 |
| 4 | April 19, 2000 | N16EJ | | 0.4 | 1.5 | 1.6 | 0.5 | | 1 |
| 5 | April 19, 2000 | FARM OUT | | | 1.7 | 1.5 | | | |
| 6 | April 20, 2000 | N16EX | | 1.1 | 1.7 | 1.6 | 1.0 | | 1 |
| 7 | April 24, 2000 | FARM OUT | | | | | | | |
| 8 | April 24, 2000 | N16EJ | | 1.2 | | 1.5 | | 0.4 | 1 |
| 9 | April 25, 2000 | N404GJ | | | 1.7 | 1.4 | | | 1 |
| 10 | April 26, 2000 | FARM OUT | | | | | | | |
| 11 | April 26, 2000 | N16EX | 0.4 | | 1.6 | 1.4 | | 0.4 | 1 |
| 12 | April 27, 2000 | N16EX | | 1.3 | 1.4 | 1.6 | | | 1 |
| 13 | April 28, 2000 | N16EX | | | 1.6 | 1.5 | | | 1 |
| 14 | May 1, 2000 | FARM OUT | | | | | | | |
| 15 | May 1, 2000 | N16EX | | 1.2 | 1.7 | 1.5 | 1.2 | | 1 |
| 16 | May 2, 2000 | N16EX | | | 1.6 | 1.5 | | | 1 |
| 17 | May 3, 2000 | N16EX | | 0.4 | 1.5 | 1.4 | | 0.3 | 1 |
| 18 | May 4, 2000 | N16EJ | | 1.0 | 1.6 | 1.7 | | | 1 |
| 19 | May 5, 2000 | N16EJ | | | 1.5 | 1.5 | 1.0 | | 1 |
| 20 | May 8, 2000 | FARM OUT | | | | | | | |
| 21 | May 8, 2000 | N404GJ | 0.4 | | 1.7 | 1.4 | | 0.4 | 1 |
| 22 | May 8, 2000 | N16EX | | 1.2 | 1.7 | 1.5 | | | 1 |
| 23 | May 9, 2000 | N16EX | | | 1.6 | 1.5 | 1.0 | | 1 |
| 24 | May 10, 2000 | FARM OUT | | | | | | | |

| | DATE | Tail # | FRG-GON | FRG-PHF | GON-PHF | PHF-GON | PHF-FRG | GON-FRG | |
|---|---|---|---|---|---|---|---|---|---|
| 25 | May 10, 2000 | N16EX | 0.5 | | 1.7 | | | | 0.5 |
| 26 | May 10, 2000 | N16EJ | | | | 1.5 | | | 0.5 |
| 27 | May 11, 2000 | N16EX | | | 1.6 | 1.5 | | | 0.5 |
| 28 | May 11, 2000 | N16EX | | | 1.6 | | | | 1 |
| 29 | May 12, 2000 | N16EX | | | 1.6 | 1.6 | | | 1 |
| 30 | May 15, 2000 | FARM OUT | | | | | | | |
| 31 | May 15, 2000 | N16EX | | 1.4 | 1.6 | 1.4 | | | 1 |
| 32 | May 16, 2000 | N16EX | | | 1.6 | 1.5 | | | 1 |
| 33 | May 16, 2000 | N16EJ | | | 1.6 | 1.5 | | | 1 |
| 34 | May 17, 2000 | N16EJ | 0.3 | | 1.5 | 1.5 | | | 1 |
| 35 | May 17, 2000 | N404GJ | 0.4 | | 1.5 | 1.5 | | 0.4 | 1 |
| 36 | May 18, 2000 | N16EJ | | 1.2 | 1.6 | 1.4 | | 0.4 | 1 |
| 37 | May 19, 2000 | N16EJ | | | 1.6 | 1.4 | 1.2 | | 1 |
| | TOTAL | | 2.4 | 11.0 | 45.1 | 41.9 | 6.9 | 2.3 | 27 |
| | AVERAGE FLIGHT TIMES | | 0.40 | 1.10 | 1.73 | 1.61 | 0.99 | 0.46 | |
| | | | 6 | 10 | 26 | 26 | 7 | 5 | |

Total flight time to complete 27 round trips = **109.60 hrs**

Average flight time to complete one round trip = **4.059 hrs**