UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | ) | CIVIL ACTION NO. |
| | ) | 02-CV-194 (WWE) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ELECTRIC BOAT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | JULY 18, 2006 |

**NOTICE OF MANUAL FILING**

Please take notice that ELECTRIC BOAT CORPORATION has manually filed Exhibits E and I to Defendant's Motion to Preclude the Testimony of Plaintiff's Proposed Expert.

These documents have not been filed electronically because:

☐ the document (or thing) cannot be converted to an electronic format
**X** the electronic file size of the document exceeds 1.5 megabytes
☐ the document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. § 3006A]
☐ Plaintiff/Defendant is excused from filing this document (or thing) by court order.

The documents have been manually served on all parties.

-2-

                                      DEFENDANT ELECTRIC BOAT
                                      CORPORATION


By: _____
     Paul D. Williams (ct05244)
     Amy T. Maas (ct25561)
     Day, Berry & Howard LLP
     CityPlace I
     Hartford, Connecticut 06103-3499
     Tel. (860) 275-0100
     Fax. (860) 275-0343
     E-mail: pdwilliams@dbh.com
               atmaas@dbh.com

*Its Attorneys*


## CERTIFICATION

     THIS IS TO CERTIFY that a copy of the foregoing was mailed this 18th of July, 2006 via overnight mail, postage prepaid, to:

| | |
|---|---|
| Leonard Feigenbaum, Esq. | Daniel F. Hayes, Esq. |
| 1670 Old County Road | Biedermann, Hoenig & Ruff |
| Suite 224 | 805 Third Avenue |
| Plainview, NY 11803 | New York, NY 10017 |

                                                _____
                                                    Amy T. Maas