# EXHIBIT A

# DEFENDANT'S PROPOSED TRIAL EXHIBITS
*Executive Airlines v. Electric Boat Corporation*
Docket No. 3:02 CV 194 (WWE)

July 21, 2006

| Exhibit No. | Description |
|---|---|
| 501. | Purchase Order Terms and Conditions known as GDC 410 (REV. 3/87) |
| 502. | February 9, 2000 purchase order, number SNL022-096 |
| 503. | March 14, 2000 purchase order number SNL022-096, along with Purchase Order Supp. No. 1 |
| 504. | May 24, 2000, Memorandum from K. Hanaran to R. Januska Entitled "Telephone Conversations with Executive Airlines" |
| 505. | May 24, 2000 Letter from R. Kiely to M. Peragine Regarding Suspension of Purchase Order SNL022-096 |
| 506. | June 7, 2000 Letter from D. Stillman to M. Peragine Regarding Termination of Purchase Order SNL022-096 |
| 507. | July 10, 2000 Letter from M. Peragine to D. Stillman Regarding Purchase Order SNL022-096 |