UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES, | : | CIVIL NO.: 3:02 CV 194(WWE) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| ELECTRIC BOAT Corp., | : | |
| | : | |
| Defendant | : | July 31, 2006 |

**PLAINTIFF'S MOTION FOR ADJOURNMENT OF THE TRIAL AND TRIAL MEMORANDUM SUBMISSION DATES AND SUBSTITUTION OF ITS EXPERT WITNESS ON DAMAGES**

The plaintiff, Executive Airlines, hereby respectfully moves for adjournment of the trial and trial memorandum submission dates and substitution of its expert witness on damages.

Plaintiff Executive Airlines

By _____

Daniel F. Hayes (phv0207)
**Biedermann, Hoenig & Ruff, P.C.**
805 Third Avenue, 18th Floor
New York, New York 10016
(212) 697-6555 Telephone
(212) 986-3509 Facsimile
dhayes@bhmr.com

## **CERTIFICATION**

    This is to certify that a copy of the foregoing was e-mailed and mailed, postage prepaid, on July 31, 2006, to

>Paul D. Williams, Esq.
>pdwilliams@dbh.com
>Amy T. Maas, Esq.
>atmaas@dbh.com
>Day, Berry & Howard, LLP
>Attorneys for Defendant Electric Boat Corporation
>CityPlace I
>Hartford, CT 06103-3499
>(860) 275-0100 (phone)
>(860) 275-0343 (fax)

*/s/ Daniel F. Hayes*

_____  Daniel F. Hayes (phv0207)