# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES, | : | 02cv194 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| Defendant. | : | |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
5/15 200_
Kevin F. Rowe, Clerk
By [signature]
Deputy Clerk

## ORDER

Pursuant to the telephone conference held on May 12, 2006, the Court orders the following schedule:

Plaintiff is to provide defendant with expert disclosure compliant with Rule 26 of the Federal Rules of Procedure by **June 1, 2006.**

Defendant is to have completed the deposition of plaintiff's expert by **June 17, 2006.** Both Michael Peragine and plaintiff's expert should be available to defendant to facilitate their respective depositions by this date.

Defendant is to provide plaintiff with expert disclosure compliant with Rule 26 of the Federal Rules of Civil Procedure by **July 17, 2006.**

SO ORDERED this 12 day of May, 2006 in Bridgeport, Connecticut.

[signature]

HOLLY B. FITZSIMMONS, UNITED STATES MAGISTRATE JUDGE.