# EXHIBIT D

# Day, Berry & Howard LLP
### COUNSELLORS AT LAW

Paul D. Williams
Direct Dial: (860) 275-0223
E-mail: pdwilliams@dbh.com

July 25, 2006

**VIA E-MAIL AND OVERNIGHT MAIL**

The Honorable Warren W. Eginton
United States District Court for
  the District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

      Re:    Executive Airlines v. Electric Boat Corporation, No. 3:02 CV 194 (WWE)

Dear Judge Eginton:

As you know, I represent Electric Boat Corporation in the above-referenced matter. I write in response to Plaintiff's letter dated July 24, 2006, whereby counsel for Plaintiff requested an extension of time to file Plaintiff's Pretrial Memorandum and for an extension of the August 28, 2006 jury selection/trial date.

Aside from Electric Boat's fervent objection to the method in which Plaintiff's requests were made, Electric Boat also objects to each of Plaintiff's requests in their entirety. Electric Boat would be pleased to provide the Court with a formal opposition to Plaintiff's requests, once Plaintiff properly requests the relief it seeks.

At this time, Electric Boat is prepared to proceed to trial, as scheduled.

Very truly yours,

Paul D. Williams

PDW/fld
cc:   Hon. Holly D. Fitzsimmons, U.S.D.C. Magistrate Judge
      Daniel F. Hayes, Esq.
      Leonard Feigenbaum, Esq.