# EXHIBIT E

# ANALYSIS GROUP
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000  Fax 1 617 425 8001  www.analysisgroup.com

111 Huntington Avenue  Tenth Floor  Boston, MA  02199

August 7, 2006

Paul D. Williams, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103

AG Case No.: 011918
Invoice No.:   808662
Taxpayer ID:  04-2727260

**Re:**    **Executive Airlines v. Electric Boat Corporation**

For professional services rendered and expenses incurred in connection with the above referenced case
for the period ending July 31, 2006, including:

- For review of depositions and prior case materials received from counsel;
- For review of Steiner report and exhibits;
- For review of airline industry data and research;
- For development of damages analysis;
- For preparation of expert report and exhibits;
- For discussions with counsel.

| Current Billing: | | |
|---|---|---|
| Professional Hours | | 119.00 |
| Total Professional Services | $ | 42,570.00 |
| Total Expenses | | 133.13 |
| Total Due and Payable - Current Billing | $ | 42,703.13 |

### SUMMARY OF PRIOR BILLINGS THAT REMAIN UNPAID

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | Over 120 Days | Total |
|---|---|---|---|---|---|
| $25,440.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25,440.00 |

CELEBRATING **25** YEARS

BOSTON    CHICAGO    DALLAS    DENVER    LOS ANGELES    MENLO PARK    MONTREAL    NEW YORK    SAN FRANCISCO    WASHINGTON

Page 2

<u>Executive Airlines v. Electric Boat Corporation</u>

For the period ended July 31, 2006

Invoice 808662

## Professional Hours

| <u>Professional</u> | <u>Title</u> | <u>Hours</u> | | <u>Rate</u> | | <u>P.S.<br>Incurred</u> |
|---|---|---|---|---|---|---|
| B. Stangle | Managing Principal | 4.00 | $ | 650.00 | $ | 2,600.00 |
| G. Kosicki | Vice President | 70.00 | | 425.00 | | 29,750.00 |
| S. Cacciola | Manager | 7.00 | | 320.00 | | 2,240.00 |
| S. Fink | Senior Analyst | <u>38.00</u> | | 210.00 | | <u>7,980.00</u> |
| **Total Professional Services** | | **119.00** | | | $ | **42,570.00** |

Page 3

Executive Airlines v. Electric Boat Corporation

For the period ended July 31, 2006

Invoice 808662

**Expense Detail**

| Expense Category | | Amount |
|---|---|---|
| Copying Expense | $ | 25.20 |
| Postage & Delivery | | 7.93 |
| Article Purchase | | 100.00 |
| **Total Expenses** | $ | **133.13** |

Note: Expenses, which include such items as travel, photocopy, telephone and computer services, may be billed one to two months after incurred.

Case 3:02-cv-00194-WWE    Document 196-6    Filed 08/07/2006    Page 5 of 5


**ANALYSIS GROUP**
ECONOMIC, FINANCIAL and STRATEGY CONSULTANTS

Main 1 617 425 8000   Fax 1 617 425 8001   www.analysisgroup.com

111 Huntington Avenue   Tenth Floor   Boston, MA   02199

August 7, 2006

Paul D. Williams, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103

AG Case No.: 011918
Invoice No.:   808662
Taxpayer ID:  04-2727260

Re:  **Executive Airlines v. Electric Boat Corporation**

| | | |
|---|---|---|
| Professional Hours | | 119.00 |
| Total Professional Services | $ | 42,570.00 |
| Total Expenses | | 133.13 |
| Total Due and Payable | $ | 42,703.13 |



**Remit To:**
Analysis Group Inc.
111 Huntington Avenue
10th Floor
Boston, MA 02199

Wire Instructions:
Citizens Bank
Routing / ABA No.: 011500120
Account No.: 1130184460

Direct Deposit (EFT or ACH):
Routing / ABA No.:211070175
Account No.: 1130184460

THIS INVOICE IS PAYABLE UPON RECEIPT.
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE