

# CGM Accounting Associates, Inc.

23 Vreeland Road, Suite 101
Florham Park, New Jersey 07932
Phone: (973) 301-9020
Fax: (973) 301-9091
Website: www.cgmaa.com

August 7, 2006

Daniel F. Hayes, Esq.
Biedermann, Hoenig & Ruff, PC
805 Third Avenue
18th Floor
New York, New York 10022

Re:     **EXECUTIVE AIRLINES vs**
**ELECTRIC BOAT CORPORATION**
**U.S. DISTRICT COURT - SOUTHERN**
**DISTRICT OF CONNECTICUT**
**INDEX NO.: CU.01.6238**
**OUR FILE NO.: 106-1555**

Dear Mr. Hayes:

As you know, we have made a review of the available books and records of Millenium Aviation Services, Inc. d/b/a Executive Airlines (herein referred to as "Executive Airlines") in order to assist your office in relation to the above-captioned matter. As such, this report is provided exclusively for the purposes of evaluating this matter. The following report outlines our procedures and results in this matter.

### Background

During March 2000, Electric Boat Corporation (herein referred to as "Electric Boat") issued a purchase order (No. SNL022-096) to Executive Airlines. This purchase order requested that Executive Airlines provide "air charter service between Groton (GON), Connecticut and Newport News (PHF), Virginia for a term of not less than one (1) year commencing April 17, 2000 (or sooner)".

In fact, it should be noted that Executive Airlines did provide air charter services for Electric Boat between Groton (GON), Connecticut and Newport News (PHF), Virginia during the period April 17 through May 19, 2000. A detail summary of this service by flight is provided on Schedule 7, for your review.

Daniel F. Hayes, Esq.
**EXECUTIVE AIRLINES vs ELECTRIC BOAT**
August 7, 2006
Page 2

<u>**REVIEW PROCEDURES**</u>

To date, our office has received and reviewed the following documents:

1)  Electric Boat's purchase order No. SNL022-096
2)  Executive Airlines' billing history report for Electric Boat
3)  The deposition of William de Decker dated June 13, 2006
4)  Conklin & deDecker's report dated May 26, 2006
5)  Lease agreement between Executive Airlines and Flightways of Long Island, Inc d/b/a Million Air dated February 21, 2000
6)  Expert report of Diane S. Steiner, CPA dated May 31, 2006
7)  Summary of commercial/charter passengers for Electric Boat during the period January through October 2000 (Bates EB0347 through EB0520)
8)  Aircraft flight/maintenance logs for Executive Airlines
9)  Executive Airlines general ledgers for 2000 and 2001
10) Monthly financial statement folders for 2000 and 2001
11) Month-end journal entries for 2000 and 2001
12) Payroll records
13) Deposition of Diane S. Steiner, CPA dated June 15, 2006
14) Weekly invoices from Multi Service for 2000
15) Monthly invoice summaries from Multi Service for 2000
16) Various invoices from Bell Petroleum, Ltd. during 2000
17) Other various detail source documents for Executive Airlines.
18) Expert report of George Kosicki, PhD. Dated July 17, 2006.
19) <u>Airliner Price Guide</u> – Spring/Summer 2000 and 2001.
20) Treasury Bill rates published by the U.S. Treasury Department.

Per your instructions, we have prepared this report based on the information received and reviewed, to date. As such, it should be used as a guideline in evaluating Executive Airlines economic loss. Of course, as additional information is received and reviewed by our office, we will update our findings accordingly.

**Affected Period**

As discussed above, Electric Boat issued a purchase order/contract for a term of not less than one (1) year starting on April 17, 2000. In addition, it is our understanding that Electric Boat wrongfully cancelled the contract during May 2000. As such we have calculated the future value of the contract during the period May 20, 2000 through April 16, 2001.

**CGM**

**Accounting Associates, Inc.**

Daniel F. Hayes, Esq.
**EXECUTIVE AIRLINES vs ELECTRIC BOAT**
August 7, 2006
Page 3

## Lost Revenue

In order to determine lost revenue, we performed a two-fold calculation. First, we determined the anticipated number of flights for the balance of the contract term based on our review of the following:

1) Actual flights flown by Executive Airlines during the period April 17 through May 19, 2000 (see Executive Airlines billing history).

2) Summary of charter flights (with both Raytheon and Executive Airlines) for Electric Boat during the period January through May 19, 2000 (see Bates No. EB0347 through EB0520).

3) Average number of Electric Boat passengers flown during the period January through October 2000 (see Bates No. EB0347 through EB0520).

We determined that Electric Boat would request approximately thirty (30) flights per month for the balance of the contract.

In addition, we determined that Executive Airlines was earning average revenues of $4,705.01 per flight. We arrived at this amount as follows:

| Description | Amount |
|---|---|
| Round Trip Fee | $4,553.49 |
| Positioning Legs | 151.52 |
| Total | $4,705.01 |

These amounts are based on our review of the purchase order/contract and Executive Airlines actual billing records.

## Variable Cost

Based on our review of the information received and reviewed to date, we determined the following variable cost:

1) Fuel – Monthly calculation for variable fuel cost is presented on Schedule 4, for your review.

**CGM**

**Accounting Associates, Inc.**

Daniel F. Hayes, Esq.
**EXECUTIVE AIRLINES vs ELECTRIC BOAT**
August 7, 2006
Page 4

2) Maintenance – Based on our review of the actual charges attributed to Executive Airlines, we calculated the variable maintenance cost to be $1,096.68 per flight. Details are presented on Schedule 5, for your review.

