**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **EXECUTIVE AIRLINES,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 3:02cv194(WWE)** |
| | : | |
| **ELECTRIC BOAT CORP.,** | : | |
| **Defendant.** | : | |

**<u>ORDER</u>**

In accordance with this Court's statement on the record on August 15, 2006, the Court will assess sanctions against plaintiff, consisting of defendant's expense relevant to the possible addition of a second expert witness by plaintiff.  Such assessment will be made at the close of the trial.


_____/s/_____
Warren W. Eginton
Senior U.S. District Judge

Dated this 17th day of August, 2006 at Bridgeport, Connecticut.