UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (WWE) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | |
| Defendant. | : | SEPTEMBER 1, 2006 |
| | : | |

**PROPOSED SCHEDULING ORDER**

Pursuant to the Court's August 15, 2006 Order, the plaintiff Executive Airlines and Defendant Electric Boat Corporation jointly submit the following Proposed Scheduling Order in the above-captioned matter:

1. Defendant is to have completed the deposition of Plaintiff's expert witness Anthony Ciccidicola by **January 1, 2007**.

2. Defendant is to provide Plaintiff with revised expert disclosure compliant with Rule 26 of the Federal Rules of Civil Procedure by **February 1, 2007**.

3. Plaintiff is to have completed the deposition of Defendant's expert witness by **March 1, 2007**.

4. The Court will conduct a hearing on any pending motions to preclude the testimony of the parties' expert witnesses on **April 16, 2007**.

5. The parties shall exchange and file with the Court, **in duplicate**, Trial Memoranda on **May 15, 2007**. The Trial Memoranda shall contain the following information:

    a. Brief Summary of the Case;

    b. Proposed Voir Dire;

    c. List of Witnesses;

    d. List of Exhibits;

    e. Deposition Designations and Cross-Designations;

    f.  Proposed Jury Instructions and Interrogatories for Special Verdict Forms (with Word Perfect 10 disk).

6. The parties shall exchange and file with the Court all Motions in Limine on **May 15, 2007**.

7. This matter will begin jury selection/trial on **June 4, 2007**.

So Ordered this _____ day of September, 2006 in Bridgeport, Connecticut.

_____
Warren W. Eginton
Senior United States District Judge

         Respectfully Submitted,

         PLAINTIFF, EXECUTIVE AIRLINES

        By /s/ Daniel F. Hayes_____
         Daniel F. Hayes
         Biedermann, Hoenig & Ruff
         805 Third Avenue
         New York, NY 10017

         - and -

        DEFENDANT ELECTRIC BOAT CORPORATION

        By  /s/ Amy T. Maas_____
         Paul D. Williams (ct05244)
         Amy T. Maas (ct25561)
         Day, Berry & Howard LLP
         CityPlace I
         Hartford, Connecticut 06103-3499
         Tel. (860) 275-0100
         Fax. (860) 275-0343
         E-mail: pdwilliams@dbh.com
           atmaas@dbh.com

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Leonard Feigenbaum, Esq.<br>1670 Old County Road<br>Suite 224<br>Plainview, NY  11803 | Daniel F. Hayes<br>Biedermann, Hoenig & Ruff<br>805 Third Avenue<br>New York, NY 10017 |

                                                        /s/ Amy T. Maas