# EXHIBIT A

**DEFENDANT'S PROPOSED TRIAL EXHIBITS**
*Executive Airlines v. Electric Boat Corporation*
Docket No. 3:02 CV 194 (WWE)

| Exhibit No. | Deposition/Trial Exhibit. No. | Bates No. | Description |
|---|---|---|---|
| 500. | Peragine Ex. 7 | -- | February 9, 2000 purchase order, number SNL022-096 |
| 501. | Pls. Ex. 4 | -- | March 14, 2000 purchase order number SNL022-096, along with Purchase Order Supp. No. 1 |
| 502. | Peragine Ex. 3 | -- | June 7, 2000 Letter from D. Stillman to M. Peragine Regarding Termination of Purchase Order SNL022-096 |
| 503. | Leeds Ex. 2B | -- | Handwritten Notes Regarding Executive Airlines' Per-Flight Profit Under the Charter Agreement |
| 504A. | EA 30(b)(6) Ex. 6 | -- | August 30, 2002 Confidential Settlement Agreement and Mutual Release *(Original)* |
| 504B. | EA 30(b)(6) Ex. 6 | -- | August 30, 2002 Confidential Settlement Agreement and Mutual Release *(Redacted)* |
| 505. | Peragine Ex. 2 | EB000052 | May 24, 2000 Letter from R. Kiely to M. Peragine Regarding Suspension of Purchase Order SNL022-096 |
| 506. | EA 30(b)(6) Ex. 8 | -- | Millennium Aviation Services, Inc. 2000 Tax Return |
| 507. | EA 30(b)(6) Ex. 10 | EXECAIR 00021764-21768 | Snap-Shot of Aircraft Value and Operating Losses, March 31, 2001 and April 30, 2002 |

| | | | |
|---|---|---|---|
| 508A. | EA 30(b)(6) Ex. 11 | -- | Executive Airlines Response to Electric Boat's First Set of Interrogatories, dated November 6, 2002 *(Original)* |
| 508B. | EA 30(b)(6) Ex. 11 | -- | Executive Airlines Response to Electric Boat's First Set of Interrogatories, dated November 6, 2002 *(Redacted)* |
| 509. | EA 30(b)(6) Ex. 12 | EXECAIR 00021351-21363 | Aircraft Sales Agreement for Jetstream 3100 N404GJ, dated December 21, 1999 |
| 510. | EA 30(b)(6) Ex. 13 | EXECAIR 00021364-21368 | Aircraft Sales Agreement for Jetstream 3100 N404GJ, dated October 1, 2003 |
| 511. | EA 30(b)(6) Ex. 14 | -- | Aircraft Sales Agreement for Jetstream 3101 N16EN, dated March 30, 2000 |
| 512. | EA 30(b)(6) Ex. 15 | EXECAIR 00021369-21376 | Aircraft Sales Agreement for Jetstream 3101 N16EN, dated August 11, 2003 |
| 513. | EA 30(b)(6) Ex. 17 | EXECAIR 00002346 | Employment Agreement for N. Ridout, dated November 12, 2000 |
| 514. | EA 30(b)(6) Ex. 23 | EXECAIR 00027446-27463 | February 21, 2000 Lease Agreement Between East Coast Aviation and Million Air |
| 515. | EA 30(b)(6) Ex. 24 | -- | April 1, 2000-April 1, 2001 Aircraft Insurance Policy |
| 516. | EA 30(b)(6) Ex. 26 | EXECAIR 00014918-14919 | Boston Main Invoice, Trip Date April 17, 2000 |
| 517. | EA 30(b)(6) Ex. 28 | EXECAIR 00014908-14909 | Boston Main Invoice, Trip Date April 19, 2000 |
| 518. | EA 30(b)(6) Ex. 29 | EXECAIR 00014914-14915 | Boston Main Invoice, Trip Date April 24, 2000 |
| 519. | EA 30(b)(6) Ex. 30 | EXECAIR 00014912-14913 | Boston Main Invoice, Trip Date April 26, 2000 |

| 520. | EA 30(b)(6) Ex. 31 | EXECAIR 00014904-14905 | Boston Main Invoice, Trip Date May 1, 2000 |
|---|---|---|---|
| 521. | EA 30(b)(6) Ex. 32 | EXECAIR 00014910-14911 | Boston Main Invoice, Trip Date May 8, 2000 |
| 522. | EA 30(b)(6) Ex. 33 | EXECAIR 00014916-14917 | Boston Main Invoice, Trip Date May 10, 2000 |
| 523. | Ciccodicola Schedule 7 of Ex. 1 | -- | Schedule 7 to Exhibit 1 of the Expert Report of Anthony Ciccodicola, entitled "Summary of Invoice Billings" |
| 524A. | Ciccodicola Ex. 7 | -- | Executive Airlines v. Electric Boat Corporation, Docket No. 3:02cv194 (WWE), Special Verdict Form *(Original)* |
| 524B. | Ciccodicola Ex. 7 | -- | Executive Airlines v. Electric Boat Corporation, Docket No. 3:02cv194 (WWE), Special Verdict Form *(Redacted)* |
| 525. | -- | EXECAIR 00001207-1208 | Executive Airlines' Overhead Expense Analysis January-June 2000 |
| 526. | -- | EXECAIR 00021265-21266 | Executive Airlines' Overhead Expense Analysis July-December 2000 |
| 527. | -- | EXECAIR 00001205 | November 30, 2000 Letter from M. Peragine to D. Carney, New York State Department of Tax |
| 528. | -- | EXECAIR 00001299 | December 3, 2001 Letter to the New York State Tax Department, Bureau of Conciliation & Mediation Services |
| 529. | -- | EXECAIR 00000294 | May 24, 2001 Letter from J. Ahlfeld to the Internal Revenue Service |
| 530. | -- | -- | Chart Prepared by G. Kosicki, entitled "Direct Method: Profits on Subcontracted Flights Prior to Early Termination" |
| 531. | -- | -- | Charts Prepared by G. Kosicki: Alternative Method Steps 1– 3 |

-3-

| | | | |
|---|---|---|---|
| 532. | -- | -- | Ex. 5 to the Expert Report of George Kosicki, PhD, dated July 17, 2006, entitled "Distribution of Airline Profit Margins" |
| 533. | -- | -- | Ex. 1 to the Expert Report of George Kosicki, PhD, dated July 17, 2006, entitled "Monthly Rental Costs for Jetstream Aircraft" |
| 534. | -- | -- | Ex. 2 to the Expert Report of George Kosicki, PhD, dated July 17, 2006, entitled "Plaintiff Estimates of Costs Associated with EB Contract" |
| 535. | -- | -- | Ex. 3 to the Expert Report of George Kosicki, PhD, dated July 17, 2006, entitled "Damages from Early Termination of EB Contract" |
| 536. | -- | -- | Ex. 4 to the Expert Report of George Kosicki, PhD, dated July 17, 2006, "Table Prepared by G. Kosicki: Operating Profit Margins by Airline" |