# EXHBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 3:02cv194 (WWE) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | |
| Defendant. | : | APRIL 24, 2007 |

## DEFENDANT'S PROPOSED SPECIAL VERDICT (INTERROGATORIES)

1. Do you find that the plaintiff, Millennium Aviation Services, Inc. d/b/a Executive Airlines, has proven by a fair preponderance of the evidence, the amount of its lost profits in connection with Electric Boat's termination of the Charter Agreement to a reasonable degree of certainty?

    _____ Yes            _____ No

    **If your answer to Question # 1 is "No," please proceed to the bottom of the form and sign and date it.**

2. If your answer to Question #1 is "Yes," what is the amount of the lost profits that plaintiff, Millennium Aviation Services, Inc. d/b/a Executive Airlines suffered in connection with Electric Boat's termination of the Charter Agreement?

    $_____

3. Do you find that Millennium Aviation Services, Inc. d/b/a Executive Airlines failed to avoid or mitigate its losses in connection with Electric Boat's valid termination of the Charter Agreement?

    _____ Yes            _____ No

    **If your answer to Question # 3 is "No," please proceed to the bottom of the form and sign and date it.**

4. If your answer to Question # 3 is "Yes," do you find that Electric Boat has proven, by a fair preponderance of the evidence, the amount of losses that Millennium Aviation Services, Inc. d/b/a Executive Airlines failed to avoid or mitigate with reasonable certainty?

   _____ Yes          _____ No

5. If your answer to Question # 4 is "Yes," what is the amount of the losses that Millennium Aviation Services, Inc. d/b/a Executive Airlines failed to avoid or mitigate in connection with Electric Boat's termination of the Charter Agreement?

   $_____

6. Subtract the answer to Question # 5 from the answer to Question # 2 to determine Millennium Aviation Services, Inc. d/b/a Executive Airlines' lost profit damages:

   $_____ - $_____ = $_____

_____                              _____
DATE                                               FOREPERSON