# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EXECUTIVE AIRLINES,  :  CIVIL ACTION NO. 3:02cv194 (WWE)
           Plaintiff,  :
v.  :
ELECTRIC BOAT CORPORATION,  :
           Defendant.  :

## SPECIAL VERDICT (INTERROGATORIES)

1. Did Electric Boat terminate the contract with Executive Airlines in accordance with paragraph 2 (A) of Supplement Number 1?

    __X__ Yes         _____ No

If you answered "yes" to the above question, please answer the next question. If you answered "no," please skip to question 5.

2. Do you find that paragraph 14 of the Terms and Conditions governs the termination pursuant to paragraph 2 (A) of Supplement Number 1?

    _____ Yes         __X__ No

If you answered "yes" to the above question, please answer the next question. If you answered "no," please answer question 4.

3. What is the amount of damages that Executive Airlines is entitled to receive pursuant to paragraph 14 of the Terms and Conditions?

    $_____



DEFENDANT'S EXHIBIT
7-Ciccadicola
10-14-06    40

-2-

4. What is the amount of damages that Executive Airlines is entitled to receive in light of the termination pursuant to paragraph 2 (A) of Supplement Number 1?

$ __472,368.00__

**Please answer these questions only if you answered "no" to question 1.**

5. Do you find that Electric Boat has proven by a preponderance of the evidence that it terminated the contract due to Executive Airlines' default pursuant to paragraph 2 (B) of Supplement Number 1 as specified by paragraph 12 (a) of the Terms and Conditions.

   _____ Yes          _____ No

**If you answered "yes" to above question, please answer the following question. If you answered "no," your deliberations are at an end. The foreperson should sign and date the special verdict form.**

6. Do you find that Electric Boat has proven by a preponderance of the evidence that it was justified in terminating the contract for default pursuant to paragraph 2 (B) of Supplement Number 1 as specified by paragraph 12 (a) of the Terms and Conditions.

   _____ Yes          _____ No

**If you answered "yes" to above question, please answer the following question. If you answered "no," your deliberations are at an end. The foreperson should sign and date the special verdict form.**

7. Do you find that Electric Boat has proven by a preponderance of the evidence that it satisfied the conditions for terminating the contract pursuant to paragraph 2 (B) of Supplement Number 1 as specified by paragraph 12 (a) of the Terms and Conditions.

   _____ Yes          _____ No

_[signature]_                          FEB 17, 2006
FOREPERSON                             DATE