# EXHIBIT D



1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
EXECUTIVE AIRLINES, INC.,      .   Case No. 3:02-CV-00194
                               .     (WWE)
          Plaintiff,           .
                               .   Bridgeport, Connecticut
     v.                        .   February 16, 2006
                               .
GENERAL DYNAMICS               .
                               .
COMPANY, ET AL.,               .
                               .
          Defendants.          .
. . . . . . . . . . . . .
```

CONTINUED JURY TRIAL
BEFORE THE HONORABLE WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      Law Offices
                        By:  I. LEONARD FEIGENBAUM, ESQ.
                        1670 Old County Road, Ste. 224
                        Plainview, NY 11803

                        Biedermann, Hoenig & Ruff, P.C.
                        By:  DANIEL F. HAYES, ESQ.
                        805 3rd Avenue, 18th Floor
                        New York, NY 10017

For the Defendant:      Day, Berry & Howard
                        By:  PAUL D. WILLIAMS, ESQ.
                             MICHELLE I. TURNER, ESQ.
                        CityPlace I
                        185 Asylum Street
                        Hartford, CT 06103

Electronic Court
Recorder Operator:      MS. JUDITH FAZEKAS
                        MS. SANDY BALDWIN

Proceedings recorded by electronic sound recording.
Transcript prepared by transcription service.



BOWLES REPORTING SERVICE
P.O. BOX 607
GALES FERRY, CONNECTICUT 06335
(860) 464-1083

1   credible, meets the particular standard you are
2   examining.
3         That's how you go through that whole process
4   I just went through with you, on how you judge the
5   credibility, relevance of evidence, and the weight
6   you're going to give it.
7         Now I'm going to instruct you on the law of
8   contracts. This is a breach of contract claim.
9         I instruct you that Electric Boat had the
10  right to terminate the contract, either as set forth by
11  the provisions of paragraph 2.a. of Supplement Number 1
12  contained in the March purchase order, which is Exhibit
13  4, and those conditions are set forth -- paragraph 2.a.
14  is set forth at page 6, or for default by the seller is
15  set forth in the provisions of paragraph 2.b. of said
16  Supplement Number 1, as specified by paragraph 2 --
17  12.a. of the Terms and Conditions, which is Exhibit 5.
18        So you have -- 2.b. is in Exhibit 4, at page
19  6, and paragraph 12.a. of the Terms and Conditions is
20  contained in page 5.
21        Executive Airlines claims that Electric Boat
22  breached the contract by failing to pay it damages, due
23  as a result of termination. Electric Boat asserts, as
24  defense to the contract claim, that Executive Airlines
25  defaulted on its contractual obligations owed to

```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

EXECUTIVE AIRLINES, INC.,      .  Case No. 3:02-CV-00194
                               .  (WWE)
              Plaintiff,       .
                               .  Bridgeport, Connecticut
     v.                        .  February 17, 2006
                               .
GENERAL DYNAMICS               .
                               .
COMPANY, ET AL.,               .
                               .
              Defendants.      .
. . . . . . . . . . . . . . . .

                    CONTINUED JURY TRIAL
          BEFORE THE HONORABLE WARREN W. EGINTON
            SENIOR UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      Law Offices
                        By:  I. LEONARD FEIGENBAUM, ESQ.
                        1670 Old County Road, Ste. 224
                        Plainview, NY 11803

                        Biedermann, Hoenig & Ruff, P.C.
                        By:  DANIEL F. HAYES, ESQ.
                        805 3rd Avenue, 18th Floor
                        New York, NY 10017

For the Defendant:      Day, Berry & Howard
                        By:  PAUL D. WILLIAMS, ESQ.
                             MICHELLE I. TURNER, ESQ.
                        CityPlace I
                        185 Asylum Street
                        Hartford, CT 06103

Electronic Court
Recorder Operator:      MS. SANDY BALDWIN


Proceedings recorded by electronic sound recording.
Transcript prepared by transcription service.
```

BOWLES REPORTING SERVICE
P.O. BOX 607
GALES FERRY, CONNECTICUT 06335
(860) 464-1083

```
 1          (Proceedings commenced at 1:16 p.m.)
 2              THE COURT:  You want to mark that as a court
 3    exhibit because --
 4              THE CLERK:  Yes, I did.
 5              I put it right in front of you.
 6              THE COURT:  Okay.
 7              THE CLERK:  Right there.
 8              THE COURT:  All right.
 9              I think the attorneys have seen copies of
10    this?
11              COUNSEL:  Yes, Your Honor.
12              THE COURT:  My response to it would be, no,
13    they don't award the interest.  If interest's
14    appropriate, it's awarded by the Court.
15              Any exceptions to that?
16              MR. FEIGENBAUM:  No, Your Honor.
17              MR. WILLIAMS:  No, Your Honor.
18              THE COURT:  Okay.  Bring them in.  Thanks,
19    Larry.
20         (Pause.)
21         (Jury in at 1:18 p.m.)
22              THE COURT:  Okay.  Grab seats.
23              I've never enjoyed one of the government's
24    catered luncheons, but I see you all walked in
25    energetically, so obviously, you survived.  So,
```