# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------x

EXECUTIVE AIRLINES,

        Plaintiff,

vs.                          Civil Action No.
                             3:02-CV-194(WWE)
ELECTRIC BOAT CORPORATION,

        Defendant.

------------------------------------------------x

        One Canterbury Green
        Stamford, Connecticut

        June 15, 2006
        10:10 a.m.

    EXAMINATION BEFORE TRIAL of an

Expert Witness, Diane S. Steiner, CPA,

taken before Cheryll Kerr, a Notary Public

within and for the State of Connecticut,

and a Licensed Shorthand Reporter.

6/15/2006                                                                 Diane Steiner

Page 126

```
 1   BY MR. WILLIAMS:
 2        Q.   Did you say in the contract that there is
 3   a provision for minimum of fifteen round trips per
 4   month?
 5        A.   That's correct.
 6        Q.   And what information do you have
 7   concerning -- well, withdrawn.
 8             In your calculation, am I correct that you did
 9   not use that number?
10        A.   No, that's correct.
11        Q.   And why didn't you use that number?
12        A.   Because I believe the immediate past
13   history -- past history is the prediction of future
14   events.
15        Q.   Immediate past history?
16        A.   Especially immediate past history.
17        Q.   And is there -- is there any text or
18   publication to which you can refer me to that would
19   support your contention?
20        A.   No.
21        Q.   Are you an expert on usage rates in -- in
22   corporate charter contracts?
23             MR. HAYES:  Objection to the form of
24        the question.  You can answer.
25             THE WITNESS:  No.
```