Case 3:02-cv-00194-WWE     Document 222-9     Filed 05/01/2007     Page 1 of 12

# EXHIBIT G



Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO. 02-CV-194(WEE)

------------------------------------

EXECUTIVE AIRLINES,

    Plaintiff

-against-

ELECTRIC BOAT CORPORATION,

    Defendants

------------------------------------

DEPOSITION OF: Anthony Ciccodicola
DATE: December 14, 2006
HELD AT: Day Pitney LLP
         One Canterbury Green
         Stamford, Connecticut 06901

REPORTER: JESSICA NOBLE, LSR # 402
BRANDON SMITH REPORTING SERVICE
44 CAPITOL AVENUE
HARTFORD, CONNECTICUT 06106
(860) 549-1850

Page 207

COPY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
CV 02-CV-194(WEE)
------------------------------------x

EXECUTIVE AIRLINES,

    Plaintiff,

    VS.

ELECTRIC BOAT CORPORATION,

    Defendant.

------------------------------------x


D E P O S I T I O N


    The CONTINUED DEPOSITION of
ANTHONY CICCODICOLA, taken on behalf of the
Defendant in the hereinbefore entitled action,
before Francine Garb, a Certified Shorthand
Reporter and Notary Public within and for the
State of Connecticut, commencing at 10:00 a.m.,
on February 20, 2007, at the offices of
Day Pitney, LLP, One Canterbury Green, Stamford,
Connecticut 06103.

Executive Airlines v. Electic Boat
12/14/2006                                                Anthony Ciccodicola

Page 114

1  nothing happens to it. I consider it's ready to fly.
2      Q    You didn't look at the actual maintenance
3  records themselves though, did you?
4      A    No.
5      Q    Now, in terms of coming up with the number of
6  30 flights per month, did you go back and look at
7  what's been marked Exhibit 2 to Mr. Perugini's 30(b)6
8  deposition?
9      A    Did I look at this? Yes.
10     Q    If we turn to numbered page two, the bottom
11 of the page, under "itinerary," it says, "Approximately
12 four round trips per week for a minimum of 15 round
13 trips per month using any trip combination." Do you
14 see that?
15     A    Yes.
16     Q    What do you understand that to mean?
17     A    Minimum is 15 round trips per month.
18     Q    So, you understand that this contract
19 required Electric Boat to purchase a minimum of 15
20 round trips per month?
21     A    A minimum, yes.
22     Q    So, why, then, did you use the number of 30?
23     A    Because that's what they were purchasing.
24 That's the actual what they purchased the first month
25 of this contract, and the contract amount is a million

```
 1  five, which is a lot more than 15 flights a month.
 2       Q    If Electric Boat had purchased 15 flights per
 3  month from Executive Airlines, would Electric Boat have
 4  been in violation or breached this contract in your
 5  view?
 6            MR. HAYES:  Object to the form of the
 7  question.
 8            THE WITNESS:  I guess if they met with
 9  all the other conditions -- they're only obligated to
10  purchase 15, I guess, maximum of 15 -- minimum of 15.
11  BY MR. ROTONDO:
12       Q    So, you read this contract to say that
13  Electric Boat was required to purchase a minimum of 15
14  round trips per month; right?
15       A    Yes.
16       Q    So, then, I don't understand if Electric Boat
17  only had an obligation to purchase 15 round trips per
18  month why you then used 30 round trips per month in
19  your calculations.
20       A    Because that's what they were actually doing.
21  They were actually purchasing 30.  Even though the
22  contract said they had a minimum of 15, what they
23  actually were doing was purchasing 30.  The contract is
24  set for a million five.  If you take the million five
25  and divide by the cost per trip, you're coming up with
```

Page 122

1   Q    And, then schedule five is entitled
2   "Three-Plane Analysis." Do you see that?
3   A    Yes.
4   Q    What does that mean?
5   A    We looked at those three planes.
6   Q    The three planes you looked at were the
7   N16EJ, the N16EX, and the N404GJ?
8   A    Yes.
9   Q    Why did you limit the time period to January
10  through October of 2000?
11  A    Because that was -- the records in the actual
12  source documents in Long Island stopped sometime around
13  October of 2000. We couldn't account for all of their
14  records in November and December. All of the source
15  documents in the helm out in Long Island.
16  Q    Just so I'm clear, were you able to find any
17  source documents for N16EJ, N16EX, and N404JG for the
18  period of November 2000 through April of 2001?
19  A    Yes. We found some, but we couldn't account
20  for all of them, for all the charges on the general
21  ledger.
22  Q    Why did you not include N16EN in this
23  analysis?
24  A    I think EN was the new aircraft. That was
25  the new one; right?

Page 149

1  go back to the general ledger to see.

2      Q    You would agree with me that annual premium
3  payments are not -- strike that.

4           You would agree with me that N16EN is not
5  reflected on Exhibit 24; right?

6      A    Yes.  It does not appear to be included in
7  the descriptions of aircraft on item No. 4.

8      Q    Did your insurance calculation here for
9  annual premiums include the premiums that were paid on
10 EX, N16EX?

11     A    Is that the aircraft that was -- are you
12 talking about EJ?

13     Q    I'm not talking -- Mr. Hayes clarified for us
14 that N16EJ was the one that crashed.

15     A    Yes.

16     Q    So, I'm not talking about that one.  I'm
17 talking about N16EX.

18     A    Okay.  Is it included in this?

19     Q    Number, additional insurance.

20     A    It might be, if the insurance went up
21 post-crash.

22     Q    Didn't you tell me a little while ago that
23 this number, 54,912, represented the additional
24 insurance cost incurred as a result of the purchase of
25 N404GJ and N16EN?

