# EXHIBIT H

COPY                                                          Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
-------------------------------------------x

EXECUTIVE AIRLINES,

       Plaintiff,

  -against-
                        CIVIL ACTION NO.
ELECTRIC BOAT CORP.,      02-CV-194(WEE)

       Defendants.

-------------------------------------------x


          One Canterbury Green
          Stamford, CT

          December 6, 2006
          10:05 a.m.


    DEPOSITION of MICHAEL PERAGINE, taken

before Cheryll Kerr, LSR, a Licensed Shorthand

Reporter within and for the State of

Connecticut.



    BRANDON SMITH REPORTING SERVICE, LLC
          44 Capitol Avenue
     Hartford, Connecticut  06106
  Phone (860) 549-1850 Fax (860) 549-1537

1  the amount of damages was less than -- than the

2  number that -- or different than the number that the

3  expert came up with.

4       But I realize there's three causes of action,

5  and that's just for that cause of action, so that's

6  why I didn't raise it.

7       Q.   And 24?  You also noted 24?

8       A.   Yes, "Defendant has never objected to

9  these invoices."  That was true at the time.

10      They may have objected to them later, but at

11 the time this was done, there was never -- there

12 were no objections then (indicating).

13      Q.   You may want to look at the complaint or

14 the purchase order to answer my question, but the

15 purchase order called for Electric Boat to -- strike

16 that.

17      The purchase order called for Executive

18 Airlines to provide a minimum of fifteen flights a

19 month, is that correct?

20      A.   Among other things, yes.

21      Q.   Okay, but the number of flights that was

22 called out in the purchase order was a minimum of

23 fifteen, correct?

24      A.   Among other things, yes.

25      Q.   Did the purchase order require Electric