# EXHIBIT I

Page 1

1
2              UNITED STATES DISTRICT COURT
3            SOUTHERN DISTRICT OF CONNECTICUT
4
5    EXECUTIVE AIRLINES,              )
                                      )
6              Plaintiff,             )
                                      )
7         vs.                         )  3:02-CV-194
                                      )  (WWE)
8    ELECTRIC BOAT                    )
     CORPORATION,                     )
9                                     )
               Defendant.             )
10                                    )
     ---------------------------------)
11
12          DEPOSITION OF BILL DE DECKER
13                New York, New York
14              Tuesday, June 13, 2006
15
16
17                                        COPY
18
19
20
21
22
23
24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. 185184

                          de Decker

 1
 2   staffing at Executive Airlines the remainder
 3   that year?
 4         A.    Nothing.
 5         Q.    And what you've done is provided
 6   information concerning using your methodology
 7   industry standards, is that correct, for this
 8   specific airline?
 9         A.    I think that would be one way of
10   putting it, yes.  In other words, we publish
11   operating cost data on a variety of aircraft.
12   And that is what they asked for.  That is
13   what we provided.
14               We made, basically, three
15   adjustments which we normal -- which we were
16   perfectly willing to do.  One was to adjust
17   the fuel cost to the actual fuel cost that
18   was provided to us by, I believe, by
19   Ms. Steiner.
20               Secondly, was the actual labor cost
21   per hour, which I believe was also provided
22   by Ms. Steiner.
23               And, third, was to average 2000
24   costs and 2001 costs because, as I gather it,
25   they wanted to cover the -- the nominal year

```
                                                    Page 43
 1                       de Decker
 2   that this aircraft would have been involved
 3   in this contract, had it -- had it gone on.
 4        Q.   Okay.  All right.  And with respect
 5   to those adjustments that you made, each of
 6   those reduced the variable cost; is that
 7   correct?
 8             MR. HAYES:  Object to the form of
 9        the question.
10        A.   We put in -- one of the things that
11   we talk about specifically in our -- in the
12   databases that we publish is that these are
13   standard numbers.  We use an average fuel
14   cost in the United States.  And we recognize
15   full well that every operator has their own
16   fuel cost.
17             And we encourage operators to apply
18   their own fuels cost.  Same thing with labor
19   costs.
20   BY MR. WILLIAMS:
21        Q.   Maybe I misunderstood you.  Did you
22   say you made adjustments?
23        A.   Yes.
24        Q.   Okay.  And those adjustments occur
25   in your report?
```