# EXHIBIT J



*Conklin & de Decker*
*Aviation Information*

# AN AIRCRAFT COST REPORT

Prepared Exclusively For:

## Diane S. Steiner, CPA

Syosset, NY

May 26, 2006

Prepared by:

## Conklin & de Decker

62B Cranberry Highway, Orleans, Massachusetts 02653
(508) 255-5975, www.conklindd.com


DEFENDANT'S EXHIBIT