# EXHIBIT K


DEFENDANT'S EXHIBIT I.D.
Peragine No 3
12-16-03

6/7/00

**GENERAL DYNAMICS**
Electric Boat

June 7, 2000

Mr. Michael Peragine
President
Executive Airlines
1300 New Highway
Farmingdale, NY 11735

Dear Mr. Peragine:

Subject:    Charter Air Service between Groton, CT and Newport News, VA, in accordance with Electric Boat Purchase Order SNL022-096

Pursuant to the article entitled "Termination" of Electric Boat Conditions of Purchase invoked in the subject purchase order by reference, the subject purchase order is hereby terminated in its entirety.

As explained in reference (a), the safety of our employees who travel via the charter service is of paramount importance to us. As the findings of the FAA and NTSB will likely not be available in the near future, we feel we must proceed in other directions.

Please acknowledge receipt of this notice within forty-eight (48) hours.

Sincerely,

D. A. Stillman

Reference: (a) Electric Boat Letter – Suspension of Service dated May 24, 2000

75 Eastern Point Road
Groton, CT 06340-4989
Tel 860 433 5054
Fax 860 433 2313

Defendant's Trial Exhibit 502