UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | |
| Defendant. | : | MAY 1, 2007 |
| | : | |

**<u>DEFENDANT'S OBJECTIONS TO PLAINTIFF'S PROPOSED TRIAL EXHIBITS</u>**

Defendant Electric Boat Corporation hereby respectfully submits its Objections to Plaintiff's Proposed Trial Exhibits. Defendant's objections are attached as Exhibit A.

DEFENDANT,
ELECTRIC BOAT CORPORATION

By   /s/ Amy T. Maas
    James H. Rotondo (ct05713)
    jhrotondo@daypitney.com
    Amy T. Maas (ct25561)
    atmaas@daypitney.com
    Day Pitney LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 fax
    Its Attorneys

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 1st day of May, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Amy T. Maas_____
                                          Amy T. Maas (ct25561)