# EXHIBIT A

**DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S PROPOSED EXHIBIT LIST**

*Executive Airlines v. Electric Boat Corporation*
Docket No. 3:02 CV 194 (WWE)

| Exhibit # | Document Name | Bates No. | Reference | Objection |
|---|---|---|---|---|
| P001 | Aircraft Sales Agreement | EXECAIR00021351-EXECAIR00021363 | MSP DEP 12 | No Objection |
| P002 | Aircraft flight/maintenance logs | | Reviewed by AC #8 | Hearsay, Foundation, Relevance |
| P003 | Cost of Capital Yearbook-2000 | CIC0220-CIC0225 | | Hearsay, Foundation, Relevance |
| P004 | General Ledger | EXECAIR00028100-EXECAIR00027826 | OUT OF SEQUENCE AC DEP EXHIBIT 8 | Hearsay, Foundation |
| P005 | Summary of commercial/charter passengers for Electric Boat January, 2000-October, 2000 | EB0347-EB0520 | Reviewed by A. Cicco. #10 | Hearsay, Foundation, Relevance |
| P006 | Trial Balances for 2000 and 2001 (2000tb01 thru 2000tb10) | AC000051-AC000161 | A. Cicco | Hearsay, Foundation, Cumulative, Relevance |
| P009 | Lease agreement between Executive Airlines and Flightways of Long Island d/b/a Million Air | EXECAIR00027446-EXECAIR00027463 | MSP DEP 23-Reviewed by A Cicco. #5 | No Objection |

41776087.1

| Exhibit # | Document Name | Bates No. | Reference | Objection |
|---|---|---|---|---|
| P011 | Electric Boat Purchase Order number SNL 022-096 -including Supplement No. 1 | | Trial Exh. 4, 2/06; MSP DEP EX 2 | Defendant objects on the grounds that Exhibit P011 is an unsigned version of Purchase Order number SNL 022-096. Defendant submitted a signed version as Def. Exhibit 501. |
| P012 | A/C Sales Agreement | N/A | MSP DEP 14 | No Objection |
| P013 | Journal Entries | | OUT OF SEQUENCE A Cicco. DEP EXHIBIT 8 | Exhibit P013 is partially duplicative of Plaintiff's Proposed Exhibit P004. |
| | | EXECAIR00028077-EXECAIR00025276 | | Hearsay, Foundation |
| P014 | Treasury Bill Rates published by the U.S. Treasury Department | CIC0196-CIC0198 | Reviewed by A Cicco. #20 | Hearsay, Foundation, Relevance |
| P015 | Airliner Price Guide, Winter 2000-2001 | CIC0189-CIC0190 | A Cicco. #19A | Hearsay, Foundation, Relevance |
| P016 | Airliner Price Guide, Spring 2001 | CIC0191-CIC0192 | A Cicco. #19B | Hearsay, Foundation, Relevance |
| P017 | A/C Sales Agreement | EXECAIR0021369-EXECAIR00021376 | MSP DEP 15 | No Objection |
| P018 | A/C Sales Agreement | EXECAIR00021364-EXECAIR00021368 | MSP DEP 13 | No Objection |
| P019 | Conklin & deDecker's Report and Exhibits | | Reviewed by A Cicco. #4 | Hearsay, Cumulative, Foundation, Relevance. |

41776087.1

| Exhibit # | Document Name | Bates No. | Reference | Objection |
|---|---|---|---|---|
| P020 | CGM Retainer | CIC0198-CIC0200 | | Relevance, Cumulative, Hearsay |
| P021 | CGM Report | CIC0069-CIC0075 | MSP DEP 40 | Cumulative, Relevance, Hearsay, Asserts Inaccurate Legal Conclusions, Rule 403. |
| P022 | ANALYSIS OF CONTRACT VALUE | CIC0076-CIC0076 | Schedule 1 to A Cicco. Report | Cumulative, Hearsay, Foundation |
| P023 | ANALYSIS OF LOST REVENUE | CIC0077-CIC0077 | Schedule 2 to A Cicco. Report | Cumulative, Hearsay, Foundation |
| P024 | ANALYSIS OF MONTHLY VARIABLE COST | CIC0078-CIC0078 | Schedule 3 to A Cicco. Report | Cumulative, Hearsay, Foundation |
| P025 | CALCULATED FUEL COST PER FLIGHT | CIC0079-CIC0079 | Schedule 4 to A Cicco. Report | Cumulative, Hearsay, Foundation |
| P026 | THREE PLANE ANALYSIS | CIC0080-CIC0080 | Schedule 5 to A Cicco. Report | Cumulative, Hearsay, Foundation |
| P027 | ANALYSIS OF VARIABLE LANDING/PARKING COST | CIC0081-CIC0081 | Schedule 6 to A Cicco. Report | Cumulative, Hearsay. Foundation |
| P028 | SUMMARY OF INVOICE BILLINGS | CIC0082-CIC0082 | Schedule 7 to A Cicco. Report | No Objection |
| P029 | CALCULATED AVERAGE GALLONS PER HOUR | CIC0083-CIC0083 | Schedule 8 to A Cicco. Report | Cumulative, Hearsay, Foundation |
| P030 | ANALYSIS OF MONTHLY FIXED COST | CIC0084-CIC0084 | Schedule 9 to A Cicco. Report | Cumulative, Hearsay, Foundation |

417606087 1

| Exhibit # | Document Name | Bates No. | Reference | Objection |
|---|---|---|---|---|
| P031 | Spreadsheet | | A. Cicco. Demonstrative Spreadsheet | |
| P032 | All documents in file of George Kosicki | | | Cumulative, Hearsay, Foundation Defendant reserves the right to object to any or all of these documents at trial. Dr. Kosicki's file consists of hundreds of pages of material. Defendant cannot reasonably provide its objections until Plaintiff properly identifies the documents it seeks to admit into evidence at trial. |

41776087.1