UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
|  | : | 02-CV-194 (WWE) |
| Plaintiff, | : | |
| v. | : | |
|  | : | |
| ELECTRIC BOAT CORPORATION, | : | |
|  | : | |
| Defendant. | : | MAY 1, 2007 |
|  | : | |

**DEFENDANT'S SUBSTITUTED PROPOSED TRIAL EXHIBIT LIST**

Defendant Electric Boat Corporation ("Electric Boat") hereby respectfully submits a substituted list of Defendant's Proposed Trial Exhibits, attached hereto as Exhibit A. On April 30, 2007, the Clerk of Court requested that Electric Boat renumber its proposed trial exhibits to start with Exhibit # 501 rather than Exhibit # 500.

Electric Boat has also split original Proposed Exhibit # 530 into two separate Proposed Exhibits, now listed as Defendant's Proposed Trial Exhibit # 530 and # 538.

DEFENDANT,
ELECTRIC BOAT CORPORATION

By       /s/ Amy T. Maas
  James H. Rotondo (ct05713)
  jhrotondo@daypitney.com
  Amy T. Maas (ct25561)
  atmaas@daypitney.com
  Day Pitney LLP
  CityPlace I
  Hartford, Connecticut 06103-3499
  (860) 275-0100
  (860) 275-0343 fax
  *Its Attorneys*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of May, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Amy T. Maas
                                            Amy T. Maas (ct25561)