UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. |
| | : | 02-CV-194 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | |
| Defendant. | : | MAY 1, 2007 |
| | : | |

### DEFENDANT'S REVISED SUBSTITUTED PROPOSED TRIAL EXHIBIT LIST

Defendant Electric Boat Corporation ("Electric Boat") hereby respectfully submits a revised substituted list of Defendant's Proposed Trial Exhibits, attached hereto as Exhibit A. On April 30, 2007, the Clerk of Court requested that Electric Boat renumber its proposed trial exhibits to start with Exhibit # 501 rather than Exhibit # 500.

Electric Boat has also modified its Proposed Exhibit List as follows: (1) Electric Boat split original Proposed Exhibit # 530 into two separate Proposed Exhibits, now listed as Defendant's Proposed Trial Exhibits # 530 and # 538; and (2) Electric Boat split original Proposed Exhibit # 531 into three separate Proposed Exhibits, now listed as Defendant's Proposed Trial Exhibits # 531A, # 531B, and #531C.

                                      DEFENDANT,
                                      ELECTRIC BOAT CORPORATION


By      /s/ Amy T. Maas
        James H. Rotondo (ct05713)
        jhrotondo@daypitney.com
        Amy T. Maas (ct25561)
        atmaas@daypitney.com
        Day Pitney LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        (860) 275-0100
        (860) 275-0343 fax
        *Its Attorneys*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 1st day of May, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court' s CM/ECF System.

                                                  /s/ Amy T. Maas
                                                    Amy T. Maas (ct25561)