UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 02cv194 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| Defendant. | : | MAY 4, 2007 |

**DEFENDANT'S PROPOSED INTRODUCTION TO THE JURY**

This lawsuit arises our of a contract between the plaintiff Executive Airlines and the defendant Electric Boat Corporation. To keep the names of the parties distinct, I will refer to the plaintiff as Executive Airlines and the defendant as EB. Executive Airlines is a dba for a corporation known as Millennium Aviation Services, Inc.

Executive Airlines agreed to provide air charter services to EB between its facilities located in Groton, Connecticut and Newport News, Virginia. Executive Airlines commenced services on April 17, 2000, and EB terminated the Charter Agreement on June 7, 2000.

In this trial that is about to begin, the members of the jury will determine only the amount of damages to be awarded to Executive Airlines for EB's early termination of the Charter Agreement. Another jury has already determined that EB terminated the Charter Agreement pursuant to a provision of the contract that permitted EB to terminate the Charter Agreement without penalty upon six (6) months written notice.

In this case, Executive Airlines contends that it is entitled to approximately $930,000 in damages, and may present the testimony of its president, Michael Peragine, Michael Leeds, and expert witnesses named William deDecker and Anthony Ciccodicola to support its

claims. EB, on the other hand, asserts that Executive Airlines' damages in fact range between $ 56,000 and $ 83,000, and, in support of its position, may present the testimony of its expert witness, Dr. George Kosicki, and fact witnesses James Ahfeld and Kevin Hanrahan.

In addition to the names of these persons, if you sit as a juror on this case, you also may hear the witnesses and/or documents refer to companies by the names of East Coast Aviation, Millennium Jetstream Holdings, LLC, CGM Accounting Associates and Analysis Group, as well as persons named Dorothy Stillman, Ronald Kiely and Diane Steiner.

Executive Airlines is represented in this case by Attorney Dan Hayes of the law firm of Biedermann, Hoenig & Ruff, and EB is represented by Attorneys Jim Rotondo and Amy Maas of the firm of Day Pitney.

          DEFENDANT,
          ELECTRIC BOAT CORPORATION


          By      /s/ James H. Rotondo
          James H. Rotondo (ct05713)
          jhrotondo@daypitney.com
          Amy T. Maas (ct25561)
          atmaas@daypitney.com
          Day Pitney LLP
          CityPlace I
          Hartford, Connecticut 06103-3499
          (860) 275-0100
          (860) 275-0343 fax
          Its Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                        /s/ James H. Rotondo_____
                                                         James H. Rotondo (ct05713)