## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES, | : | CIVIL NO.: 3:02 CV 194(WWE) |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | _____ |
| vs. | | |
| | : | |
| | : | |
| ELECTRIC BOAT Corp., | : | |
| | : | |
| | : | |
| Defendant. | : | May 4, 2007 |

### PLAINTIFF'S PROPOSED INSTRUCTION TO THE JURY

This lawsuit arises our of a contract between the plaintiff Executive Airlines and the defendant Electric Boat Corporation.  To keep the names of the parties distinct, I will refer to the plaintiff as Executive Airlines and the defendant as EB

Executive Airlines agreed to provide air charter services to EB.  Executive Airlines commenced services under the contract on April 17, 2000, and EB terminated the contract on June 7, 2000.

In this trial that is about to begin, the members of the jury will determine only the amount of damages to be awarded to Executive Airlines for EB's early termination of the contract.  Another jury has already determined certain facts concerning the termination which are now decided and are not for you to re-determine.

In this case, Executive Airlines contends that it is entitled to approximately $ 930,000 in damages, and may present the testimony of its president, Michael Peragine, Michael Leeds, and expert witnesses named William deDecker and Anthony Ciccodicola to support its claims.  EB, on

the other hand, asserts that Executive Airlines' damages in fact range between $ 56,000 and  $ 83,000, and, in support of its position, may present the testimony of its expert witness, Dr. George Kosicki, and  witnesses James Ahfeld and Kevin Hanrahan.

In addition to the names of these persons, if you sit as a juror on this case, you also may hear the witnesses and/or documents refer to companies by the names of East Coast Aviation, Millennium Jetstream Holdings, LLC, CGM Accounting Associates and Analysis Group, as well as persons named Dorothy Stillman, Ronald Kiely and Diane Steiner.

Executive Airlines is represented in this case by Attorney Dan Hayes of the law firm of Biedermann, Hoenig & Ruff, and EB is represented by Attorneys Jim Rotondo and Amy Maas of the firm of Day Pitney.

Plaintiff Executive Airlines

By _____

Daniel F. Hayes (phv0207)
**Biedermann, Hoenig & Ruff, P.C.**
805 Third Avenue, 18th Floor
New York, New York  10022
(212) 697-6555 Telephone
(212) 986-3509 Facsimile
dhayes@bhmr.com

2