EXECUTIVE AIRLINES V. GENERAL DYNAMICS CO., ET AL



| | EXH | Doc Name | Date - Start Date |
|---|---|---|---|
| Full 5/8/07 | P001 | A/C Sales Agreement | 03/30/00 |
| Full 5/8/07 | P002 | Aircraft Sales Agreement | 12/21/99 |
| | P003 | Bill of Sale, Beech Baron | 01/16/00 |
| | P004 | Bill of Sale, JS SN 743 | 04/19/00 |
| | P005 | Letter, Leeds by Hill to MSP | 06/13/00 |
| | P006 | Letter MSP NYS Tax | 11/30/00 |
| Full 5/8/07 | P007 | Lease agreement between Executive Airlines and FLightways of Long Island d/b/a Million Air | 02/21/00 |
| 5/8/07 Full | P008 | Electric Boat Purchase Order number SNL 022-096 - including Supplement No. 1 | 03/14/00 |
| Full 5/8/07 | P009 | A/C Sales Agreement | 08/11/03 |
| Full 5/8/07 | P010 | A/C Sales Agreement | 10/01/03 |
| | P011 | Cost of Capital Yearbook - 2000 | 01/01/00 |
| | P012 | Aircraft flight/maintenance logs | 04/17/00 |
| | P013 | Treasury Bill Rates published by the U.S. Treasury Department | 07/01/00 |
| | P014 | CGM Retainer | 06/26/06 |
| Full 5/9/07 | P015 | ANALYSIS OF CONTRACT VALUE | 05/01/07 |
| Full 5/9/07 | P016 | ANALYSIS OF LOST REVENUE | 05/01/07 |
| Full 5/9/07 | P017 | ANALYSIS OF MONTHLY VARIABLE COST | 05/01/07 |
| Full 5/9/07 | P018 | CALCULATED FUEL COST PER FLIGHT | 05/01/07 |
| Full 5/9/07 | P019 | THREE PLANE ANALYSIS | 05/01/07 |
| Full 5/9/07 | P020 | ANALYSIS OF VARIABLE LANDING/PARKING COST | 05/01/07 |
| Full 5/9/07 | P021 | SUMMARY OF INVOICE BILLINGS | 05/01/07 |
| Full 5/9/07 | P022 | CALCULATED AVERAGE GALLONS PER HOUR | 05/01/07 |

| EXH | Doc Name | Date - Start Date |
|---|---|---|
| P023 | ANALYSIS OF MONTHLY FIXED COST | 05/01/07 |
| P024 | ANALYSIS OF MONTHLY FIXED COST-PAYROLL | 05/01/07 |
| P025 | CONTRACT REVENUE PER PERIOD | 05/01/07 |
| P026 | VARIABLE COST PER PERIOD | 05/01/07 |
| P027 | NON AVOIDABLE FIXED COST PER PERIOD | 05/01/07 |
| P028 | PROFIT PER PERIOD | 05/01/07 |
| P029 | TOTAL DAMAGES | 05/01/07 |
| #30 | Δ DISCLOSURES 7/15/02 EB00051 | |
| P031 | | |
| P004 | | |
| P005 | | |
| P006 | | |
| P013 | | |
| P019 | | |
| P032 | All documents in file of George Kosicki | |
| | Insurance Policy | |
| | deDecker Salary 2000 | |
| | deDecker Salary 2001 | |
| | Leeds Bio, Colo. Univ | |
| | Airliner Price Guide Winter 2000-2001 | 01/01/01 |
| | Airliner Price Guide, Spring 2001 | 04/01/01 |

Handwritten annotations in left margin:
- Full 5/9/07 (P023)
- Full 5/9/07 (P024)
- Full 5/9/07 (P025)
- Full 5/9/07 (P026)
- Full 5/9/07 (P027)
- Full 5/9/07 (P028)
- Full 5/9/07 (P029)
- ID 5/10/07 (#30)