# United States District Court

DISTRICT OF _____

Executive Airlines v. General Dynamics Co., et al

PLAINTIFF ~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 3:02CV194(WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W. W. Eginton | Daniel F. Hayes | James H. Rotondo, Amy Theresa Maas |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/8, 5/9 | | D. Candee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/8/07 | | | Michael S. Peragine, Berry Hill Rd. Oyster Bay, N.Y. |
| ✓ | | 5/9/07 | | | Anthony Ciccodicola, Florham Park, N.J. |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
5/11/07
Kevin F. Rowe, Clerk
By D. Candee
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages