# United States District Court

DISTRICT OF ⎯⎯⎯⎯⎯⎯

Executive Airlines v. General Dynamics Co., et al

DEFENDANT WITNESS LIST

CASE NUMBER: 3:02CV194 (WWE)

| | | | |
|---|---|---|---|
| PRESIDING JUDGE<br>W. W. Eginton | PLAINTIFF'S ATTORNEY<br>Daniel F. Hayes | DEFENDANT'S ATTORNEY<br>James H. Rotondo, Amy Theresa Maas | |
| TRIAL DATE(S)<br>5/8/ | COURT REPORTER | COURTROOM DEPUTY<br>D. Candee | |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 5/9/07 | | | Michael S. Leeds, Syosset, N.Y. |
| | ✓ | 5/9/07 | | | James Ahlfeld, Larchmont, N.Y. |
| | ✓ | 5/9/07 | | | Kevin Hanrahan, Groton, CT. |
| | ✓ | 5/9/07 | Cont 5/10/07 | | Dr. George Kosicki, 970 Washington St., Boston MA. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages