UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MILLENNIUM AVIATION SERVICES, INC. d/b/a EXECUTIVE AIRLINES, | : |
| Plaintiff, | : 02cv194 (WWE) |
| v. | : |
| ELECTRIC BOAT CORPORATION, | : |
| Defendant. | : |

### VERDICT FORM

Please state the damages that you find Millennium Aviation Services, Inc. d/b/a Executive Airlines has proven by a preponderance of the evidence that it sustained as a proximate cause of Electric Boat's termination of the contract for air charter services?

$ 576,054

_Claire Woolfolk_, Claire Woolfolk
Foreperson

5-11-07
Date