UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EXECUTIVE AIRLINES

       v.                                        3:02CV194 (WWE)

ELECTRIC BOAT CORPORATION

## J U D G M E N T

This matter came on before a jury and the Honorable Warren W. Eginton, Senior United States District Judge. On May 11, 2007, after deliberation, the jury returned a verdict in favor of the plaintiff against the defendant awarding damages in the amount of $576,054.00.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff Executive Airlines in the amount of $576,054.00 against defendant Electric Boat Corporation and the case is closed.

Dated at Bridgeport, Connecticut, this 14th day of May, 2007.


                                        KEVIN F. ROWE, Clerk

                                      By      /s/     
                                            Deborah A. Candee
                                            Deputy Clerk

Entered on Docket _____