UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, INC. d/b/a EXECUTIVE AIRLINES | : : : | CIVIL ACTION NO. 3:02-CV-194 (WWE) |
| Plaintiff, | : | |
| vs. | : : | |
| ELECTRIC BOAT CORPORATION, | : : | MAY 21, 2007 |
| Defendant. | : | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE
## OF FRANCIS H. MORRISON III

Pursuant to Local Rule 7(e), the undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the defendant, Electric Boat Corporation. The reason for this Motion is that the undersigned will join the firm of Axinn, Veltrop & Harkrider on June 1, 2007. Other counsel at Day Pitney LLP has entered an appearance for this defendant.

The undersigned hereby certifies that he has given defendant actual notice of this motion by certified mail.

                                                     DEFENDANT,
                                                     ELECTRIC BOAT CORPORATION

                                                    By      /s/ Francis H. Morrison III
                                                          Francis H. Morrison III (ct04200)
                                                          *fhmorrison@daypitney.com*
                                                          Day Pitney LLP
                                                          CityPlace I
                                                          Hartford, Connecticut 06103-3499
                                                          (860) 275-0100
                                                          (860) 275-0343 fax
                                                          Its Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2007 a copy of the foregoing Motion For Leave To Withdraw Appearance of Francis H. Morrison III was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      I also hereby certify that a copy of the foregoing Motion For Leave To Withdraw Appearance Of Francis H. Morrison III was mailed, certified mail, postage prepaid, this date to:

Joseph E. Chontos, Esquire
Electric Boat Corporation
Vice President, General Counsel
Mz J88-10
75 Eastern Point Road
Groton, Ct 06340-4905

                                                                           /s/ Francis H. Morrison III
                                                                             Francis H. Morrison III