# United States District Court

**DISTRICT OF** _____

EXECUTIVE AIRLINES
v.
ELECTRIC BOAT CORPORATION

COURT EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:02CV194(WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
|  | JAMES H. ROTONDO / AMY THERESA MAAS | DANIEL F. HAYES |
| **TRIAL DATE(S)** 5/8, 5/9, 5/10, 5/11/07 | **COURT REPORTER** S. BALDWIN | **COURTROOM DEPUTY** D. CANDEE |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| Court 1 | | 5/11/07 | | | JURORS NOTE |

Filed 5/11/07 — D. Candee (Bridgeport, District of Connecticut)

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages