**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO. 579-5861
(AREA CODE 203)

KEVIN F. ROWE
CLERK

ELSIE MATA
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

FILED 2007 MAY 18 P 4:56
U.S. DISTRICT COURT
BRIDGEPORT, CONN

May 14, 2007

James H. Rotondo
Day Pitney LLP-Htfd-CT
Cityplace I
185 Asylum St.
Hartford, CT 06103-3499

Re: Case Name: Executive Airlines v. Electric Boat Corp
    Number: 3:02CV194(WWE)

Dear Attorney Rotondo:

As the above matter has been disposed of in this court.

The defendant's exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

If they are not picked up by 5/24/07, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Deborah A. Candee
Deputy Clerk

ACKNOWLEDGMENT: James H Rotondo    DATE: 5/17/07