UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES, | : | CIVIL NO.: 3:02 CV 194(WWE) |
| Plaintiff, | : | |
| vs. | : | |
| ELECTRIC BOAT Corp., | : | |
| Defendant. | : | May 24, 2007 |

**PLAINTIFF'S NOTICE OF MOTION PURSUANT TO FRCivP 59(e) TO AMEND JUDGMENT WITH PRE-JUDGMENT AND POST- JUDGMENT INTEREST**

The plaintiff, Executive Airlines, hereby respectfully moves pursuant to FRCivP 59(e) to amend the judgment to add pre-judgment and post- judgment interest. Plaintiff will also submit its bill of costs to the Clerk of Court withing the time permitted by Local Rule 54(a)(1.).

Plaintiff requests the entry of an amended judgment based on the verdict of the jury on damages in the amount of five hundred seventy - six thousand, fifty-four dollars ($576,054.00); pre-judgment interest pursuant to Connecticut General Statutes § 37-3a, at the rate of ten per cent *per annum* from June 7, 2000 (the date of the termination letter from Electric Boat to Executive Airlines) until February 17, 2006, in the total amount of three hundred twenty-seven thousand, one hundred sixty-seven dollars and eleven cents ($327,167.11); and post - judgment interest pursuant to 28 U.S.C. § 1961at the rate of 4.67% from February 18, 2006 through May 31, 2007 , totaling thirty-four thousand four hundred nineteen dollars and forty - six cents ($34,419.46), with the addition of $73.70 *per diem* until paid. The total amount requested is nine hundred thirty-seven

thousand six hundred forty dollars and fifty-seven cents ($937,640.57), with the addition of $73.70 *per diem* until paid.

Dated: New York, New York
       May 24, 2007

Yours, etc.,
Biedermann, Hoenig & Ruff, P.C.

By _____

Daniel F. Hayes (phv0207)
Attorneys for Plaintiff Executive Airlines
805 Third Avenue, 18th Floor
New York, New York  10016
(212) 697-6555 Telephone
(212) 986-3509 Facsimile
dhayes@bhmr.com

To:
    James H. Rotondo, Esq. (Ct05713)
    jhrotondo@dbh.com
    Amy T. Maas, Esq. (Ct25561)
    atmaas@dbh.com
    Day Pitney LLP
    Attorneys for Defendant Electric Boat Corporation
    CityPlace I
    Hartford, CT 06103-3499
    (860) 275-0100 (phone)
    (860) 275-0343 (fax)