5/24/2007

EXHIBIT A
INTEREST CALCULATION

EXECUTIVE AIRLINES v. ELECTRIC BOAT CORP.
USDCt
DIST OF CONN
O2CV194 (WWE)

| | Start Date | Finish Date | Annual Interest Rate | Actual Rate | Interest | Per Diem | Days in Period | Dates | Significance |
|---|---|---|---|---|---|---|---|---|---|
| **Verdict** | | | | | | | | | |
| **$576,054.00** | | | | | | | | 6/7/2000 | Termination by Electric Boat |
| | | | | | | | | | |
| **Pre-Judgment** | 6/7/2000 | 12/31/2000 | 10.00% | 5.64% | $32,511.54 | $157.82 | 206 | 02/17/06 | 1st Verdict |
| | 1/1/2001 | 12/31/2001 | 10.00% | 10.00% | $57,605.40 | $157.82 | 365 | 05/11/07 | 2nd Verdict |
| | 1/1/2002 | 12/31/2002 | 10.00% | 10.00% | $57,605.40 | $157.82 | 365 | | |
| | 1/1/2003 | 12/31/2003 | 10.00% | 10.00% | $57,605.40 | $157.82 | 365 | | |
| | 1/1/2004 | 12/31/2004 | 10.00% | 10.00% | $57,605.40 | $157.82 | 365 | **Rates** | **Significance** |
| | 1/1/2005 | 12/31/2005 | 10.00% | 10.00% | $57,605.40 | $157.82 | 365 | 10.00% | Rate of Pre-judgment Interest |
| | 1/1/2006 | 2/17/2006 | 10.00% | 1.15% | $6,628.57 | $157.82 | 42 | 4.67% | Rate of Post-judgment Interest |
| | | | | | | | | | |
| | | | | st | $327,167.11 | | | | |
| | | | | | | | | | |
| **Post-Judgment** | | | | | | | | | |
| | 2/18/2006 | 12/31/2006 | 4.67% | 4.04% | $23,290.26 | $73.70 | 316 | | |
| | 1/1/2007 | 5/31/2007 | 4.67% | 1.93% | $11,129.21 | $73.70 | 151 | | |
| | | | | | | | | | |
| | | | | st | $34,419.46 | | | | |
| | | | | | | | | | |
| **TOTAL JUDGMENT CALCULATION** | | | | | | | | | |
| | | | **Verdict** | | $576,054.00 | | | | |
| | | | **PreJ Int** | | $327,167.11 | | | | |
| | | | **PostJ Int** | | $34,419.46 | | | | |
| | | | | | | | | | |
| | | | **Total** | | **$937,640.57** | | | | |