# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, INC.<br>d/b/a EXECUTIVE AIRLINES | : | CIVIL ACTION NO.<br>02-CV-194 (WWE) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | MAY 25, 2007 |
| Defendant. | : | |

### AFFIDAVIT OF PAUL D. WILLIAMS

I, Paul D. Williams, having duly been sworn, do hereby depose and state that:

1.      I am over 18 years of age and make this affidavit based on personal knowledge.

2.      I am a member of the firm Day Pitney LLP (known as Day Berry & Howard LLP prior to January 1, 2007) and represent the defendant Electric Boat Corporation ("Electric Boat") in the above-captioned action.

3.      On June 15, 2006, I deposed the Plaintiff's expert, Ms. Diane Steiner, in Stamford, Connecticut.

4.      I spent approximately 10.8 hours preparing for, traveling to and from and attending Ms. Steiner's deposition.  I also spent 5.7 hours preparing the Motion to Preclude the Testimony of Plaintiff's Expert, Diane S. Steiner, dated July 18, 2006 ("Motion to Preclude").

5.      Day, Berry & Howard LLP charged Electric Boat $ 370.00 per hour for my time, totaling $ 6,105.00.

6.      Day, Berry & Howard LLP also charged Electric Boat fees associated with the obtaining the transcript of Ms. Steiner's deposition in the amount of $ 2,173.14.

7.      Electric Boat paid to Day, Berry & Howard LLP attorney's fees and costs totaling $ 8,278.14 in connection with the deposition of Ms. Steiner and my preparation of the Motion to Preclude.

Paul D. Williams, Esq.

Subscribed and sworn to before me this 25th day of May, 2007.

Commissioner of the Superior Court