# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MILLENNIUM AVIATION SERVICES, INC. d/b/a EXECUTIVE AIRLINES | : CIVIL ACTION NO. : 02-CV-194 (WWE) |
| Plaintiff, | : |
| v. | : |
| ELECTRIC BOAT CORPORATION, | : : MAY 25, 2007 |
| Defendant. | : |

### AFFIDAVIT OF AMY T. MAAS

I, Amy T. Maas, having duly been sworn, do hereby depose and state that:

1. I am over 18 years of age and make this affidavit based on personal knowledge.

2. I am an associate at the firm Day Pitney LLP (known as Day Berry & Howard LLP prior to January 1, 2007) and represent the defendant Electric Boat Corporation ("Electric Boat") in the above-captioned action.

3. In June and July, 2006, I prepared the Motion to Preclude the Testimony of Plaintiff's Expert, Diane S. Steiner, dated July 18, 2006 ("Motion to Preclude").

4. I spent 75.8 hours preparing the Motion to Preclude. Day, Berry & Howard LLP charged Electric Boat $ 245.00 per hour for my time, totaling $ 18,571.00.

_____
Amy T. Maas, Esq.

Subscribed and sworn to before me this 25th day of May, 2007.

_____
Commissioner of the Superior Court