# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, INC. | : | CIVIL ACTION NO. |
| d/b/a EXECUTIVE AIRLINES | : | 02-CV-194 (WWE) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | MAY 25, 2007 |
| Defendant. | : | |

## <u>AFFIDAVIT OF GEORGE KOSICKI</u>

I, George Kosicki, having duly been sworn, do hereby depose and state that:

1.      I am over 18 years of age and make this affidavit based on personal knowledge.

2.      I am employed by Analysis Group, Inc., 111 Huntington Avenue, Tenth Floor, Boston, MA  02199.  I was engaged by Electric Boat Corporation ("Electric Boat") in 2006 to analyze the damage claims in this case.  One of my first responsibilities on the file was to prepare a report responding to the report and deposition testimony of Executive Airlines' expert, Diane S. Steiner.

3.      I spent approximately 25.00 hours reviewing and critiquing Ms. Steiner's expert report and deposition testimony.  Analysis Group, Inc. charged Electric Boat $ 425.00 per hour for my time, for a total fee of $10,625.00.  These fees do not relate to work that would have been performed regardless of Ms. Steiner's involvement in the above-captioned action.

George Kosicki
George Kosicki

On this 25th day of May, 2007, before me, the undersigned notary public, personally appeared George Kosicki, proved to me through satisfactory evidence of identification, being that he is known personally to me, to be the person whose name is signed on the preceding or attached document in my presence.

Subscribed and sworn to before me this 25th day of May, 2007.

_____
Notary Public
My Commission Expires:  NOVEMBER 26, 2010



DENISE ANN VAN VOOREN
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov 26, 2010