# BIEDERMANN, HOENIG, & RUFF

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
570 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
dhayes@bhmr.com

TELEPHONE (212) 697-6555                    FACSIMILE (212) 986-3509

Via Fax to: (203)579-5867

June 7, 2007

Ms. Deborah Candee
United States District Court
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

    Re:    Executive Airlines v. Electric Boat (WWE)
           02CV194
           <u>OFN 460.15662</u>

Dear Debbie,

    I apologize for the delay in providing you with this for your file. We moved offices. New address is above.

    This is an acknowledgment that I gave permission on behalf of plaintiff to counsel for Electric Boat to take custody of plaintiff's trial exhibits after the trial of this matter ending on May 11, 2007.

                                    Very truly yours,

                                    Daniel F. Hayes

DFH/ch

*Jemar Smith for Day Pitney*