# EXHIBIT B

**Current Year - 2000 - 91 Day Treasury Bill Rates**
**Weekly U.S. T-Bill Discount Rate**

| Date of Auction | True Discount Rate |
|---|---|
| 01/03/00 | 5.525 |
| 01/10/00 | 5.392 |
| 01/18/00 | 5.512 |
| 01/24/00 | 5.549 |
| 01/31/00 | 5.731 |
| 02/07/00 | 5.719 |
| 02/14/00 | 5.682 |
| 02/22/00 | 5.818 |
| 02/28/00 | 5.831 |
| 03/06/00 | 5.852 |
| 03/13/00 | 5.893 |
| 03/20/00 | 5.947 |
| 03/27/00 | 5.885 |
| 04/03/00 | 5.873 |
| 04/10/00 | 5.844 |
| 04/17/00 | 5.807 |
| 04/24/00 | 5.782 |
| 05/01/00 | 5.943 |
| 05/08/00 | 6.199 |
| 05/15/00 | 6.245 |
| 05/22/00 | 5.980 |
| 05/30/00 | 5.893 |
| 06/05/00 | 5.968 |
| 06/12/00 | 5.943 |
| 06/19/00 | 5.852 |
| 06/26/00 | 5.844 |
| 07/03/00 | 6.001 |
| 07/10/00 | 6.071 |
| 07/17/00 | 6.137 |
| 07/24/00 | 6.187 |
| 07/31/00 | 6.269 |
| 08/07/00 | 6.278 |
| 08/14/00 | 6.269 |
| 08/21/00 | 6.291 |
| 08/28/00 | 6.323 |

CIC0197

197

| 09/05/00 | 6.245 |
|----------|-------|
| 09/11/00 | 6.121 |
| 09/18/00 | 6.137 |
| 09/25/00 | 6.183 |
| 10/02/00 | 6.257 |
| 10/10/00 | 6.257 |
| 10/16/00 | 6.261 |
| 10/23/00 | 6.344 |
| 10/30/00 | 6.365 |
| 11/06/00 | 6.406 |
| 11/13/00 | 6.369 |
| 11/20/00 | 6.360 |
| 11/27/00 | 6.344 |
| 12/04/00 | 6.137 |
| 12/11/00 | 6.071 |
| 12/18/00 | 5.939 |
| 12/26/00 | 5.864 |

For the complete listing of T-Bill rates, as published by the Treasury Department, go to http://www.publicdebt.treas.gov/of/ofaucrt.htm.  Then go to Recent Treasury Bill Auction Results Table.

**Current Year - 2001 - 91 Day Treasury Bill Rates**
**Weekly U.S. T-Bill Discount Rate**

| Date of Auction | True Discount Rate |
|---|---|
| 01/02/01 | 5.864 |
| 01/08/01 | 5.188 |
| 01/16/01 | 5.361 |
| 01/22/01 | 5.229 |
| 01/29/01 | 5.114 |
| 02/05/01 | 5.053 |
| 02/12/01 | 5.032 |
| 02/20/01 | 5.036 |
| 02/26/01 | 4.835 |
| 03/05/01 | 4.822 |
| 03/12/01 | 4.638 |
| 03/19/01 | 4.482 |
| 03/26/01 | 4.305 |
| 04/02/01 | 4.228 |
| 04/09/01 | 3.912 |
| 04/16/01 | 4.150 |
| 04/23/01 | 3.741 |
| 04/30/01 | 3.978 |
| 05/07/01 | 3.745 |
| 05/14/01 | 3.716 |
| 05/21/01 | 3.622 |
| 05/29/01 | 3.688 |
| 06/04/01 | 3.671 |
| 06/11/01 | 3.590 |
| 06/18/01 | 3.512 |
| 06/25/01 | 3.451 |
| 07/02/01 | 3.663 |
| 07/09/01 | 3.643 |
| 07/16/01 | 3.630 |
| 07/23/01 | 3.561 |
| 07/30/01 | 3.561 |
| 08/06/01 | 3.508 |
| 08/13/01 | 3.426 |
| 08/20/01 | 3.405 |
| 08/27/01 | 3.426 |

| | |
|---|---|
| 09/04/01 | 3.434 |
| 09/10/01 | 3.251 |
| 09/17/01 | 2.612 |
| 09/24/01 | 2.429 |
| 10/01/01 | 2.364 |
| 10/09/01 | 2.222 |
| 10/15/01 | 2.243 |
| 10/22/01 | 2.214 |
| 10/29/01 | 2.089 |
| 11/05/01 | 2.012 |
| 11/13/01 | 1.850 |
| 11/19/01 | 1.936 |
| 11/26/01 | 1.955 |
| 12/03/01 | 1.769 |
| 12/10/01 | 1.704 |
| 12/17/01 | 1.760 |
| 12/26/01 | 1.752 |
| 12/31/01 | 1.740 |

For the complete listing of T-Bill rates, as published by the Treasury Department, go to http://www.publicdebt.treas.gov/of/ofaucrt.htm.  Then go to Recent Treasury Bill Auction Results Table.

