**EXHIBIT B – PART 2**

| Date | Rate |
|---|---|
| 09/08/03 | 0.951 |
| 09/15/03 | 0.947 |
| 09/22/03 | 0.953 |
| 09/29/03 | 0.953 |
| 10/06/03 | 0.939 |
| 10/14/03 | 0.923 |
| 10/20/03 | 0.939 |
| 10/27/03 | 0.960 |
| 11/03/03 | 0.960 |
| 11/10/03 | 0.951 |
| 11/17/03 | 0.951 |
| 11/24/03 | 0.946 |
| 12/01/03 | 0.943 |
| 12/08/03 | 0.915 |
| 12/15/03 | 0.903 |
| 12/22/03 | 0.884 |
| 12/29/03 | 0.901 |

For the complete listing of T-Bill rates, as published by the Treasury Department, go to http://www.publicdebt.treas.gov/of/ofaucrt.htm.  Then go to Recent Treasury Bill Auction Results Table.

**Current Year - 2004 - 91 Day Treasury Bill Rates**
**Weekly U.S. T-Bill Auction Results**

| Date of Auction | True Investment Rate |
|---|---|
| 01/05/04 | .939 |
| 01/12/04 | .887 |
| 01/20/04 | .891 |
| 01/26/04 | .907 |
| 02/02/04 | .939 |
| 02/09/04 | .939 |
| 02/17/04 | .931 |
| 02/23/04 | .947 |
| 03/01/04 | .957 |
| 03/08/04 | .945 |
| 03/15/04 | .961 |
| 03/22/04 | .945 |
| 03/29/04 | .961 |
| 04/05/04 | .945 |
| 04/12/04 | .929 |
| 04/19/04 | .949 |
| 04/26/04 | .985 |
| 05/03/04 | 1.001 |
| 05/10/04 | 1.078 |
| 05/17/04 | 1.058 |
| 05/24/04 | 1.066 |
| 05/31/04 | 1.150 |
| 06/07/04 | 1.251 |
| 06/14/04 | 1.413 |
| 06/21/04 | 1.336 |
| 06/28/04 | 1.381 |
| 07/05/04 | 1.344 |
| 07/12/04 | 1.336 |
| 07/19/04 | 1.352 |
| 07/26/04 | 1.449 |
| 08/02/04 | 1.490 |
| 08/09/04 | 1.497 |
| 08/16/04 | 1.498 |
| 08/23/04 | 1.541 |
| 08/30/04 | 1.607 |

| Date | Rate |
|---|---|
| 09/06/04 | 1.663 |
| 09/13/04 | 1.671 |
| 09/20/04 | 1.716 |
| 09/27/04 | 1.741 |
| 10/04/04 | 1.716 |
| 10/11/04 | 1.711 |
| 10/18/04 | 1.803 |
| 10/25/04 | 1.890 |
| 11/01/04 | 1.987 |
| 11/08/04 | 2.084 |
| 11/15/04 | 2.115 |
| 11/22/04 | 2.197 |
| 11/29/04 | 2.238 |
| 12/06/04 | 2.253 |
| 12/13/04 | 2.243 |
| 12/20/04 | 2.223 |
| 12/27/04 | 2.269 |

For the complete listing of T-Bill rates, as published by the Treasury Department, go to http://www.publicdebt.treas.gov/of/ofaucrt.htm. Then go to Recent Treasury Bill Auction Results Table.

