# EXHIBIT C

**CURRENT YEAR NOVEMBER 2000 – FEBRUARY 2006**
**91-DAY TREASURY BILL RATES**

| Number | Date of Auction | True Discount Rate |
|---|---|---|
| 1. | 11/13/00 | 6.369 |
| 2. | 11/20/00 | 6.360 |
| 3. | 11/27/00 | 6.344 |
| 4. | 12/04/00 | 6.137 |
| 5. | 12/11/00 | 6.071 |
| 6. | 12/18/00 | 5.939 |
| 7. | 12/26/00 | 5.864 |
| 8. | 01/02/01 | 5.864 |
| 9. | 01/08/01 | 5.188 |
| 10. | 01/16/01 | 5.361 |
| 11. | 01/22/01 | 5.229 |
| 12. | 01/29/01 | 5.114 |
| 13. | 02/05/01 | 5.053 |
| 14. | 02/12/01 | 5.032 |
| 15. | 02/20/01 | 5.036 |
| 16. | 02/26/01 | 4.835 |
| 17. | 03/05/01 | 4.822 |
| 18. | 03/12/01 | 4.638 |
| 19. | 03/19/01 | 4.482 |
| 20. | 03/26/01 | 4.305 |
| 21. | 04/02/01 | 4.228 |
| 22. | 04/09/01 | 3.912 |
| 23. | 04/16/01 | 4.150 |
| 24. | 04/23/01 | 3.741 |
| 25. | 04/30/01 | 3.978 |
| 26. | 05/07/01 | 3.745 |
| 27. | 05/14/01 | 3.716 |
| 28. | 05/21/01 | 3.622 |
| 29. | 05/29/01 | 3.688 |
| 30. | 06/04/01 | 3.671 |
| 31. | 06/11/01 | 3.590 |
| 32. | 06/18/01 | 3.512 |
| 33. | 06/25/01 | 3.451 |
| 34. | 07/02/01 | 3.663 |
| 35. | 07/09/01 | 3.643 |
| 36. | 07/16/01 | 3.630 |
| 37. | 07/23/01 | 3.561 |
| 38. | 07/30/01 | 3.561 |
| 39. | 08/06/01 | 3.508 |
| 40. | 08/13/01 | 3.426 |

| Number | Date of Auction | True Discount Rate |
|---|---|---|
| 41. | 08/20/01 | 3.405 |
| 42. | 08/27/01 | 3.426 |
| 43. | 09/04/01 | 3.434 |
| 44. | 09/10/01 | 3.251 |
| 45. | 09/17/01 | 2.612 |
| 46. | 09/24/01 | 2.429 |
| 47. | 10/01/01 | 2.364 |
| 48. | 10/09/01 | 2.222 |
| 49. | 10/15/01 | 2.243 |
| 50. | 10/22/01 | 2.214 |
| 51. | 10/29/01 | 2.089 |
| 52. | 11/05/01 | 2.012 |
| 53. | 11/13/01 | 1.850 |
| 54. | 11/19/01 | 1.936 |
| 55. | 11/26/01 | 1.955 |
| 56. | 12/03/01 | 1.769 |
| 57. | 12/10/01 | 1.704 |
| 58. | 12/17/01 | 1.760 |
| 59. | 12/26/01 | 1.752 |
| 60. | 12/31/01 | 1.740 |
| 61. | 01/07/02 | 1.684 |
| 62. | 01/14/02 | 1.558 |
| 63. | 01/22/02 | 1.700 |
| 64. | 01/28/02 | 1.748 |
| 65. | 02/04/02 | 1.769 |
| 66. | 02/11/02 | 1.748 |
| 67. | 02/19/02 | 1.760 |
| 68. | 02/26/02 | 1.769 |
| 69. | 03/04/02 | 1.793 |
| 70. | 03/11/02 | 1.858 |
| 71. | 03/18/02 | 1.874 |
| 72. | 03/25/02 | 1.854 |
| 73. | 04/01/02 | 1.821 |
| 74. | 04/08/02 | 1.740 |
| 75. | 04/15/02 | 1.712 |
| 76. | 04/22/02 | 1.720 |
| 77. | 04/29/02 | 1.760 |
| 78. | 05/06/02 | 1.773 |
| 79. | 05/13/02 | 1.781 |
| 80. | 05/20/02 | 1.760 |
| 81. | 05/28/02 | 1.760 |
| 82. | 06/03/02 | 1.752 |
| 83. | 06/10/02 | 1.752 |
| 84. | 06/17/02 | 1.732 |

