UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, Inc., d/b/a: EXECUTIVE AIRLINES, | : | CIVIL NO.: 3:02 CV 194(WWE) |
| Plaintiff, | : | |
| vs. | : | |
| ELECTRIC BOAT Corp., | : | |
| Defendant | : | June 29, 2007 |

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR COSTS IN THE AMOUNT OF $37,474.15**

Defendant is entitled to some costs associated with the substitution of Mr. Ciccodicola for Diane Steiner, but the amount it seeks is unreasonable; and whatever amount the Court awards should not be deferred until the final resolution of this matter. After two jury verdicts for the plaintiff, it would be anomalous, even absurd, for plaintiff to have to pay defendant before it saw a cent of a judgment.

None of the affidavits in support has supporting documentation, which defendant should produce before the Court makes any award. paid any of these amounts; the Court should have these assurances and supporting documents before it makes any award.

Further, the amounts sought to reimburse defendant for Ms. Maas' time in preparing the motion against Ms. Steiner's testimony, 75 hours, is unreasonably high and should be cut by two thirds.

Lastly, the amount of time - 25 hours - sought to reimburse for Dr. Kosicki's efforts is

extraordinarily high as compared with his report on Ms. Steiner and his testimony that Mr. Ciccodicola's method was essentially the same as Ms. Steiner's. His rate of $425 per hour compared to the nature and quality of his testimony, is breath - takingly unreasonable.

## CONCLUSION

For all these reasons and in the interest of justice, the Court should deny defendant's motion and award costs in a reasonable amount, deferred until this matter is resolved.

| | |
|---|---|
| Dated:   New York, New York<br>           June 29, 2007 | Respectfully submitted,<br>Biedermann, Hoenig & Ruff, P.C.<br><br>*[signature: Daniel F. Hayes]*<br><br>By_____<br><br>Daniel F. Hayes (phv0207)<br>Attorneys for Plaintiff Executive Airlines<br>570 Lexington Avenue, 16th Floor<br>New York, New York  10022<br>(212) 697-6555 Telephone<br>(212) 986-3509 Facsimile<br>dhayes@bhmr.com |

To:   James H. Rotondo, Esq. (Ct05713)
       jhrotondo@dbh.com
       Amy T. Maas, Esq. (Ct25561)
       atmaas@dbh.com
       Day Pitney LLP
       Attorneys for Defendant Electric Boat Corporation
       CityPlace I
       Hartford, CT 06103-3499
       (860) 275-0100 (phone)
       (860) 275-0343 (fax)