UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, Inc., d/b/a: EXECUTIVE AIRLINES, | : | CIVIL NO.: 3:02 CV 194(WWE) |
| Plaintiff, | : | |
| vs. | : | |
| ELECTRIC BOAT Corp., | : | |
| Defendant | : | June 29, 2007 |

**PLAINTIFF'S NOTICE OF MOTION TO AMEND CAPTION**

The plaintiff, Executive Airlines, hereby respectfully moves pursuant to amend the caption of this action to substitute as plaintiff, "MILLENNIUM AVIATION SERVICES, Inc., d/b/a: EXECUTIVE AIRLINES", for "EXECUTIVE AIRLINES", for the reasons expressed in the accompanying memorandum of law.

Dated: New York, New York

Yours, etc.,
Biedermann, Hoenig & Ruff, P.C.

*[signature: Daniel F. Hayes]*

By_____

Daniel F. Hayes (phv0207)
Attorneys for Plaintiff Executive Airlines
805 Third Avenue, 18th Floor
New York, New York 10016
(212) 697-6555 Telephone
(212) 986-3509 Facsimile
dhayes@bhmr.com

To:
    James H. Rotondo, Esq. (Ct05713)
    jhrotondo@dbh.com
    Amy T. Maas, Esq. (Ct25561)
    atmaas@dbh.com
    Day Pitney LLP
    Attorneys for Defendant Electric Boat Corporation
    CityPlace I
    Hartford, CT 06103-3499
    (860) 275-0100 (phone)
    (860) 275-0343 (fax)