UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 3:02cv194 (JCH) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | |
| Defendant. | : | JULY 18, 2007 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw her appearance in the above-captioned matter on behalf of defendant Electric Boat Corporation. James H. Rotondo and Paul D. Williams at Day Pitney LLP have appeared and will continue to represent the defendant.

DEFENDANT,
ELECTRIC BOAT CORPORATION


By    /s/  Amy T. Maas_____
      Amy T. Maas (ct25561)
      Day Pitney LLP
      242 Trumbull Street
      Hartford, Connecticut 06103
      (860) 275-0100
      (860) 275-0343 (fax)
      atmaas@daypitney.com
      Its Attorney

-2-

## CERTIFICATION

       I hereby certify that on this date a copy of foregoing **Motion to Withdraw Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court' s CM/ECF System.

                                    /s/ Amy T. Maas
                                    Amy T. Maas