UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, INC. d/b/a EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 02cv194 (WWE) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION, | : | |
| | : | |
| Defendant. | : | JULY 26, 2007 |

**SUPPLEMENTAL SUBMISSION IN SUPPORT OF**
**DEFENDANT'S MOTION FOR COSTS**

In accordance with the Court's July 24, 2007 Order, Defendant Electric Boat Corporation ("Electric Boat") hereby respectfully submits redacted billing records from Day, Berry & Howard LLP dated July 25, 2006 and August 22, 2006 in support of Electric Boat's Motion for Costs (attached as Exhibits A and B, respectively). These billing records are annotated and reflect the total amount of attorney's fees and costs incurred by Electric Boat associated with Ms. Steiner's disclosure as an expert witness, as follows: (1) 14.5 hours charged at $ 370.00 per hour for Attorney Paul Williams to prepare for and attend Ms. Steiner's deposition and prepare the Motion to Preclude the Testimony of Plaintiff's Expert, Diane S. Steiner, dated July 18, 2006 ("Motion to Preclude"), totaling $ 5,365.00; (2) 73.7 hours charged at $ 245.00 per hour for Attorney Amy Maas to prepare and file the Motion to Preclude, totaling $ 18,056.00; and (3) fees associated with the obtaining the transcript of Ms. Steiner's deposition in the amount of $2,173.14. The hours spent by Attorneys Williams and Maas on work related to Ms. Steiner's expert disclosure are slightly less than Electric Boat originally represented in its Motion for because counsel for Electric Boat inadvertently miscalculated the amount of hours properly attributable to work associated with Ms. Steiner: Attorney Maas spent 73.7 hours on work

attributable to Ms. Steiner rather than 75.8, and Attorney Williams spent 14.5 hours rather than 16.5.

Accordingly, Electric Boat actually incurred $36,219.14 in connection with the disclosure of Ms. Steiner as an expert witness, as follows: (1) $10,625.00 in expert fees associated with preparing a rebuttal to Ms. Steiner's proposed expert opinion, (2) $7,538.14 in attorney's fees and costs associated with the deposition of Ms. Steiner and attorney Paul Williams' preparation of the motion to preclude Ms. Steiner's testimony, and (3) $18,056.00 in attorney's fees and costs associated with attorney Amy Maas' preparation and filing of the motion to preclude Ms. Steiner's testimony.

        DEFENDANT,
        ELECTRIC BOAT CORPORATION

By    /s/ James H. Rotondo
    James H. Rotondo (ct05713)
    jhrotondo@daypitney.com
    Day Pitney LLP
    242 Trumbull Street
    Hartford, Connecticut 06103-1212
    (860) 275-0100
    (860) 275-0343 fax
    Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ James H. Rotondo
    James H. Rotondo (ct05713)