# EXHIBIT A

# Day, Berry & Howard LLP
COUNSELLORS AT LAW
Boston  Greenwich  Hartford  New Haven  New York  Stamford  West Hartford  www.dbh.com

ELECTRIC BOAT CORPORATION
JOSEPH E. CHONTOS, ESQUIRE
VICE PRESIDENT, GENERAL COUNSEL
MZ J88-10
75 EASTERN POINT ROAD
GROTON, CT 06340-4905

July 25, 2006
Invoice: 33383295

P.O. Number: SNL229-065

Tax Identification No.

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through June 30, 2006, including:

### EXECUTIVE AIRLINES V. - CONTRACT LITIGATION (028040-00140)

| Date | Description | Name | Hours |
|---|---|---|---|
| 06/02/2006 | Analysis of expert report; telephone call to client; e-mail expert regarding exhibits; e-mail from Judge Eginton regarding pretrial conference | Williams, P | 1.4* |

\* Of the 1.4 hours, Attorney Williams spent .5 hours on analysis of Ms. Steiner's report in preparation for her deposition.

Day, Berry & Howard LLP

Invoice: 33383295
Page: 2

| Date | Description | Name | Hours |
|---|---|---|---|
| 06/08/2006 | Conference with expert; analysis of ATA Report | Williams, P | 1.4 |
| 06/15/2006 | Deposition of plaintiff's expert D. Steiner in Stamford | Williams, P | 8.9 |

Day, Berry & Howard LLP

Invoice: 33383295  
Page: 3

| Date | Description | Name | Hours |
|---|---|---|---|
| 06/20/2006 | Attention to research and drafting motion to preclude expert testimony | Maas, A | 5.9 |
| 06/21/2006 | Attention to drafting motion to preclude expert witness; research regarding same | Maas, A | 7.8 |
| 06/22/2006 | Attention to drafting motion to preclude plaintiff's expert; attention to research regarding same | Maas, A | 2.9 |
| 06/25/2006 | Attention to drafting motion to preclude plaintiff's expert; research regarding same | Maas, A | 2.1 |
| 06/26/2006 | Attention to drafting motion to preclude plaintiff's expert; research regarding same | Maas, A | 9.3 |
| 06/27/2006 | Attention to drafting motion to preclude plaintiff's expert; research regarding same | Maas, A | 9.5 |
| 06/28/2006 | Attention to drafting motion to preclude plaintiff's expert; research regarding same | Maas, A | 13.9 |
| 06/29/2006 | Attention to revision and editing motion to preclude plaintiff's expert; research regarding same | Maas, A | 6.0 |
| 06/30/2006 | Revisions of motion and meeting regarding same | Williams, P | 0.8 |

Day, Berry & Howard LLP

Invoice: 33383295
Page: 4

| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| Paul D Williams | Partner | | $ 370 · | |
| Amy T Maas | Associate | | 245 | |

Total

Matter Fee

**Matter Disbursement Summary**

Deposition/Transcripts Vendor: Brandon Smith Reporting Service;   2,173.14
Invoice#: 25553BI; Date: 6/19/2006 - Transcripts Of D. Steiner

Matter Disbursements

Day, Berry & Howard LLP

Invoice: 33383295
Page: 5

Total For Professional Services Rendered

Total Disbursements

**Total Bill**

Day, Berry & Howard LLP

Invoice: 33383295
Page: 6

| **Summary of Hours** | **Rank** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Paul D Williams | Partner | | $ 370 | |
| Amy T Maas | Associate | | 245 | |

**Total**