# EXHIBIT B

# Day, Berry & Howard LLP
### COUNSELLORS AT LAW

NEW YORK    CONNECTICUT    BOSTON    WASHINGTON, DC        www.dbh.com

ELECTRIC BOAT CORPORATION
JOSEPH E. CHONTOS, ESQUIRE
VICE PRESIDENT, GENERAL COUNSEL
MZ J88-10
75 EASTERN POINT ROAD
GROTON, CT 06340-4905

August 22, 2006
Invoice: 33386487

P.O. Number: SNL229-065

Tax Identification No.

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through July 31, 2006, including:

**EXECUTIVE AIRLINES V. - CONTRACT LITIGATION (028040-00140)**

| Date | Description | Name | Hours |
|---|---|---|---|
| 07/05/2006 | Attention to drafting motion to preclude plaintiff's expert; draft trial memorandum and proposed jury instructions | Maas, A | 9.1* |
| 07/05/2006 | Travel to Stamford for deposition; telephone call to plaintiff's attorney; e-mail regarding Request for Production; telephone call to A. Maas; revise of Brief | Williams, P | 3.4* |
| 07/06/2006 | Attention to revision to motion to preclude plaintiff's expert; revisions to proposed jury instructions | Maas, A | 3.5* |
| 07/13/2006 | Attention to revisions of Motion to Preclude and | Williams, P | 0.7 |

* Of the 9.1 hours, Attorney Maas spent 7.5 hours preparing the motion to preclude Ms. Steiner.
* Of the 3.4 hours, Attorney Williams spent 2.0 hours traveling to the deposition of Ms. Steiner.
* Of the 3.5 hours, Attorney Maas spent 3.0 hours revising the motion to preclude Ms. Steiner.

Day, Berry & Howard LLP

Invoice: 33386487
Page: 2

| Date | Description | Name | Hours |
|---|---|---|---|
| | Requests to Charge; e-mail regarding same | | |
| 07/17/2006 | Attention to revising motion to preclude expert; attention to drafting 26(a)(2) statement and disclosure of expert; review of Kosicki expert report; revise trial memorandum and jury instructions | Maas, A | 9.3 * |
| 07/17/2006 | Revise Motion to Preclude; conference regarding same; conferences and revision of 26F and expert report | Williams, P | 1.6 * |

\* Of the 9.3 hours, Attorney Maas spent 5.8 hours revising the motion to preclude Ms. Steiner.
\* Of the 1.6 hours, Attorney Williams spent 1.0 hours revising the motion to preclude Ms. Steiner.

Day, Berry & Howard LLP

Invoice: 33386487
Page: 3

| **Date** | **Description** | **Name** | **Hours** |
|---|---|---|---|

| **Summary of Hours** | **Rank** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Paul D Williams | Partner | | $ 370 | |
| Amy T Maas | Associate | | 245 | |

**Total**

Matter Fee

**Matter Disbursement Summary**

Matter Disbursements

Day, Berry & Howard LLP

Invoice: 33386487
Page: 4

Total For Professional Services Rendered

Total Disbursements

**Total Bill**

Day, Berry & Howard LLP

Invoice: 33386487
Page: 5

| **Summary of Hours** | **Rank** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Paul D Williams | Partner | | $ 370 | |
| Amy T Maas | Associate | | 245 | |

**Total**