UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MILLENNIUM AVIATION SERVICES, INC.,
d/b/a: EXECUTIVE AIRLINES

       v.             3:02CV194 (WWE)

ELECTRIC BOAT CORPORATION

## AMENDED JUDGMENT

This matter came on before a jury and the Honorable Warren W. Eginton, Senior United States District Judge. On May 11, 2007, after deliberation, the jury returned a verdict in favor of the plaintiff against the defendant awarding damages in the amount of $576,054.00.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff Millennium Aviation Services, Inc., d/b/a: Executive Airlines in the amount of $576,054.00 against defendant Electric Boat Corporation and the case is closed.

Dated at Bridgeport, Connecticut, this 1ST day of August, 2007.

KEVIN F. ROWE, Clerk

By     /s/    
Deborah A. Candee
Deputy Clerk

Entered on Docket _____