UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, INC., d/b/a EXECUTIVE AIRLINES | : | CIVIL ACTION NO. 3:02cv194 (WWE) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ELECTRIC BOAT CORPORATION | : | |
| | : | AUGUST 2, 2007 |
| Defendant. | | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney for defendant **Electric Boat Corporation** in the above-titled action.

>
> DEFENDANT,
> ELECTRIC BOAT CORPORATION
>
>
> /s/ Michael P. Shea
> Michael P. Shea (ct19598)
> mpshea@daypitney.com
> Day Pitney LLP
> 242 Trumbull Street
> Hartford, Connecticut 06103-1212
> (860) 275-0100
> (860) 275-0343 (fax)
> Its Attorney

## CERTIFICATION

I hereby certify that on this date a copy of foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court' s CM/ECF System.

>
> /s/ Michael P. Shea
> Michael P. Shea (ct19598)