UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MILLENNIUM AVIATION SERVICES,** | : | |
| **INC. d/b/a EXECUTIVE AIRLINES,** | : | 02cv194 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| **ELECTRIC BOAT CORPORATION,** | : | |
| Defendant. | : | |

## ORDER

In an order dated August 17, 2006, this Court stated that it would "assess sanctions against plaintiff consisting of defendant's expense relevant to the possible addition of a second expert witness by plaintiff." Defendant has now moved for such costs and fees, and it has submitted supporting affidavits and attorney billing records. Upon review, the Court finds that the hours and rates of the attorneys and expert are reasonable. Accordingly, defendant is hereby awarded: 1) $10,625 in expert fees, and 2) $25,594.14 in attorney fees.

Dated this __10th__ day of September 2007 at Bridgeport, Connecticut.

_____
/s/
Warren W. Eginton
Senior U.S. District Judge