UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MILLENNIUM AVIATION SERVICES,
INC. d/b/a EXECUTIVE AIRLINES

           v.                              3:02CV194(WWE)

ELECTRIC BOAT CORPORATION

## SECOND AMENDED JUDGMENT

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendant's motion for judgment as a matter of law and for a new trial and plaintiff's motion to alter judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and entered a Memorandum of Decision on January 29, 2007 denying defendant's motions, denying plaintiff's motion as to prejudgment interest and granting as to post-judgment interest as of May 14, 2007.

Therefore, it is ORDERED and ADJUDGED that the plaintiff is entitled to post-judgment interest as of May 14, 2007 on the $576,054.00 damage award.

Dated at Bridgeport, Connecticut, this 1st day of February, 2007.

ROBERTA D. TABORA, Clerk

By    /s/ Deborah A. Candee
             Deputy Clerk

Entered on Docket _____