UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MILLENNIUM AVIATION SERVICES, INC. d/b/a EXECUTIVE AIRLINES | : CIVIL ACTION NO.<br>: 02-CV-194 (WWE) |
| Plaintiff, | : |
| v. | : |
| ELECTRIC BOAT CORPORATION, | : |
| | : FEBRUARY 22, 2008 |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Electric Boat Corporation ("Electric Boat") in the above named case hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's Final Judgment entered February 1, 2008 including but not limited to the following orders and rulings:

1) the District Court's January 29, 2008 decision denying defendant Electric Boat's Motion for Judgment as a Matter of Law and Motion for a New Trial;

2) the District Court's May 14, 2007 order denying defendant Electric Boat's Motion for Judgment as a Matter of Law;

3) the District Court's rulings from the bench on or about May 10 or May 11, 2007 declining to submit defendant Electric Boat's proposed jury instructions to the jury;

4) the District Court's May 9, 2007 order denying defendant Electric Boat's Motion for Judgment as a Matter of Law;

5) the District Court's April 6, 2006 order denying defendant Electric Boat's Motion for Judgment as a Matter of Law, granting defendant Electric Boat's Motion for New Trial only in part as to the issue of damages; and

6) the District Court's February 15, 2006 ruling from the bench dismissing defendant Electric Boat's counterclaim.

                                        DEFENDANT Electric Boat Corporation,

                              By:      /s/ Michael P. Shea
                                        James H. Rotondo (ct05173)
                                        *jhrotondo@daypitney.com*
                                        Michael P. Shea (ct19598)
                                        *mpshea@daypitney.com*
                                        Jennifer Y. Montgomery (ct26994)
                                        *jmontgomery@daypitney.com*
                                        Day Pitney, LLP
                                        242 Trumbull Street
                                        Hartford, CT 06103
                                        (860) 275-0100
                                        (860) 275-0343 (fax)

                                        Their Attorneys