UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, Inc., d/b/a: EXECUTIVE AIRLINES, | : | CIVIL NO.: 3:02 CV 194(WWE) |
| Plaintiff, | : : : : | |
| vs. | : : | |
| ELECTRIC BOAT Corp., | : : : | |
| Defendant. | : | February 29, 2008 |

**NOTICE OF CROSS-APPEAL**

**NOTICE IS HEREBY GIVEN** that Plaintiff, MILLENNIUM AVIATION SERVICES, Inc., d/b/a EXECUTIVE AIRLINES ("Executive Airlines") in the above - named case hereby cross-appeals to the United States Court of Appeals for the Second Circuit from 1) the District Court's Final Judgment entered February 1, 2008, insofar as it denies the motion of the plaintiff for pre-judgment interest at the rate of 10% from June 7, 2000, the day defendant notified plaintiff it was terminating their contract, until the date of the judgment; and insofar as it denies the motion of the plaintiff for post-judgment interest from February 18, 2006, the day after the verdict of the jury as to liability in the first trial; 2) from the District Court's decisions and orders dated April 4, 2006 and January 29, 2008, denying plaintiff's motions to add pre-judgment interest and post-judgment

interest; and 3) from the District Court's order dated September 10, 2007, awarding defendant a supplemental bill of costs.

                    Plaintiff MILLENNIUM AVIATION SERVICES, Inc., d/b/a EXECUTIVE AIRLINES

*/s/ Daniel F. Hayes*

By_____

Daniel F. Hayes (phv0207)
*dhayes@brhr.com*
Biedermann, Reif, Hoenig & Ruff
Attorneys for Plaintiff Executive Airlines
570 Lexington Avenue, 16th Floor
New York, New York 10022
(212) 697-6555 Telephone
(212) 986-3509 Facsimile

**To:**
James H. Rotondo (ct05173)
*jhrotondo@daypitney.com*
Michael P. Shea (ct19598)
*mpshea@daypitney.com*
Jennifer Y. Montgomery (ct26994)
*jmontgomery@daypitney.com*
Day Pitney, LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100
(860) 275-0343 (fax)

Attorneys for Defendant Electric Boat Corp.