UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, Inc., d/b/a EXECUTIVE AIRLINES, | : | CIVIL NO.: 3:02 CV 194(WWE) |
| Plaintiff, | : | |
| vs. | : | |
| ELECTRIC BOAT Corp., | : | |
| Defendant | : | March 13, 2008 |

## PLAINTIFF'S MOTION FOR JUDGMENT WITH PRE-JUDGMENT INTEREST AND COSTS

The plaintiff, Executive Airlines, hereby respectfully moves for the entry of a judgment in this matter for costs in the total amount of eight thousand three hundred eleven dollars and two cents ($8311.02).

Dated: New York, New York

Yours, &tc,

Plaintiff MILLENNIUM AVIATION SERVICES, Inc.,
d/b/a EXECUTIVE AIRLINES

By _____

Daniel F. Hayes (phv0207)
**Biedermann, Reif, Hoenig & Ruff, P.C.**
570 Lexington Avenue, 16th Floor
New York, New York  10022
(212) 697-6555 Telephone
(212) 986-3509 Facsimile
dhayes@brhr.com

TO:
    James H. Rotondo (ct05173)
*jhrotondo@daypitney.com*
**Day Pitney, LLP**
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100
(860) 275-0343 (fax)
Attorneys for Defendant Electric Boat Corp.