UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EXECUTIVE AIRLINES, | CIVIL NO.: 3:02 CV 194(WWE) |
| Plaintiff, | |
| vs. | |
| ELECTRIC BOAT Corp., | |
| Defendant | February 28, 2006 |

## AFFIRMATION OF I. LEONARD FEIGENBAUM IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT WITH PRE-JUDGMENT INTEREST AND COSTS

I. Leonard Feigenbaum, an attorney at law admitted to practice before the courts of the State of New York, affirms the truth of the following statements pursuant to CPLR 2106:

1. I am one of the attorneys for the plaintiff Executive Airlines, admitted *pro hac vice* in this case.

2. I have been representing plaintiff in this action for several years.

3. I make this affirmation in support of plaintiff's motion for the entry of a judgment with pre-judgment interest and costs.

4. I have searched my records to establish the taxable costs incurred by plaintiff, and have set them out below, and attached supporting documentation.

5. Pursuant to 28 U.S.C.A. § 1924, I affirm that the items which appear below which plaintiff is requesting be taxed as costs are correct and have been necessarily incurred in this case and that the services for which fees have been charged were actually and necessarily performed.

| Category | Paid to | For | Date | Amount |
|---|---|---|---|---|
| Court Reporter Fees | Brandon Smith Reporting Service, LLC | Kiely, Ronald | 12/16/03 | $524.54 |
| Court Reporter Fees | Brandon Smith Reporting Service, LLC | Peragine, Michael | 12/16/03 | $454.48 |
| Court Reporter Fees | Brandon Smith Reporting Service, LLC | Peragine, Michael | 3/20/04 | $454.48 |

| | | | | |
|---|---|---|---|---|
| Court Reporter Fees | Brandon Smith Reporting Service, LLC | Ahfeld, James | 5/20/04 | $323.99 |
| Court Reporter Fees | Brandon Smith Reporting Service, LLC | Hanrahan, Kevin | 6/15/04 | $769.88 |
| Court Reporter Fees | Brandon Smith Reporting Service, LLC | Mulcahy, Russel | 6/16/04 | $186.72 |
| Court Reporter Fees | Brandon Smith Reporting Service, LLC | Stillman, Dorothy | 6/16/04 | $531.22 |
| Court Reporter Fees | Brandon Smith Reporting Service, LLC | Berlam, Ronald | 6/30/04 | $478.48 |
| Court Reporter Fees | Brandon Smith Reporting Service, LLC | Hanrahan, Kevin | 6/30/04 | $154.92 |
| Court Reporter Fees | Brandon Smith Reporting Service, LLC | Olmsted, Aaron | 10/15/04 | $958.03 |
| Deposition fees, defendant's expert witness | Olmsted, Aaron | | 2/5/06 | $1,857.17 |
| Filing Fee | Clerk, EDNY | Filing Complaint | | $150.00 |
| | | Total | | $6,843.91 |

Dated: Plainview, New York
February 28, 2006

_____
I. Leonard Feigenbaum (ct25807)

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850      Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Tuesday, January 20, 2004 | 7925BL |

Stephen R Mahler
Mahler, Harris & Engel, P.C.
125-10 Queens Boulevard
Kew Gardens, NY 11415

Phone:   (718) 268-6000      Fax:   (718) 793-6206
Witness:   Kiely, Ronald
Case:   Executive Airlines vs Electric Boat
Venue:
Case #:   CV 02-CV-194(GLG)
Date:   12/16/2003
Start Time:   10:00 AM
End Time:   :0
Reporter:   Margaret Sharpe
Claim #:
File #:   2601BL

| Description | Quan | Total |
|---|---|---|
| Original and One | 103 | $406.85 |
| Appearance | 1 | $80.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $29.69 |
| Sub Total | | $524.54 |
| Payments | | $524.54 |
| Balance Due | | $0.00 |

Fed. I.D. # 06-1448649
We accept Visa, Mastercard and American Express!

