UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, Inc., d/b/a EXECUTIVE AIRLINES, | : | CIVIL NO.: 3:02 CV 194(WWE) |
| Plaintiff, | : | |
| vs. | : | |
| ELECTRIC BOAT Corp., | : | |
| Defendant | : | March 13, 2008 |

### AFFIRMATION OF DANIEL F. HAYES IN SUPPORT OF PLAINTIFF'S MOTION FOR COSTS

I, Daniel F. Hayes, an attorney at law admitted to practice before the courts of the State of New York, and before this court *pro hac vice*, affirm the truth of the following statements pursuant to CPLR 2106:

1. I am one of the attorneys for the plaintiff Executive Airlines, admitted *pro hac vice* in this case.

2. I have been representing plaintiff in this action since January, 2007.

3. I make this affirmation in support of plaintiff's motion for the entry of a judgment for costs.

4. Pursuant to 28 U.S.C.A. § 1924, I affirm that the items which appear below which plaintiff is requesting be taxed as costs are correct and have been necessarily incurred in this case

and that the services for which fees have been charged were actually and necessarily performed.

| Date | Amount | Payee | Description |
|---|---|---|---|
| 5/2/2007 | $675.69 | Court Reporter Fees — Bowles Reporting Service | First Trial Transcript |
| 5/4/2006 | $33.20 | Court Reporter Fees — Susan Hilton | Motion Hearing Transcript |
| 8/17/2006 | $102.61 | Court Reporter Fees — Bowles Reporting Service | Transcript on Motion |
| 12/31/2006 | $655.61 | Court Reporter Fees — Brandon Smith Reporting Service, LLC | MSP Deposition Transcript (2nd) |
| | $1,467.11 | | |

5. These costs are in addition to those set out in the accompanying affirmation of I. Leonard Feigenbaum, which total $6843.91, for a grand total of $8311.02.

*[signature: Daniel F. Hayes]*

Dated: New York, New York

Daniel F. Hayes (phv0207)
**Biedermann, Reif, Hoenig & Ruff, P.C.**
570 Lexington Avenue, 16th Floor
New York, New York  10022
(212) 697-6555 Telephone
(212) 986-3509 Facsimile
*dhayes@brhr.com*