UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, Inc., d/b/a EXECUTIVE AIRLINES, | : | CIVIL NO.: 3:02 CV 194(WWE) |
| Plaintiff, | : | |
| vs. | : | |
| ELECTRIC BOAT Corp., | : | |
| Defendant | : | March 13, 2008 |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR COSTS**

The plaintiff, MILLENNIUM AVIATION SERVICES, Inc., d/b/a EXECUTIVE AIRLINES, now respectfully moves for the entry of a judgment in this matter for costs. The Court entered judgment for the plaintiff after a jury verdict for plaintiff in this matter. Plaintiff is entitled to the entry of a judgment for costs in the total amount of eight thousand three hundred eleven dollars and two cents ($8311.02).

**Calculation of Costs**

If costs are authorized by statute or rule, the determination of amounts is vested in the sound discretion of the district court. Fed.R.Civ.P. 54(d); *U.S. for Use and Benefit of Evergreen Pipeline Const. Co., Inc. v. Merritt Meridian Const. Corp*. 95 F.3d 153 (1996), 71 -173 (2d Cir. 1996). Attached hereto are the affirmations of counsel I. Leonard Feigenbaum, and Daniel F. Hayes, which spell out, pursuant to 28 U.S.C.A. § 1924 , the specific costs whose reimbursement is requested, in the total amount of eight thousand three hundred eleven dollars and two cents ($8311.02).

## **CONCLUSION**

The Court should enter judgment in favor of plaintiff MILLENNIUM AVIATION SERVICES, Inc. d/b/a EXECUTIVE AIRLINES, and against defendant Electric Boat Corporation for costs in the total amount of eight thousand three hundred eleven dollars and two cents ($8311.02).

Dated: New York, New York
March 13, 2008

Respectfully submitted,

Plaintiff MILLENNIUM AVIATION SERVICES, Inc.,
d/b/a EXECUTIVE AIRLINES

By _____

Daniel F. Hayes (phv0207)
**Biedermann, Reif, Hoenig & Ruff, P.C.**
570 Lexington Avenue, 16th Floor
New York, New York 10022
(212) 697-6555 Telephone
(212) 986-3509 Facsimile
*dhayes@brhr.com*

TO:
James H. Rotondo (ct05173)
*jhrotondo@daypitney.com*
**Day Pitney, LLP**
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100
(860) 275-0343 (fax)
Attorneys for Defendant Electric Boat Corp.