| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, INC. d/b/a EXECUTIVE AIRLINES | : : : | CIVIL ACTION NO. 02-CV-194 (WWE) |
| Plaintiff, | : : | USCA DOCKET NO. |
| v. | : : | 08-0911-cv(L) |
| ELECTRIC BOAT CORPORATION, | : : | |
| Defendant. | : | APRIL 4, 2008 |

## INDEX TO THE RECORD ON APPEAL

| Description | Date Filed | Document No. |
|---|---|---|
| COMPLAINT | 09/20/2001 | 1 |
| ANSWER with Affirmative Defenses to Complaint; and COUNTERCLAIM by Electric Boat Corp against Executive Airlines | 04/26/2002 | 17 |
| ANSWER by Executive Airlines | 06/10/2002 | 21 |
| AMENDED COMPLAINT by Executive Airlines | 08/30/2002 | 27 |
| Counterclaim and ANSWER by Electric Boat Corp | 09/11/2002 | 28 |
| Answer to Amended Complaint and COUNTERCLAIM by Electric Boat Corp against Executive Airlines | 09/11/2002 | 28 |
| ANSWER and AFFIRMATIVE DEFENSES by Executive Airlines | 09/16/2002 | 29 |
| MOTION by Electric Boat Corp for Summary Judgment | 02/24/2003 | 34 |
| MEMORANDUM by Electric Boat Corp in support of motion for Summary Judgment | 02/24/2003 | 35 |
| STATEMENT of Material Facts by Electric Boat Corp | 02/24/2003 | 36 |
| REPLY by Electric Boat Corp | 03/24/2003 | 38 |
| ENDORSEMENT granting motion for Summary Judgment (signed by Judge Gerard L. Goettel) | 03/28/2003 | |
| JUDGMENT for Electric Boat Corp against Executive Airlines | 03/31/2003 | 39 |

| Description | Date Filed | Document No. |
|---|---|---|
| MOTION by Executive Airlines for Reconsideration of order dated 3/25/03 re: motion for Summary Judgment | 04/03/2003 | 40 |
| MOTION by Electric Boat Corp to Vacate judgment order | 04/09/2003 | 41 |
| RESPONSE by Electric Boat Corp to motion for Reconsideration | 04/09/2003 | 42 |
| REPLY by Executive Airlines to response to motion for Reconsideration of order dated 3/25/03 | 04/25/2003 | 44 |
| REPLY by Electric Boat Corp to response to motion for Summary Judgment | 04/25/2003 | 45 |
| ENDORSEMENT granting motion to Vacate judgment order (signed by Mag. Judge William I. Garfinkel) | 05/08/2003 | |
| RULING granting motion for Reconsideration of order dated 3/25/03 re: motion for Summary Judgment (signed by Mag. Judge William I. Garfinkel) | 05/08/2003 | 46 |
| OPINION denying motion for Summary Judgment (signed by Judge Gerard L. Goettel) | 07/17/2003 | 50 |
| STIPULATION & Consent re amending Amended Complaint by Electric Boat Corp, Executive Airlines, Inc. | 07/28/2004 | 77 |
| Second AMENDED COMPLAINT against Electric Boat Corp, filed by Executive Airlines, Inc. | 09/02/2004 | 80 |
| ANSWER to Second Amended Complaint, Affirmative Defenses, COUNTERCLAIM against Executive Airlines, Inc by Electric Boat Corp. | 10/12/2004 | 86 |
| MOTION for Summary Judgment with Memorandum in Support by Electric Boat Corp. | 10/29/2004 | 87 |
| Statement of Material Facts re MOTION for Summary Judgment filed by Electric Boat Corp. | 10/29/2004 | 88 |
| MOTION for Summary Judgment by Executive Airlines, Inc. | 11/08/2004 | 91 |

