| | | |
|---|---|---|
| MILLENNIUM AVIATION SERVICES, INC. d/b/a EXECUTIVE AIRLINES | : : : | CIVIL ACTION NO. 02-CV-194 (WWE) |
| Plaintiff, | : : | USCA DOCKET NO. |
| v. | : : | 08-0911-cv(L) |
| ELECTRIC BOAT CORPORATION, | : : | |
| Defendant. | : | MAY 1, 2008 |

### FIRST SUPPLEMENT TO INDEX TO THE RECORD ON APPEAL

| **Description** | **Date Filed** | **Document No.** |
|---|---|---|
| Order on Motion for Judgment as a Matter of Law | 04/06/2006 | 174 |

          /s/ Michael P. Shea
James H. Rotondo (ct05173)
jhrotondo@daypitney.com
Michael P. Shea (ct19598)
*mpshea@daypitney.com*
Jennifer Y. Montgomery (ct26994)
*jmontgomery@daypitney.com*
Day Pitney, LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100
(860) 275-0343 (fax)

### CERTIFICATION

     I hereby certify that on this date a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court' s CM/ECF System.

          /s/ Michael P. Shea
Michael P. Shea (ct19598)