3) Landing/Parking – Based on our review of the actual charges attributed to Executive Airlines, we calculated the variable landing/parking fees to be $19.55 per flight. Details are presented on Schedule 6, for your review.

We applied our variable cost per flight to our calculated number of round-trip flight per month (30), to determine monthly variable costs. Details by month are presented on Schedule 3, for your review.

**Fixed Cost**

Based on our review of the information received and reviewed to date, we determined the following fixed cost:

1) Economic depreciation – As discussed above, the term of the contract with Electric Boat was for twelve (12) months ending April 2001. As such, we determined the average monthly decline in aircraft value for this twelve month period.

   In order to calculate this amount, we utilized the <u>Airliner Price Guide</u> which provides the airline industry with used retail price transactions. Based on our review of the information published by the <u>Airliner Price Guide</u> during Spring/Summer 2000 and 2001, we determined the economic depreciation to be approximately 1.01% per month.

2) Loss of Capital – As you may know, Executive Airlines purchased two aircraft during December 1999 and March 2000 (N404GJ and N16EN) with cash that was invested with short term US Treasury Bills. In addition, we noted that the average Treasury Bill rate for the fiscal year ended June 2001 was 5.26% (source: Published Treasury Bill by the U.S. Treasury Department). Therefore, we determined that the cost of capital would be equal to the lost opportunity income of 5.26% per year.

3) Other Fixed Cost – Based on our review of the books and records we determined that other monthly fixed costs amounted to $11,425.08. These costs consist of the following:

**CGM**

**Accounting Associates, Inc.**

Daniel F. Hayes, Esq.
**EXECUTIVE AIRLINES vs ELECTRIC BOAT**
August 7, 2006
Page 5

| Description | Amount |
|---|---|
| Office and shop rent | $2,500.00 |
| Crew salary & taxes | 4,349.08 |
| Insurance | 4,576.00 |
| Total | $11,425.08 |

Details by month for our calculated fixed costs are presented on Schedule 9 for your review.

**Lost Contract Value**

By deducting variable and fixed cost from lost revenue, we arrive at the lost contract value of $660,671.81. A monthly detail analysis is presented on Schedule 1, for your review.

**Lost Business Income**

Based on our discussions with your office and our review of the information supplied to date, it is our understanding that under Connecticut law, Executive Airlines is entitled to recover that lost contract profits as well as the overhead fixed expenditures. As such, we believe that Executive Airlines total loss amounts to $931,276.82. We arrive at this amount as follows:

| | |
|---|---|
| Lost income/profit from the contract | $660,671.81 |
| Fixed overhead expenditures | 270,605.01 |
| Lost business income | $931,276.82 |

This amount is based on our understanding of Connecticut law and is calculated within a reasonable degree of accounting certainty.

**Other Considerations**

During the course of our review, we obtained a copy of Electric Boat's expert report (dated July 17, 2006) prepared by George Kosicki, PhD of Analysis Group, Inc. Based on our review of the this report, we noted that Mr. Kosicki raised the question regarding "avoidable cost" as referred to as saved fixed cost. Basically, Mr. Kosicki believes that Executive Airlines should have taken steps subsequent to May 2000 in order to avoid some fixed cost; thereby, mitigating its loss of business income in this matter.

**CGM**

**Accounting Associates, Inc.**

Daniel F. Hayes, Esq.
**EXECUTIVE AIRLINES vs ELECTRIC BOAT**
August 7, 2006
Page 6

A major item discussed in this report indicates that Executive Airlines should have sold two aircrafts (N404G5 and N16EN) within six (6) months from the breach of the contract. The defendant, however, fails to realize and/or comment on the following:

1)  Executive Airlines continued to operate after May 2000. In fact, Executive Airlines earned the following revenue:

| Tail No. | Revenue for the 12 months ended December 31 | |
|---|---|---|
| | 2000 | 2001 |
| N404GJ | $237,773 | $204,206 |
| N16EN | 5,130 | 402,595 |
| N16EX | 811,111 | 591,949 |
| N16EJ | 429,669 | -0- |
| Total | $1,483,683 | $1,198,750 |

If Executive Airlines had sold the two aircraft as suggested by the defendant, they would not have been able to operate. At best, the defendant's comments should only apply to one aircraft.

2)  Defendant's calculation for economic depreciation should be based on the period ending April 16, 2001. This is when the contract would have expired. See our calculation for economic depreciation discussed above.

   By basing the calculation of economic depreciation through 2003, the defendant's expert includes the following items in its analysis:

   a)  The plane's flying time for other customers during the period May 2000 through April 2001
   b)  "The national recession that occurred during 2001"
   c)  "...the events of September 11, 2001".

   When the defendant's expert applies these factors into its economic depreciation, he is overstating the cost that should apply to this matter.

3)  The defendant's expert utilized an annual cost of capital during 2000 of 13.51%. It should be noted, however, that Executive Airlines purchased the aircraft with private funds. Therefore, the cost of capital is basically equal to the lost opportunity income that Executive Airlines could have earned if the funds were invested.

**CGM**
_____

**Accounting Associates, Inc.**

Daniel F. Hayes, Esq.
**EXECUTIVE AIRLINES vs ELECTRIC BOAT**
August 7, 2006
Page 7

Based on our investigation, we noted the funds used to buy the two aircraft (N404GJ & N16EN) during 1999 and 2000 were invested with short term US Treasury Bills. At the time, US Treasury Bills had a return rate of approximately 5.26%. Therefore, it appears that the maximum opportunity cost is less than that used by the defendant's expert.