1  A   No. What I said was that this represents the
2  additional insurance cost, and we attributed 100
3  percent of it to those two aircraft, the same as we
4  attributed the 100 percent of the increase in the space
5  to the two aircraft.
6  Q   When you say "additional insurance costs,"
7  what are you talking about?
8  A   Well, if we look at the insurance cost pre-
9  and post-event, if the insurance costs are higher or if
10 the space costs are higher, we're saying that 100
11 percent of that increased cost, that increased fixed
12 cost, is attributable to these two aircraft to operate
13 the Electric Boat, because for conservative purposes,
14 it can't be less than that -- I mean it can't be more
15 than that. It could be less. So, our calculation
16 could be slightly off, but if we're off, we're off in
17 favor of Electric Boat.
18 Q   Let me put it this way: In terms of fixed
19 insurance costs, wouldn't Executive Airlines, if it
20 were paying insurance premiums, have to continue paying
21 insurance premiums for N16EX?
22 A   Even though the aircraft is --
23         MR. HAYES: Objection to the form of the
24 question.
25         THE WITNESS: Even though the aircraft

1                ANTHONY CICCODICOLA
2     A    I'm the one who put this binder
3 together.
4     Q    You have reviewed all of these
5 documents?
6     A    Yes, I looked at them.
7     Q    Exhibit 10, can you tell us what Exhibit
8 10 is?
9     A    It's a black binder containing what
10 appears to be flight log aircraft information.
11    Q    How did you use that information in
12 connection with developing your opinions in this
13 case?
14    A    Well, I would have used it for
15 calculating flight hours in determining the
16 average maintenance costs per flight hour and
17 other variable costs for flight hour.
18    Q    Now, in connection with the work that
19 you did in this case, you reviewed the report of
20 another accountant by the name of Steiner; is that
21 correct?
22    A    I have looked at her report.
23    Q    What is your opinion as to her
24 methodology?
25    A    If I remember correctly, her methodology

1              ANTHONY CICCODICOLA
2 was basically net profit plus fixed cost analysis.
3      Q      Essentially the same as yours; is that
4 correct?
5      A      I guess it would be the same as my first
6 analysis, not my last analysis.
7      Q      Your last analysis was different -- let
8 me put it this way:  In your July 12 report, that
9 was your first analysis, July 12, 2006?
10     A      Correct.
11     Q      And your last analysis was your April 7,
12 2006 report?
13            MR. HAYES:  You misspoke.  August 7th.
14            MR. ROTONDO:  Thank you.
15     Q      Your first analysis was set forth in
16 your July 12, 2006 report, correct?
17     A      Yes.
18     Q      And your last analysis was set forth in
19 your August 7, 2006 report, correct?
20     A      Yes.
21     Q      And the final number that you reached in
22 both of those reports was exactly the same, wasn't
23 it?
24     A      That is correct.
25     Q      How was your last report different from

Executive Airlines v. Electric Boat Corp.
2/20/2007                                    Anthony Ciccodicola

Page 277

1         ANTHONY CICCODICOLA
2    asset can, as an accounting method,
3    depreciate that asset?"
4         MR. HAYES:  Note my objection.
5    A    I'm not sure if I did or I didn't.  I
6 would have to go back and look at a document.
7    Q    What document?
8    A    I would like to look at the tax return
9 for Executive Airlines for 2000.
10   Q    Have you seen that?
11   A    I believe I have.
12   Q    Why would looking at the tax return of
13 Executive Airlines tell you whether it was
14 appropriate as an accounting principle to deduct
15 depreciation if you did not own an asset?
16   A    Well, I would like to go back and see if
17 there is depreciation on that tax return.
18   Q    I take it sometimes accountants make
19 mistakes when they do tax returns, sometimes they
20 take deductions that end up not being correct?
21   A    I would say accountants make mistakes.
22   Q    In connection with your work in this
23 case, would it be fair to say that you haven't
24 done any investigation in terms of general
25 accounting principles to determine whether it's

Case 3:02-cv-00194-WWE    Document 222-9    Filed 05/01/2007    Page 12 of 12

2/20/2007                   Executive Airlines v. Electric Boat Corp.
                                                    Anthony Ciccodicol    2/20

Page 276

1              ANTHONY CICCODICOLA
2  know one way or the other whether a person who has
3  possession, custody and control of an asset, but
4  doesn't own it, can depreciate the asset?
5          MR. HAYES:  I object to the form of the
6      question.
7      A   Yes.  But if that person takes the
8  depreciation, I would say the owner cannot,
9  because they would be taking depreciation on the
10 same asset.
11     Q   In connection with your work on this
12 case, have you investigated the accounting issue
13 of whether a person who has care, custody and
14 control of an asset can, as an accounting method,
15 depreciate that asset?
16         MR. HAYES:  Objection to the form of the
17     question.
18     A   Can you repeat that question for me.
19         MR. ROTONDO:  If you can read it back,
20     please.
21         (The reporter read back as follows:
22         "QUESTION:  In connection with your work
23         on this case, have you investigated the
24         accounting issue of whether a person who
25         has care, custody and control of an