**Current Year - 2002 - 91 Day Treasury Bill Rates**
**Weekly U.S. T-Bill Discount Rate**

| Date of Auction | True Discount Rate |
|---|---|
| 01/07/02 | 1.684 |
| 01/14/02 | 1.558 |
| 01/22/02 | 1.700 |
| 01/28/02 | 1.748 |
| 02/04/02 | 1.769 |
| 02/11/02 | 1.748 |
| 02/19/02 | 1.760 |
| 02/26/02 | 1.769 |
| 03/04/02 | 1.793 |
| 03/11/02 | 1.858 |
| 03/18/02 | 1.874 |
| 03/25/02 | 1.854 |
| 04/01/02 | 1.821 |
| 04/08/02 | 1.740 |
| 04/15/02 | 1.712 |
| 04/22/02 | 1.720 |
| 04/29/02 | 1.760 |
| 05/06/02 | 1.773 |
| 05/13/02 | 1.781 |
| 05/20/02 | 1.760 |
| 05/28/02 | 1.760 |
| 06/03/02 | 1.752 |
| 06/10/02 | 1.752 |
| 06/17/02 | 1.732 |
| 06/24/02 | 1.712 |
| 07/01/02 | 1.719 |
| 07/08/02 | 1.724 |
| 07/15/02 | 1.712 |
| 07/22/02 | 1.692 |
| 07/29/02 | 1.712 |
| 08/05/02 | 1.627 |
| 08/12/02 | 1.659 |
| 08/19/02 | 1.659 |
| 08/26/02 | 1.661 |
| 09/03/02 | 1.639 |

| 09/09/02 | 1.676 |
|----------|-------|
| 09/16/02 | 1.692 |
| 09/23/02 | 1.639 |
| 09/30/02 | 1.566 |
| 10/07/02 | 1.615 |
| 10/15/02 | 1.659 |
| 10/21/02 | 1.696 |
| 10/28/02 | 1.578 |
| 11/04/02 | 1.433 |
| 11/12/02 | 1.211 |
| 11/18/02 | 1.227 |
| 11/25/02 | 1.228 |
| 12/02/02 | 1.231 |
| 12/09/02 | 1.215 |
| 12/16/02 | 1.219 |
| 12/23/02 | 1.207 |
| 12/30/02 | 1.207 |

For the complete listing of T-Bill rates, as published by the Treasury Department, go to http://www.publicdebt.treas.gov/of/ofaucrt.htm.  Then go to Recent Treasury Bill Auction Results Table.

**Current Year - 2003 - 91 Day Treasury Bill Rates**
**Weekly U.S. T-Bill Discount Rate**

| Date of Auction | True Discount Rate |
|---|---|
| 01/06/03 | 1.207 |
| 01/13/03 | 1.199 |
| 01/21/03 | 1.179 |
| 01/27/03 | 1.159 |
| 02/03/03 | 1.175 |
| 02/10/03 | 1.171 |
| 02/18/03 | 1.179 |
| 02/24/03 | 1.195 |
| 03/03/03 | 1.198 |
| 03/10/03 | 1.077 |
| 03/17/03 | 1.137 |
| 03/24/03 | 1.174 |
| 03/31/03 | 1.121 |
| 04/07/03 | 1.158 |
| 04/14/03 | 1.186 |
| 04/21/03 | 1.182 |
| 04/28/03 | 1.141 |
| 05/05/03 | 1.117 |
| 05/12/03 | 1.089 |
| 05/20/03 | 1.040 |
| 05/28/03 | 1.121 |
| 06/02/03 | 1.133 |
| 06/09/03 | 1.024 |
| 06/16/03 | 0.854 |
| 06/23/03 | 0.830 |
| 06/30/03 | 0.903 |
| 07/07/03 | 0.907 |
| 07/14/03 | 0.895 |
| 07/21/03 | 0.911 |
| 07/28/03 | 0.964 |
| 08/04/03 | 0.964 |
| 08/11/03 | 0.960 |
| 08/18/03 | 0.964 |
| 08/25/03 | 0.997 |
| 09/02/03 | 0.988 |