**Current Year - 2005 - 91 Day Treasury Bill Rates**
**Weekly U.S. T-Bill Auction Results**

| Date of Auction | True Investment Rate |
|---|---|
| 01/03/05 | 2.32 |
| 01/10/05 | 2.376 |
| 01/17/05 | 2.407 |
| 01/24/05 | 2.366 |
| 01/31/05 | 2.525 |
| 02/07/05 | 2.530 |
| 02/14/05 | 2.592 |
| 02/21/05 | 2.669 |
| 02/28/05 | 2.772 |
| 03/07/05 | 2.767 |
| 03/14/05 | 2.792 |
| 03/21/05 | 2.859 |
| 03/28/05 | 2.839 |
| 04/04/05 | 2.792 |
| 04/11/05 | 2.767 |
| 04/18/05 | 2.864 |
| 04/25/05 | 2.941 |
| 05/02/05 | 2.931 |
| 05/09/05 | 2.911 |
| 05/16/05 | 2.859 |
| 05/23/05 | 2.957 |
| 05/30/05 | 2.998 |
| 06/06/05 | 3.029 |
| 06/13/05 | 3.039 |
| 06/20/05 | 3.029 |
| 06/27/05 | 3.147 |
| 07/04/05 | 3.214 |
| 07/11/05 | 3.204 |
| 07/18/05 | 3.292 |
| 07/25/05 | 3.420 |
| 08/01/05 | 3.477 |
| 08/08/05 | 3.539 |
| 08/15/05 | 3.549 |
| 08/22/05 | 3.539 |
| 08/29/05 | 3.575 |

| Date | Rate |
|---|---|
| 09/05/05 | 3.513 |
| 09/12/05 | 3.529 |
| 09/19/05 | 3.575 |
| 09/26/05 | 3.518 |
| 10/03/05 | 3.606 |
| 10/10/05 | 3.714 |
| 10/17/05 | 3.875 |
| 10/24/05 | 3.942 |
| 10/31/05 | 3.983 |
| 11/07/05 | 3.963 |
| 11/14/05 | 4.004 |
| 11/21/05 | 4.034 |
| 11/28/05 | 3.994 |
| 12/05/05 | 4.025 |
| 12/12/05 | 3.911 |
| 12/19/05 | 3.988 |
| 12/26/05 | 3.999 |

For the complete listing of T-Bill rates, as published by the Treasury Department, go to http://www.publicdebt.treas.gov/of/ofaucrt.htm. Then go to Recent Treasury Bill Auction Results Table.

## Current Year - 2006 - 91 Day Treasury Bill Rates
## Weekly U.S. T-Bill Auction Results

| Date of Auction | True Investment Rate |
|---|---|
| 01/02/06 | 4.169 |
| 01/09/06 | 4.252 |
| 01/16/06 | 4.377 |
| 01/23/06 | 4.397 |
| 01/30/06 | 4.485 |
| 02/06/06 | 4.485 |
| 02/13/06 | 4.553 |
| 02/20/06 | 4.563 |
| 02/27/06 | 4.625 |
| 03/05/06 | 4.615 |
| 03/13/06 | 4.625 |
| 03/20/06 | 4.662 |
| 03/27/06 | 4.610 |
| 04/03/06 | 4.651 |
| 04/10/06 | 4.688 |
| 04/17/06 | 4.719 |
| 04/24/06 | 4.755 |
| 05/01/06 | 4.807 |
| 05/08/06 | 4.864 |
| 05/15/06 | 4.864 |
| 05/22/06 | 4.828 |
| 05/29/06 | 4.843 |
| 06/05/06 | 4.833 |
| 06/12/06 | 4.926 |
| 06/19/06 | 4.958 |
| 06/26/06 | 5.036 |
| 07/03/06 | 5.088 |
| 07/10/06 | 5.056 |
| 07/17/06 | 5.098 |
| 07/24/06 | 5.108 |
| 07/31/06 | 5.108 |
| 08/07/06 | 5.124 |
| 08/14/06 | 5.114 |
| 08/21/06 | 5.109 |
| 08/28/06 | 5.093 |

| Date | Rate |
|---|---|
| 09/04/06 | 4.984 |
| 09/11/06 | 4.947 |
| 09/18/06 | 4.942 |
| 09/25/06 | 4.895 |
| 10/02/06 | 4.890 |
| 10/09/06 | 4.978 |
| 10/16/06 | 5.072 |
| 10/23/06 | 5.124 |
| 10/30/06 | 5.108 |
| 11/06/06 | 5.088 |
| 11/13/06 | 5.088 |
| 11/20/06 | 5.071 |
| 11/27/06 | 5.036 |
| 12/04/06 | 4.999 |
| 12/11/06 | 4.926 |
| 12/18/06 | 4.952 |
| 12/25/06 | 5.004 |

For the complete listing of T-Bill rates, as published by the Treasury Department, go to http://www.publicdebt.treas.gov/of/ofaucrt.htm. Then go to Recent Treasury Bill Auction Results Table.