| Number | Date of Auction | True Discount Rate |
|---|---|---|
| 85. | 06/24/02 | 1.712 |
| 86. | 07/01/02 | 1.719 |
| 87. | 07/08/02 | 1.724 |
| 88. | 07/15/02 | 1.712 |
| 89. | 07/22/02 | 1.692 |
| 90. | 07/29/02 | 1.712 |
| 91. | 08/05/02 | 1.627 |
| 92. | 08/12/02 | 1.659 |
| 93. | 08/19/02 | 1.659 |
| 94. | 08/26/02 | 1.661 |
| 95. | 09/03/02 | 1.639 |
| 96. | 09/09/02 | 1.676 |
| 97. | 09/16/02 | 1.692 |
| 98. | 09/23/02 | 1.639 |
| 99. | 09/30/02 | 1.566 |
| 100. | 10/07/02 | 1.615 |
| 101. | 10/15/02 | 1.659 |
| 102. | 10/21/02 | 1.696 |
| 103. | 10/28/02 | 1.578 |
| 104. | 11/04/02 | 1.433 |
| 105. | 11/12/02 | 1.211 |
| 106. | 11/18/02 | 1.227 |
| 107. | 11/25/02 | 1.228 |
| 108. | 12/02/02 | 1.231 |
| 109. | 12/09/02 | 1.215 |
| 110. | 12/16/02 | 1.219 |
| 111. | 12/23/02 | 1.207 |
| 112. | 12/30/02 | 1.207 |
| 113. | 01/06/03 | 1.207 |
| 114. | 01/13/03 | 1.199 |
| 115. | 01/21/03 | 1.179 |
| 116. | 01/27/03 | 1.159 |
| 117. | 02/03/03 | 1.175 |
| 118. | 02/10/03 | 1.171 |
| 119. | 02/18/03 | 1.179 |
| 120. | 02/24/03 | 1.195 |
| 121. | 03/03/03 | 1.198 |
| 122. | 03/10/03 | 1.077 |
| 123. | 03/17/03 | 1.137 |
| 124. | 03/24/03 | 1.174 |
| 125. | 03/31/03 | 1.121 |
| 126. | 04/07/03 | 1.158 |
| 127. | 04/14/03 | 1.186 |
| 128. | 04/21/03 | 1.182 |

| Number | Date of Auction | True Discount Rate |
|---|---|---|
| 129. | 04/28/03 | 1.141 |
| 130. | 05/05/03 | 1.117 |
| 131. | 5/12/03 | 1.089 |
| 132. | 05/20/03 | 1.040 |
| 133. | 05/28/03 | 1.121 |
| 134. | 06/02/03 | 1.133 |
| 135. | 06/09/03 | 1.024 |
| 136. | 06/16/03 | 0.854 |
| 137. | 06/23/03 | 0.830 |
| 138. | 06/30/03 | 0.903 |
| 139. | 07/07/03 | 0.907 |
| 140. | 07/14/03 | 0.895 |
| 141. | 07/21/03 | 0.911 |
| 142. | 07/28/03 | 0.964 |
| 143. | 08/04/03 | 0.964 |
| 144. | 08/11/03 | 0.960 |
| 145. | 08/18/03 | 0.964 |
| 146. | 08/25/03 | 0.997 |
| 147. | 09/02/03 | 0.988 |
| 148. | 09/08/03 | 0.951 |
| 149. | 09/15/03 | 0.947 |
| 150. | 09/22/03 | 0.953 |
| 151. | 09/29/03 | 0.953 |
| 152. | 10/06/03 | 0.939 |
| 153. | 10/14/03 | 0.923 |
| 154. | 10/20/03 | 0.939 |
| 155. | 10/27/03 | 0.960 |
| 156. | 11/03/03 | 0.960 |
| 157. | 11/10/03 | 0.951 |
| 158. | 11/17/03 | 0.951 |
| 159. | 11/24/03 | 0.946 |
| 160. | 12/01/03 | 0.943 |
| 161. | 12/08/03 | 0.915 |
| 162. | 12/15/03 | 0.903 |
| 163. | 12/22/03 | 0.884 |
| 164. | 12/29/03 | 0.901 |
| 165. | 01/05/04 | .939 |
| 166. | 01/12/04 | .887 |
| 167. | 01/20/04 | .891 |
| 168. | 01/26/04 | .907 |
| 169. | 02/02/04 | .939 |
| 170. | 02/09/04 | .939 |
| 171. | 02/17/04 | .931 |
| 172. | 02/23/04 | .947 |