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, January 05, 2004 | 7588BL |

Stephen R Mahler
Mahler, Harris & Engel, P.C.
125-10 Queens Boulevard
Kew Gardens, NY 11415

Phone: (718) 268-6000    Fax: (718) 793-6206
Witness: Peragine, Michael
Case: Executive Airlines vs Electric Boat
Venue:
Case #: CV 02-CV-194(GLG)
Date: 12/16/2003
Start Time: 10:00 AM
End Time: :0
Reporter: Margaret Sharpe
Claim #:
File #: 11169ss

| Description | Quan | Total |
|---|---|---|
| Copy | 187 | $420.75 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $25.73 |
| Sub Total | | $454.48 |
| Payments | | $454.48 |
| Balance Due | | $0.00 |

Transcripts will be shipped upon receipt of payment.

Fed. I.D. # 06-1448649
We accept Visa, Mastercard and American Express!

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537



Invoice Date: Monday, March 29, 2004    Invoice #: 9363BL

Leonard Feigenbaum
Law Offices of Leonard Feigenbaum
1670 Old County Road
Suite 224
Plainview, NY 11803

Phone: (516) 420-6900    Fax: (516) 420-8444
Witness: Peragine, Michael
Case: Executive Airlines vs Electric Boat
Venue:
Case #: CV 02-CV-194(GLG)
Date: 3/20/2004
Start Time: 10:00 AM
End Time: :0
Reporter: James Scally
Claim #:
File #: 13088ss

| Description | Quan | Total |
|---|---|---|
| Copy | 187 | $420.75 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $25.73 |
| Sub Total | | $454.48 |
| Payments | | $454.48 |
| Balance Due | | $0.00 |

Fed. I.D. # 06-1418649

*We accept Visa, Mastercard and American Express!*

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850      Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Tuesday, May 25, 2004 | 10526BL |

Leonard Feigenbaum
Law Offices of Leonard Feigenbaum
1670 Old County Road
Suite 224
Plainview, NY 11803

| | |
|---|---|
| Phone: | (516) 420-6900      Fax: (516) 420-8444 |
| Witness: | Ahlfeld, James |
| Case: | Executive Airlines vs Electric Boat |
| Venue: | |
| Case #: | CV 02-CV-194(GLG) |
| Date: | 5/20/2004 |
| Start Time: | 10:20 AM |
| End Time: | 12:50 PM |
| Reporter: | Francine Garb |
| Claim #: | |
| File #: | 14829ss |

| Description | Quantity | Total |
|---|---|---|
| Copy - Expert | 101 | $267.65 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $18.34 |
| | Sub Total | $323.99 |
| | Payments | $323.99 |
| | Balance Due | $0.00 |

Fed. I.D. # 06-1448649
We accept Visa, Mastercard and American Express!

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

Tuesday, July 06, 2004    112796L

Leonard Feigenbaum
Law Offices of Leonard Feigenbaum
1670 Old County Road
Suite 224
Plainview, NY 11803

Phone: (516) 420-6900    Fax: (516) 420-8444

| | |
|---|---|
| Witness: | Hanrahan, Kevin |
| Case: | Executive Airlines vs Electric Boat |
| Venue: | |
| Case #: | CV 02-CV-194(GLG) |
| Date: | 6/15/2004 |
| Start Time: | 10:00 AM |
| End Time: | 0 |
| Reporter: | Katrina Loda |
| Claim #: | |
| File #: | 15405ss |

| Description | Quan | Total |
|---|---|---|
| Original and One | 154 | $608.30 |
| Appearance | 1 | $80.00 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $43.58 |
| Sub Total | | $769.88 |
| Payments | | $769.88 |
| Balance Due | | $0.00 |

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850   Fax: (860) 549-1537

Monday, July 12, 2004        11469BL

Leonard Feigenbaum
Law Offices of Leonard Feigenbaum
1670 Old County Road
Suite 224
Plainview, NY 11803

Phone: (516) 420-6900    Fax: (516) 420-8444
Witness: Mulcahey, Russel
Case: Executive Airlines vs Electric Boat
Venue:
Case #: CV 02-CV-194(GLG)
Date: 6/16/2004
Start Time: 11:40 AM
End Time: :0
Reporter: Margaret Sharpe
Claim #:
File #:                                                            3988BL

| Description | Quan | Total |
|---|---|---|
| Original and One | 37 | $146.15 |
| Multipage Condensed | 1 | $30.00 |
| 6% sales tax | 1 | $10.57 |

Sub Total  $186.72
Payments   $186.72
Balance Due  $0.00

Fed. I.D. # 06-1448649
We accept Visa, Mastercard and American Express!