| Description | Date Filed | Document No. |
|---|---|---|
| Memorandum in Support re MOTION for Summary Judgment filed by Executive Airlines, Inc. | 11/08/2004 | 92 |
| Memorandum in Opposition re MOTION for Summary Judgment filed by Executive Airlines, Inc. | 11/19/2004 | 93 |
| Local Rule 56(a)2 Statement re MOTION for Summary Judgment filed by Executive Airlines, Inc. | 11/19/2004 | 94 |
| AFFIDAVIT re Memorandum in Opposition to Motion Signed By Michael S. Peragine filed by Executive Airlines, Inc. | 11/19/2004 | 95 |
| Memorandum in Opposition re MOTION for Summary Judgment filed by Electric Boat Corp. | 11/30/2004 | 96 |
| Local Rule 56(A)2 Statement re MOTION for Summary Judgment filed by Electric Boat Corp. | 11/30/2004 | 97 |
| REPLY to Response to MOTION for Summary Judgment filed by Electric Boat Corp. | 12/07/2004 | 98 |
| Memorandum in REPLY to Opposition to MOTION for Summary Judgment filed by Executive Airlines, Inc. | 12/14/2004 | 99 |
| RULING Denying Defendant's Motion for Summary Judgment, and Denying Plaintiff's Motion for Summary Judgment. Signed by Judge Janet C. Hall on 7/12/2005. | 07/13/2005 | 100 |
| MOTION in Limine to preclude testimony re: defendant's counterclaim by Executive Airlines, Inc. | 12/23/2005 | 118 |
| TRIAL MEMO by Executive Airlines, Inc, Electric Boat Corp. | 12/27/2005 | 119 |
| MOTION in Limine re: plaintiffs expenses, etc. by Electric Boat Corp. | 12/27/2005 | 120 |
| MOTION in Limine to Exclude Parol Evidence by Electric Boat Corp. | 12/27/2005 | 121 |
| Memorandum in Opposition re MOTION in Limine filed by Electric Boat Corp. | 01/13/2006 | 125 |

| Description | Date Filed | Document No. |
|---|---|---|
| Memorandum in Opposition re MOTION in Limine to Exclude Parol Evidence filed by Executive Airlines, Inc. | 01/17/2006 | 127 |
| Memorandum in Opposition re MOTION in Limine to preclude filed by Executive Airlines, Inc. | 01/17/2006 | 128 |
| Supplemental PRETRIAL MEMO by Electric Boat Corp. | 01/30/2006 | 136 |
| ORDER on pending motions: The Court grants Motion to Compel. Plaintiff is instructed to comply with this order by February 6, 2006. The Court takes under advisement Motion in Limine so that the parties may argue this motion on the record. The Court finds as moot Motion in Limine, and denies Motion in Limine to exclude parol evidence. Signed by Judge Warren W. Eginton on 1/31/06. | 01/31/2006 | 134 |
| Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Selection held on 2/7/2006. Granting in part and denying in part Motion in Limine. Denying Oral Motion for Video Testimony of Stacy Lynn Suazo. | 02/07/2006 | 137 |
| Proposed Exhibit List by Executive Airlines, Inc. | 02/10/2006 | 138 |
| Proposed Witness List-Revised by Executive Airlines, Inc. | 02/10/2006 | 139 |
| MOTION to Continue Trial by Electric Boat Corp. | 02/13/2006 | 140 |
| Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Trial held on 2/14/2006. | 02/14/2006 | 141 |
| Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Trial held on 2/15/2006. Counterclaim dismissed, motions are preserved. | 02/15/2006 | 142 |
| MOTION for Directed Verdict by Electric Boat Corp. | 02/15/2006 | 143 |
| Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Trial held on 2/16/2006. Plaintiff Oral Motion for Judgment as a Matter of Law denied. Motion for Directed Verdict denied. Plaintiff withdraws count two. | 02/16/2006 | 144 |