4) Based on our review of Executive Airlines books and records, we noted that salary/wages and related payroll taxes average approximately $4,349.08 per month per Jetstream Aircraft.

Based on these comments, it appears that the "avoidable cost" included in the defendant's analysis are overstated.

Finally, it should be noted that Executive Airlines did try and sell an aircraft after May 2000; however, it was unsuccessful. Therefore, it appears that Executive Airlines did try to mitigate its loss. As such, the defendant's analysis of deducting "avoidable cost" is not proper under Connecticut law because these costs are recoverable as an element of damages.

**Summary**

Based on the foregoing comments, we calculated the loss of business income to Executive Airlines to be $931,276.82. In addition, we believe that this amount is within a reasonable degree of accounting certainty and is correct under Connecticut law.

Finally, it should be noted that our compensation is not contingent on the outcome of this litigation. In addition, we have attached the CV and testimony history (both deposition and trial) of Mr. Anthony Ciccodicola as Exhibits A and B.

We hope that this information is helpful to you in this rather complex and lengthy matter. However, should you have any questions, or require any additional information, please contact our office.

Very truly yours,

*Anthony Ciccodicola*

Anthony Ciccodicola, CPA, CFE, CVA, FCPA

**CGM ACCOUNTING ASSOCIATES**

AMC/ab

**CGM**

**Accounting Associates, Inc.**

**EXECUTIVE AIRLINES v ELECTRIC BOAT CORPORATION**
**U.S. DISTRICT COURT - SOUTHERN DISTRICT, CT**

### ANALYSIS OF CONTRACT VALUE

Schedule 1

| Month | Lost Revenue (A) | Variable cost per month (B) | Fixed cost per month (C) | Monthly income/ profit | Cumm Total |
|---|---|---|---|---|---|
| January    2000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| February | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| March | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| April | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| May 20-31 | 42,345.09 | 16,269.57 | 8,586.57 | 17,488.95 | 17,488.95 |
| June | 141,150.30 | 54,231.90 | 25,617.45 | 61,300.95 | 78,789.90 |
| July | 141,150.30 | 54,315.60 | 25,474.11 | 61,360.59 | 140,150.49 |
| August | 141,150.30 | 54,496.50 | 25,332.20 | 61,321.60 | 201,472.09 |
| September | 141,150.30 | 55,860.30 | 25,191.75 | 60,098.25 | 261,570.34 |
| October | 141,150.30 | 55,568.10 | 25,052.70 | 60,529.50 | 322,099.84 |
| November | 141,150.30 | 57,050.40 | 24,915.06 | 59,184.84 | 381,284.68 |
| December | 141,150.30 | 56,605.20 | 24,778.81 | 59,766.29 | 441,050.97 |
| | | | | | |
| January    2001 | 141,150.30 | 56,055.30 | 24,643.94 | 60,451.06 | 501,502.03 |
| February | 141,150.30 | 55,853.40 | 24,510.13 | 60,786.47 | 562,288.50 |
| March | 141,150.30 | 55,053.30 | 24,378.27 | 61,718.73 | 624,007.23 |
| April 1-16 | 79,985.17 | 31,196.87 | 12,123.72 | 36,664.58 | 660,671.81 |
| | | | | | |
| Total | $1,533,833.26 | $602,556.44 | $270,605.01 | $660,671.81 | |

(A) - See Schedule 2.
(B) - See Schedule 3.
(C) - See Schedule 9.

**CGM**

**Accounting Associates, Inc.**

**EXECUTIVE AIRLINES v ELECTRIC BOAT CORPORATION**
**U.S. DISTRICT COURT - SOUTHERN DISTRICT, CT**

### ANALYSIS OF LOST REVENUE

Schedule 2

| Month | Lost Flights (A) | R/T Flight (B) | Positioning Legs (B) | Total R/T fare | Lost Revenue |
|-------|------|------|------|------|------|
| January    2000 | | | | | |
| February | | | | | |
| March | | | | | |
| April | | | | | |
| May 20-31 | 9.00 | $4,553.49 | $151.52 | $4,705.01 | $42,345.09 |
| June | 30.00 | 4,553.49 | 151.52 | 4,705.01 | 141,150.30 |
| July | 30.00 | 4,553.49 | 151.52 | 4,705.01 | 141,150.30 |
| August | 30.00 | 4,553.49 | 151.52 | 4,705.01 | 141,150.30 |
| September | 30.00 | 4,553.49 | 151.52 | 4,705.01 | 141,150.30 |
| October | 30.00 | 4,553.49 | 151.52 | 4,705.01 | 141,150.30 |
| November | 30.00 | 4,553.49 | 151.52 | 4,705.01 | 141,150.30 |
| December | 30.00 | 4,553.49 | 151.52 | 4,705.01 | 141,150.30 |
| | | | | | |
| January    2001 | 30.00 | 4,553.49 | 151.52 | 4,705.01 | 141,150.30 |
| February | 30.00 | 4,553.49 | 151.52 | 4,705.01 | 141,150.30 |
| March | 30.00 | 4,553.49 | 151.52 | 4,705.01 | 141,150.30 |
| April 1-16 | 17.00 | 4,553.49 | 151.52 | 4,705.01 | 79,985.17 |

(A)  See discussion in text
(B)  Based on our review of the actual billing records of Executive Airlines.