| Number | Date of Auction | True Discount Rate |
|---|---|---|
| 173. | 03/01/04 | .957 |
| 174. | 03/08/04 | .945 |
| 175. | 03/15/04 | .961 |
| 176. | 03/22/04 | .945 |
| 177. | 03/29/04 | .961 |
| 178. | 04/05/04 | .945 |
| 179. | 04/12/04 | .929 |
| 180. | 04/19/04 | .949 |
| 181. | 04/26/04 | .985 |
| 182. | 05/03/04 | 1.001 |
| 183. | 05/10/04 | 1.078 |
| 184. | 05/17/04 | 1.058 |
| 185. | 05/24/04 | 1.066 |
| 186. | 05/31/04 | 1.150 |
| 187. | 06/07/04 | 1.251 |
| 188. | 06/14/04 | 1.413 |
| 189. | 06/21/04 | 1.336 |
| 190. | 06/28/04 | 1.381 |
| 191. | 07/05/04 | 1.344 |
| 192. | 07/12/04 | 1.336 |
| 193. | 07/19/04 | 1.352 |
| 194. | 07/26/04 | 1.449 |
| 195. | 08/02/04 | 1.490 |
| 196. | 08/09/04 | 1.497 |
| 197. | 08/16/04 | 1.498 |
| 198. | 08/23/04 | 1.541 |
| 199. | 08/30/04 | 1.607 |
| 200. | 09/06/04 | 1.663 |
| 201. | 09/13/04 | 1.671 |
| 202. | 09/20/04 | 1.716 |
| 203. | 09/27/04 | 1.741 |
| 204. | 10/04/04 | 1.716 |
| 205. | 10/11/04 | 1.711 |
| 206. | 10/18/04 | 1.803 |
| 207. | 10/25/04 | 1.890 |
| 208. | 11/01/04 | 1.987 |
| 209. | 11/08/04 | 2.084 |
| 210. | 11/15/04 | 2.115 |
| 211. | 11/22/04 | 2.197 |
| 212. | 11/29/04 | 2.238 |
| 213. | 12/06/04 | 2.253 |
| 214. | 12/13/04 | 2.243 |
| 215. | 12/20/04 | 2.223 |
| 216. | 12/27/04 | 2.269 |

| Number | Date of Auction | True Discount Rate |
|---|---|---|
| 217. | 01/03/05 | 2.32 |
| 218. | 01/10/05 | 2.376 |
| 219. | 01/17/05 | 2.407 |
| 220. | 01/24/05 | 2.366 |
| 221. | 01/31/05 | 2.525 |
| 222. | 02/07/05 | 2.530 |
| 223. | 02/14/05 | 2.592 |
| 224. | 02/21/05 | 2.669 |
| 225. | 02/28/05 | 2.772 |
| 226. | 03/07/05 | 2.767 |
| 227. | 03/14/05 | 2.792 |
| 228. | 03/21/05 | 2.859 |
| 229. | 03/28/05 | 2.839 |
| 230. | 04/04/05 | 2.792 |
| 231. | 04/11/05 | 2.767 |
| 232. | 04/18/05 | 2.864 |
| 233. | 04/25/05 | 2.941 |
| 234. | 05/02/05 | 2.931 |
| 235. | 05/09/05 | 2.911 |
| 236. | 05/16/05 | 2.859 |
| 237. | 05/23/05 | 2.957 |
| 238. | 05/30/05 | 2.998 |
| 239. | 06/06/05 | 3.029 |
| 240. | 06/13/05 | 3.039 |
| 241. | 06/20/05 | 3.029 |
| 242. | 06/27/05 | 3.147 |
| 243. | 07/04/05 | 3.214 |
| 244. | 07/11/05 | 3.204 |
| 245. | 07/18/05 | 3.292 |
| 246. | 07/25/05 | 3.420 |
| 247. | 08/01/05 | 3.477 |
| 248. | 08/08/05 | 3.539 |
| 249. | 08/15/05 | 3.549 |
| 250. | 08/22/05 | 3.539 |
| 251. | 08/29/05 | 3.575 |
| 252. | 09/05/05 | 3.513 |
| 253. | 09/12/05 | 3.529 |
| 254. | 09/19/05 | 3.575 |
| 255. | 09/26/05 | 3.518 |
| 256. | 10/03/05 | 3.606 |
| 257. | 10/10/05 | 3.714 |
| 258. | 10/17/05 | 3.875 |
| 259. | 10/24/05 | 3.942 |
| 260. | 10/31/05 | 3.983 |

| Number | Date of Auction | True Discount Rate |
|---|---|---|
| 261. | 11/07/05 | 3.963 |
| 262. | 11/14/05 | 4.004 |
| 263. | 11/21/05 | 4.034 |
| 264. | 11/28/05 | 3.994 |
| 265. | 12/05/05 | 4.025 |
| 266. | 12/12/05 | 3.911 |
| 267. | 12/19/05 | 3.988 |
| 268. | 12/26/05 | 3.999 |
| 269. | 01/02/06 | 4.169 |
| 270. | 01/09/06 | 4.252 |
| 271. | 01/16/06 | 4.377 |
| 272. | 01/23/06 | 4.397 |
| 273. | 01/30/06 | 4.485 |
| 274. | 02/06/06 | 4.485 |
| 275. | 02/13/06 | 4.553 |
| 276. | 02/20/06 | 4.563 |
| **277.** | **TOTAL** | **643.283** |
| **278.** | **AVERAGE** | **2.330** |