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, July 12, 2004 | 11468BL |

Leonard Feigenbaum
Law Offices of Leonard Feigenbaum
1670 Old County Road
Suite 224
Plainview, NY 11803

Phone:  (516) 420-6900    Fax:  (516) 420-8444
Witness:  Stillman, Dorothy
Case:  Executive Airlines vs Electric Boat
Venue:
Case #:  CV 02-CV-194(GLG)
Date:  6/16/2004
Start Time:  11:40 AM
End Time:  4:00 PM
Reporter:  Margaret Sharpe
Claim #:
File #:  15452ss

| Description | Quan | Total |
|---|---|---|
| Original and One | 97 | $383.15 |
| Appearance | 1 | $80.00 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $30.07 |
| Sub Total | | $531.22 |
| Payments | | $531.22 |
| Balance Due | | $0.00 |

Fed. I.D. # 06-1418649

*We accept Visa, Mastercard and American Express!*

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue  
Suite 203  
Hartford, CT 06106  
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, July 08, 2004 | 11385BL |

Leonard Feigenbaum  
Law Offices of Leonard Feigenbaum  
1670 Old County Road  
Suite 224  
Plainview, NY 11803

Phone: (516) 420-6900    Fax: (516) 420-8444

| | |
|---|---|
| Witness: | Berlam, Ronald |
| Case: | Executive Airlines vs Electric Boat |
| Venue: | |
| Case #: | CV 02-CV-194(GLG) |
| Date: | 6/30/2004 |
| Start Time: | 11:30 AM |
| End Time: | :0 |
| Reporter: | James Scally |
| Claim #: | |
| File #: | 15694ss |

| Description | Quan | Total |
|---|---|---|
| Original and One | 92 | $363.40 |
| Appearance | 1 | $80.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $27.08 |
| | Sub Total | $478.48 |
| | Payments | $478.48 |
| | Balance Due | $0.00 |

Fed. I.D. # 06-1448649  
*We accept Visa, Mastercard and American Express!*

## Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, July 08, 2004 | 11386BL |

Leonard Feigenbaum
Law Offices of Leonard Feigenbaum
1670 Old County Road
Suite 224
Plainview, NY 11803

Phone: (516) 420-6900   Fax: (516) 420-8444
Witness: Hanrahan, Kevin
Case: Executive Airlines vs Electric Boat
Venue:
Case #: CV 02-CV-194(GLG)
Date: 6/30/2004
Start Time: 11:30 AM
End Time: :0
Reporter: James Scally
Claim #:
File #: 3980BL

| Description | Quan | Total |
|---|---|---|
| Original and One | 37 | $146.15 |
| 6% sales tax | 1 | $8.77 |
| Sub Total | | $154.92 |
| Payments | | $154.92 |
| Balance Due | | $0.00 |

Fed. I.D. # 06-1446649
We accept Visa, Mastercard and American Express!

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, October 20, 2004 | 13152BL |

Leonard Feigenbaum
Law Offices of Leonard Feigenbaum
1670 Old County Road
Suite 224
Plainview, NY 11803

Phone: (516) 420-6900    Fax: (516) 420-8444

**Witness:** Olmsted, Aaron
**Case:** Executive Airlines vs Electric Boat
**Venue:**
**Case #:** CV 02-CV-194(GLG)
**Date:** 10/15/2004
**Start Time:** 10:30 AM
**End Time:** :0
**Reporter:** James Scally
**Claim #:**
**File #:** 18159ss

| Description | Quan | Total |
|---|---|---|
| Original and One | 204 | $805.80 |
| Appearance | 1 | $90.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $54.23 |
| Sub Total | | $958.03 |
| Payments | | $958.03 |
| Balance Due | | $0.00 |

Fed. I.D. # 06-1418649
*We accept Visa, Mastercard and American Express!*