| Description | Date Filed | Document No. |
|---|---|---|
| Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Trial completed on 2/17/2006. | 02/17/2006 | 145 |
| Marked Exhibit & Witness List by Electric Boat Corp. | 02/17/2006 | 146 |
| Court Exhibit List. | 02/17/2006 | 147 |
| Marked Exhibit List by Executive Airlines, Inc. | 02/17/2006 | 148 |
| Marked Witness List by Executive Airlines, Inc. | 02/17/2006 | 149 |
| JURY VERDICT For Plaintiff Against Defendant in the Amount of $472,368.00. | 02/17/2006 | 150 |
| Substantive Jury Instructions. | 02/17/2006 | 151 |
| Proposed Verdict Form by Electric Boat Corp. | 02/17/2006 | 152 |
| Proposed Substantive Jury Instructions by Electric Boat Corp. | 02/17/2006 | 153 |
| Proposed Substantive Jury Instructions by Executive Airlines, Inc. | 02/17/2006 | 154 |
| Proposed Verdict Form by Executive Airlines, Inc. | 02/17/2006 | 155 |
| Proposed Verdict Form by Executive Airlines, Inc. | 02/17/2006 | 157 |
| ORDER finding as moot Motion to Continue. Signed by Judge Warren W. Eginton on 2/24/06. | 02/24/2006 | 160 |
| MOTION for Judgment by Executive Airlines, Inc. | 03/01/2006 | 161 |
| Memorandum in Support re MOTION for Judgment filed by Executive Airlines, Inc. | 03/01/2006 | 163 |
| Renewed MOTION for Judgment as a Matter of Law, or in the alternative MOTION for New Trial by Electric Boat Corp. | 03/06/2006 | 164 |
| Opposition re MOTION for Judgment filed by Electric Boat Corp. | 03/22/2006 | 168 |
| Memorandum in Opposition re MOTION for Judgment filed by Electric Boat Corp. | 03/22/2006 | 169 |
| Memorandum in Opposition re MOTION for Judgment as a Matter of Law MOTION for New Trial filed by Executive Airlines, Inc. | 03/28/2006 | 170 |

| Description | Date Filed | Document No. |
|---|---|---|
| Minute Entry for proceedings held before Judge Warren W. Eginton : Telephonic Status Conference held on 3/30/2006. Official transcript from Albuquerque to be filed in Connecticut. New trial will be granted. | 03/31/2006 | 171 |
| ORDER denying Motion for Judgment with interests and costs. Judgment to enter on the special verdict returned on 2/17/06. Signed by Judge Warren W. Eginton on 4/3/06. | 04/04/2006 | 172 |
| JUDGMENT for plaintiff Executive Airlines on the special verdict in the amount of $472,368.00. Signed by Clerk on 4/4/06. | 04/05/2006 | 173 |
| TRANSCRIPT of Telephonic Status Conference held on 3/30/06 before Judge Eginton. | 05/16/2006 | 181 |
| TRIAL MEMO by Electric Boat Corp. | 07/21/2006 | 190 |
| MOTION for Extension of Time *for Trial, and to Substitute Expert* by Executive Airlines, Inc. | 07/31/2006 | 194 |
| Memorandum in Opposition re MOTION for Extension of Time *for Trial, and to Substitute Expert* filed by Electric Boat Corp. | 08/07/2006 | 196 |
| REPLY to Response to MOTION for Extension of Time *for Trial, and to Substitute Expert* filed by Executive Airlines, Inc. | 08/10/2006 | 198 |
| Minute Entry for proceedings held before Judge Warren W. Eginton: Pretrial Conference held on 8/14/2006. | 08/14/2006 | 200 |
| ORDER granting Motion for Extension of Time for Trial, and to Substitute Expert by Executive Airlines, Inc. consistent with the reasons stated on the record at the hearing held August 15, 2006. A proposed scheduling order is due by September 1, 2006. Signed by Judge Warren W. Eginton on 8/15/06. | 08/15/2006 | 199 |
| ORDER re: sanctions. Signed by Judge Warren W. Eginton on 8/17/06. | 08/17/2006 | 201 |
| TRANSCRIPT of Proceedings held on 8/15/06 before Judge Eginton. | 08/28/2006 | 202 |