**CGM**

**Accounting Associates, Inc.**

**EXECUTIVE AIRLINES v ELECTRIC BOAT CORPORATION**
**U.S. DISTRICT COURT - SOUTHERN DISTRICT, CT**

**ANALYSIS OF MONTHLY VARIABLE COST**

Schedule 3

| Month | Lost Flights (A) | Variable cost per flight | | | Total | Mtly Variable cost |
|---|---|---|---|---|---|---|
| | | Fuel (B) | Maintenance (C) | Land/Park (D) | | |
| January    2000 | | | | | | |
| February | | | | | | |
| March | | | | | | |
| April | | | | | | |
| May 20-31 | 9.00 | $691.50 | $1,096.68 | $19.55 | $1,807.73 | $16,269.57 |
| June | 30.00 | 691.50 | 1,096.68 | 19.55 | 1,807.73 | 54,231.90 |
| July | 30.00 | 694.29 | 1,096.68 | 19.55 | 1,810.52 | 54,315.60 |
| August | 30.00 | 700.32 | 1,096.68 | 19.55 | 1,816.55 | 54,496.50 |
| September | 30.00 | 745.78 | 1,096.68 | 19.55 | 1,862.01 | 55,860.30 |
| October | 30.00 | 736.04 | 1,096.68 | 19.55 | 1,852.27 | 55,568.10 |
| November | 30.00 | 785.45 | 1,096.68 | 19.55 | 1,901.68 | 57,050.40 |
| December | 30.00 | 770.61 | 1,096.68 | 19.55 | 1,886.84 | 56,605.20 |
| | | | | | | |
| January    2001 | 30.00 | 752.28 | 1,096.68 | 19.55 | 1,868.51 | 56,055.30 |
| February | 30.00 | 745.55 | 1,096.68 | 19.55 | 1,861.78 | 55,853.40 |
| March | 30.00 | 718.88 | 1,096.68 | 19.55 | 1,835.11 | 55,053.30 |
| April 1-16 | 17.00 | 718.88 | 1,096.68 | 19.55 | 1,835.11 | 31,196.87 |

(A)  See discussion in text.
(B)  See Schedule 4.
(C)  See Schedule 5.
(D)  See Schedule 6.

**CGM**

**Accounting Associates, Inc.**

**EXECUTIVE AIRLINES v ELECTRIC BOAT CORPORATION**
**U.S. DISTRICT COURT - SOUTHERN DISTRICT, CT**

**CALCULATED FUEL COST PER FLIGHT**

Schedule 4

| Description | Farmingdale, NY | | | Gorton, CT. | | | Fuel cost per flight |
|---|---|---|---|---|---|---|---|
| | Price (A) | Usage (B) | Amount | Price (C) | Usage (B) | Amount | |
| January    2000 | | | | | | | |
| February | | | | | | | |
| March | | | | | | | |
| April | | | | | | | |
| May | $1.28100 | 231.97 | $297.15 | $1.70000 | 231.97 | $394.35 | $691.50 |
| June | 1.28100 | 231.97 | 297.15 | 1.70000 | 231.97 | 394.35 | 691.50 |
| July | 1.29300 | 231.97 | 299.94 | 1.70000 | 231.97 | 394.35 | 694.29 |
| August | 1.31900 | 231.97 | 305.97 | 1.70000 | 231.97 | 394.35 | 700.32 |
| September | 1.51500 | 231.97 | 351.43 | 1.70000 | 231.97 | 394.35 | 745.78 |
| October | 1.47300 | 231.97 | 341.69 | 1.70000 | 231.97 | 394.35 | 736.04 |
| November | 1.68600 | 231.97 | 391.10 | 1.70000 | 231.97 | 394.35 | 785.45 |
| December | 1.62200 | 231.97 | 376.26 | 1.70000 | 231.97 | 394.35 | 770.61 |
| | | | | | | | |
| January    2001 | 1.54300 | 231.97 | 357.93 | 1.70000 | 231.97 | 394.35 | 752.28 |
| February | 1.51400 | 231.97 | 351.20 | 1.70000 | 231.97 | 394.35 | 745.55 |
| March | 1.39900 | 231.97 | 324.53 | 1.70000 | 231.97 | 394.35 | 718.88 |
| April | 1.39900 | 231.97 | 324.53 | 1.70000 | 231.97 | 394.35 | 718.88 |
| May | 1.44000 | 231.97 | 334.04 | 1.70000 | 231.97 | 394.35 | 728.39 |
| June | 1.40000 | 231.97 | 324.76 | 1.70000 | 231.97 | 394.35 | 719.11 |
| July | 1.35700 | 231.97 | 314.78 | 1.70000 | 231.97 | 394.35 | 709.13 |
| August | 1.35700 | 231.97 | 314.78 | 1.70000 | 231.97 | 394.35 | 709.13 |
| September | 1.36700 | 231.97 | 317.10 | 1.70000 | 231.97 | 394.35 | 711.45 |
| October | 1.27700 | 231.97 | 296.23 | 1.70000 | 231.97 | 394.35 | 690.58 |
| November | 1.21700 | 231.97 | 282.31 | 1.70000 | 231.97 | 394.35 | 676.66 |
| December | 1.16700 | 231.97 | 270.71 | 1.70000 | 231.97 | 394.35 | 665.06 |

(A)  Based on our review of Bell Petroleum invoices and the actual records of Executive Airlines.
(B)  See Schedule 7 (463.93/2=231.97).
(C)  Per purchase order/contract with Electric Boat.