| Description | Date Filed | Document No. |
|---|---|---|
| TRANSCRIPT of Proceedings: Excerpt of Jury Trial Rebuttal Testimony of Michael Peragine held on February 16, 2006 before Judge Warren W. Eginton. | 02/26/2007 | 212 |
| TRANSCRIPT of Proceedings: Jury Trial held on February 14, 2006 before Judge Warren W. Eginton. | 04/16/2007 | 215 |
| TRANSCRIPT of Proceedings: Jury Trial held on February 15, 2006 before Judge Warren W. Eginton. | 04/16/2007 | 216 |
| TRANSCRIPT of Proceedings: Jury Trial held on February 16, 2006 before Judge Warren W. Eginton. | 04/16/2007 | 217 |
| TRANSCRIPT of Proceedings: Jury Trial held on February 17, 2006 before Judge Warren W. Eginton. | 04/16/2007 | 218 |
| TRIAL MEMO *(Revised)* by Electric Boat Corp | 04/24/2007 | 220 |
| TRIAL MEMO by Executive Airlines, Inc Estimated trial time 2 Days. | 04/24/2007 | 221 |
| RESPONSE re Trial Memo filed by Electric Boat Corp. | 05/01/2007 | 222 |
| RESPONSE re Trial Memo *(Plaintiff's Proposed Trial Exhibits)* filed by Electric Boat Corp. | 05/01/2007 | 223 |
| Proposed Exhibit List *(Substituted)* by Electric Boat Corp. | 05/01/2007 | 225 |
| Proposed Jury Instructions by Electric Boat Corp. | 05/04/2007 | 227 |
| RESPONSE *Defendant's Objection to Plaintiff's Proposed Request to Charge* filed by Electric Boat Corp. | 05/04/2007 | 228 |
| Proposed Jury Instructions by Executive Airlines, Inc. | 05/04/2007 | 229 |
| Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Selection held on 5/7/2007. | 05/07/2007 | 230 |
| Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Trial held on 5/8/2007. | 05/08/2007 | 231 |

Table content.

| Description | Date Filed | Document No. |
|---|---|---|
| Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Trial held on 5/9/2007. Defendant Motion for Judgment as a Matter of Law denied. | 05/09/2007 | 232 |
| MOTION for Judgment as a Matter of Law with Exhibit A submitted in paper form by Electric Boat Corp. | 05/09/2007 | 233 |
| MOTION to Dismiss case by Electric Boat Corp.) | 05/10/2007 | 234 |
| Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Trial held on 5/10/2007. Jury Trial Continued Until 5/11/07, 8:30 a.m., Denying Motion for Judgment as a Matter of Law. | 05/10/2007 | 236 |
| Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Trial completed on 5/11/2007. Denying Motion to Dismiss. | 05/11/2007 | 237 |
| TRIAL MEMORANDUM IN SUPPORT of Request to Charge by Electric Boat Corp. | 05/11/2007 | 238 |
| Marked Exhibit List by Executive Airlines, Inc. | 05/11/2007 | 239 |
| Marked Witness List by Executive Airlines, Inc. | 05/11/2007 | 240 |
| Marked Exhibit List by Electric Boat Corp. | 05/11/2007 | 241 |
| Marked Witness List by Electric Boat Corp. | 05/11/2007 | 242 |
| Substantive Jury Instructions. | 05/11/2007 | 243 |
| JURY VERDICT For Plaintiff Against Defendant in the Amount of $576,054.00. | 05/11/2007 | 244 |
| Court Marked Exhibit List. | 05/11/2007 | 247 |
| ORDER denying without prejudice Motion for Judgment as a Matter of Law. Signed by Judge Warren W. Eginton on 5/14/07. | 05/14/2007 | 235 |
| JUDGMENT for the plaintiff in the amount of $576,054.00. | 05/14/2007 | 245 |
| MOTION for Judgment as a Matter of Law *or in the Alternative, a New Trial* by Electric Boat Corp. | 05/24/2007 | 250 |
| MOTION to Alter Judgment *to Add Interest* by Executive Airlines, Inc. Responses due by 6/14/2007 | 05/24/2007 | 251 |