**CGM**

**Accounting Associates, Inc.**

EXECUTIVE AIRLINES v ELECTRIC BOAT CORPORATION
U.S. DISTRICT COURT - SOUTHERN DISTRICT, CT

THREE PLANE ANALYSIS
For the period of January through October 2000

Schedule 5

| Maintenance expenses | N16EJ Total amount | N16EJ Total hours | N16EJ Per hour | N16EX Total amount | N16EX Total hours | N16EX Per hour | N404GJ Total amount | N404GJ Total hours | N404GJ Per hour | N404GJ+N16EX+N16EJ Total amount | N404GJ+N16EX+N16EJ Total hours | N404GJ+N16EX+N16EJ Per hour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Maintenance:** | | | | | | | | | | | | |
| Maintenance/Inspections | $5,452.00 | 252.81 | $21.57 | $116.66 | 434.90 | $0.27 | $191.66 | 139.92 | $1.37 | $5,760.32 | 827.63 | $6.96 |
| Outside Maint/Repairs | 350.00 | 252.81 | 1.38 | 2,411.17 | 434.90 | 5.54 | 1,600.00 | 139.92 | 11.44 | 4,361.17 | 827.63 | 5.27 |
| Avionics Serv/Repairs | 382.80 | 252.81 | 1.51 | 3,386.11 | 434.90 | 7.79 | | 139.92 | | 3,768.91 | 687.71 | 5.48 |
| Parts & Overhaul/Costs (B) | 32,514.60 | 252.81 | 128.61 | 38,372.17 | 434.90 | 88.23 | 72,374.05 | 139.92 | 517.25 | 143,260.82 | 827.63 | 173.10 |
| Engine/Airfrme Reservs (B) | | 252.81 | 0.00 | 56,227.50 | 434.90 | 129.29 | 18,090.00 | 139.92 | 129.29 | 74,317.50 | 827.63 | 89.80 |
| Charts, Dues & Publicns (A) | | 252.81 | | 59.34 | 434.90 | 0.14 | 3,009.02 | 139.92 | 21.51 | 3,068.36 | 574.82 | 5.34 |
| **Totals** | $38,699.40 | 252.81 | $153.08 | $100,572.95 | 434.90 | $231.26 | $95,264.73 | 139.92 | $680.85 | $234,537.08 | 827.63 | $283.38 |

Hours per flight    3.87

Saved maint. per flight    $1,096.68

**NOTE:**

(A) - Expense is allocated to planes.

(B) - Please be advised that our office is currently in the process of reviewing the detail of this information in order to determine if a portion of these costs related to capital improvements. As such, we reserve the right to update our calculation at a later date

Source: Actual books and records of Executive Airlines.

CGM Aizley
Accounting Associates

**EXECUTIVE AIRLINES v ELECTRIC BOAT CORPORATION**
**U.S. DISTRICT COURT - SOUTHERN DISTRICT, CT**

**ANALYSIS OF VARIABLE LANDING/PARKING COST**

Schedule 6

| Description | Groton, CT (A) | Newprt News, VA (A) | Total |
|---|---|---|---|
| April 2000 | $14.19 | $122.25 | $136.44 |
| May 2000 | 16.32 | 194.40 | 210.72 |
| Total other cost during May/April 2000 | | | $347.16 |
| Number of flights during May/April 2000 | | | 26.00 |
| Average Fee Per Flight | | | $13.35 |
| Plus Fees in Farmingdale, NY (B) | | | 6.20 |
| Average Other Variable Cost - Landing/Parking | | | $19.55 |

(A) Based on the actual cost incurred during the period April 17 through May 19, 2000
(B) Based on actual landing fees in Farmingdale, NY.