| Description | Date Filed | Document No. |
|---|---|---|
| MOTION for New Trial by Electric Boat Corp. | 05/24/2007 | 252 |
| RESPONSE re MOTION for Judgment as a Matter of Law by Executive Airlines, Inc. | 06/07/2007 | 254 |
| Memorandum in Opposition re MOTION to Alter Judgment *to Add Interest* filed by Electric Boat Corp. | 06/14/2007 | 256 |
| Memorandum in Opposition re MOTION for Judgment as a Matter of Law *or in the Alternative, a New Trial* filed by Executive Airlines, Inc. | 06/29/2007 | 257 |
| MOTION to Amend/Correct *Caption* by Executive Airlines, Inc. | 06/29/2007 | 259 |
| REPLY to Response to MOTION for Judgment as a Matter of Law *or in the Alternative, a New Trial* filed by Electric Boat Corp. | 07/16/2007 | 261 |
| ORDER granting Motion to Amend/Correct. The clerk is instructed to amend the judgment to reflect the change in caption substituting as plaintiff, "Millennium Aviation Services, Inc., d/b/a: Executive Airlines" for "Executive Airlines". Signed by Judge Warren W. Eginton on 7/26/07. | 07/26/2007 | 266 |
| AMENDED JUDGMENT entered for the Plaintiff in the amount of $576,054.00. | 08/01/2007 | 268 |
| TRANSCRIPT of Proceedings held on 9/24/07 before Judge Warren W. Eginton. | 10/10/2007 | 273 |
| TRANSCRIPT of Proceedings: Excerpt of Trial Testimony of Michael Peragine held on May 8, 2007 before Judge Warren W. Eginton. | 10/23/2007 | 274 |
| TRANSCRIPT of Proceedings: Excerpt of Trial Testimony of Anthony Ciccodicola held on May 9, 2007 before Judge Warren W. Eginton. | 10/23/2007 | 275 |
| MEMORANDUM OF DECISION RE: PENDING MOTIONS: Denying Defendant's Motion for Judgment as a Matter of Law; Plaintiff's Motion to Alter Judgment is Denied as to Prejudgment Interest and Granted as to Post-Judgment Interest; Denying Defendant's Motion for New Trial. Signed by Judge Warren W. Eginton on 1/29/2008. | 01/29/2008 | 279 |

| Description | Date Filed | Document No. |
|---|---|---|
| Second Amended JUDGMENT: Plaintiff is entitled to post-judgment interest as of May 14, 2007 on the $576,054.00 damage award. Signed by Clerk on 2/1/2008. | 02/01/2008 | 280 |
| NOTICE OF APPEAL as to Judgment by Electric Boat Corp. Filing Fee $455, Receipt Number B015528. | 02/22/2008 | 281 |
| TRANSCRIPT of Proceedings held on 5/8/07 before Judge Warren W. Eginton. | 04/02/2008 | 286 |
| TRANSCRIPT of Proceedings held on 5/10/07 before Judge Warren W. Eginton. | 04/02/2008 | 287 |
| TRANSCRIPT of Proceedings held on 5/11/07 before Judge Warren W. Eginton. | 04/02/2008 | 288 |
| TRANSCRIPT of Proceedings held on 5/9/07 before Judge Warren W. Eginton. | 04/02/2008 | 289 |

   /s/ Michael P. Shea_____
James H. Rotondo (ct05173)
*jhrotondo@daypitney.com*
Michael P. Shea (ct19598)
*mpshea@daypitney.com*
Jennifer Y. Montgomery (ct26994)
*jmontgomery@daypitney.com*
Day Pitney, LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100
(860) 275-0343 (fax)

## CERTIFICATION

I hereby certify that on this date a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

   /s/ Michael P. Shea_____
Michael P. Shea (ct19598)