**CGM**

**Accounting Associates, Inc.**

**EXECUTIVE AIRLINES v ELECTRIC BOAT CORPORATION**
**U.S. DISTRICT COURT - SOUTHERN DISTRICT, CT**

**SUMMARY OF INVOICE BILLINGS**

Schedule 7

| Description | Date | Flight No. | Tail No. | Flight Time | Flight Amount | Tax (@7.50%) | Fuel Surchg | Positioning Legs | Crew expenses Hotel | Crew expenses Food | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GON-PHF-GON | 17-Apr-00 | 102 | N16EX | 3.30 | $4,553.49 | $341.51 | $0.00 | $0.00 | $0.00 | $0.00 | $4,895.00 |
| PHF-GON-PHF | 17-Apr-00 | 103 | FARMOUT | | 4,553.49 | 341.51 | 78.00 | 0.00 | 0.00 | 0.00 | 4,973.00 |
| PHF-GON-PHF | 18-Apr-00 | 104 | N16EX | 4.20 | 4,553.49 | 341.51 | 92.19 | | | | 4,987.19 |
| GON-PHF-GON | 19-Apr-00 | 105 | N16EJ | 4.00 | 4,553.49 | 341.51 | 55.00 | | | | 4,950.00 |
| GON-PHF-GON | 19-Apr-00 | 106 | FARMOUT | | 4,553.49 | 416.51 | | 1,000.00 | | | 5,970.00 |
| PHF-GON-PHF | 20-Apr-00 | 107 | N16EX | 5.40 | 4,553.49 | 341.51 | 78.00 | | | | 4,973.00 |
| GON-PHF-GON | 24-Apr-00 | 108 | N16EJ | 3.10 | 4,553.49 | 341.51 | | | | | 4,895.00 |
| PHF-GON-PHF | 24-Apr-00 | 109 | FARMOUT | | 4,553.49 | 341.51 | 96.00 | | | | 4,991.00 |
| PHF-GON-PHF | 25-Apr-00 | 110 | N404GJ | 3.10 | 4,553.49 | 341.51 | 5.00 | | | | 4,900.00 |
| GON-PHF-GON | 26-Apr-00 | 111 | FARMOUT | | 4,553.49 | 341.51 | | | | | 4,895.00 |
| GON-PHF-GON | 26-Apr-00 | 112 | N16EX | 3.80 | 4,553.49 | 416.51 | 10.00 | 1,000.00 | | | 5,980.00 |
| PHF-GON-PHF | 27-Apr-00 | 113 | N16EX | 4.30 | 4,553.49 | 341.51 | 83.20 | | | | 4,978.20 |
| PHF-GON-PHF | 28-Apr-00 | 114 | N16EX | 3.10 | 4,553.49 | 341.51 | 93.20 | | | | 4,988.20 |
| PHF-GON-PHF | 01-May-00 | 115 | FARMOUT | | 4,553.49 | 341.51 | | | | | 4,895.00 |
| PHF-GON-PHF | 01-May-00 | 116 | N16EX | 4.40 | 4,553.49 | 341.51 | 111.75 | | | | 5,006.75 |
| PHF-GON-PHF | 02-May-00 | 117 | N16EX | 4.30 | 4,553.49 | 341.51 | 75.50 | | | | 4,970.50 |
| GON-PHF-GON | 03-May-00 | 118 | N16EX | 3.60 | 4,553.49 | 341.51 | 13.50 | | | | 4,908.50 |
| PHF-GON-PHF | 04-May-00 | 119 | N16EJ | 4.30 | 4,553.49 | 341.51 | 75.00 | | | | 4,970.00 |
| GON-PHF-GON | 05-May-00 | 120 | N16EJ | 4.00 | 4,553.49 | 341.51 | 89.00 | | | | 4,984.00 |
| PHF-GON-PHF | 05-May-00 | 121 | FARMOUT | | 4,553.49 | 416.51 | | 1,000.00 | | | 5,970.00 |
| GON-PHF-GON | 08-May-00 | 122 | N404GJ | 3.90 | 4,553.49 | 341.51 | 10.50 | | | | 4,905.50 |
| PHF-GON-PHF | 08-May-00 | 123 | N16EJ | 4.40 | 4,553.49 | 341.51 | 42.90 | | | | 4,937.90 |
| GON-PHF-GON | 09-May-00 | 124 | N16EJ | 4.10 | 4,553.49 | 341.51 | 119.00 | | | | 5,014.00 |
| PHF-GON-PHF | 10-May-00 | 125 | FARMOUT | | 4,553.49 | 341.51 | 7.50 | 500.00 | 87.00 | 22.00 | 5,511.50 |
| GON-PHF-GON | 10-May-00 | 126 | N16EXN16EJ | 3.70 | 4,553.49 | 341.51 | 45.00 | 500.00 | 87.00 | 22.00 | 5,549.00 |
| PHF-GON-PHF | 11-May-00 | 127 | N16EX | 3.10 | 4,553.49 | 341.51 | 144.00 | | | | 5,039.00 |
| PHF-GON-PHF | 12-May-00 | 128 | N16EX | 3.20 | 4,553.49 | 341.51 | 10.00 | | | | 4,905.00 |
| GON-PHF-GON | 15-May-00 | 129 | N16EX | 4.40 | 4,553.49 | 341.51 | | | | | 4,895.00 |
| PHF-GON-PHF | 15-May-00 | 130 | FARMOUT | | 4,553.49 | 341.51 | 75.00 | | | | 4,970.00 |
| PHF-GON-PHF | 16-May-00 | 131 | N16EXN16EJ | 3.00 | 4,553.49 | 341.51 | 82.50 | | | | 4,977.50 |
| GON-PHF-GON | 17-May-00 | 132 | N16EJ | 3.70 | 4,553.49 | 341.51 | 12.00 | | | | 4,907.00 |
| GON-PHF-GON | 17-May-00 | 133 | N404GJ | 3.80 | 4,553.49 | 416.51 | 11.00 | 1,000.00 | | | 5,981.00 |
| PHF-GON-PHF | 18-May-00 | 134 | N16EJ | 4.20 | 4,553.49 | 341.51 | 60.00 | | | | 4,955.00 |
| PHF-GON-PHF | 19-May-00 | 135 | N16EJ | 4.20 | 4,553.49 | 341.51 | | | | | 4,895.00 |
| Total | | | | 100.60 | $154,818.66 | $11,911.34 | $1,574.74 | $5,000.00 | $174.00 | $44.00 | $173,522.74 |

Average hours per flight    3.87

Gallons per air hour (See Schedule 8)    119.88

Gallons per flight    463.93

Average positioning legs per flight    $151.52

**CGM Aizley**

**Accounting Associates**

**EXECUTIVE AIRLINES v ELECTRIC BOAT CORPORATION**
**U.S. DISTRICT COURT - SOUTHERN DISTRICT, CT**

**CALCULATED AVERAGE GALLONS PER HOUR**

Schedule 8

| Month | Year | N16EJ | N16EX | N404GJ | Total |
|-------|------|-------|-------|--------|-------|
| January | 2000 | 38.40 | 24.80 | 1.90 | |
| February | | 44.00 | 45.90 | 0.00 | |
| March | | 49.70 | 61.30 | 17.50 | |
| April | | 65.80 | 66.00 | 12.90 | |
| May | | 42.30 | 68.20 | 16.60 | |
| June | | N/A | 42.00 | 5.40 | |
| July | | N/A | 23.20 | 21.90 | |
| August | | N/A | 21.30 | 15.30 | |
| September | | N/A | 29.20 | 23.60 | |
| October | | N/A | 34.60 | 18.90 | |
| | | | | | |
| Billed hours for the ten mts ended October 2000 | | 240.20 | 416.50 | 134.00 | |
| Unbilled hours for the ten mts ended October 2000 | | 10.61 | 18.40 | 5.92 | |
| | | | | | |
| Total hours | | 250.81 | 434.90 | 139.92 | 825.63 |
| | | | | | |
| Gallons of gas | | 28,900.00 | 53,269.00 | 16,807.30 | 98,976.30 |
| | | | | | |
| Average - gallons per hour | | 115.2267 | 122.4856 | 120.1208 | 119.8797 |

Source:  Aircraft Flight/Maintenance logs and actual books and records of Executive Airlines.

**CGM**

**Accounting Associates, Inc.**

EXECUTIVE AIRLINES v ELECTRIC BOAT CORPORATION
U.S. DISTRICT COURT - SOUTHERN DISTRICT, CT

ANALYSIS OF MONTHLY FIXED COST

Schedule 9

| Yr | Month | Economic depreciation (A) | Cost of capital (A) | Other fixed cost (B) | Total |
|----|-------|--------------------------|---------------------|----------------------|-------|
| 2000 | May 20-31 | $3,332.43 | $1,446.14 | $3,808.00 | $8,586.57 |
| | June | 9,897.32 | 4,295.05 | 11,425.08 | 25,617.45 |
| | July | 9,797.36 | 4,251.67 | 11,425.08 | 25,474.11 |
| | August | 9,698.40 | 4,208.72 | 11,425.08 | 25,332.20 |
| | September | 9,600.45 | 4,166.22 | 11,425.08 | 25,191.75 |
| | October | 9,503.48 | 4,124.14 | 11,425.08 | 25,052.70 |
| | November | 9,407.50 | 4,082.48 | 11,425.08 | 24,915.06 |
| | December | 9,312.48 | 4,041.25 | 11,425.08 | 24,778.81 |
| 2001 | January | 9,218.43 | 4,000.43 | 11,425.08 | 24,643.94 |
| | February | 9,125.32 | 3,960.03 | 11,425.08 | 24,510.43 |
| | March | 9,033.16 | 3,920.03 | 11,425.08 | 24,378.27 |
| | April 1-16 | 4,470.96 | 1,940.22 | 5,712.54 | 12,123.72 |

(A) - Monthly economic depreciation and cost of capital:

| Yr | Month | Aircraft Mkt value | Mtly Eco Depr 1.0100% | Mtly Cost of cap 0.4383% |
|----|-------|--------------------|-----------------------|--------------------------|
| 1999 | December | 1,295,000.00 | 13,079.50 | 5,675.99 |
| | January | 1,281,920.50 | 12,947.40 | 5,618.66 |
| | February | 1,268,973.10 | 12,816.63 | 5,561.91 |
| | March | 2,020,468.47 | 20,406.73 | 8,855.71 |
| | April | 2,000,061.74 | 20,200.62 | 8,766.27 |
| 2000 | May | 1,979,861.12 | 19,996.60 | 8,677.73 |
| | June | 1,959,864.52 | 19,794.63 | 8,590.09 |
| | July | 1,940,069.89 | 19,594.71 | 8,503.33 |
| | August | 1,920,475.18 | 19,396.80 | 8,417.44 |
| | September | 1,901,078.38 | 19,200.89 | 8,332.43 |
| | October | 1,881,877.49 | 19,006.96 | 8,248.27 |
| | November | 1,862,870.53 | 18,814.99 | 8,164.96 |
| | December | 1,844,055.54 | 18,624.96 | 8,082.50 |
| 2001 | January | 1,825,430.58 | 18,436.85 | 8,000.86 |
| | February | 1,806,993.73 | 18,250.64 | 7,920.05 |
| | March | 1,788,743.09 | 18,066.31 | 7,840.06 |
| | April | 1,770,676.78 | 17,883.84 | 7,760.88 |

Source - Airliner Price Guide Spring/Summer 2000 and 2001.
Published T-Bill rates from the U.S. Treasury departrment.

| | Purchase Date | Purchase Cost |
|----|---------------|---------------|
| Aircraft - N404GJ | 21-Dec-99 | $1,295,000 |
| - N16EN | 30-Mar-00 | 764,312 |

(B) - Other monthly fixed cost:

| | Annual | Mtly |
|----|--------|------|
| Expanded facilities | $30,000.00 | $2,500.00 |
| Crew & maintenance | 52,188.96 | 4,349.08 |
| Additional insurance | 54,912.00 | 4,576.00 |

| | | |
|----|----|----|
| **CGM** | Monthly total | $11,425.08 |

**Accounting Associates, Inc.**

EXHIBIT A

## ANTHONY M. CICCODICOLA, CPA, CFE, CVA, FCPA

### CGM ACCOUNTING ASSOCIATES

### EXPERIENCE MEASURING DAMAGES

Since 1981, Mr. Ciccodicola's professional career has been primarily devoted to the evaluation of damages in a wide range of cases relating to litigation and/or insurance claims. In 1996, Mr. Ciccodicola along with two other partners established the current firm.

Services performed for clients include:

- Analyses and calculations of business interruption losses, including lost earnings and extra expenses,
- Calculations of stock losses from books and records,
- Determination of insurable values of assets at risk, both pre-loss and post loss,
- Various types of construction claims,
- Calculations of replacement costs and actual cash values of assets damaged or destroyed,
- Wrongful death/future earnings calculations,
- Third party liability claims,
- Review of Self-Insured Retention claims,
- Services as expert witness and/or assisting attorneys in examinations of accounting matters in legal proceedings.

Experience has been gained in providing the above services for manufacturing, mercantile, service and utility risks.

### OTHER PROFESSIONAL EXPERIENCE

Prior to 1996, Mr. Ciccodicola gained broad accounting and operational experience with Campos & Stratis, Price Waterhouse, CIT Group, Henien, Critelli & Co., and Kinsel Accountancy Corp.

### PROFESSIONAL AND INSURANCE ASSOCIATIONS

Mr. Ciccodicola is a member of the American Institute of Certified Public Accountants, New Jersey Society of Certified Public Accountants, Pennsylvania Society of Certified Public Accountants, National Association of Certified Fraud Examiners, National Association of Certified Valuation Analysts, National Association of Forensic Economics and Forensic Certified Public Accountants.

### EDUCATION

Mr. Ciccodicola graduated from Rutgers University in 1981 with a Bachelor of Science degree in Accounting. In addition, Mr. Ciccodicola is taking approximately 20 credit-hours per year of continuing professional education. Finally, Mr. Ciccodicola became a CPA in 1983, CFE in 1995, CVA in 2002 and FCPA in 2005.

*CGM*
Accounting Associates, Inc.

Exhibit B

| Name of Matter | Court | Location |
|---|---|---|
| American Clothing Company vs GRE Insurance Corp. | NY Supreme Court | New York, NY |
| American Medical Systems/Pfizer, Inc. vs National Union | US District Court | New Orleans, LA |
| Amerimed Physician Healthcare v Fernandez-Coz and Stella | NJ Superior Court | County of Hudson, NJ |
| Aon Corporation et al vs. Iron Mountain, Inc. et al | Superior Court of NJ | Middlesex County |
| Besler v Thomas Young, Paris Eliades & Every Fan-tasy | Superior Court of NJ | Mercer County |
| BVE Productions, Inc. v SAAR Co., LLC | Superior Court of NY | County of New York |
| Byrd et al v Hogg Robinson of Pennsylvania | Court of Common Pleas | Philadelphia, PA |
| Cassie Cotillion, Inc. v Omni Services | No. Carolina Superior Court | Stanly County, No Carolina |
| Charles C. Girone v. Brian Barrett t/a Brian's Custom Carpentry | Court of Common Appeals | Bucks County, PA |
| Christopher Myers v The Library | NJ Superior Court | County of Bergen, NJ |
| DiMare Enterprises, Inc., et al v. Imperial Irrigation District; Cooper Industries, Inc. | Superior Court of California | Riverside Court |
| Fabrite Laminating Corporation v Precision Custom Coating, LLC et al | NJ Superior Court | County of Bergen, NJ |
| Felix and  Virginminia Rodriguez v. Essex Insurance Company | US District Court | The District Court of NJ |
| James Giller vs. Daniel & Patricia Gittleman Hewlett-Packard Co. | US District Court | The District Court of NJ |
| Harvey Bernard vs F & G Mechanical | NJ Superior Court | County of Hudson, NJ |
| Hoosier Energy Rural Electric Cooperative, Inc v JWP Zack, Inc. | Indiana Superior Court | County of Knox, Indiana |
| Jose Rua v Ryder | NY Supreme Court | Westchester, NY |
| Lomac, LLC v Dow Agrosciences, LLC | Michigan Circuit Court | County of Muskegon |
| Lowenstein v Mark & Claire Keane and CAM Electric | Superior Court of NJ | Hackensack, NJ |
| M/C Communications, LLC | US District Court | District of MA |
| Morgan Brothers Builders, Inc., Tigh Holdings, Inc. & Michael Morgan | US District Court | Eastern District of PA |
| National Union Fire Ins. Co. v L E Myers | US District Court | Southern District of NY |
| New York Steakhouse and Pub III, dba Metro Lounge v Tropical Event Equipment | Superior Court of NJ | Bergen County |
| Newell Rubbermaid vs Efficient Solutions | Supreme Court | St. Francis County, Il |
| Pulse Software, LLC v NCMIC Insurance Company | US District Court | District of New Jersey |
| Scott Hall & Lora Hall vs. Michael Bello Insurance et al | Superior Court of NJ | Morris County |
| Seneca Ins. Co. vs Visioneering | US District Court | Eastern District of Michigan |
| S/I Bellevue Investments, LLC v. Eaton Corporation | US District Court | Western District of Washington |
| Simplexdiam, Inc. vs Lloyd's of London et al | NY Supreme Court | New York, NY |
| Stadtmuller v Cohens, et al | Superior Court of NJ | Middlesex County, NJ |
| Star Enterprises v Fisher | US District Court | Jefferson Parrish, LA |
| Synnex Corporation v ADT Security Services, Inc. et al | NJ Superior Court | Camden County, NJ |
| Sys-Con Events, Inc. v Commerce & Industry Ins. Co., Inc. | NY Supreme Court | County of New York |
| Transtate Insurance Company v L & L Trading | NY Supreme Court | County of Nassau, NY |
| US Catholic Conference v Mafucci Dev. Corp. | NJ Superior Court | County of Somerset, NJ |
| Verizon Maryland Inc. v. Baltimore City Mayor & City Council & Trigen- Baltimore Energy Corp | Circuit City | Baltimore City, Maryland |
| Watkins v Beltz | US District Court | Middle District of PA |
| Zetlan et al vs Columbia/JFK Medical Center | Division of Administrative Hearings | State Court of Florida |

Note:  This list represents litigation cases that Anthony Ciccodicola has testified in at trial and during depositions.

# CGM
## Accounting Associates, Inc.